UNITED STATES DISTRICT COURT
STATE OF MINNESOTA

Jeffrey Almer as trustee for the heirs of
Shirley Mae Almer,

Case No. 09-cv-00268 (MJD/SRN)

Plaintiff,

vs.

Peanut Corporation of America, a Virginia
Business entity and King Nut Companies,
an Ohio business entity,

Defendants.

## STIPULATION FOR EXTENSION OF TIME
## TO ANSWER OR OTHERWISE PLEAD

**WHEREAS**, Plaintiff Jeffrey Almer as trustee for the heirs of Shirley Mae Almer, served a Complaint against Defendant Peanut Corporation of America and Defendant Kanan Enterprises, Inc., d/b/a King Nut Companies on or about January 27, 2009;

**WHEREAS**, counsel for Plaintiffs agreed to grant Defendant Peanut Corporation of America and Defendant Kanan Enterprises, Inc., d/b/a King Nut Companies an extension of time to answer or otherwise plead until March 10, 2009.

**IT IS HEREBY STIPULATED** by Plaintiffs Jeffrey Almer, as trustee for the heirs of Shirley Mae Almer, and Defendants Peanut Corporation of America and Kanan Enterprises, Inc., d/b/a King Nut Companies, through their undersigned attorneys, that the

time within which Defendants shall answer or otherwise plead to Plaintiff's Complaint shall be extended to March 10, 2009.

DATED: 02/12/09

PRITZKER | OLSEN, P.A.

By /s/ Fred H. Pritzker
    Fred H. Pritzker (#88456)
Attorneys for Plaintiff
Plaza VII, Suite 2950
45 South Seventh Street
Minneapolis, MN 55402-1652
(612) 338-0202

DATED: 02/12/09

MEAGHER & GEER, P.L.L.P.

By /s/ Nicole L. Brand
    Charles E. Spevacek (#126044)
    Michael D. Hutchens (#167812)
    Nicole L. Brand (#299546)
Attorneys for Defendant Peanut Corporation of America
33 South Sixth Street, Suite 4400
Minneapolis, MN 55402
(612) 338-0661

DATED: 02/10/09

GREENE ESPEL, PLLP

By /s/ Sarah L. Brew
    Sarah L. Brew (#209958)
Attorneys for Defendant Kanan Enterprises, Inc., d/b/a King Nut Companies
200 South Sixth Street, Suite 1200
Minneapolis, MN 55402-1415
(612) 373-0830

6879326.1