# UNITED STATES DISTRICT COURT
# STATE OF MINNESOTA

_____

Jeffrey Almer as trustee for the heirs of
Shirley Mae Almer,                                    Case No. 09-cv-00268 (MJD/SRN)

           Plaintiff,

vs.

Peanut Corporation of America, a Virginia
Business entity and King Nut Companies,
an Ohio business entity,

           Defendants.

_____

## ORDER GRANTING EXTENSION OF TIME
## TO ANSWER OR OTHERWISE PLEAD
_____

This matter is before the Court on the parties' Stipulation for Extension of Time to Answer or Otherwise Plead [Doc. No. 2].

The Court grants an extension of time to answer or otherwise plead as follows:

1.    Defendants Peanut Corporation of America and Kanan Enterprises, Inc., d/b/a King Nut Companies shall Answer or otherwise plead on or before March 10, 2009.

Dated:   February 12, 2009         s/ Susan Richard Nelson
                                                   Susan Richard Nelson
                                                   U.S. Magistrate Judge