UNITED STATES DISTRICT COURT
STATE OF MINNESOTA

Jeffrey Almer as trustee for the heirs of
Shirley Mae Almer,

Case No. 09-cv-00268 (MJD/SRN)

Plaintiff,

vs.

Peanut Corporation of America,
a Virginia business entity and King
Nut Companies, an Ohio business entity,

Defendants.

NOTICE OF FILING OF
BANKRUPTCY BY DEFENDANT
PEANUT CORPORATION OF
AMERICA

**PLEASE TAKE NOTICE:**

Defendant Peanut Corporation of America hereby notifies the Court and all parties that it has filed a Chapter 7 Voluntary Petition in the United States Bankruptcy Court for the Western District of Virginia. Attached as Exhibit A is a copy of the Petition. As a result of the bankruptcy filing by the Peanut Corporation of America, the claims of Jeffrey Almer as trustee for the heirs of Shirley Mae Almer are stayed as a matter of law under 11 U.S.C. § 362(A).

DATED:___02/17/09____

**MEAGHER & GEER, P.L.L.P.**

By___/s/ Nicole L. Brand_____
    Charles E. Spevacek (#126044)
    Michael D. Hutchens (#167812)
    Nicole L. Brand (#299546)
Attorneys for Def. Peanut Corporation of America
33 South Sixth Street, Suite 4400
Minneapolis, MN 55402
(612) 338-0661

6883971.1