# UNITED STATES DISTRICT COURT
# STATE OF MINNESOTA

Jeffrey Almer as trustee for the heirs of
Shirley Mae Almer,

Case No. 09-cv-00268 (MJD/SRN)

Plaintiff,

vs.

**CERTIFICATE OF SERVICE**

Peanut Corporation of America,
a Virginia business entity and King
Nut Companies, an Ohio business entity,

Defendants.

I hereby certify that on February 17, 2009, I caused the following documents on behalf of Defendant Peanut Corporation of America

Notice of Filing of Bankruptcy by Defendant Peanut Corporation of America

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

| | | |
|---|---|---|
| Charles E Spevacek | cspevacek@meagher.com | kkurilla@meagher.com |
| Fred H Pritzker | fhp@Pritzkerlaw.com <br> trish@pritzkerlaw.com | brendan@pritzkerlaw.com, |
| Michael D Hutchens | mhutchens@meagher.com <br> cunger@meagher.com | boleary@meagher.com <br> snaim@meagher.com |
| Sarah L Brew | sbrew@greeneespel.com | spoitras@greeneespel.com |

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

*[None]*

DATED: 02/17/09      **MEAGHER & GEER, P.L.L.P.**

By /s/ Nicole L. Brand
　　Charles E. Spevacek (#126044)
　　Michael D. Hutchens (#167812)
　　Nicole L. Brand (#299546)
Attorneys for Def. Peanut Corporation of America
33 South Sixth Street, Suite 4400
Minneapolis, MN 55402
(612) 338-0661

6884345.1