UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Jeffrey Almer,                                         Civil No. 09-268 MJD/SRN

      Plaintiff,

      v.                                              ORDER OF RECUSAL

Peanut Corporation of America,

      Defendant.
_____

Pursuant to the provisions of 28 U.S.C. §455(a), the undersigned hereby recuses herself in this matter.

DATED:   February 18, 2009

                                      s/ Susan Richard Nelson
                                      SUSAN RICHARD NELSON
                                      United States Magistrate Judge