# UNITED STATES DISTRICT COURT
# STATE OF MINNESOTA

Jeffrey Almer as trustee for the heirs of
Shirley Mae Almer,                                    Case No. 09-cv-00268 (MJD/JSM)

              Plaintiff,

vs.

Peanut Corporation of America, a Virginia
Business entity and King Nut Companies,
an Ohio business entity,

              Defendants.

---

## ORDER GRANTING SECOND EXTENSION OF TIME
## FOR KANAN ENTERPRISES, INC., d/b/a KING NUT COMPANIES
## TO ANSWER OR OTHERWISE PLEAD

**WHEREAS**, on March 5, 2009, Plaintiff Jeffrey Almer as trustee for the heirs of

Shirley Mae Almer and Defendant Kanan Enterprises, Inc., d/b/a King Nut Companies

filed a Second Stipulation For Extension of Time to Answer or Otherwise Plead; and

The Court grants an extension of time to answer or otherwise plead as follows:

1.     Defendant Kanan Enterprises, Inc., d/b/a King Nut Companies shall answer

or otherwise plead on or before March 24, 2009.

Dated:  March 9, 2009          *s/ Janie S. Mayeron*
                                Janie S. Mayeron
                                Magistrate Judge, United States District Court