UNITED STATES DISTRICT COURT
STATE OF MINNESOTA
_____

Jeffrey Almer as trustee for the heirs of
Shirley Mae Almer,                              Case No. 09-cv-00268 (MJD/JSM)

        Plaintiff,

vs.

Peanut Corporation of America, a Virginia
business entity and King Nut Companies,
an Ohio business entity,

        Defendants.

_____

**THIRD STIPULATION FOR EXTENSION OF TIME
TO ANSWER OR OTHERWISE PLEAD**
_____

**WHEREAS**, Plaintiff Jeffrey Almer as trustee for the heirs of Shirley Mae Almer, served a Complaint against Defendant Peanut Corporation of America ("Defendant PCA") and Defendant Kanan Enterprises, Inc., d/b/a King Nut Companies ("Defendant Kanan"), on or about January 27, 2009;

**WHEREAS**, counsel for Plaintiffs agreed to grant Defendant PCA and Defendant Kanan an extension of time to answer or otherwise plead until March 10, 2009 [ECF Dkt. #2];

**WHEREAS**, on February 12, 2009, U.S. Magistrate Judge Susan Richard Nelson entered an order granting Defendant PCA and Defendant Kanan an extension of time to answer or otherwise plead until March 10, 2009 [ECF Dkt. #3];

**WHEREAS**, on February 17, 2009, Defendant PCA filed a Notice of Filing Bankruptcy by Defendant Peanut Corporation of America [ECF Dkt. #4], to which it attached as Exhibit A a copy of its Voluntary Bankruptcy Petition [ECF Dkt. #4-2]. Within such Notice, Defendant PCA notified the Court and the parties that, "[a]s a result of the bankruptcy filing by [Defendant PCA], the claims of [Plaintiff] Jeffrey Almer as trustee for the heirs of Shirley Mae Almer are stayed as a matter of law under 11 U.S.C. § 362(A)." [ECF Dkt. #4];

**WHEREAS**, as a result of the stay of claims against Defendant PCA, Plaintiff's counsel agreed to grant Defendant PCA and Defendant Kanan an extension of time to answer or otherwise plead until March 10, 2009 [ECF Dkt. #7];

**WHEREAS**, on March 9, 2009, U.S. Magistrate Judge Janie S. Mayeron entered an order granting Defendant PCA and Defendant Kanan an extension of time to answer or otherwise plead until March 24, 2009 [ECF Dkt. #8];

**WHEREAS**, on or about March 12, 2009, counsel for the Trustee of the Bankruptcy estate of PCA; counsel and representatives of PCA's insurer, The Hartford Insurance Company; counsel for Plaintiff in this case, who also represent other potential plaintiffs allegedly injured by the consumption of PCA peanut butter containing *Salmonella*; counsel representing other plaintiffs with similar claims involving the consumption of PCA peanut butter; counsel for Defendant Kanan; and counsel for Kellogg, Inc., another entity facing claims similar to those against Kanan in this case, agreed to meet to discuss a potential mechanism to resolve all PCA *Salmonella* claims and lawsuits, including this one, under the supervision of the bankruptcy trustee and

court. Representatives of the parties listed above are meeting to discuss the potential for such a global settlement mechanism on April 8, 2009.

**WHEREAS**, as a result of the parties' pending meeting and the potential for settlement of this matter without further litigation before this Court, Plaintiff Jeffrey Almer, as trustee for the heirs of Shirley Mae Almer, and Defendant Kanan agree that a further extension of the time in which Defendant Kanan must answer or otherwise plead is appropriate.

**IT IS HEREBY STIPULATED** by Plaintiff Jeffrey Almer as trustee for the heirs of Shirley Mae Almer and Defendant Kanan, through their undersigned counsel, that the time within which Defendant Kanan shall answer or otherwise plead shall be extended to April 24, 2009.

Dated: March 23, 2009 **PRITZKER | OLSEN, P.A.**

By s/ Fred H. Pritzker
Fred H. Pritzker, Reg. No. 88456
Plaza VII, Suite 2950
45 South Seventh Street
Minneapolis, MN 55402-1652
fhp@pritzkerlaw.com
(612) 338-0202

Attorneys for Plaintiff

Dated: March 23, 2009 **GREENE ESPEL, P.L.L.P.**

By s/ Sarah L. Brew
Sarah L. Brew, Reg. No. 209958
Kathryn N. Hibbard, Reg. No. 387155
200 S. Sixth Street, Suite 1200
Minneapolis, MN 55402
sbrew@greeneespel.com
khibbard@greeneespel.com
(612) 373-0830

Attorneys for Defendant Kanan Enterprises, Inc., d/b/a King Nut Companies