# UNITED STATES DISTRICT COURT
# STATE OF MINNESOTA

_____

Jeffrey Almer as trustee for the heirs of
Shirley Mae Almer,                                Case No. 09-cv-00268 (MJD/JSM)

             Plaintiff,

vs.

Peanut Corporation of America, a Virginia
business entity and King Nut Companies,
an Ohio business entity,

             Defendants.

_____

## ORDER GRANTING THIRD EXTENSION OF TIME
## FOR KANAN ENTERPRISES, INC., d/b/a KING NUT COMPANIES
## TO ANSWER OR OTHERWISE PLEAD
_____

**WHEREAS**, on March 23, 2009, Plaintiff Jeffrey Almer as trustee for the heirs of Shirley Mae Almer and Defendant Kanan Enterprises, Inc., d/b/a King Nut Companies filed a Third Stipulation For Extension of Time to Answer or Otherwise Plead; and

The Court grants an extension of time to answer or otherwise plead as follows:

1. Defendant Kanan Enterprises, Inc., d/b/a King Nut Companies shall answer or otherwise plead on or before April 24, 2009.

Dated: March 30, 2009          *s/ Janie S. Mayeron*
                                          Janie S. Mayeron
                                          Magistrate Judge, United States District Court