UNITED STATES DISTRICT COURT
STATE OF MINNESOTA
_____

Jeffrey Almer as trustee for the heirs of
Shirley Mae Almer,　　　　　　　　　　　　Case No. 09-cv-00268 (MJD/JSM)

　　　　　　　Plaintiff,

vs.

Peanut Corporation of America, a Virginia
business entity and King Nut Companies,
an Ohio business entity,

　　　　　　　Defendants.

_____

**ORDER GRANTING FOURTH EXTENSION OF TIME
FOR KANAN ENTERPRISES, INC., d/b/a KING NUT COMPANIES
TO ANSWER OR OTHERWISE PLEAD**
_____

**WHEREAS**, on April 24, 2009, Plaintiff Jeffrey Almer as trustee for the heirs of Shirley Mae Almer and Defendant Kanan Enterprises, Inc., d/b/a King Nut Companies filed a Fourth Stipulation For Extension of Time to Answer or Otherwise Plead; and

The Court grants an extension of time to answer or otherwise plead as follows:

1.　　Defendant Kanan Enterprises, Inc., d/b/a King Nut Companies shall answer or otherwise plead on or before May 26, 2009.


Dated: April 24, 2009　　　　　　　　　　*s/ Janie S. Mayeron*
　　　　　　　　　　　　　　　　　　　　Janie S. Mayeron
　　　　　　　　　　　　　　　　　　　　Magistrate Judge, United States District Court