UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Jeffrey Almer,
*as trustee for the heirs of Shirley Mae Almer*

        Plaintiff,                       ORDER

v.                                      Civil No. 09-268  MJD/JSM

Peanut Corporation of American
*a Virginia Business Entity*

        Defendant.

-----------------------------------------------

Louis Tousignant,
*as Trustee for the Next-of-Kin of Clifford Tousignant Decedent*

        Plaintiff,

v.                                      Civil No. 09-919 DWF/JJG

Kanan Enterprises, Inc.
*a foreign corporation doing business as King Nut Corproation*

        Defendant.

**ORDER FOR REASSIGNMENT OF RELATED CASE**

     Case No. 09-268 having been assigned to Chief Judge Michael J. Davis and Case No. 09–919 having been later assigned to Judge Donovan W. Frank said matters being related cases;

     IT IS HEREBY ORDERED that Case No. 09-919 be assigned to Chief Judge Michael J. Davis and Magistrate Judge Mayeron, nunc pro tunc, by use of a card on the Master List of the automated case assignment system, and the Clerk of Court is directed to void and reuse the cards on the same list pursuant to this Court's Assignment of Cases Order dated June 29, 2006.

Dated: May 6, 2009                  s/Michael J. Davis
                                         CHIEF JUDGE MICHAEL J. DAVIS
                                         UNITED STATES DISTRICT COURT


Dated: May 6, 2009                  s/Donovan W. Frank
                                         JUDGE DONOVAN W. FRANK
                                         UNITED STATES DISTRICT COURT

Dockets.Justia.com