# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Jeffrey Almer as trustee for the heirs of Shirley Mae Almer, <br><br> Plaintiff, <br><br> vs. <br><br> Peanut Corporation of America, a Virginia business entity and King Nut Companies, and Ohio business entity, <br><br> Defendants. | Case No. 09-cv-00268 (MJD/JSM) <br><br> **SUBSTITUTION OF COUNSEL** |

Pursuant to Rule 83.7(b) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorney hereby notifies the Court and counsel that Defendant Kanan Enterprises, Inc., d/b/a King Nut Companies, an Ohio business entity, has retained the law firm of Halleland Lewis Nilan & Johnson, PA to substitute as counsel for Greene Espel, P.L.L.P. in this case. Please serve all further pleadings and filings on:

> Sarah L. Brew, Esq.
> Halleland Lewis Nilan & Johnson, PA
> 600 U.S. Bank Plaza South
> 220 South Sixth Street
> Minneapolis, Minnesota 55402-4501
> Telephone: (612) 338-1838
> Facsimile: (612) 338-7858
> Email: sbrew@halleland.com

ND: 4830-5528-6787

Dated: May 11, 2009. HALLELAND LEWIS NILAN & JOHNSON P.A.


By: _s/ Sarah L. Brew_
    Sarah L. Brew     Reg. No. 209958
    600 U.S. Bank Plaza South
    220 South Sixth Street
    Minneapolis, Minnesota 55402
    (612) 338-1838

ATTORNEYS FOR DEFENDANT
KANAN ENTERPRISES, INC., D/B/A KING NUT COMPANIES