UNITED STATES DISTRICT COURT
STATE OF MINNESOTA
_____

Jeffrey Almer as trustee for the heirs of
Shirley Mae Almer,                      Case No. 09-cv-00268 (MJD/JSM)

        Plaintiff,

vs.

Peanut Corporation of America, a Virginia
business entity and King Nut Companies,
an Ohio business entity,

        Defendants.
_____

## NOTICE OF WITHDRAWAL AS COUNSEL OF RECORD
_____

Pursuant to Rule 83.7(b) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorney hereby notifies the Court and counsel that Kathryn N. Hibbard of Greene Espel, P.L.L.P., has withdrawn as counsel for Defendant Kanan Enterprises, Inc., d/b/a King Nut Companies. Sarah L. Brew of Halleland Lewis Nilan & Johnson, P.A. will be substituting as counsel for that Defendant in this case. All other counsel of record for Defendant Kanan Enterprises, Inc., d/b/a King Nut Companies, shall remain the same.

Dated: May 13, 2009.                    **GREENE ESPEL, P.L.L.P.**

By s/ Kathryn N. Hibbard
Kathryn N. Hibbard, Reg. No. 387155
200 S. Sixth Street, Suite 1200
Minneapolis, MN 55402
khibbard@greeneespel.com
(612) 373-0830

Attorney for Defendant Kanan Enterprises, Inc., d/b/a King Nut Companies