## UNITED STATES DISTRICT COURT
## STATE OF MINNESOTA

_____

Jeffrey Almer as trustee for the heirs of
Shirley Mae Almer,                              Case No. 09-cv-00268 (MJD/JSM)

           Plaintiff,

vs.

Peanut Corporation of America, a Virginia
business entity and King Nut Companies,
an Ohio business entity,

           Defendants.

_____

### ORDER GRANTING FIFTH EXTENSION OF TIME
### FOR KANAN ENTERPRISES, INC., d/b/a KING NUT COMPANIES
### TO ANSWER OR OTHERWISE PLEAD
_____

**WHEREAS**, on May 26, 2009, Plaintiff Jeffrey Almer as trustee for the heirs of Shirley Mae Almer and Defendant Kanan Enterprises, Inc., d/b/a King Nut Companies filed a Fifth Stipulation For Extension of Time to Answer or Otherwise Plead; and

The Court grants an extension of time to answer or otherwise plead as follows:

1.    Defendant Kanan Enterprises, Inc., d/b/a King Nut Companies shall answer or otherwise plead on or before July 7, 2009.

Dated: June 1, 2009           *s/ Janie S. Mayeron*
                                Janie S. Mayeron
                                Magistrate Judge, United States District Court

ND: 4835-7106-0739