# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

Joseph-Howard Yennie, et uxor                                       Case No. 05-123 JRT/FLN
Sheila-Ann Yennie,

                                     Plaintiffs,

v.                                                                          **CORPORATE DISCLOSURE
                                                                                 STATEMENT**

William H. Ringwood, et al. Individually
and as agent for Washington Mutual Home
Loans, and its subsidiary North American
Mortgage Co. and, William B. Harrison, et al.
Individually and as agent for Bank One, N.A.,

                                     Defendants.

_____

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Bank One, N.A., makes the

following disclosure:

      JPMorgan Chase Bank, N.A. is the successor by merger to Bank One, N.A.  JPMorgan

Chase Bank, N.A. is a wholly-owned subsidiary of JPMorgan Chase & Co., which is a publicly-

held corporation trading on the New York Stock Exchange.


Dated: February 9, 2005                                  KELLY & BERENS, P.A.


                                                 By:_____s/ Barbara P. Berens_____
                                                     Barbara P. Berens, #209788
                                                     John D. Bessler, #218418
                                                     Michael S. Cashman, #338473
                                                     3720 IDS Center
                                                     80 South Eighth Street
                                                     Minneapolis, Minnesota 55402
                                                     (612) 349-6171

                                                     ***Attorneys for Defendant William B.
                                                     Harrison and JPMorgan Chase Bank, N.A.***