```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF MINNESOTA
                     Civil No. 97-2823 MJD/AJB
```

UNITED STATES OF AMERICA,      )
                               )
               Plaintiff,      )
                               )
      v.                       )     **GARNISHMENT ORDER**
                               )
SAMUEL BIVENS,                 )
a/k/a SAMUEL E. BIVENS,        )
a/k/a SAMUEL E. BIVENS, Jr.,   )
                               )
               Defendant,      )
                               )
MINNEAPOLIS PUBLIC SCHOOLS,    )
                               )
               Garnishee.      )

A Writ of Garnishment was duly issued by this Court and personally served on the garnishee and on the defendant. The garnishee indicates that the defendant is no longer an employee.

THEREFORE, IT IS ORDERED, that the Writ of Garnishment served on October 9, 1998, is hereby released.

Dated: February 14, 2005

                              　s/ Arthur J. Boylan
                              Magistrate Judge
                              United States District Court