IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

**CERTIFICATE OF SERVICE**

I hereby certify that on March 8, 2005, I caused the following documents:

- WESTPORT'S MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS LAWRENCE BOHMBACH INSURANCE AGENCY AND JOHN P. LEWIS' MOTION FOR A PROTECTIVE ORDER AND MOTION TO QUASH

- WESTPORT'S MEMORANDUM OF LAW IN OPPOSITION TO ENDRES PROCESSING, LLC'S MOTION FOR A PROTECTIVE ORDER

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Mr. Theodore J. Smetak, Esq.
Arthur Chapman Kettering Smetak
& Pikala PA
81 South 9th Street
Suite 500
Minneapolis, MN 55402
tjsmetak@arthurchapman.com
Mr. George F. Vogel, Esq.
Vogel & Gorman, PLC
P.O. Box 39
Red Wing, MN 55066
gfvogel@vogelformanplc.com

Mr. James R. Harries, Esq.
Faricy & Roen
2320 Metropolitan Centre
333 South Seventh Street
Minneapolis, MN 55402
jharries@faricyroen.com

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

- N/A

Dated: March 8, 2005

s/Rolf e. Sonnesyn _____
Rolf E. Sonnesyn (#131027)