UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
_____

Stephen P.B. Kranz, Donald R. Parks             Case No. 05-191 RHK/AJB
and Round Table Properties – MN, L.L.C.,

        Plaintiffs,

v.

David Kohlenberger, Sharon Kohlenberger, Dream
Home Development, L.L.C., DPK Properties, L.L.C.,
KOKO Property Management, Michael Czarnik,
Edina Realty, Inc., Jay Jasper, Tammi Panning-Jasper
and Amy Jasper-Fenske,

        Defendants.
_____

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 8, 2005, I caused the following document:

    Answer of David Kohlenberger, Sharon Kohlenberger, Dream Home Development,
    L.L.C., DPK Properties, L.L.C., and KOKO Property Management

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

    Timothy J. Pramas
    444 Cedar St, #2100
    St. Paul, MN 55101
    (651) 222-6321

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

    Stanford P. Hill
    33 South 6th Street
    Suite 3800
    Minneapolis, MN 55402
    (612) 333-3000

Michael Czarnik (Pro Se)
1159 Edmund Avenue
St. Paul, MN 55104

Dated: March 8, 2005 By: **s/ Jamie R. Pierce**
Jamie R. Pierce(#305054)
Attorneys for Defendants
**MANSFIELD, TANICK & COHEN, P.A.**
1700 U.S. Bank Plaza
220 South Sixth Street
Minneapolis, MN 55402-4511
Telephone: (612) 339-4295
Facsimile: (612) 339-3161

#374478