UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Westport Insurance Corporation,

Plaintiff,

v.

Endres Processing, LLC, Lawrence Bohmbach
Insurance Agency, Inc., John P. Lewis and
C.O. Brown Agency, Inc.

Defendants.

Court File No: 04-2674 DSD/SRN

**AFFIDAVIT OF SERVICE BY
ELECTRONIC COURT FILING**

Jennifer L. Carlson, of the City of Rockford, County of Wright, State of Minnesota, being duly sworn, says that on the 8th day of March, 2005, she caused the following documents:

1. Endres Processing, LLC's Memorandum of Law in Opposition to Plaintiff Westport Insurance Corporation's Motion to Amend the Complaint;

2. Affidavit of James R. Harries in Support of Endres Processing, LLC's Memorandum of Law in Opposition to Plaintiff Westport Insurance Corporation's Motion to Amend the Complaint; and

3. Endres Processing, LLC's Memorandum of Law in Opposition to Westport Insurance Corporation's Motion to Compel Discovery.

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-mail notice of the electronic filing to the following:

Bryan B. Carroll
bcarroll@tstlaw.com

Craig Matthew Roen
croen@faricyroen.com

Rolf E. Sonnesyn
rsonnesyn@tstlaw.com

James Roderick Harries
jharries@faricyroen.com

Ken Douglas Schueler
kschueler@dunlaplaw.com

George F. Vogel
gfvogel@vogelgormanplc.com

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be served via U.S. Mail to the following non-ECF participants:

N/A

                                                  s/ Jennifer L. Carlson
                                                  Jennifer L. Carlson

Subscribed and sworn to before me
this 8th day of March, 2005.

s/ Bethany Suhreptz
Notary Public, State of Minnesota