# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

*UNITED STATES OF AMERICA*
       Plaintiff

**CERTIFICATE OF SERVICE**

  v.

Case No.: *04-502 (DWF/JSM)*

*SAUL SAUSEDA-ROJO*
       Defendant


I hereby certify that on March 9, 2005, I caused the following documents:

Response to Motion to Continue

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

ANN M ANAYA
ARTHUR R MARTINEZ
KATHERINE MENENDEZ
WILLIAM M ORTH
EMILIO DAVID REYES

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:
    N/A


Dated: March 9, 2005                           **s/ GEORGE E RAPAICH**
                                                       George E. Rapaich