UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| ARTHUR J. LITTESY<br>　　　　Plaintiff,<br>vs.<br><br>THE PROCTOR & GAMBLE COMPANY<br>and ELAN PHARMACEUTICALS INC.,<br>INDIVIDUALLY AND AS A<br>SUCCESSOR IN INTEREST TO DURA<br>PHARMACEUTICALS, INC.<br>　　　　Defendants | Case No. 05-137 (JMR/FLN)<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

---

TO: Defendant, The Proctor & Gamble Company, and its attorneys William Studer, Stacey L. Drentlaw, Oppenheimer Wolff & Donnelly LLP, Plaza VII, Suite 3300, 45 South Seventh Street Minneapolis, MN 55402, and Defendant, Elan Pharmaceuticals Inc., and its attorneys Alan M. Winchester, Harris Beach LLP, 805 Third Avenue, New York, NY 10022.

　　PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(i)

Plaintiff, Arthur J. Littesy, hereby voluntarily dismisses, without prejudice, this case in its entirety.

　　Dated this __9th__ day of March, 2005.

　　　　　　　　　　　　　　　　　　By: s/Ronald S. Goldser
　　　　　　　　　　　　　　　　　　　　Ronald S. Goldser - #35932
　　　　　　　　　　　　　　　　　　　　ZIMMERMAN REED, P.L.L.P.
　　　　　　　　　　　　　　　　　　　　651 Nicollet Mall, Suite 501
　　　　　　　　　　　　　　　　　　　　Minneapolis, Minnesota 55402
　　　　　　　　　　　　　　　　　　　　(612) 341-0400

　　　　　　　　　　　　　　　　　　　　James R. Dugan, II (La. Bar No. 24785)
　　　　　　　　　　　　　　　　　　　　DUGAN & BROWNE, PLC
　　　　　　　　　　　　　　　　　　　　3500 N. Hullen St.
　　　　　　　　　　　　　　　　　　　　Metairie, Louisiana 70002
　　　　　　　　　　　　　　　　　　　　(504) 456-8220

　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff