# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

| | | |
|---|---|---|
| James Brady et al, | ) | **COURT MINUTES** |
| | ) | BEFORE: Richard Kyle |
| Plaintiff, | ) | U.S. Judge |
| | ) | |
| v. | ) | Case No: Cv 04-2986 |
| | ) | Date: March 10, 2005 |
| Curtis Lee Hanson Jr, | ) | Court Reporter: Robert Riley |
| | ) | Time Commenced: 8:00 |
| Defendant. | ) | Time Concluded: 8:15 |
| | ) | Time in Court: Hours & 15 Minutes |
| | ) | |

Hearing on: **Show Cause Hearing - court continues hearing for three weeks.**

APPEARANCES:

   Plaintiff: Amy Court
   Defendant:

PROCEEDINGS:

   9 Plaintiff's Witnesses:
   9 Plaintiff' Exhibits:
   9 Defendant's Witnesses:
   9 Defendant's Exhibits:

**\*\*IT IS ORDERED:**

   9 **Submitted**       9 **Sustained**       9 **Overruled**
   9 Brief time set:
   9 Written order forthcoming.

                                                      s/Deborah Siebrecht
                                                      Calendar Clerkl