UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 03-315 (ADM/AJB)

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>2 - NANCY LEE KRAFT, )<br>3 - ROBERT EMIL BAUDY, )<br>5 - MARCUS COOK, )<br>8 - MERLE MULTHAUF, )<br>9 - CRAIG PERRY, )<br>10 - JAMES F. RIENOW, )<br>)<br>Defendants. ) | MOTION FOR ONE-DAY CONTINUANCE |

COMES NOW the United States of America, by and through its attorneys, Thomas B. Heffelfinger, United States Attorney for the District of Minnesota, William H. Koch, Assistant United States Attorney, and Catherine C. Pisaturo, Trial Attorney, United States Department of Justice, to respectfully request a one-day continuance in the start of trial. The reasons for this requested continuance include: (1) the plea today by Kenneth Kraft and the corresponding necessary changes to the operative indictment; (2) inquiries by several defendants in the last 24 hours regarding potential pleas; (3) the stated intention of at least two defendants to seek to have their trials severed based upon misjoinder due to the resolution of the case as to Mr. Kraft; (4) the still-unsettled nature of the operative indictment; and (5) related issues concerning the identification, labeling and copying of trial exhibits.

Dated: March 14, 2005                    Respectfully Submitted,

                                         THOMAS B. HEFFELFINGER
                                         United States Attorney

                                         *s/William H. Koch*

                                         BY: William H. Koch
                                         Assistant U.S. Attorney
                                         Attorney ID Number 22523X