Prob 22 (Rev. 03/97)

# TRANSFER OF JURISDICTION

| DOCKET NO. (Transferring Court) |
|---|
| 0:97CR00226-001(JMR) |

| DOCKET NO. (Receiving Court) |
|---|
|  |

| NAME AND ADDRESS OF * | DISTRICT | DIVISION |
|---|---|---|
| Robert Eugene Fulmer | MINNESOTA |  |

| NAME OF SENTENCING JUDGE |
|---|
| James M. Rosenbaum |

| DATES OF SUPERVISION | FROM 8/19/2003 | TO 8/18/2006 |
|---|---|---|

**OFFENSE**

Possession of a Firearm by a Convicted Felon

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MINNESOTA

IT IS HEREBY ORDERED pursuant to 18 U.S.C. §3605 the jurisdiction of the named above be transferred with the records of this Court to the United States District Court for the Western District of Western upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of may be changed by the District Court to which this transfer is made without further inquiry of this Court.

March 1, 2005
Date

Chief Judge James M. Rosenbaum
United States District Judge

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WESTERN

IT IS HEREBY ORDERED that jurisdiction of the above be accepted and assumed by this Court from and after the entry of this order.

March 9, 2005
Effective Date

United States District Judge

SCANNED
MAR 14 2005
U.S. DISTRICT COURT ST. PAUL