UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ANDERSEN CORPORATION,

    Plaintiff,

v.

FIBER COMPOSITES, LLC.,

    Defendant.

CIV NO. 00-CV-2548 (JNE/JGL)

# FIBER COMPOSITES' MOTION IN LIMINE TO PRECLUDE ANDERSEN FROM INTRODUCING ANY EVIDENCE CONCERNING ADVICE OF COUNSEL AS IT RELATES TO ANDERSEN'S ALLEGATION OF WILLFUL INFRINGEMENT

The defendant, Fiber Composites, hereby moves in limine to preclude the plaintiff, Andersen from introducing any evidence, or making argument or attempting to draw any adverse inference relating to whether or not Fiber Composites obtained and relied on advice of counsel regarding the patents-in-suit, pursuant to *Knorr-Bremse Systeme Fuer Nutzfahzeuge GMBH v. Dana Corp.*, 383 F.3d 1337 (Fed. Cir. 2004).

Dated: March 18, 2005

FISH & RICHARDSON P.C., P.A.

By: s/ Katherine A. Moerke
    Jonathan E. Singer (#283459)
    Katherine A. Moerke (#312277)
    3300 Dain Rauscher Plaza
    60 South Sixth Street
    Minneapolis, MN 55402
    Telephone: (612) 335-5070

    John M. Skenyon
    Michael E. Zeliger
    Fish & Richardson P.C.
    225 Franklin Street
    Boston, MA 02110-2804
    Tel.: (617) 542-5070
    Fax: (617) 542-8906

Attorneys for Defendant
FIBER COMPOSITES, LLC.