IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

Kimberly Kay Witczak, Surviving Spouse
and Trustee for Next of Kin of Timothy  **CERTIFICATE OF SERVICE**
Michael Witczak,

                    Plaintiff,              Case No. 04-CV-2819-JMR-FLN

vs.

Pfizer, Inc.,

                    Defendant.

See attached page.

CERTIFICATE OF SERVICE

      I hereby certify that a copy of the above and foregoing **EXHIBIT 1 TO DECLARATION OF GARTH SIMINGTON IN SUPPORT OF PLAINTIFF'S SUPPLEMENTAL EVIDENCE IN SUPPORT OF ITS OPPOSITION TO PFIZER'S MOTION FOR SUMMARY JUDGMENT** was sent out for service Federal Express overnight service this 18th day of March, 2005, to:

Peter J. Goss, Esq.
Joseph M. Price, Esq.
Faegre & Benson LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901

Amy Padden, Esq.
Wheeler Trigg Kennedy LLP
1801 California Street, Suite 3400
Denver, CO 80202

                                                S/Gary A. Brown
                                                Gary A. Brown