# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| ROBERT ALEXANDER,<br>a citizen of Nevada,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES F. BOND, a citizen of Minnesota,<br>and COKeM INTERNATIONAL, LTD.,<br>a Minnesota corporation,<br><br>Defendants. | Case No.: 04-1323 PAM/RLE<br><br>NOTICE OF TAKING<br>VIDEOTAPED DEPOSITION OF<br>ROBERT ALEXANDER |

TO: Robert Alexander and his attorneys, Clifford M. Greene and Stacy Lynn Bettison, GREENE ESPEL, PLLP, 200 South Sixth Street, Suite 1200, Minneapolis, Minnesota 55402 and David J. Bradford and David C. Layden, JENNER & BLOCK LLP, One IBM Plaza, Chicago, Illinois 60611.

**PLEASE TAKE NOTICE** that under the Federal Rules of Civil Procedure, Defendants will take the deposition of Robert Alexander by oral examination on January 18, 2005, at 9:00 a.m. in the offices of MASLON EDELMAN BORMAN & BRAND, LLP, 90 South Seventh Street, Minneapolis, MN 55402, by and before a qualified notary public or another officer authorized to administer oaths and videographer, and will continue thereafter by adjournment until the same shall be completed. This deposition may be recorded by stenographic and video means, and will be taken for use in discovery, for use at trial, or for any other purpose permitted by the Federal Rules of Civil Procedure.

# Exhibit 1

Dated: 12/20, 2004

MASLON EDELMAN BORMAN & BRAND, LLP

By: _____
William Z. Pentelovitch (#85078)
Jason A. Lien (#028936X)
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-4140
Telephone: (612) 672-8200

**ATTORNEYS FOR DEFENDANTS
CHARLES F. BOND AND
COKeM INTERNATIONAL, LTD.**

369618v1