# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| ROBERT ALEXANDER,<br>a citizen of Nevada,<br><br>        Plaintiff,<br><br>v.<br><br>CHARLES F. BOND, a citizen of Minnesota,<br>and COKeM INTERNATIONAL, LTD.,<br>a Minnesota corporation,<br><br>        Defendants. | Case No.: 04-1323 PAM/RLE<br><br>**AMENDED NOTICE OF TAKING VIDEOTAPED DEPOSITION OF ROBERT ALEXANDER** |

TO: **Robert Alexander and his attorneys, Clifford M. Greene and Stacy Lynn Bettison, GREENE ESPEL, PLLP, 200 South Sixth Street, Suite 1200, Minneapolis, Minnesota 55402 and David J. Bradford and David C. Layden, JENNER & BLOCK LLP, One IBM Plaza, Chicago, Illinois 60611.**

**PLEASE TAKE NOTICE** that under the Federal Rules of Civil Procedure, Defendants will take the deposition of Robert Alexander by oral examination on March 22, 2005, at 9:00 a.m. in the offices of MASLON EDELMAN BORMAN & BRAND, LLP, 90 South Seventh Street, Minneapolis, MN 55402, by and before a qualified notary public or another officer authorized to administer oaths and videographer, and will continue thereafter by adjournment until the same shall be completed. This deposition may be recorded by stenographic and video means, and will be taken for use in discovery, for use at trial, or for any other purpose permitted by the Federal Rules of Civil Procedure.

**Exhibit 2**

Dated: 1/14, 2005

MASLON EDELMAN BORMAN & BRAND, LLP

By: /s/
William Z. Pentelovitch (#85078)
Jason A. Lien (#028936X)
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-4140
Telephone: (612) 672-8200

**ATTORNEYS FOR DEFENDANTS
CHARLES F. BOND AND
COKeM INTERNATIONAL, LTD.**

369618v2

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| ROBERT ALEXANDER,<br>a citizen of Nevada,<br><br>Plaintiff,<br><br>v.<br><br>CHUCK BOND, a citizen of Minnesota, and<br>COKeM INTERNATIONAL, LTD.,<br>a Minnesota corporation,<br><br>Defendants. | Case No.: 04-1323 PAM/RLE<br><br>**CERTIFICATE OF SERVICE** |

    I hereby certify that on January 14, 2005 I caused true and correct copies of the *Amended Notice of Taking Videotaped Deposition of Robert Alexander* by sending via U.S. Mail true and correct copies to the addresses listed below:

David C. Layden
JENNER & BLOCK LLP
One IBM Plaza
Chicago, IL 60611


Stacy Lynn Bettison
GREENE ESPEL, PLLP
200 South Sixth Street, Suite 1200
Minneapolis, MN 55402


Dated: January 14, 2005

*/s/ Kathy Burns/*

MASLON, EDELMAN, BORMAN & BRAND, LLP
3300 Wells Fargo Center
900 South Seventh Street
Minneapolis, Minnesota 55402
(612) 672-8200

328207v1