IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
FOURTH DIVISION

| | |
|---|---|
| ROBERT ALEXANDER, a citizen of Nevada, <br><br> Plaintiff, <br><br> v. <br><br> CHARLES F. BOND, a citizen of Minnesota, and COKeM INTERNATIONAL, LTD., a Minnesota corporation. | Civil No. 04-1323 (PAM/RLE) <br><br><br> DECLARATION OF ROBERT ALEXANDER |

I, Robert Alexander, declare as follows:

1. In mid-2004, one of my friends noticed what appeared to be a lump or cyst on my left leg below the knee. After several visits to the doctors, it was strongly recommended that I have an operation to remove the cyst.

2. On December 21, 2004, I had the cyst surgically removed from the area between my left knee and ankle. The cyst was slightly bigger than 8 cm in diameter. Dr. Jeffrey Eckardt of the UCLA Santa Monica Medical Center performed the surgery. In early February 2005, I was advised that the UCLA Pathology Department had diagnosed the cyst as a cancerous sarcoma.

3. Dr. Eckardt has directed me to undergo daily radiation treatments (5 times per week) for a period of 8 to 12 weeks, and not to travel during this period.

4. Following the surgery, I was unable to walk for approximately one and half-months.

5. I am commencing the radiation treatments now, and do not expect to finish them until at least the first week of June 2005. I have endeavored to fully cooperate with discovery in

**Exhibit 5**

this lawsuit, but the surgery, the related pain, and the need for further treatment have made it difficult to do so.

Further Declarant sayeth not.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 3-14-05.

_____
Robert Alexander