

P 612.672.8200
F 612.672.8397
www.maslon.com

3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota
55402-4140

March 17, 2005

**William Z. Pentelovitch**
Direct Phone: 612-672-8338
Direct Fax: 612-642-8338
Bill.Pentelovitch@maslon.com

**VIA FEDERAL EXPRESS**

Magistrate Judge Raymond L. Erickson
412 Federal Building
515 West First Street
Duluth, MN 55802

Re: *Robert Alexander v. Chuck Bond, et al*
Court File No. 04-1323 PAM/RLE

Dear Magistrate Judge Erickson:

I represent Charles F. Bond and COKeM International, Ltd., who are the Defendants in the above-referenced lawsuit commenced by Plaintiff Robert Alexander. On March 15, 2005, counsel for Mr. Alexander submitted a letter and an affidavit of Mr. Alexander to the Court requesting a modification of the Scheduling Order in this case. We understand that the Court would like a response from Defendants even though no motion is technically pending under LR16.3.

We do not believe Mr. Alexander's submission satisfies the "good cause" standard referenced in the Court's March 9, 2005, Order. Specifically, we note that Mr. Alexander did not attach an affidavit or letter from a physician, or any medical records, confirming any of the facts contained in his affidavit. Defendants believe such evidence should be required of Plaintiff to establish "good cause" since he has now indicated that he will seek a protective order to suspend his deposition based on the same reasons set forth in his unsupported affidavit.

Very truly yours,

William Z. Pentelovitch

WZP:jal/384531v1

cc: David Layden and Stacy Lynn Bettison (counsel for Plaintiff)

**Exhibit 6**