THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
FOURTH DIVISION

| | |
|---|---|
| ROBERT ALEXANDER,<br>a citizen of Nevada,<br><br>Plaintiff,<br><br>v.<br><br>CHUCK BOND, a citizen of<br>Minnesota, and COKeM<br>INTERNATIONAL, LTD.,<br>a Minnesota corporation,<br><br>Defendants. | Civil No. 04-1323 (PAM/RLE)<br><br>NOTICE OF MOTION FOR<br>PROTECTIVE ORDER |

TO: DEFENDANTS CHARLES F. BOND and COKeM INTERNATIONAL, LTD., AND THEIR ATTORNEYS JASON A. LIEN, WILLIAM Z. PENTELOVITCH, ALAIN M. BAUDRY, 3300 WELLS FARGO CENTER, 90 SOUTH SEVENTH STREET, MINNEAPOLIS, MINNESOTA, 55402-4140:

**PLEASE TAKE NOTICE THAT** on April 7, 2005, at 3:00 p.m., or as soon thereafter as counsel may be heard, Plaintiff Robert Alexander will move the Court, at a hearing before Magistrate Judge Raymond L. Erickson, at the United States Court House, 412 Federal Building, Court Room 3, 515 West First Street, Duluth, Minnesota, for a protective order with respect to the scheduling and location of Mr. Alexander's deposition. This motion is based on all files and proceedings in this matter, as well as supporting Declarations of David C. Layden and Robert Alexander submitted pursuant to Federal Rule of Civil Procedure 16(b)(6), Local Rule 16.3 and Local Rule 37.1.

153494-1

Exhibit 7

| Dated: March 18, 2005 | **GREENE ESPEL, P.L.L.P.**<br><br>s/ Stacy Lynn Bettison<br>Stacy Lynn Bettison, Reg. No. 315886<br>200 S. Sixth Street, Suite 1200<br>Minneapolis, MN 55402<br>(612) 373-0830<br><br>and |
|---|---|
| | **JENNER & BLOCK LLP**<br><br>David J. Bradford, Reg. No. 00272094<br>David C. Layden, Reg. No. 6216417<br>One IBM Plaza<br>Chicago, IL 60611<br>(312) 222-9350<br><br>Attorneys for Plaintiff |