THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
FOURTH DIVISION

| | |
|---|---|
| ROBERT ALEXANDER, a citizen of Nevada, | Civil No. 04-1323 (PAM/RLE) |
| Plaintiff, | |
| v. | MOTION FOR PROTECTIVE ORDER |
| CHUCK BOND, a citizen of Minnesota, and COKeM INTERNATIONAL, LTD., a Minnesota corporation, | |
| Defendants. | |

Plaintiff Robert Alexander hereby moves this Court, pursuant to Federal Rules of Civil Procedure 26(c) and 37(a)(4), for a Protective Order with respect to the scheduling and location of Mr. Alexander's deposition. This motion is based upon a Memorandum of Law and on the Declarations of David C. Layden, Robert Alexander, arguments of counsel at the hearing, and all other files, records, and proceedings in this matter.

Dated: March 18, 2005

**GREENE ESPEL, P.L.L.P.**

_s/ Stacy Lynn Bettison_
Stacy Lynn Bettison, Reg. No. 315886
200 S. Sixth Street, Suite 1200
Minneapolis, MN 55402
(612) 373-0830

and

153476-1

**Exhibit 8**

**JENNER & BLOCK LLP**

David J. Bradford, Reg. No. 00272094
David C. Layden, Reg. No. 6216417
One IBM Plaza
Chicago, IL 60611
(312) 222-9350

Attorneys for Plaintiff