1

             UNITED STATES DISTRICT COURT
                DISTRICT OF MINNESOTA
_____

ROBERT ALEXANDER,
a citizen of Nevada,

          Plaintiff,

     vs.                          Case No.: 04-1323 PAM/RLE

CHARLES F. BOND, a citizen of Minnesota,
and COKeM INTERNATIONAL, LTD.,
a Minnesota corporation,

          Defendant.
_____


                    DEPOSITION OF

                   ROBERT ALEXANDER


                Taken March 22, 2005
                Commencing at 9:20 a.m.

                       COPY

          REPORTED BY:  DEBORAH A. MAVES, RPR

         PARADIGM REPORTING & CAPTIONING
                  1400 RAND TOWER
            527 MARQUETTE AVENUE SOUTH
          MINNEAPOLIS, MINNESOTA 55402-1331
     612-339-0545 * 1-800-545-9668 * Fax: 612-337-5575

**Exhibit 12**

Robert Alexander 3/22/2005
Robert Alexander v. Charles F. Bond, et al.

2

1  Deposition of ROBERT ALEXANDER taken on the
2  22nd day of March 2005, commencing at 9:20 a.m., at the
3  law firm of Maslon Edelman Borman & Brand, LLP, 3300
4  Wells Fargo Center, 90 South Seventh Street,
5  Minneapolis, Minnesota, before Deborah A. Maves,
6  Registered Professional Reporter and a Notary Public of
7  and for the State of Minnesota.
8
9            * * * * * * * * * *
10
                APPEARANCES
11
On behalf of the defendants:
12
     William Z. Pentelovitch, Esq.
13   Jason A. Lien, Esq.
     Maslon Edelman Borman & Brand, LLP
14   3300 Wells Fargo Center
     90 South Seventh Street
15   Minneapolis, Minnesota 55402-4140
     612-672-8200
16
17
18
19
20
21
22
23
24      NOTE: The original transcript will be delivered
to William Z. Pentelovitch, Esq., as the taking party of
25 the deposition.

3

1
2
3

INDEX

PAGE

4

EXHIBITS MARKED AND REFERRED TO:

5

1  Notice of Taking Videotaped Deposition of
6     Robert Alexander ................................  4
7  2  Amended Notice of Taking Videotaped Deposition of
      Robert Alexander ................................  4
8

3  Motion for Protective Order ....................  4
9

(Original exhibits attached to original transcript.
10  Copies attached to transcript copies.)
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Robert Alexander 3/22/2005
Robert Alexander v. Charles F. Bond, et al.

4

1  MR. PENTELOVITCH: The record should reflect that this is 9:20 a.m. on Tuesday, March 22,
2  2005. We are in conference room 34B in the Maslon law firm in the Wells Fargo Center in Minneapolis, Minnesota
3  for the deposition of Robert Alexander in the case entitled Robert Alexander versus Charles F. Bond and
4  COKeM International, Limited, case No. 04-1323 pending in the United States District Court for the District of
5  Minnesota. My name is Bill Pentelovitch and with me is Jason Lien and we represent the defendants.
6  There has been no appearance by the deponent, who is the plaintiff Robert Alexander,
7  although the deposition was scheduled to begin 20 minutes ago.
8  I'm going to mark and make as part of the record of this deposition Exhibit No. 1, which is the
9  notice of taking the videotaped deposition of Robert Alexander, which was originally scheduled for January
10  18th, 2005; I'm marking and making as part of the record as Exhibit 2 the amended notice of taking the videotaped
11  deposition of Robert Alexander set for this morning, March 22nd, 2005, at 9 o'clock a.m.; and as Exhibit 3, I
12  am making part of the record a motion for protective order and accompanying memorandum and declarations of
13  David Layden and Robert Alexander, and those are marked collectively as Exhibit 3.
14  (Deposition Exhibit No. 1-3 marked.)
   MR. PENTELOVITCH: The record should
15  reflect that there has been no protective order entered by the court preventing this deposition from going
16  forward; that the witness and his counsel were advised that we would go forward this morning and they've chosen
17  not to appear; that the witness claims that he cannot appear for medical reasons, but despite several requests
18  to his counsel, we received no verification from a physician, a hospital, clinic or other medical or health
19  care provider that he in fact is medically unable to appear today.
20  This will adjourn the deposition for the time being, subject to further order of the court.
21  (Deposition adjourned at 9:23 a.m.)
22
23
24
25

Robert Alexander 3/22/2005
Robert Alexander v. Charles F. Bond, et al.

5

REPORTER'S CERTIFICATE

STATE OF MINNESOTA   )
                     ) ss.
COUNTY OF WASHINGTON )

     I hereby certify that I reported the deposition proceeding on the 22nd day of March 2005, in Minneapolis, Minnesota;

     That the proceeding was transcribed by me and is a true record of the statement made;

     That the cost of the original has been charged to the party who noticed the deposition, and that all parties who ordered copies have been charged at the same rate for such copies;

     That I am not a relative or employee or attorney or counsel of any of the parties, or a relative or employee of such attorney or counsel;

     That I am not financially interested in the action and have no contract with the parties, attorneys, or persons with an interest in the action that affects or has a substantial tendency to affect my impartiality;

     WITNESS MY HAND AND SEAL THIS 22nd of March 2005.

_____
Deborah A. Maves
Notary Public, Washington County, Minnesota
My commission expires January 31, 2010