**JENNER&BLOCK**

Jenner & Block LLP
One IBM Plaza
Chicago, IL 60611-7603
Tel 312 222-9350
www.jenner.com

Chicago
Dallas
Washington, DC

March 18, 2005

**VIA ELECTRONIC TRANSMISSION**

David J. Bradford
Tel 312 923-2975
Fax 312 840-7375
dbradford2@jenner.com

J. Eckardt, M.D.
MedNet
UCLA

Re: Robert Alexander

Dear Dr. Eckardt:

This letter will confirm our conversation of today in which you confirmed that in December 2004, you operated on Robert Alexander and removed a cyst from his leg that was cancerous. Additionally, once he recovered from the surgery, you prescribed a course of radiation therapy (which, I am informed, he is now commencing). You instructed Robert Alexander not to travel during that radiation therapy. If this letter is accurate, I would appreciate your counter-signing the letter to indicate that it is accurate.

As I related by telephone, I apologize for disrupting your very busy schedule with this matter and greatly appreciate your taking the time to respond.

Thank you for your cooperation.

Sincerely,

David J. Bradford

DJB:fms

_J. Eckardt, M.D._ 3/20/05