ORIGINAL

FILED

Jan 14  2 49 PM '05

*signature*
CLERK

| | |
|---|---|
| 1 | APP |
| | JIMMERSON HANSEN, P.C. |
| 2 | JAMES J. JIMMERSON, ESQ. |
| | Nevada Bar No. 000264 |
| 3 | SHELLEY LUBRITZ, ESQ. |
| | Nevada Bar No. 005410 |
| 4 | 415 So. Sixth St., Ste. 100 |
| | Las Vegas, Nevada 89101 |
| 5 | (702) 388-7171 |
| | Attorneys for Defendant, |
| 6 | ROBERT ALEXANDER |

## DISTRICT COURT

## FAMILY DIVISION

## CLARK COUNTY, NEVADA

DONIELLE ALEXANDER, ) CASE NO.: D-325704
) DEPT NO.: I
Plaintiff, )
)
vs. )
)
ROBERT ALEXANDER, )
)
Defendant, )
_____)

### APPLICATION FOR ORDER SHORTENING TIME

COMES NOW, Defendant, ROBERT ALEXANDER (hereinafter "Robert"), by and through his attorney, JAMES J. JIMMERSON, ESQ. and SHELLEY LUBRITZ, ESQ., of the law firm of JIMMERSON HANSEN, P.C., and hereby respectfully moves this Honorable Court for an Order Shortening Time on which to hear DEFENDANT'S MOTION FOR HEARING RE: GAMBLING ASSESSMENT FINDINGS BY ROBERT E. HUNTER, Ph.D AND FREDERICK W. PRESTON, Ph.D, currently set for _____ in Department "I".

///
///
///
///
///

RECEIVED
JAN 1 4 2005
CLARK COUNTY

1

AppforOST.wpd

**Exhibit 16**

CE100

This Application is based upon the pleadings and papers on file herein, as well as the attached Affidavit of Shelley Lubritz, Esq.

DATED this 14th day of January, 2005.

JIMMERSON HANSEN, P.C.

By: _____
JAMES J. JIMMERSON, ESQ.
Nevada Bar No. 000264
SHELLEY LUBRITZ, ESQ.
Nevada Bar No. 005410
415 South Sixth Street, Suite #100
Las Vegas, Nevada 89101
Attorneys for Defendant,
ROBERT ALEXANDER

2

AppforOST.wpd

# AFFIDAVIT OF COUNSEL, SHELLEY LUBRITZ, ESQ. PURSUANT TO EDCR 5.11

STATE OF NEVADA ) 
) ss: 
COUNTY OF CLARK )

**SHELLEY LUBRITZ, ESQ.**, being first duly sworn, upon oath, hereby deposes and says as follows:

1. That I am an attorney duly licensed to practice law in the State of Nevada and before this Honorable Court.

2. That I am an Associate Attorney with the law firm of Jimmerson Hansen, P.C., counsel for the Defendant, ROBERT ALEXANDER, in the above-entitled matter. That I have personal knowledge of all matters contained herein, and am competent to testify thereto.

3. That an Order Shortening Time is necessary so the Court may lift the gambling prohibition currently in place against Defendant which would allow him to return to gambling professionally and earn a living.

FURTHER, your Affiant sayeth naught.

_____
SHELLEY LUBRITZ, ESQ.

SUBSCRIBED and SWORN to before me this 14th day of January 2005.

_____
NOTARY PUBLIC in and for said County and State.



SHARON A. HILL
Notary Public State of Nevada
No. 96-5243-1
My appt. exp. Sept. 1, 2008

AppforOST.wpd