**OST**
JIMMERSON HANSEN, P.C.
JAMES J. JIMMERSON, ESQ.
Nevada Bar No. 000264
SHELLEY LUBRITZ, ESQ.
Nevada Bar No. 005410
415 So. Sixth St., Ste. 100
Las Vegas, Nevada 89101
(702) 388-7171
Attorneys for Defendant,
ROBERT ALEXANDER

## DISTRICT COURT

## FAMILY DIVISION

## CLARK COUNTY, NEVADA

| | |
|---|---|
| DONIELLE ALEXANDER,<br><br>          Plaintiff,<br><br>vs.<br><br>ROBERT ALEXANDER,<br><br>          Defendant, | CASE NO.: D-325704<br>DEPT. NO.: I<br><br><br><br>Date: 01/19/05<br>Time: 4:00 P.M. |

### ORDER SHORTENING TIME

Upon the Affidavit of SHELLEY LUBRITZ, ESQ., and good cause appearing therefore,

IT IS HEREBY ORDERED that the time for the hearing on the foregoing DEFENDANT'S MOTION FOR HEARING RE: GAMBLING ASSESSMENT FINDINGS BY

///

///

///

///

///

**RECEIVED**

JAN 1 4 2005

CLARK COUNTY

1

OST.wpd

**Exhibit 17**

ROBERT E. HUNTER, Ph.D. AND FREDERICK W. PRESTON, Ph.D., currently set for _____, 2005, is hereby shortened to the 19th day of Jan., 2005, at the hour of 4pm, of said day in Department "I" of the above-entitled Court.

DATED this 14th day of January, 2005.

_____
DISTRICT COURT JUDGE
for CHERYL B. MOSS

Respectfully submitted by:

JIMMERSON HANSEN, P.C.

BY: _____
JAMES J. JIMMERSON, ESQ.
Nevada Bar No. 000264
SHELLEY LUBRITZ, ESQ.
Nevada Bar No. 005410
415 South Sixth Street, Suite 100
Las Vegas, Nevada 89101
(702) 388-7171
Attorneys for Defendant,
ROBERT ALEXANDER

OST.wpd