U.S. COURT OF APPEALS - EIGHTH CIRCUIT

Appeal Docket No.

_____

APPELLEE'S FORM B
Appeal Information Form

CASE NAME (Underline name of Appellee):

IS THE ALIGNMENT OF PARTIES, NAMES, ADDRESSES, AND TELEPHONE NUMBERS
CORRECT ON APPELLANT'S FORM A?   (   ) Yes   (   ) No   If no, list corrections below.

FOR LEAD COUNSEL ONLY
I ___ have (___ have not) discussed settlement possibilities on appeal with my client.
This appeal ___ is (___ is not) amenable to settlement.

NAME, ADDRESS, AND TELEPHONE NUMBER OF LEAD COUNSEL:

Submitted by:_____

Copy 1 - Send to Appellant
Copy 2 & 3 - Send to Clerk, Eighth Circuit Court of Appeals          Date:_____
Copy 4 - Retain