# THIBODEAU, JOHNSON & FERIANCEK, PLLP
TRIAL ATTORNEYS AND COUNSELORS AT LAW

800 LONSDALE BUILDING
302 WEST SUPERIOR STREET
DULUTH, MINNESOTA 55802
FACSIMILE (218) 722-0390
**TELEPHONE (218) 722-0073**

Jerome D. Feriancek*

Writer's E-Mail Address:
jdf@trialgroupnorth.com

April 4, 2005

Clerk of U.S. District Court
Federal Building, Room 417
515 West First Street
Duluth, MN 55802

RE: Gregory M. Crow and Brenda Crow v. Wal-Mart Stores, Inc.
    Court File No. 04-3877 (JNE/RLE)
    Our File No. 112.036

Dear Clerk:

Enclosed please find a Stipulation of Dismissal without Prejudice, Order for Judgment as to Third-Party Defendant Bolton & Menk, Inc. The Order has been forward to Magistrate Erickson.

Yours very truly,

J. D. Feriancek

JDF\b

Enclosure

cc: Andrew R. Peterson
    Eric D. Hylden

*Also a Member of Wisconsin Bar