UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

Kathryn E. Leclerc,

    Plaintiff,

v.

Zimmer, Inc.,

    Defendant.

_____

Case No.: 04-CV-1660 JRT/FLN

**PLAINTIFF'S NOTICE OF MOTION FOR LIMITED EVIDENCE DESTRUCTION AND TESTING – REMOVAL AND PRESERVATION OF THE BONE CEMENT**

TO: DEFENDANT ZIMMER, INC. AND THEIR ATTORNEYS, Albert J. Dahn, Dahn & Elvin, L.L.P., 9604 Coldwater Road, Suite 201, Fort Wayne, Indiana 46825; and Michael S. Elvin, Dahn & Elvin, L.L.P., 161 North Clark Street, Suite 1750, Chicago IL 60601.

**PLEASE TAKE NOTICE** that on Monday, May 9, 2005, at 10:30 a.m., or as soon as possible thereafter as counsel may be heard, before Magistrate Judge Franklin L. Noel in Courtroom 9W, United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota, Plaintiff Kathryn Leclerc will move the Court for an order granting limited destruction of evidence—namely, for removal and preservation of the cement that is still surrounding Plaintiff's Centralign stem.

Dated this 25th day of April, 2005.

                                 **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

                                 By    s/ Daniel A. O'Fallon
                                 Daniel A. O'Fallon (199291)

                                 2800 LaSalle Plaza
                                 800 LaSalle Avenue
                                 Minneapolis, MN 55402-2015

                                 ATTORNEY FOR PLAINTIFF