Judge John R. Tunheim

Mag. Judge Franklin L. Noe.

# United States District Court ORIGINAL

_____ DISTRICT OF _____ MINNESOTA _____

UNITED STATES OF AMERICA,

PLAINTIFF,

## SUMMONS IN A CIVIL CASE

V.

CASE NUMBER:    05-677 JRT/FLN

2001 Chevrolet Suburban K2500 LT,
VIN 3GNGK26GX1G246003,

DEFENDANT.

TO: (Name and address of defendant)

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)
James S. Alexander, AUSA
**United States Attorney's Office
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN  55415**

~~an answer to the complaint which is herewith served upon you, within~~ ~~days after service of~~
~~this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against~~
~~you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of~~
~~time after service.~~

and file with the Clerk of Court, a verified statement of interest in or right against the
defendant within 30 days from the date this Summons and the Complaint for Forfeiture are
served upon you and an answer to the Complaint for Forfeiture, within 20 days from the date
the verified statement is filed; otherwise if you fail to do so, judgment by default will be
taken against you.

SEE SUPPLEMENTAL RULE C(6) FOR CERTAIN ADMIRALTY AND MARITIME CLAIMS, FEDERAL RULES OF CIVIL
PROCEDURE, FOR VERIFIED STATEMENT AND ANSWER REQUIREMENTS.

| Richard D.Sletten | April 1, 2005 |
|---|---|
| CLERK | DATE |

(BY) DEPUTY CLERK        G.Schneider


SCANNED
MAY 20 2005
U.S. DISTRICT COURT MPLS.

# PROCESS RECEIPT AND RETURN

U.S. Department of Justice
United States Marshals Service

See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| | |
|---|---|
| **PLAINTIFF** US | **COURT CASE NUMBER** CV05-677 JRT/FLN |
| **DEFENDANT** 2001 Chevrolet Suburban | **TYPE OF PROCESS** S + C / Warrant |

**SERVE** → **AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Jill Fedo, Paralegal
USAO

Number of process to be served with this Form - 285

Number of parties to be served in this case

Check for service on U.S.A.

RECEIVED
MAY 13 1 39 PM '05
U.S. MARSHALS SERVICE
MPLS. MN

RECEIVED
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Fold

Arrest defendant vehicle.

04-DEA-442855

| Signature of Attorney or other Originator requesting service on behalf of: Jill Fedo, Paralegal | ☒ PLAINTIFF ☐ DEFENDANT | **TELEPHONE NUMBER** 612-664-5698 | **DATE** 5-9-05 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 41 | District to Serve No. 41 | Signature of Authorized USMS Deputy or Clerk Victoria Johnson | Date 5-13-05 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|

| Address (complete only if different than shown above) | Date of Service 5-13-05 | Time 1:30 pm |
|---|---|---|
| | Signature of U.S. Marshal or Deputy Victoria John | |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

**REMARKS:** Asset ID # 04-DEA-442855, 2001 Chevrolet Suburban, VIN # 3GNGK26GX1G246003 is in USMS custody as of 10/15/2004. Storage is at Classic Auto

**PRIOR EDITIONS MAY BE USED**          **1. CLERK OF THE COURT**          FORM USM-285 (Rev. 12/15/80)