# FEDERAL CORRECTIONAL INSTITUTION LABORATORY
## 1299 SEASIDE AVENUE
## TERMINAL ISLAND, CALIFORNIA 90731

Medical Technologist:          (310)732-5263     **Printed:** August 17, 1999 (7:11AM)

Vickie L. Lopez

---

Name: Monaco, Donald                          ID: 13314-006

--Test Name-----------------------Result-Abnormal-Flag--Units--------Reference Range--------------
Collection Cmt.

Collected by Referring Institution

| | | | | |
|---|---|---|---|---|
| ALT/(SGPT) | 82.4H | IU/L | 8.0 | 51.0 |

---

Tests  :  ALT
ordered:
ID: 13314-006                          DOB: 07-31-58      Age: 41      Sex: M
Name: Monaco, Donald
Ordered By: Dr. Pelton
Collected: 08-16-99                     Reviewed By:

---

"Sensitive Limited Official Use Only"

# FEDERAL CORRECTIONAL INSTITUTION LABORATORY
## 1299 SEASIDE AVENUE
### TERMINAL ISLAND, CALIFORNIA 90731

Medical Technologist:        (310)732-5263    Printed: June 2, 1999 (7:33AM)

Vickie L. Lopez

Name: Monaco, Donald                          ID: 13314-006

--Test Name-----------------------Result-Abnormal-Flag--Units--------Reference Range-------------
Collection Cmt.

Collected by Referring Institution

ALT/(SGPT)          155.5H              IU/L          8.0          51.0

Tests  :  ALT
ordered:

ID: 13314-006                    DOB: 07-31-58      Age: 40      Sex: M
Name: Monaco, Donald
Ordered By: Dr. Pelton
Collected: 06-01-99              Reviewed By:

# BIO-CYPHER
LABORATORIES

... S. ... Fernando Blvd., Burbank, CA 91502 ...
(800) 669-4674   FAX (818) 846-9658
... Mary F. Manna, M.D. — Medical Director ...

...
TO: CORRECTIONAL INST-TERMINAL ISLAND        Patient  : MONACO, DONALD
    ... WILMINGTON                            Med Rec# : 13314006
    ... SAN PEDRO, CA  90731                  DOB/Sex  : 07/31/58  40 YRS  MALE
                                             Acc #    : 9123804776
                                             Spec Coll: 05/03/99  06:11AM ... DO
                                             Spec Rec : 05/03/99  7:30PM
                                             Req Phys : PELTON,

| LOCATION | TEST | RESULTS WITHIN RANGE | OUT OF RANGE | REFERENCE RANGE | UNITS |
|---|---|---|---|---|---|
| | | | CHEMISTRY | | |
| DI | Chemistry Panel | | | | |
| | Glucose | 87 | | 70-110 | mg/dL |
| | Sodium | 138 | | 135-145 | mmol/L |
| | Potassium | 4.0 | | 3.5-5.3 | mmol/L |
| | Chloride | 102 | | 98-110 | mmol/L |
| | BUN | 17 | | 7-22 | mg/dL |
| | Creatinine | 1.1 | | 0.5-1.5 | mg/dL |
| | BUN/Creat Ratio | 15.8 | | 8-24 | Ratio |
| | Uric Acid | 7.1 | | 3.5-7.2 | mg/dL |
| | Bili, Total | 1.0 | | 0.2-1.2 | mg/dL |
| | GGT | 34 | | 11-51 | IU/L |
| | AST (SGOT) | | 84 H | 0-40 | IU/L |
| | ALT (SGPT) | | 155 H | 0-45 | IU/L |
| | LD/LDH | 162 | | 100-210 | IU/L |
| | Alkaline Phos | 67 | | 37-115 | IU/L |
| | Calcium | 9.4 | | 8.4-10.5 | mg/dL |
| | Phosphorus | 3.6 | | 2.5-4.6 | mg/dL |
| | Total Protein | 7.2 | | 6.0-8.0 | g/dL |
| | Albumin | 4.3 | | 3.5-5.0 | g/dL |
| | Globulin | 2.9 | | 1.5-4.0 | g/dL |
| | A/G Ratio | 1.5 | | | |
| | Iron | 104 | | 65-175 | ug/dL |
| | Cholesterol | 185 | | <200 | mg/dL |
| | Triglyceride | 149 | | 10-150 | mg/dL |

TESTING LOCATION:

Bio-Cypher Laboratories
3301 C Street, #100-E, Sacramento, CA 95816
Stephen N. Bauer, M.D., Director



Footnotes
H = High

================================================================================
                    * * * F I N A L   R E P O R T * * *
================================================================================
Name: MONACO,DONALD                       [5098R ]              ID:   13314-006
--Test Name-----------Result-Abnormal-Flag--Units-----Reference Range-------
Collection Cmt.      Collected by Referring Institution
HIV-1 Ab (MRC)       Non-Reactive                            Nonreact
                     -- End of Laboratory Report --

--------------------------------------------------------------------------
ests  | HIV-1 Ab (MRC)
rdered|
--------------------------------------------------------------------------
D  :13314-006       . . . . . . . . . .       DOB:07/31/1958  Age:40  Sex:M
ame:MONACO,DONALD                             Lab Acn#:  5098R
rdered By:Dag, MD                                                      Reviewed
ollected :02/23/1999  08:00                   Loc:FCI Terminal Island, CA

BIO-CYPHER

811 San Fernando Blvd., Burbank, CA 91502 FINAL

(800) 660-4674 FAX (818) 846-9658

Fikry F. Hanna, M.D. - Medical Director 811000 3


88047

To: FED CORRECTIONAL INST-TERMINAL ISLAND
1299 SEASIDE AVE
TERMINAL ISLAND, CA 90731

Patient : MONACO, DONALD
Med Rec# : 13314006
DOB/Sex : 07/31/58 40 YRS MALE
Acc # : 9054803169
Spec Coll: 02/23/99 08:00AMLoc: BU
Spec Rec : 02/23/99 9:00PM
DAG Req Phys : FED CORRECTIONAL INST

| LOCATION | TEST | RESULTS WITHIN RANGE | RESULTS OUT OF RANGE | REFERENCE RANGE | UNITS |
|---|---|---|---|---|---|
| | - - - - - - - - - CHEMISTRY - - - - - - - - - | | | | |
| SC | Chemistry Panel | | | | |
| | Glucose | 84 | | 70-110 | mg/dL |
| | Sodium | 140 | | 135-145 | mmol/L |
| | Potassium | 4.5 | | 3.5-5.3 | mmol/L |
| | Chloride | 104 | | 98-110 | mmol/L |
| | BUN | 17 | | 7-22 | mg/dL |
| | Creatinine | 1.3 | | 0.5-1.5 | mg/dL |
| | BUN/Creat Ratio | 13.0 | | 8-24 | Ratio |
| | Uric Acid | 6.5 | | 3.5-7.2 | mg/dL |
| | Bili, Total | 1.1 | | 0.2-1.2 | mg/dL |
| | GGT | 27 | | 11-51 | IU/L |
| | AST (SGOT) | | 44 H | 0-40 | IU/L |
| | ALT (SGPT) | | 75 H | 0-45 | IU/L |
| | LD/LDH | 138 | | 100-210 | IU/L |
| | Alkaline Phos | 66 | | 37-115 | IU/L |
| | Calcium | 9.6 | | 8.4-10.5 | mg/dL |
| | Phosphorus | 3.7 | | 2.5-4.6 | mg/dL |
| | Total Protein | 7.6 | | 6.0-8.0 | g/dL |
| | Albumin | 4.4 | | 3.5-5.0 | g/dL |
| | Globulin | 3.2 | | 1.5-4.0 | g/dL |
| | A/G Ratio | 1.4 | | | |
| | Iron | | 177 H | 65-175 | ug/dL |
| | Cholesterol | 188 | | <200 | mg/dL |
| | Triglyceride | | 208 H | 10-150 | mg/dL |

TESTING LOCATION:
SC Bio-Cypher Laboratories
3301 C Street, #100-E, Sacramento, CA 95816
Stephen N. Bauer, M.D., Director

Chol
LDL
HDL
TRIG
Liver
2/26/99

Footnotes
H = High

Printed: 02/24/99 10:52AM
Accession: 9054803169 Patient: MONACO, DONALD

end of report

P-516
ROUTE:00516-001

CLIA: 50D0630157
CAP:   8-01

**LabCorp®**

21903 68th Ave S
Kent, Wa 98032
253-395-4000
800-598-3345

PATIENT NAME: MONACO, DONALD
DOB: 31-JUL-58   AGE: 40   SEX: M
PATIENT ID  : 13314-006

ACCOUNT

01086-8   MDI-FDC SEA-TAC
ACCESSION   : 3774185-8                      2425 S 200TH ST
REQUISITION: M00350148-7                   SEATTLE, WA 98198

COLLECTED  : 19-JAN-99  10:25 N    PHYSICIAN: SPIEGLER
RECEIVED   : 19-JAN-99
REPORTED   : 20-JAN-99   FAST:

TEST REQUEST: URINALYSIS, ROUTINE, CBC, PLATELET; NO DIFFERENTIAL,
RPR, VENIPUNCTURE.

| TEST NAME | RESULT | UNITS | REFERENCE RANGE |
|---|---|---|---|
| **RPR:** | | | |
| RPR | NON REACTIVE | | NR |
| **URINALYSIS, ROUTINE:** | | | |
| SPECIFIC GRAVITY | 1.015 | | 1.005-1.035 |
| COLOR | YELLOW | | YELLOW |
| APPEARANCE | CLEAR | | |
| PH | 5 | | 4.5-7.5 |
| PROTEIN | NEG | | NEG |
| GLUCOSE | NEG | | NEG |
| KETONES | NEG | | NEG |
| BLOOD | NEG | | NEG |
| BILIRUBIN | NEG | | NEG |
| UROBILINOGEN | 0.2 | EU/dL | 0-1 |
| LEUKOCYTE ESTERASE | NEG | | NEG |
| NITRITE (BACTERIA) | NEG | | NEG |
| **CBC, PLATELET; NO DIFFERENTIAL:** | | | |
| WBC | 5.7 | THOUS/MM3 | 3.7-10.5 |
| RBC | 5.21 | MILL/MM3 | 4.1-5.6 |
| HEMOGLOBIN | 16.8 | G/DL | 12.5-17.0 |
| HEMATOCRIT | 48.0 | % | 36-50 |
| MCV | 92 | CMM | 80-98 |
| MCH | 32.3 | UUG | 27-34 |
| MCHC | 35.0 | % | 32-36 |
| PLATELET COUNT | 183 | X1000 | 155-385 |
| RDW | 12.0 | | 11.7-15.0 |

PG 1 FINAL: MONACO, DONALD 3774185-8/M00350148-7  C. DATE: 19-JAN-99

REPORT                    ©1997 Laboratory Corporation of America® Holdi
All Rights Reser

NSN 7540-00-634-4162                                                                                                         519-218

| PATIENT IDENTIFICATION (For typed or writ Name — last, first, middle, Medical Facility) | | AGE | SEX | SSN (Sponsor) | | ARD/CLINIC | REGISTER NO. |
|---|---|---|---|---|---|---|---|
| Monoco, Donald 13314 - 006 | | 40 | M | | | OPD | |

**EXAMINATION REQUESTED (Use SF 519-B for multiple exams)**

(1) Shulder

| REQUESTED BY | | | TELEPHONE NO. |
|---|---|---|---|
| | Pelton | | |

| LOCATION OF MEDICAL RECORDS | FILM NO. | DATE REQUESTED | PREGNANT |
|---|---|---|---|
| FCJ - TRM | 17166 | 5/24 | ☐ YES    ☐ NO |

SPECIFIC REASON(S) FOR REQUEST  (Complaints and findings)

? Arthritis

| DATE OF EXAMINATION (Month, day, year) | DATE OF REPORT (Month, day, year) | DATE OF TRANSCRIPTION (Month, day, year) |
|---|---|---|
| 1-2-57 | | |

RADIOLOGIC REPORT

)G'b'

FEDERAL CORR. ... ... 'ST
►     TERMINAL ISLAND

| SIGNATURE | LOCATION OF RADIOLOGIC FACILITY 1299 SEX SI ... ... .. |
|---|---|
| | ... TERMINAL ISLAND    C1    9073? |

1 — MEDICAL RECORD

**RADIOLOGIC CONSULTATION REQUEST/REPORT**

☆U.S.GOVERNMENT PRINTING OFFICE 1986-403-405...

STANDARD FORM 519-A (REV. 8-83)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201 45 505

3/7/03

Monaco, Donald

PO₂ 100%

HEALTH SERVICES
FEDERAL PRISON CAMP
DULUTH, MN 55814

3/7/03

Monaco, Donald

$PO_2$ 100%

HEALTH SERVICES
FEDERAL PRISON CAMP
DULUTH, MN 55814

Re:                          MONACO, DONALD
Registration No:             13314-006

Date of Exam(s):             06/02/99
Date of Report:              06/03/99
Date Transcribed:            06/06/99

History:                     40-year-old male.  Evaluate for arthritis.

LEFT SHOULDER, TWO VIEWS:

AP views of the left shoulder were obtained in internal and
external rotation.  There is no evidence of fracture or
dislocation.  However, there is some flattening and mild
sclerosis of the apex of the greater tuberosity of the left
humerus.  This is associated with a downward-sloping acromion.
Question the possibility of acromial impingement.  No other
abnormalities are appreciated.  The glenohumeral and
acromioclavicular joints are well maintained and appear
unremarkable.

IMPRESSION:
Question possible acromial impingement upon the humerus.
Recommend clinical correlation.


Rebecca Bittner, M.D.
RB:jk

Monaco, Donald

AGE/SEX 40 M | SSN (Sponsor) | WARD.CLINIC OPD | REGISTER NO. 13314-006

EXAMINATION REQUESTED (Use SF 519-B for multiple exams)

CXR -

7-31-58

REQUESTED BY Dag / MLaReya PA | TELEPHONE NO.

FCI - Terminal Island

FILM NO. 16870 | DATE REQUESTED 2-18-99 | PREGNANT ☐ YES ☐ NO

Chronic Care Placement - Hepatitis Clinic

DATE OF REPORT (Month, day, year) 2-23-99 | DATE OF TRANSCRIPTION (Month, day, year)

$\sqrt{P} 2/27$

FEDERAL CORRECTIONAL INST.
TERMINAL ISLAND
1299 SEASIDE AVENUE
TERMINAL ISLAND, CA 90731

SIGNATURE | LOCATION OF RADIOLOGIC FACILITY

1 - MEDICAL RECORD

RADIOLOGIC CONSULTATION REQUEST/REPORT

U.S. GPO:1991-287-487

STANDARD FORM 519-A (REV. 8-83)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-45.505

# Harborside Radiology Medical Group, Inc.

28364 S. Western Avenue, Suite 490.
Rancho Palos Verdes, CA 90275

---

Re:                   MONACO, DONALD
Registration No:      13314-006

Date of Exam(s):      02/23/99
Date of Report:       02/25/99
Date Transcribed:     02/27/99

History:              Chronic care placement, hepatitis clinic.

CHEST, ONE VIEW:

No prior examination is available for comparison.

A PA view of the chest demonstrates normal heart size.  The hila
and pulmonary vasculature are unremarkable.  No pleural disease
is seen.  The bones and soft tissues are within the range of
normal.

IMPRESSION:
Normal chest x-ray.

Rebecca Bittner, M.D.
RB:jk



44yr 66in 188lb    Med: None    Room:
Sex: M   Race: Cauc   Loc: None
Cart: 1   Tech:    Vent. rate    87 BPM
                   PR interval   152 ms
                   QRS duration   80 ms
25mm/s 10mm/mV 100Hz    QT/QTc 352/422 ms
Pgm 110B/110   Unconfirmed    P-R-T axes  62  18  13
               Referred by: BB

NORMAL SINUS RHYTHM
NORMAL ECG

aVR  aVL  aVF

V1  V2  V3

V4  V5  V6

I  II  III

ReRo
3/6/03

PEEL TO MOUNT CHART/GRAPH

DO NOT REMOVE

PEEL TO MOUNT CHART/GRAPH

HEALTH SERVICES
FEDERAL PRISON CAMP
DULUTH, MN 55814

REF 9064-008 500/Box

Manufactured For
marquette
Medical Systems

Jupiter, Florida 33458 U.S.A.
Freiburg im Breisgau, GERMANY

LOT
0898

9064-008 UN 4 REV E



MONALJ, DONALD                                    ID: 013314006.   27-OCT-2002  12:02

25mm/s
5mm/mV,
100Hz.
Pgm 007B
v206

Med: Unknown
44yr          65in   196lb
Sex: M        Race: Cauc
Loc:          Room:

Cart: 1
Tech.:

| | |
|---|---|
| Vent. rate | 60 BPM |
| PR interval | 140 ms |
| QRS duration | 92 ms |
| QT/QTc | 408/408 ms |
| P-R-T axes | 41  41  24 |

NORMAL SINUS RHYTHM
NORMAL ECG

Referred by: GRAY

Unconfirmed



MONACO, DONALD

ID: 01331400G    12-JUN-2001 13:24    FCI WASECA

25mm/s
10mm/mV
100Hz
Pgm  007B
v206

Med: Unknown
43yr        Ht:
Sex: M      Race:
Loc:        Room:

Ht:

NORMAL SINUS RHYTHM
NORMAL ECG

Car:: 1
Tech.:

Vent. rate        71   BPM
PR interval      140   ms
QRS duration      84   ms
QT/QTc       372/403   ms
P-R-T axes    41   23   -2

Referred by: DR GRAY

Unconfirmed

**FCI WASECA PHARMACY**     (507) 835-8972
1000 UNIVERSITY DRIVE SW - WASECA, MN 56093
36184     K. PETERSON     01/22/03
MONACO, DONALD          13314-006
FCI WASECA HOUSING - B06-203U
TAKE ONE TABLET BY MOUTH EACH
DAY AT 7AM **TRANS MED**

**ASPIRIN, E.C. 325 MG TAB**     #7
(0)Refills     01/21/2003     JAP     RxExp 01/28/03

CAUTION: Federal State law prohibits transfer of this drug
to any person other than patient for whom prescribed.

**FCI WASECA PHARMACY**     (507) 835-8972
1000 UNIVERSITY DRIVE SW - WASECA, MN 56093
34542     M. GRAY     12/06/02
MONACO, DONALD          13314-006
FCI WASECA HOUSING - B06-203U
TAKE ONE TABLET BY MOUTH EACH
DAY .

**ASPIRIN, E.C. 325 MG TAB**     #30
(2)Refills     12/05/2002     JAP     RxExp 03/05/03

CAUTION: Federal State law prohibits transfer of this drug
to any person other than patient for whom prescribed.

**FCI WASECA PHARMACY**     (507) 835-8972
1000 UNIVERSITY DRIVE SW - WASECA, MN 56093
34541     M. GRAY     12/06/02
MONACO, DONALD          13314-006
FCI WASECA HOUSING - B06-203U
USE 1 SPRAY IN EACH NOSTRIL AT
ONSET OF MIGRAINE, DO NOT EXCEED
8 SPRAYS A MONTH **RETURN
EMPTIES FOR REFILL**

**SUMATRIPTAN NASAL SPRAY 20 MG UD**  #2
(8)Refills     12/05/2002     JAP     RxExp 03/05/03

CAUTION: Federal State law prohibits transfer of this drug
to any person other than patient for whom prescribed.

**FCI WASECA PHARMACY**     (507) 835-8972
1000 UNIVERSITY DRIVE SW - WASECA, MN 56093
33360     M. GRAY     11/05/02
MONACO, DONALD          13314-006
FCI WASECA HOUSING - B06-203U
USE 1 SPRAY IN EACH NOSTRIL AT
ONSET OF HEADACHE. DO NOT
EXCEED 8 SPRAYS IN ONE MONTH.

**SUMATRIPTAN NASAL SPRAY 20 MG UD**  #2
(8)Refills     11/04/2002     JZ     RxExp 02/02/03

**FCI WASECA PHARMACY**     (507) 835-8972
1000 UNIVERSITY DRIVE SW - WASECA, MN 56093
36185     K. PETERSON     01/22/03
MONACO, DONALD          13314-006
FCI WASECA HOUSING - B06-203U
USE 1 SPRAY IN ONE NOSTRIL AT
ONSET OF MIGRAINE, MAY REPEAT X 1
IN 2 HOURS AS NEEDED **DO NOT
EXCEED 8 DOSES/MONTH** TRANS
MED**

**SUMATRIPTAN NASAL SPRAY 20 MG UD**  #2
(0)Refills     01/21/2003     JAP     RxExp 01/28/03

CAUTION: Federal State law prohibits transfer of this drug
to any person other than patient for whom prescribed.

**FCI WASECA PHARMACY**     (507) 835-8972
1000 UNIVERSITY DRIVE SW - WASECA, MN 56093
34543     M. GRAY     12/06/02
MONACO, DONALD          13314-006
FCI WASECA HOUSING - B06-203U
TAKE ONE CAPSULE BY MOUTH 5
TIMES A DAY AS DIRECTED.

**ACYCLOVIR 200 MG CAP**     #35
(3)Refills     12/05/2002     JAP     RxExp 03/05/03

CAUTION: Federal State law prohibits transfer of this drug
to any person other than patient for whom prescribed.

**FCI WASECA PHARMACY**     (507) 835-8972
1000 UNIVERSITY DRIVE SW - WASECA, MN 56093
33361     M. GRAY     11/05/02
MONACO, DONALD          13314-006
FCI WASECA HOUSING - B06-203U
TAKE 1 TABLET EVERY DAY. TAKE
WITH FOOD OR MILK.

**ASPIRIN, E.C. 325 MG TAB**     #30
(2)Refills     11/04/2002     JZ     RxExp 02/02/03

**FCI WASECA PHARMACY** (507) 835-8972
1000 UNIVERSITY DRIVE SW - WASECA, MN 56093
30026      M. GRAY      08/09/02
MONACO, DONALD      13314-006
FCI WASECA HOUSING - B06-203U
TAKE ONE TABLET BY MOUTH EACH
DAY

**ASPIRIN, E.C. 325 MG TAB**      #30
(2)Refills   08/08/2002   JAP   RxExp 11/06/02
CAUTION: Federal/State law prohibits transfer of this drug
to any person other than patient for whom prescribed.

---

**FCI WASECA PHARMACY** (507) 835-8972
1000 UNIVERSITY DRIVE SW - WASECA, MN 56093
26485      M. GRAY      05/11/02
MONACO, DONALD      13314-006
FCI WASECA HOUSING - B06-203U
USE 1 SPRAY IN ONE NOSTRIL AT
ONSET OF MIGRAINE, MAY REPEAT X 1
IN 2 HOURS AS NEEDED **DO NOT
EXCEED 8 DOSES/MONTH * MUST
TURN IN EMPTIES FOR REFILL

**SUMATRIPTAN NASAL SPRA  20 MG UD  #2**
(8)Refills   05/10/2002   JAP   RxExp 08/08/02
CAUTION: Federal/State law prohibits transfer of this drug
to any person other than patient for whom prescribed.

---

**FCI WASECA PHARMACY** (507) 835-8972
1000 UNIVERSITY DRIVE SW - WASECA, MN 56093
22646      M. GRAY      02/15/02
MONACO, DONALD      13314-006
FCI WASECA HOUSING - B06-203U
USE 1 SPRAY IN ONE NOSTRIL AT
ONSET OF MIGRAINE, MAY REPEAT X 1
IN 2 HOURS AS NEEDED *DO NOT
EXCEED 8 DOSES/MONTH* TURN IN
EMPTIES FOR REFILL*

**SUMATRIPTAN NASAL SPRA  20 MG UD  #2**
(8)Refills   02/14/2002   JAP   RxExp 05/15/02
CAUTION: Federal/State law prohibits transfer of this drug
to any person other than patient for whom prescribed.

---

**FCI WASECA PHARMACY** (507) 835-8972
1000 UNIVERSITY DRIVE SW - WASECA, MN 56093
19293      M. GRAY      11/22/01
MONACO, DONALD      13314-006
FCI WASECA HOUSING - B06-203U
USE 1 SPRAY IN ONE NOSTRIL AT
ONSET OF HEADACHE MAY REPEAT X
1 IN 2 HOURS *DO NOT EXCEED 8
DOSES/MONTH* MUST TURN IN
EMPTIES FOR REFILL *

**SUMATRIPTAN NASAL SPRA  20 MG UD  #2**
(8)Refills   11/21/2001   JAP   RxExp 02/19/02
Federal/State law prohibits transfer of this drug
to any person other than patient for whom prescribed.

---

**FCI WASECA PHARMACY** (507) 835-8972
1000 UNIVERSITY DRIVE SW - WASECA, MN 56093
15803      M. GRAY      08/24/01
MONACO, DONALD      13314-006
FCI WASECA HOUSING - B05-202U
USE 1 SPRAY IN ONE NOSTRIL AT
ONSET OF HEADACHE MAY REPEAT X
1 IN 2 HOURS *DO NOT EXCEED 8
DOSES/ MONTH* MUST TURN IN
EMPTIES FOR REFILL*

**SUMATRIPTAN NASAL SPRA  20 MG UD  #2**
(8)Refills   08/23/2001   JAP   RxExp 11/21/01

---

**FCI WASECA PHARMACY** (507) 835-8972
1000 UNIVERSITY DRIVE SW - WASECA, MN 56093
30025      M. GRAY      08/09/02
MONACO, DONALD      13314-006
FCI WASECA HOUSING - B06-203U
USE 1 SPRAY IN ONE NOSTRIL AT
ONSET OF MIGRAINE, MAY REPEAT X 1
IN 2 HOURS AS NEEDED **DO NOT
EXCEED 8 DOSES/MONTH * TURN IN EMPTIES FOR REFILL **

**SUMATRIPTAN NASAL SPRA  20 MG UD  #2**
(8)Refills   08/08/2002   JAP   RxExp 11/06/02
CAUTION: Federal/State law prohibits transfer of this drug
to any person other than patient for whom prescribed.

---

**FCI WASECA PHARMACY** (507) 835-8972
1000 UNIVERSITY DRIVE SW - WASECA, MN 56093
26486      M. GRAY      05/11/02
MONACO, DONALD      13314-006
FCI WASECA HOUSING - B06-203U
TAKE ONE TABLET BY MOUTH EACH
DAY

**ASPIRIN, E.C. 325 MG TAB**      #30
(2)Refills   05/10/2002   JAP   RxExp 08/02/02
CAUTION: Federal/State law prohibits transfer of this drug
to any person other than patient for whom prescribed.

---

**FCI WASECA PHARMACY** (507) 835-8972
1000 UNIVERSITY DRIVE SW - WASECA, MN 56093
22647      M. GRAY      02/15/02
MONACO, DONALD      13314-006
FCI WASECA HOUSING - B06-203U
TAKE ONE TABLET BY MOUTH EACH
DAY .

**ASPIRIN, E.C. 325 MG TAB**      #30
(2)Refills   02/14/2002   JAP   RxExp 05/15/02
CAUTION: Federal/State law prohibits transfer of this drug
to any person other than patient for whom prescribed.

---

**FCI WASECA PHARMACY** (507) 835-8972
1000 UNIVERSITY DRIVE SW - WASECA, MN 56093
19294      M. GRAY      11/22/01
MONACO, DONALD      13314-006
FCI WASECA HOUSING - B06-203U
TAKE ONE TABLET BY MOUTH EACH
DAY **TAKE THIS EVERY DAY**

**ASPIRIN, E.C. 325 MG TAB**      #30
(2)Refills   11/21/2001   JAP   RxExp 02/19/02
Federal/State law prohibits transfer of this drug
on other than patient for whom prescribed.

---

**FCI WASCEA PHARMACY** (507) 835-8972
1000 UNIVERSITY DRIVE SW - WASECA, MN 56093
15804      M. GRAY      08/24/01
MONACO, DONALD      13314-006
FCI WASECA HOUSING - B05-202U
TAKE ONE TABLET BY MOUTH EACH
DAY **TAKE THIS EVERY DAY**

**ASPIRIN, E.C. 325 MG TAB**      #30
(2)Refills   08/23/2001   JAP   RxExp 11/21/01
CAUTION: Federal/State law prohibits transfer of this drug
to any person other than patient for whom prescribed.

**FCI WASCEA PHARMACY**    (507) 835-8972
1000 UNIVERSITY DRIVE SW - WASECA, MN 56093
12012    M. GRAY    05/25/01
MONACO, DONALD    13314-006
FCI WASECA HOUSING - B05-202U
USE 1 SPRAY IN ONE NOSTRIL AT
ONSET OF HEADACHE MAY REPEAT X1
IN 2 HOURS **DO NOT EXCEED 8
DOSES/MONTH *MUST TURN IN
EMPTIES FOR REFILL**

**SUMATRIPTAN NASAL SPRA 20 MG UD #2**
(8)Refills    05/25/2001    JAP    RxExp 08/22/01

---

**FCI WASCEA PHARMACY**    (507) 835-8972
1000 UNIVERSITY DRIVE SW - WASECA, MN 56093
8193    M. GRAY    03/02/01
MONACO, DONALD    13314-006
FCI WASECA HOUSING - B05-202U
USE 1 SPRAY IN ONE NOSTRIL AT
ONSET OF HEADACHE MAY REPEAT X
1 IN 2 HOURS **DO NOT EXCEED 8
DOSES/MONTH *MUST TURN IN
EMPTIES FOR REFILL*

**SUMATRIPTAN NASAL SPRA 20 MG UD #2**
(12)Refills    03/01/2001    JAP    RxExp 05/30/01

---

**FCI WASCEA PHARMACY**    (507) 835-8972
1000 UNIVERSITY DRIVE SW - WASECA, MN 56093
3788    S. PETRIE    11/02/00
MONACO, DONALD    13314-006
WAS - Z01-123LAD
TAKE 4 CAPSULES BY MOUTH NOW (1
HOUR BEFORE DENTAL APPT)

**CLINDAMYCIN 150 MG CAP    # 4**
(0)Refills    11/02/2000    JAP    RxExp 11/02/00
CAUTION: Federal law prohibits transfer of this drug
to any person other than patient for whom prescribed.

---

**FCI WASCEA PHARMACY**    (507) 835-8972
1000 UNIVERSITY DRIVE SW - WASECA, MN 56093
2565    K. PETERSON    09/28/00
MONACO, DONALD    13314-006
WAS - Z01-123LAD
USE 1 SPRAY IN A NOSTRIL AS NEEDED FOR MIGRAINE,
MAY REPEAT X 1 IN 2 HOURS *NO MORE THAN
8/MONTH* MUST RETURN EMPTY CONTAINERS BEFORE
GETTING REFILL* SEG MED*

**SUMATRIPTAN NASAL SPRAY 2    # 2**
(0)Refills    09/28/2000    JAP    RxExp 10/27/00
CAUTION: Federal law prohibits transfer of this drug
to any person other than patient for whom prescribed.

---

RX400030213    K. PETERSON    06/01/00
MONACO, DONALD    13314-006
USE 1 SPRAY IN ONE NOSTRIL AS NEEDED FOR
MIGRAINE MAY REPEAT X 1 IN 2 HOURS/NO MORE THAN
8 IN 30 DAYS

SUMATRIPTAN 20MG NASAL SPRAY    #2
JAP    3 REFILL(S)    EXPIRES 08/28/00

---

**FCI WASCEA PHARMACY**    (507) 835-8972
1000 UNIVERSITY DRIVE SW - WASECA, MN 56093
12013    M. GRAY    05/25/01
MONACO, DONALD    13314-006
FCI WASECA HOUSING - B05-202U
TAKE ONE TABLET BY MOUTH EACH
DAY

**ASPIRIN, E.C. 325 MG TAB    #30**
(2)Refills    05/25/2001    JAP    RxExp 08/22/01

---

**FCI WASCEA PHARMACY**    (507) 835-8972
1000 UNIVERSITY DRIVE SW - WASECA, MN 56093
11170    Z. KIMBALL    05/04/01
MONACO, DONALD    13314-006
FCI WASECA HOUSING - B05-202U
TAKE ONE CAPSULE BY MOUTH AT
BEDTIME AS NEEDED **MAY CAUSE
DROWSINESS**

**DIPHENHYDRAMINE 25 MG CAP    #15**
(1)Refills    05/03/2001    JAP    RxExp 07/02/01
CAUTION: Federal State law prohibits transfer of this drug
to any person other than patient for whom prescribed.

---

**FCI WASCEA PHARMACY**    (507) 835-8972
1000 UNIVERSITY DRIVE SW - WASECA, MN 56093
4896    M. GRAY    12/05/00
MONACO, DONALD    13314-006
FCI WASECA HOUSING - B05-202U
USE 1 SPRAY IN A NOSTRIL AT ONSET
OF HEADACHE* NOT TO EXCEED 8
DOSES PER MONTH* MUST RETURN
EMPTY CONTAINERS BEFORE
GETTING REFILLS

**SUMATRIPTAN NASAL SPRA 20 MG UD #2**
(2)Refills    12/04/2000    JAP    RxExp 03/04/01

---

**FCI WASCEA PHARMACY**    (507) 835-8972
1000 UNIVERSITY DRIVE SW - WASECA, MN 56093
2874    Z. KIMBALL    10/06/00
MONACO, DONALD    13314-006
WAS - Z01-123LAD
TAKE ONE TABLET BY MOUTH AT
BEDTIME AS NEEDED **MAY CAUSE
DROWSINESS**

**HYDROXYZINE 25 MG TAB    #10**
(0)Refills    10/06/2000    JAP    RxExp 11/04/00
CAUTION: Federal law prohibits transfer of this drug
to any person other than patient for whom prescribed.

---

RX400030686    Dr. M. GRAY    06/14/00
MONACO, DONALD    13314-006
USE 1 SPRAY IN ONE NOSTRIL AS NEEDED FOR
MIGRAINE MAY REPEAT X 1 IN 2 HOURS/NO MORE THAN
8 DOSES IN 30 DAYS

SUMATRIPTAN 20MG NASAL SPRAY    #2
JAP    11 REFILL(S)    EXPIRES 09/06/00

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**PILL LINE MEDICATION SHEET** WAS

| Rx Label | | | start: | | | | | Rx Label | | | start: | | | | IMITREX NASAL NO REFILLS | NEEDED FOR MIGRAINE 1 SPRAY IN NOSTRIL AS IMITREX NASAL NO SOONER THAN 1EA | No. 6389114 AGJ 13314-006 RM# L--B MONACO, DONALD HAZELWOOD, MI U.S. Penitentiary Terre Haute, Indiana 47808 Date 05/24/00 | | | Medications |
| | | | stop: | | | | | | | | stop: | | | | G. Lawson, M.D. Clinical Director 05/24/00 | | | | |

| DATE: | HS | PM | NOON | AM | HS | PM | NOON | AM | HS | PM | NOON | AM | HS | PM | NOON | AM | HS | PM | NOON | AM | HS | PM | NOON | AM | DATE: |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | | | | | | | | | | | | | | | 1 |
| 2 | | | | | | | | | | | | | | | | | | | | | | | | | 2 |
| 3 | | | | | | | | | | | | | | | | | | | | | | | | | 3 |
| 4 | | | | | | | | | | | | | | | | | | | | | | | | | 4 |
| 5 | | | | | | | | | | | | | | | | | | | | | | | | | 5 |
| 6 | | | | | | | | | | | | | | | | | | | | | | | | | 6 |
| 7 | | | | | | | | | | | | | | | | | | | | | | | | | 7 |
| 8 | | | | | | | | | | | | | | | | | | | | | | | | | 8 |
| 9 | | | | | | | | | | | | | | | | | | | | | | | | | 9 |
| 10 | | | | | | | | | | | | | | | | | | | | | | | | | 10 |
| 11 | | | | | | | | | | | | | | | | | | | | | | | | | 11 |
| 12 | | | | | | | | | | | | | | | | | | | | | | | | | 12 |
| 13 | | | | | | | | | | | | | | | | | | | | | | | | | 13 |
| 14 | | | | | | | | | | | | | | | | | | | | | | | | | 14 |
| 15 | | | | | | | | | | | | | | | | | | | | | | | | | 15 |
| 16 | | | | | | | | | | | | | | | | | | | | | | | | | 16 |
| 17 | | | | | | | | | | | | | | | | | | | | | | | | | 17 |
| 18 | | | | | | | | | | | | | | | | | | | | | | | | | 18 |
| 19 | | | | | | | | | | | | | | | | | | | | | | | | | 19 |
| 20 | | | | | | | | | | | | | | | | | | | | | | | | | 20 |
| 21 | | | | | | | | | | | | | | | | | | | | | | | | | 21 |
| 22 | | | | | | | | | | | | | | | | | | | | | | | | | 22 |
| 23 | | | | | | | | | | | | | | | | | | | | | | | | | 23 |
| 24 | | | | | | | | | | | | | | | | | | | | | | | | | 24 |
| 25 | | | | | | | | | | | | | | | | | | | | | | | | | 25 |
| 26 | | | | | | | | | | | | | | | | | | | | | | | | | 26 |
| 27 | | | | | | | | | | | | | | | | | | | | | | | | | 27 |
| 28 | | | | | | | | | | | | | | | | | | | | | | | | | 28 |
| 29 | | | | | | | | | | | | | | | | | | | | | | | | | 29 |
| 30 | | | | | | | | | | | | | | | | | | | | | | | | | 30 |
| 31 | | | | | | | | | | | | | | | | | | | | | | | | | 31 |

MONACO, DONALD
IMITREX NASAL
SUM
6389114   AGJ   05/24/00

13314-006
1 EA
NO REFILLS

REG. NO. _____   **MAY**   **2000**

INST: U.S. PENITENTIARY
TERRE HAUTE, INDIANA 47808
BP-5211601

# MEDICATION PROFILE
## FCI, TERMINAL ISLAND

RX400088548                          02/19/99

**1**  ISOMETHEP & DICHLORALPH & ACETAMIN CA #15
LE          0 REFILLS        EXPIRES 03/21/99

**2**

**3**

**4**

**5**

Pharmacy Services
FCI TERMINAL ISLAND, CA 90731       310-831-8961

RX400096620        R. CORNEJO        08/06/99
MONACO,DONALD                        13314-006
TAKE 1 TABLET BY MOUTH AT BEDTIME FOR 2 WEEKS
THEN TAKE 2 TABLETS BY MOUTH AT BEDTIME

AMITRIPTYLINE HCL 10 MG TABLET       #60
DJK          2 REFILLS       EXPIRES 11/04/99

Pharmacy Services
FCI TERMINAL ISLAND, CA 90731       310-831-8961

RX400096631        R. CORNEJO        08/06/99
MONACO,DONALD                        13314-006
TAKE 1 CAPSULE BY MOUTH WITH EACH MEAL

PANCRELIPASE CAPSULES                #90
DJK          2 REFILLS       EXPIRES 11/04/99

Pharmacy Services
FCI TERMINAL ISLAND, CA 90731       310-831-8961

RX400096632        R. CORNEJO        08/06/99
MONACO,DONALD                        13314-006
TAKE 1 TABLET BY MOUTH EVERY DAY

VITAMINS, MULTIPLE TABLET            #30
DJK          2 REFILLS       EXPIRES 11/04/99

DOB  07-31-1958
FCI TERMINAL ISLAND 90731

Pharmacy Services
FCI TERMINAL ISLAND, CA 90731       310-831-8961

RX400096633        R. CORNEJO        08/06/99
MONACO,DONALD                        13314-006
TAKE 1 TABLET BY MOUTH TWICE A DAY ( EVERY 12
HOURS ) AS NEEDED FOR COUGH WITH LOTS OF WATER

GUAIFENESIN/DM  SR TABLETS  600,00   #14
DJK          0 REFILLS       EXPIRES 09/05/99

Pharmacy Services
FCI TERMINAL ISLAND, CA 90731       310-831-8961

RX400102975        Dr. J. DELTON
MONACO,DONALD
TAKE 2 CAPSULES BY MOUTH AT FIRST SIGN OF
HEADACHE , THEN TAKE 1 CAPSULE EVERY HOUR AS
NEEDED - UP TO 5 CAPSULES PER 12HRS **CAUSES
DROWSINESS**
ISOMETHEP & DICHLORALPH , ACETAMIN CA #15
RC          0 REFILLS       EXPIRES

Pharmacy Services
FCI TERMINAL ISLAND, CA 90731       310-831-8961

RX400106204        Dr. M. DAG        03/07/00
MONACO,DONALD                        13314-006
SPRAY IN NOSTRIL AS NEEDED FOR MIGRAINE--NO
MORE THAN 2X/WEEK

SUMATRIPTAN NASAL SPRAY 20MG         #6
            2 REFILLS       EXPIRES 06/05/00



Previous editions not usable

NAME    REG. NO.    INSTITUTION

**Medications**

Pharmacy Services
FCI TERMINAL ISLAND, CA 90731    310-831-8961
start:    stop:
RX400096630    08/06/99
MONACO,DONALD    R. CORNEJO    13314-006
TAKE 1 TABLET BY MOUTH AT BEDTIME FOR 2 WEEKS
THEN TAKE 2 TABLETS BY MOUTH AT BEDTIME
AMITRIPTYLINE HCL 10 MG TABLET    #60
2 REFILLS    EXPIRES 11/04/99
DJK

Pharmacy Services
FCI TERMINAL ISLAND, CA 90731    310-831-8961
start:    stop:
RX400096630    R 08/06/99
MONACO,DONALD    R. CORNEJO    13314-006
TAKE 1 TABLET BY MOUTH AT BEDTIME FOR 2 WEEKS
THEN TAKE 2 TABLETS BY MOUTH AT BEDTIME
AMITRIPTYLINE HCL 10 MG TABLET    #60
1 REFILLS    EXPIRES 11/04/99
DJK

start:    stop:

Rx Label

U.S. DEPARTMENT OF JUSTICE
Federal Bureau of Prisons

## PROBLEM LIST

| DATE NOTED | SIGNIFICANT DIAGNOSES      SIGNIFICANT OPERATIONS/ INVASIVE PROCEDURES | DATE |
|------------|------------------------------------------------------------------------|------|
| 1.4.99 | H.p C. Positive, ↑LFT. (INF Dz ccc) | |
| | (sample la) | |
| 2/17/99. | H/o Migraine Headache (Neuro ccc) | |
| | (R) Foot injury / FX 1987. | |
| | (R) foot surgery | |
| 4-27-99 | Minimal hyperope | |
| 4-28-99 | Hx of calcified aortic valve c̄ mild A.I. by | |
| | echo 92 | |
| | Dept M | |
| 4-29-99 | Axis I: Dep NOS | |
| | R/o Transvestic Fetishism | |
| | Axis II: Def | |
| | Axis III: Hepatitis C | |
| | Axis IV: Moderate | |
| | Axis V: 50 (last y NK | |
| 8-6-99 | Subjective pain (L) shoulder, R/O Int derange | |

---

ADVERSE / ALLERGIC
DRUG REACTIONS
(If none, record "No Known Drug Allergies )

1-4-99   PCN

---

Patient Identification
(Name, Reg #, DOB)

MONACO
   DONALD JAMES          13314-006
W/M/0/07-31-1958
HT/507   WT/165   HR/GY   EY/BL
CUSTODY/IN

orm may be replicated via WP)

# MEDICATION PROFILE

| | | |
|---|---|---|
| **Ord.Date** 01/23/03 **J. ESPINAL** (3)Refills<br>**Exp.Date** 02/21/03<br>MONACO, DONALD<br>13314-006<br>USE ONE SPRAY AT ONSET OF<br>HEADACHE, DO NOT USE OVER 2<br>SPRAYS IN ANY 24 HOUR PERIOD OR<br>OVER 8 SPRAYS IN ANY 30 DAY PERIOD<br>**Rx #** SUMATRIPTAN NASAL SPRAY 20 MG UD #2<br>19938 | **Ord.Date** 02/27/03 **J. ESPINAL** (0)Refills<br>**Exp.Date** 03/28/03<br>MONACO, DONALD<br>13314-006<br>USE ONE SPRAY AT ONSET OF<br>HEADACHE, DO NOT USE OVER 2<br>SPRAYS IN ANY 24 HOUR PERIOD OR<br>OVER 8 SPRAYS IN ANY 30 DAY PERIOD<br>**Rx #** SUMATRIPTAN NASAL SPRAY 20 MG UD #2<br>20608 | **Ord.Date** 02/27/03 **J. ESPINAL** (2)Refills<br>**Exp.Date** 04/27/03<br>MONACO, DONALD<br>13314-006<br>TAKE TWO TABLETS AT ONSET OF HEADCHE<br>THEN TAKE TWO TABLETS EVERY SIX HOURS<br>AS NEEDED. DO NOT EXCEED TAKING FOR<br>LONGER THAN 72 HOURS IN A ROW<br>**Rx #** ASPIRIN, E.C. 325 MG TAB #20<br>20609 |
| **Ord.Date** 03/07/03 **P. POLZIN** (0)Refills<br>**Exp.Date** 03/16/03<br>MONACO, DONALD<br>13314-006<br>TAKE ONE TABLET EVERY TWELVE<br>HOURS<br>**Rx #** SUMATRIPTAN SUCCINATE 50MG TAB #10<br>20822 | **Ord.Date** 03/21/03 **P. POLZIN** (0)Refills<br>**Exp.Date** 03/26/03<br>MONACO, DONALD<br>13314-006<br>TAKE ONE CAPSULE EVERY FOUR<br>HOURS (FIVE TIMES A DAY) FOR 5<br>DAYS<br>**Rx #** ACYCLOVIR 200 MG CAP #25<br>21185 | **Ord.Date** 03/21/03 **P. POLZIN** (0)Refills<br>**Exp.Date** 04/19/03<br>MONACO, DONALD<br>13314-006<br>TAKE TWO TABLETS FOUR TIMES<br>DAILY AS NEEDED<br>**Rx #** ASPIRIN, E.C. 325 MG TAB #40<br>21186 |
| **Ord.Date** 05/30/03 **B. BARTON** (0)Refills<br>**Exp.Date** 06/06/03<br>MONACO, DONALD<br>13314-006<br>TAKE FOUR CAPSULES (800MG PER<br>DOSE) FIVE TIMES A DAY FOR 7 DAYS<br>**Rx #** ACYCLOVIR 200 MG CAP #140<br>22930 | | |
| | | |
| | | |
| | | |

MONACO, DONALD
13314-006
FPC DULUTH - O01-120L
01/23/2003

HEALTH SERVICES
FEDERAL PRISON CAMP
DULUTH, MN 55814

BP-S619.060  **IMMUNIZATION RECORD**  CDFRM
AUG 96
U.S. DEPARTMENT OF JUSTICE                                    **FEDERAL BUREAU OF PRISONS**

### TETANUS TOXOIDS

| DATE | MFG'R | LOT # | EXP. DATE | SITE | DOSE/ ROUTE | PROVIDER | INSTITUTION |
|------|-------|-------|-----------|------|-------------|----------|-------------|
| 2/22/00 | WYETH | 4988151 | 9/00 | (R) DELTOID | 0.5 u/IM | CWW OMGUEZ | FU-TERMINM ISLAND |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

### TUBERCULIN TESTS

| DATE GIVEN | MFG'R | LOT # | EXP. DATE | SITE | DOSE/ ROUTE | PROVIDER/ INSTITUTION | DATE READ | RESULTS (MM) | READ BY |
|------------|-------|-------|-----------|------|-------------|----------------------|-----------|--------------|---------|
| 6-8-98 | | | | | | Cook Inlet Pretrial | | 0mm | |
| 2-7-00 | Connaught | 2800-11 | 5-5-00 | (L) FA | 0.1cc ID | FCI TER Imelda Borja, PA-C Physician Assistant | 2-9-00 | 0 mc Imelda Borja, PA-C Physician Assistant | |
| 1-29-01 | con | C034bbA | 5-3-01 | (L) FA | 0.1cc ID | Reaction Flugisson | 2/1/01 | 0x0mm | Zimmer, Emit |
| 01-22-02 | Aventi | C083VrAB | 12-18-03 | L.F.A | 0.1cc/ID | Uzimmersumro FCI info & ca | 1-24-02 | 0x0 mm | UBZC |
| 1-13-03 | Avontis | C125MA | 11-12-04 | (L) FA | 0.1cc ID | E. Ators, RN FCI Waseca | 1-15-03 | 0mm | UBZC |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

Patient Identificat
(Name, Reg #)

MONACO
    DONALD JAMES          13314-006
W/M/0/07-31-1958
HT/507   WT/165   HR/GY   EY/BL
CUSTODY/IN

(This form may be replicated via WP)

| MEDICAL RECORD | REPORT OF MEDICAL EXAMINATION | DATE OF EXAM 1-20-99 |

## REPORT OF MEDICAL EXAMINATION

**DATE OF EXAM** 1-20-99

**1. LAST NAME—FIRST NAME—MIDDLE NAME**
MONACO, DONALD

**2. IDENTIFICATION NUMBER**
13314-006

**3. GRADE AND COMPONENT OR POSITION**
N/A

**4. HOME ADDRESS** *(Number, street or RFD, city or town, state and ZIP code)*
N/A

**5. EMERGENCY CONTACT** *(Name and address of contact)*
N/A

**6. DATE OF BIRTH**
7-31-5

**7. AGE**
40

**8. SEX**
☐ FEMALE  ☒ MALE

**9. RELATIONSHIP OF CONTACT**
N/A

**10. PLACE OF BIRTH**
CA

**11. RACE**
☒ WHITE  ☐ BLACK  ☐ AMERICAN INDIAN/ALASKA NATIVE  ☐ HISPANIC WHITE  ☐ HISPANIC BLACK  ☐ ASIAN/PACIFIC ISLANDER

**12a. AGENCY**
DEPARTMENT OF JUSTICE
BUREAU OF PRISONS

**12b. ORGANIZATION UNIT**
N/A

**13. TOTAL YEARS GOVERNMENT SERVICE**
**a. MILITARY** N/A
**b. CIVILIAN** N/A

**14. NAME OF EXAMINING FACILITY OR EXAMINER, AND ADDRESS**
FEDERAL DETENTION CENTER (FDC) SEATAC
2425 SOUTH 200TH STREET
SEATAC, WASHINGTON 98198

**15. RATING OR SPECIALTY OF EXAMINER**
N/A

**16. PURPOSE OF EXAMINATION**
INTAKE PHYSICAL EXAMINATION

### 17. CLINICAL EVALUATION

| NOR-MAL | *(Check each item in appropriate column, enter "NE" if not evaluated.)* | ABNOR-MAL | NOR-MAL | *(Check each item in appropriate column, enter "NE" if not evaluated.)* | ABNOR-MAL |
|---|---|---|---|---|---|
| | A. HEAD, FACE, NECK AND SCALP | | ✓ | O. PROSTATE *(Over 40 or clinically indicated)* | |
| ✓ | B. EARS-GENERAL *(INTERNAL CANALS)* *(Auditory acuity under items 39 and 40)* | | ✓ | P. TESTICULAR | |
| | | | ✓ | Q. ANUS AND RECTUM *(Hemorrhoids, Fistulae) (Hemocult Results)* | |
| ✓ | C. DRUMS *(Perforation)* | | ✓ | R. ENDOCRINE SYSTEM | |
| | D. NOSE | | | S. G-U SYSTEM | |
| ✓ | E. SINUSES | | ✓ | T. UPPER EXTREMITIES *(Strength, range of motion)* | |
| ✓ | F. MOUTH AND THROAT | | | U. FEET | ✓ |
| ✓ | G. EYES-GENERAL *(Visual acuity and refraction under items 28, 29, and 36)* | | | V. LOWER EXTREMITIES *(Except feet)(Strength, range of motion)* | |
| | H. OPHTHALMOSCOPIC | | ✓ | W. SPINE, OTHER MUSCULOSKELETAL | |
| ✓ | I. PUPILS *(Equality and reaction)* | | ✓ | X. IDENTIFYING BODY MARKS, SCARS, TATTOOS | |
| ✓ | J. OCULAR MOTILITY *(Associated parallel movements nystagmus)* | | ✓ | Y. SKIN, LYMPHATICS | |
| ✓ | K. LUNGS AND CHEST | | ✓ | Z. NEUROLOGIC *(Equilibrium tests under item 41)* | |
| ✓ | L. HEART *(Thrust, size, rhythm, sounds)* | | ✓ | AA. PSYCHIATRIC *(Specify any personality deviation)* | |
| ✓ | M. VASCULAR SYSTEM *(Varicosities, etc.)* | | | BB. BREASTS | |
| ✓ | N. ABDOMEN AND VISCERA *(Include hernia)* | | | CC. PELVIC *(Females only)* | |

**NOTES:** *(Describe every abnormality in detail. Enter pertinent item number before each comment. Continue in item 42 and use additional sheets if necessary)*

nonsmoker

17/u — 1988   Fx (R) foot —

### 18. DENTAL *(Place appropriate symbols, shown in exemples, above or below number of upper and lower teeth.)*

| R I G H T | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | L E F T |
| | 32 | 31 | 30 | 29 | 28 | 27 | 26 | 25 | 24 | 23 | 22 | 21 | 20 | 19 | 18 | 17 | |

**REMARKS AND ADDITIONAL DENTAL DEFECTS AND DISEASES**

### 19. TEST RESULTS *(Copies of results are preferred as attachments)*

**A. URINALYSIS: (1) SPECIFIC GRAVITY** 015
**(2) URINE ALBUMIN** NEG
**(3) URINE SUGAR** NEG
**(4) MICROSCOPIC**

**B. CHEST X-RAY OR PPD** *(Place, date, film number and result)*
PPD: ∅mm  6-8-98

**C. SYPHILIS SEROLOGY** *(Specify test used and results)*
RPR: Non Reactive

**D. EKG**
**E. BLOOD TYPE AND RH FACTOR**
**F. OTHER TESTS**
CBC:

STANDARD FORM 88 (Rev. 10-94)
Prescribed by GSA/ICMR FIRMR (41 CFR) 201-9.202-1

| NAME | | IDENTIFICATION NUMBER | NO. OF SHEETS ATTACHED |
|------|--|----------------------|------------------------|

## MEASUREMENTS AND OTHER FINDINGS

| 20. HEIGHT 6'5½" | 21. WEIGHT 196 | 22. COLOR HAIR BRN/GRAY | 23. COLOR EYES BLUE-GRN | 24. BUILD ☐ SLENDER ☐ MEDIUM ☒ HEAVY ☐ OBESE | 25. TEMPERATURE 96.7 |
|------------------|----------------|--------------------------|--------------------------|-----------------------------------------------|----------------------|

| 26. BLOOD PRESSURE (Arm at heart level) | | | | 27. PULSE (Arm at heart level) | | | |
|---|---|---|---|---|---|---|---|
| A. SITTING SYS/ DIAS. 90 | B. RECUM-BENT SYS. DIAS. | C. STANDING (5 mins.) SYS. DIAS. | A. SITTING 50 RV V2 | B. RECUMBENT | C. STANDING (3 mins.) | D. AFTER EXERCISE | E. 2 MINS. AFTER |

| 28. DISTANT VISION (20-7?) | | 29. REFRACTION | | | 30. NEAR VISION | | |
|---|---|---|---|---|---|---|---|
| RIGHT 20/ 70 | CORR. TO 20/ | BY | S. | CX | CORR. TO | | BY |
| LEFT 20/ 7? | CORR. TO 20/ | BY | S. | CX | CORR. TO | | BY |

| 31. HETEROPHORIA (Specify distance) | | | | | | | |
|---|---|---|---|---|---|---|---|
| ESO | EXO | R.H. | L.H. | PRISM DIV. | PRISM CONV. CT | PC | PD |

| 32. ACCOMMODATION | | 33. COLOR VISION (Test used and result) | 34. DEPTH PERCEPTION (Test used and score) | UNCORRECTED |
|---|---|---|---|---|
| RIGHT | LEFT | | | CORRECTED |

| 35. FIELD OF VISION | | 36. NIGHT VISION (Test used and score) | 37. RED LENS TEST | 38. INTRAOCULAR TENSION |
|---|---|---|---|---|
| RIGHT | LEFT | | | RIGHT    LEFT |

| 39. HEARING | | | 40. AUDIOMETER | | | | | | | | 41. PSYCHOLOGICAL AND PSYCHOMOTOR (Tests used and score) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| RIGHT WV | /15 SV | /15 | | 250 256 | 500 512 | 1000 1024 | 2000 2048 | 3000 2896 | 4000 4096 | 6000 6144 | 8000 8192 | |
| LEFT WV | /15 SV | /15 | RIGHT | | | | | | | | | |
| | | | LEFT | | | | | | | | | |

### 42. NOTES (Continued) OR SIGNIFICANT OR INTERVAL HISTORY

**SIGNIFICANT HISTORY:**

COMPOUND

HOSPITAL (R) ELT, F4 S/P 10 YRS ⊂ "PINS"; HEART PALPITATIONS x 24° S/P 7-8 YRS.

ALLERGY PCN (CHILD) RASH?

MEDICATION MEDRIN

FAMILY HISTORY/SOCIAL HISTORY~ MIGRAINE HA'S; HEP B @ AGE 20- HEP C + LFTS↑ x 10 YRS

DRUGS, TOBACCO, ALCOHOL NO SMOKING; MINOR AORTIC CALCIFI-CATION

PSYCH. DENIES

DRUG ADDICTION - ETOH, COCAINE, MARIJUANA "H" IV DRUGS x 25 YRS. (Use additional sheets if necessary)

### 43. SUMMARY OF DEFECTS AND DIAGNOSES (List diagnoses with item numbers)

Healthy male - Hx of Hep-C-B. Allergic to PCN - Currently on Midrin for migraine.

| 44. RECOMMENDATIONS - FURTHER SPECIALIST EXAMINATIONS INDICATED (Specify) | 45A. PHYSICAL PROFILE | | | | | |
|---|---|---|---|---|---|---|
| | P | U | L | H | E | S |

| 46. EXAMINEE (Check) | |
|---|---|
| A. ☒ IS QUALIFIED FOR Regular duty / Food service Plus. | 45B. PHYSICAL CATEGORY |
| B. ☐ IS NOT QUALIFIED FOR | |

| 47. IF NOT QUALIFIED, LIST DISQUALIFYING DEFECTS BY ITEM NUMBER | A | B | C | E |
|---|---|---|---|---|
| | | | | |

| 48. TYPED OR PRINTED NAME OF PHYSICIAN HANY SIDHOM, PA MDC SEATAC | SIGNATURE Hany Sidhom |
|---|---|

| 49. TYPED OR PRINTED NAME OF PHYSICIAN | SIGNATURE |
|---|---|

| 50. TYPED OR PRINTED NAME OF DENTIST OR PHYSICIAN (Indicate which) E. SPIEGLER, M.D. CLINICAL DIRECTOR FDC. SEATAC | SIGNATURE |
|---|---|

| 51. TYPED OR PRINTED NAME OF REVIEWING OFFICER OR APPROVING AUTHORITY | SIGNATURE |
|---|---|

**U.S. Department of Justice**
Federal Bureau Of Prisons



**MEDICAL HISTORY REPORT**

(THIS INFORMATION IS FOR OFFICIAL AND MEDICALLY CONFIDENTIAL USE ONLY
AND WILL NOT BE RELEASED TO UNAUTHORIZED PERSONS)

| 1. LAST NAME—FIRST NAME—MIDDLE NAME | 2. REGISTER NUMBER |
|---|---|
| McNall Donald James | 13314-006 |

| 3. PURPOSE OF EXAMINATION | 4. DATE OF EXAMINATION | 5. EXAMINING FACILITY |
|---|---|---|
| Admittance | 1-22-03 | FPC Duluth |

**6. STATEMENT OF EXAMINEE'S PRESENT HEALTH AND MEDICATIONS CURRENTLY USED** (Follow by description of past history, if complaint arises)

I'm in fairly good condition except for some of my chronic physical + some psychological issues. (See the dental, medical + psychological history forms)
Imitrex - Asprin - Antibiotic As needed

**7. HAVE YOU EVER** (Please check each item)

| YES | NO | (Check each item) |
|---|---|---|
| | ✓ | Lived with anyone who had tuberculosis |
| ✓ | | Coughed up blood |
| | ✓ | Bled excessively after injury or tooth extraction |
| | | Attempted suicide  I would say more yes than NO |
| ✓ | | Been a sleepwalker |

**8. DO YOU** (Please check each item)

| YES | NO | (Check each item) |
|---|---|---|
| | | Wear glasses or contact lenses |
| | | Have vision in both eyes |
| | | Wear a hearing aid |
| | | Stutter or stammer habitually |
| | | Wear a brace or back support |

**9. HAVE YOU EVER HAD OR HAVE YOU NOW** (Please check at left of each item)

| YES | NO | DON'T KNOW | (Check each item) | YES | NO | DON'T KNOW | (Check each item) | YES | NO | DON'T KNOW | (Check each item) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | ✓ | | Scarlet fever | ✓ | | | Adverse reaction to serum drug | | ✓ | | Epilepsy or fits |
| | | ✓ | Rheumatic fever  possible | | | | or medicine | | ✓ | | Car, train, sea or air sickness |
| ✓ | | | Swollen or painful joints | ✓ | | | Broken bones | | | ✓ | Frequent trouble sleeping |
| ✓ | | | Frequent or severe headache | | | | Tumor, growth, cyst, cancer | ✓ | | | Depression or excessive worry |
| | | ✓ sometimes | Dizziness or fainting spells | | ✓ | | Rupture/hernia | ✓ | | | Loss of memory or amnesia |
| ✓ | | | Eye trouble during mornings + some other times | | ✓ | | Piles or rectal disease | ✓ | | | Nervous trouble of any sort |
| ✓ | | | Ear, nose, or throat trouble hearing problems | ✓ | | | Frequent or painful urination | | | | Periods of unconsciousness |
| ✓ | | | Hearing loss + see above both ears | | ✓ | | Bed wetting since age 12 | | | ✓ | Have you ever had homosexual contact? |
| ✓ | | | Chronic or frequent colds | | ✓ | | Kidney stone or blood in urine | | | | |
| ✓ | | | Severe tooth or gum trouble | | ✓ | | Sugar or albumin in urine | | | ✓ | Been exposed to AIDS |
| | ✓ | | Sinusitis | ✓ | | | VD—Syphilis, gonorrhea, etc. | ✓ | | | Alcohol Use (Excessive) |
| | | | Hay Fever | | ✓ | | Recent gain or loss of weight | ✓ | | | Drug Use/Addiction |
| ✓ | | | Head injury  concussions + drug overdoses | | | | Arthritis, Rheumatism, or Bursitis | ✓ | | | Marijuana |
| ✓ | | | Skin diseases  herpes chronic | | | ✓ | Bone, joint or other deformity | ✓ | | | Cocaine |
| ✓ | | | Thyroid trouble  one time | ✓ | | | Lameness | ✓ | | | Heroin |
| | ✓ | | Tuberculosis | | ✓ | | Loss of finger or toe | ✓ | | | L.S.D. |
| ✓ | | | Asthma | | | | Painful or "Trick"shoulder or elbow | ✓ | | | Amphetamines |
| ✓ | | | Shortness of breath  associated with heart + anxiety | | | ✓ | Recurrent back pain | ✓ | | | Others: (Specify) tranquilizers, sleeping pills, opiates, ects. |
| ✓ | | | Pain or pressure in chest | | | | "Trick" or locked knee | | | | Alcohol or drug |
| ✓ | | | Chronic cough  when I was drinking + using drugs | ✓ | | | Foot trouble | | | | Withdrawal Problems |
| ✓ | | | Palpitation or pounding heart | | | | Neuritis | | | | |
| | | ✓ | High or low blood pressure  maybe yes | | | | | | | | |
| ✓ | | | Cramps in your legs | | | | | **10. FEMALES ONLY HAVE YOU EVER** | | | |
| ✓ | | | Frequent indigestion | | | | | | | | Been treated for a female disorder |
| ✓ | | | Stomach, liver, or intestinal trouble | | | | | | | | Had a change in menstrual pattern |
| | | ✓ | Gall bladder trouble or gallstones | | | | | | | | ARE YOU PREGNANT |
| ✓ | | | Jaundice or hepatitis | | | | | | | | SUSPECT YOU ARE PREGNANT |

**11. WHAT IS YOUR USUAL OCCUPATION?**

I'm usually self employed in business

**12. ARE YOU** (Check one)
☑ Right handed ☐ Left handed

BP-360(60)

| | | | | | |
|---|---|---|---|---|---|
| CHECK EACH ITEM YES OR NO EVERY ITEM CHECKED YES MUST BE FULLY EXPLAINED IN BLANK SPACE BELOW | | | | | |

| YES | NO | | YES | NO | |
|---|---|---|---|---|---|
| | ✓ | 13. Have you been refused employment or been unable to hold a job or stay in school because of: A. Sensitivity to chemicals, dust, sunlight, etc. | | ✓ | 18. Have you ever had any illness or injury other than those already noted? (If yes, specify when, where, and give details.) |
| | ✓ | B. Inability to perform certain motions. | ✓ | | 19. Have you consulted or been treated by clinics, physicians, healers, or other practitioners within the past 5 years for other than minor illnesses? (If yes, give complete address of doctor, hospital, clinic, and details.) |
| | ✓ | C. Inability to assume certain positions. | | | |
| | ✓ | D. Other medical reasons (If yes, give reasons.) | | | |
| ✓ | | 14. Have you ever been treated for a mental condition? (If yes, specify when, where, and give details.) | | ✓ | 20. Have you ever been rejected for military service because of physical, mental, or other reason? (If yes, give date, and reason, for rejection.) |
| | ✓ | 15. Have you ever been denied life insurance? (If yes, state reason and give details.) | | | 21. Have you ever been discharged from military service because of physical, mental, or other reasons? (If yes, give date, reason, and type of discharge whether honorable, other than honorable, for unfitness or unsuitability.) |
| ✓ | | 16. Have you had, or have you been advised to have, any operations? (If yes, describe and give age at which occured.) | | | |
| ✓ | | 17. Have you ever been a patient in any type of hospital? (If yes, specify when, where, why, and name of doctor and complete address of hospital.) | | ✓ | 22. Have you ever received, is there pending, or have you applied for pension, or compensation for existing disability? (If yes, specify what kind, granted by whom, and what amount, when, why.) |

EXPLANATION: (#13-22 ABOVE) (14) Psychotherapy for anxiety-depression-personality disorder. (16) Wisdom tooth extraction + liver biopsy (I have denied these so far) And major surgery on my right foot. (17) Hospital-IZED for major foot surgery, chronic Migraine attacks + several overdoses, also for chest pain and anxiety attacks, liver disease, enlarged spleen, some heart problems, infections + some severe cut at several hospitals throughout Alaska (Humana - Providence) California (Doctors - Gould) Washington (Mike Clinic - University of Washington) Nevada (St Marys - Century Clinic). (19) chronic Migraines - heart - liver - anxiety - depression - herpes - Dr Grey FCI WMC

I certify that I have reviewed the foregoing information supplied by me and that it is true and complete to the best of my knowledge. I authorize any of the doctors, hospitals, or clinics mentioned above to furnish the Government a complete transcript of my medical record.

| TYPED OR PRINTED NAME OF EXAMINEE | SIGNATURE |
|---|---|
| Donald James Monaco | Donald James Monaco |

| INTAKE SCREENING: | | THERE BEEN ANY PROBLEMS SINCE STOPPING THE USE OF DRUGS OR ALCOHOL? ___ none |
|---|---|---|
| INMATE RECEIVED FROM: COURT ___ TRANSFER ✓ P.V. ___ OTHER ___ | | |

MEDICAL STAFF'S COMMENTS AND OBSERVATIONS: PLEASE DIRECT YOUR ANSWERS TO MENTAL STATUS, POTENTIAL SUICIDE, APPEARANCE, CONDUCT, STATE OR CONSCIOUSNESS, RASHES, JAUNDICE, BRUISES AND/OR MARKS, SWEATING, BODY DEFORMITIES, ETC. NOTE OBSERVATIONS IN BLOCK 23 BELOW.

IF DRUGS HAVE BEEN USED, NOTE TYPE, HOW LONG, HOW MUCH, HOW OFTEN, HOW USED, WHEN WERE THEY LAST USED: HAVE

DOES PATIENT NEED TO BE SEEN IMMEDIATELY BY THE MEDICAL STAFF YES ___ NO ✓

WHAT ARRANGEMENTS HAVE BEEN MADE? s/c prn

DUTY STATUS: TEMPORARY WORK ✓ RESTRICTED ___

GENERAL POPULATION ✓ YES ___ NO ___

TYPE AND EXTENT OF LIMITATION ___

23. Physician's summary and elaboration of all pertinent data (Physician shall comment on all positive answers in item 6 through 22. Physician may develop by interview any additional medical history he deems important, and record any significant findings here.)

- 44 y/o Caucasian male
- H/o allergy to Penicillin
- H/o Migraines Ha's
- Hep C Reactor
- H/o depression, denies suicidal ideas
- Genital Herpes
- Ø lice seen

| TYPED OR PRINTED NAME OF PHYSICIAN OR EXAMINER | DATE | SIGNATURE | NUMBER OF ATTACHED SHEETS |
|---|---|---|---|
| ___ P.A. | 1/22/03 | ___ | |

Federal Bureau of Prisons

Departamento de Justicia
Administracion Federal de Prisiones

# MEDICAL HISTORY REPORT
# REPORTE DE HISTORIA MEDICO

**(THIS INFORMATION IS FOR OFFICIAL AND MEDICALLY CONFIDENTIAL USE ONLY
AND WILL NOT BE RELEASED TO UNAUTHORIZED PERSONS)
(ESTA INFORMACION SERA SOLAMENTE PARA EL USO OFICIAL Y ES MEDICAMENTE CONFIDENCIAL.
NO SERA PUESTA EN LIBERTAD A PERSONAS QUE NO ESTEN AUTORIZADAS)**

| 1. LAST NAME—FIRST NAME—MIDDLE NAME<br>APELLIDO—PRIMER NOMBRE—NOMBRE MEDIANO | 2. REGISTER NUMBER<br>NUMERO DE REGISTRO |
|---|---|
| Monian Ann James | 13314 - 106 |

| 3. PURPOSE OF EXAMINATION<br>PROPOSITO DEL EXAMEN | 4. DATE OF EXAMINATION<br>FECHA DEL EXAMEN | 5. HEALTH SERVICES DEPARTMENT |
|---|---|---|
| Intake | 5-31-0 0 | HEALTH SERVICES<br>FCI WASECA |

**6. STATEMENT OF EXAMINEE'S PRESENT HEALTH AND MEDICATIONS CURRENTLY USED (Follow by description of past history, if complaint arises)**
DECLARACION DEL EXAMINADO PRESENTE SU SALUD Y MEDICACIONES CORRIENTEMENTES USADAS: (Enseguida una descripcion de su historia pasada, si alguna queja se levanta)

"_fair_"

**7. HAVE YOU EVER (Please check each item)
ALGUNA VEZ USTED: (Por favor marque cada articulo)**

| YES<br>SI | NO | (Check each item)<br>(Marque cada articulo) |
|---|---|---|
| | ✓ | Lived with anyone who had tuberculosis<br>Ha vivido con alguna persona que tuvo tuberculosis |
| ✓ | | Coughed up blood<br>Tosiendo sangre |
| | ✓ | Bled excessively after injury or tooth extraction<br>Sangra excesivamente despues de una herida o extracciones dentales |
| ? | | Attempted suicide  12 yrs old,- O.D. sleeping pills<br>Ha procurado suicidarse |
| ✓ | | Been a sleepwalker  last time >10 yrs<br>Ha sido sonambulo |

**8. DO YOU (Please check each item)
USTED: (Por favor marque cada articulo)**

| YES<br>SI | NO | (Check each item)<br>(Marque cada articulo) |
|---|---|---|
| | ✓ | Wear glasses or contact lenses<br>Usa anteojos o lentes de contacto |
| ✓ | | Have vision in both eyes<br>Tiene vision en los dos ojos |
| | ✓ | Wear a hearing aid<br>Usa algun mecanismo para oir |
| | ✓ | Stutter or stammer habitually<br>Tartamudea o habitualmente balbucea |
| | ✓ | Wear a brace or back support<br>Usa un aparato ortopedico |

**HAVE YOU EVER HAD OR HAVE YOU NOW (Please check at left of each item.)
USTED ALGUNA VEZ HA TENIDO O TIENE AHORA: (Por favor marque el lado izquierdo de cada articulo)**

| YES<br>SI | NO | DON'T<br>KNOW<br>NO SE | (Check each item)<br>(Marque cada articulo) | YES<br>SI | NO | DON'T<br>KNOW<br>NO SE | (Check each item)<br>(Marque cada articulo) | YES<br>SI | NO | DON'T<br>KNOW<br>NO SE | (Check each item)<br>(Marque cada articulo) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | ✓ | | Scarlet fever<br>Fiebre escarlatina | ✓ | | | Adverse reaction to serum drug or medicine<br>Reaccion adverso con algunas drogas de sera o medicinas | | | ✓ | Epilepsy or fits<br>Epilepsia o ataques |
| | ✓ | | Rheumatic fever<br>Fiebre reumatica | | | | Broken bones<br>Huesos quebrados | | | ✓ | Car, train, sea or air sickness<br>Mareos en el carro, tren, avion o mar |
| | | | Swollen or painful joints<br>Hinchazon o coyunturas dolorosas | ✓ | | | Tumor, growth, cyst, cancer<br>Tumor, verrugas, quiste, cancer | | ✓ | | Frequent trouble sleeping<br>Frequentes problemas para dormir |
| | ✓ | | Frequent or severe headache<br>Frequentes o severo dolor de cabeza | | | | Rupture/hernia<br>Ruptura/hernia | | | | Depression or excessive worry<br>Depresion o preocupaciones excesivas |
| | | | Dizziness or fainting spells<br>Mareos o desvanecimientos | | | | Piles or rectal disease<br>Almorranas o enfermedad rectal | | ✓ | | Loss of memory or amnesia<br>Perdida de memoria o amnesia |
| | ✓ | | Eye trouble<br>Problemas de los ojos | ✓ | | | Frequent or painful urination<br>Frequente o dolor al orinar | | | ✓ | Nervous trouble of any sort<br>Problemas nerviosos de cualquier clase |
| | | | Ear, nose, or throat trouble<br>Problemas de oido, nariz o garganta | | | | Bed wetting since age 12<br>Orinar la cama desde los 12 anos | | | ✓ | Periods of unconsciousness<br>Periodos de inconsciencia |
| | | ✓ | Hearing loss<br>Sordura | | ✓ | | Kidney stone or blood in urine<br>Calculos en el rinon o sangre en la orina | ✓ | | | Have you ever had homosexual contact?<br>Ha tenido algun contacto homosexual? |
| ✓ | | | Chronic or frequent colds<br>Resfriados frequentes o cronicos | ✓ | | | Sugar or albumin in urine<br>Azucar o albumina en la orina | | | | Alcohol use (Excessive)<br>Exceso uso de alcohol |
| | | ✓ | Paralysis (include infantile)<br>Paralisis (Incluye infantil) | | | | VD—Syphilis, gonorrhea, etc.<br>Enfermedad venerea, sifilis, gonorrea, etc. 7/04 | | | | Drug Use/Addiction<br>Uso de drogas/adiccion |
| ✓ | | | Sinusitis<br>Sinusitis | | | | Recent gain or loss of weight<br>Reciente perdida o aumento de peso | | | | Marijuana<br>Marihuana |
| ✓ | | | Hay Fever<br>Fiebre del heno | ✓ | | | Arthritis, Rheumatism, or Bursitis<br>Artritis, reumatismo o bursitis | | | | Cocaine<br>Cocaina |
| ✓ | | | Head injury<br>Herida en la cabeza | | | | | | | | Heroin<br>Heroina |

(R) Foot since injury

(Continued on page 2)

| YES | NO | DON'T KNOW | (Check each item) | YES | NO | DON'T KNOW | (Check each item) | YES | NO | DON'T KNOW | (Check each item) |
|-----|----|-----------|-------------------|-----|----|-----------|-------------------|-----|----|-----------|-------------------|
| SI | NO | NO SE | (Marque cada articulo) | SI | NO | NO SE | (Marque cada articulo) | SI | NO | NO SE | (Marque cada articulo) |
| ✓ | | | Skin diseases / Enfermedades de la piel | | | ✓ | Bone, joint or other deformity / Huesos, coyuntura o otra deformidades | ✓ | | | L.S.D. / L.S.D. |
| ✓ | | | Thyroid trouble / Problema de la tyroide | | | ✓ | Lameness / Lisiado | ✓ | | | Amphetamines / Anfetaminas |
| | ✓ | | Tuberculosis / Tuberculosis | | ✓ | | Loss of finger or toe / Perdida de un dedo de la mano o pie | ✓ | | | Frequent indigestion / Indigestion frequentes |
| ✓ | | | Asthma / Asma | ✓ | | | Painful or "Trick" shoulder or elbow / Doloroso o deslocacion de hombro o codo | | | ✓ | Others: (Specify) / Algunos otros: (Especifioue) |
| | | ✓ | Shortness of breath / Respiracion dificultuosa | ✓ | | | Recurrent back pain / Repetido dolor de espalda | | | | |
| ✓ | | | Pain or pressure in chest / Dolor o presion en el pecho | ✓ | | | "Trick" or locked knee / Rodillas dolorosas | | | ✓ | Alcohol or drug withdrawal problems |
| ✓ | | | Chronic cough / Tos cronica | | | | Foot trouble / Problemas del pie | | | | Problemas retiradas con alcohol o droga |
| ✓ | | | Palpitation or pounding heart / Palpitacion o golpes del corazon | | | ✓ | Neuritis / Neuritis | | | | |
| ✓ | | | Heart trouble / Problemas del corazon | | | ✓ | Severe tooth or gum trouble / Dolor severo de muelas o problema de encillas | | | | |
| ✓ | | | High or low blood pressure / Alta o baja presion de la sangre | | | | | | | | |
| ✓ | | | Cramps in your legs / Calambres en sus piernas | | | | | | | | **10. FEMALES ONLY HAVE YOU EVER:** SOLAMENTE PARA MUJERES: Usted alguna vez: |
| | ✓ | | Been exposed to AIDS? / Expuesto a "AIDS" (Sindrome de immuni-deficiencia adquirido) | | | | | | | | Been treated for a female disorder / La han tratado por una enfermedad femenina |
| ✓ | | | Stomach, liver, or intestinal trouble / Estomago, higado o problemas intestinales | | | | | | | | Had a change in menstrual pattern / Cambio en la menstruacion |
| | ✓ | | Gall bladder trouble or gallstones / Problemas visiculares o calculos biliares | | | | | | | | **ARE YOU PREGNANT?** ESTA EMBARAZADA? |
| ✓ | | | Jaundice or hepatitis / Hepatitis o ictericia | | | | | | | | **SUSPECT YOU ARE PREGNANT?** SOSPECHA ESTAR EMBARAZADA? |

**WHAT IS YOUR USUAL OCCUPATION?**
USUALMENTE CUAL ES SU OCUPACION?

Business Man.

| 12. ARE YOU (Check one) | 12. ES USTED? (Marque una) |
|---|---|
| ✓ Right handed ☐ Left handed | ☐ De la mano derecha ☐ De la mano izquierda |

CHECK EACH ITEM YES OR NO. EVERY ITEM CHECKED YES MUST BE FULLY EXPLAINED IN BLANK SPACE BELOW.
MARQUE CADA ARTICULO SI O NO: CADA ARTICULO MARCADO "SI" TIENE QUE TENER UNA EXPLICACION COMPLETA EN EL ESPACIO QUE ESTA EN BLANCO ABAJO.

| YES | NO | | YES | NO | |
|-----|----|-|-----|----|-|
| | | 13. Have you been refused employment, or been unable to hold a job, or stay in school because of: / Alguna vez le han rechazado empleo o no puede sostener un empleo o estar en la escuela por: | | ✓ | 18. Have you ever had any illness or injury, other than those already noted? (If yes, specify when, where, and give details.) / Alguna vez ha tenido otra enfermedad o heridas ademas de los ya anotadas? (Especifique cuando, donde, y de los detalles.) |
| | | A. Sensitivity to chemicals, dust, sunlight, etc. / Sensitivedad a quimicas, polvo, luz solar. | | ✓ | 19. Have you consulted or been treated by clinics, physicians, healers, or other practitioners within the past 5 years (or other than minor illnesses? (If yes, give complete address of doctor, hospital, clinic, and details.) / Usted alguna vez le han consultado o le han tratado por clinicas, medicos, curanderos, u otros profesionales los ultimos 5 anos de otras enfermedades menores? (Indique la direccion completa del doctor, hospital, clinica y los detalles.) |
| ? | | B. Inability to perform certain motions. / Incapacitado de hacer algun movimiento. | | | |
| ✓ | | C. Inability to assume certain positions. / Incapacitado de asumir ciertas posiciones. | | | |
| | | D. Other medical reasons (If yes, give reasons.) / Otras razones medicinales (Explique las razones.) | | | |
| | | 14. Have you ever been treated for a mental condition? (If yes, specify when, where, and give details.) depression / Alguna vez le han tratado por una condicion mental? (Especifique cuando, donde, y los detalles.) | | ✓ | 20. Have you ever been rejected for military service because of physical, mental, or other reasons? (If yes, give date and reason for rejections.) / Le han rechazado del servicio militar por razones fisicas, mentales o por otras razones? (Indique la fecha y razon por el rechazamiento.) |
| ✓ | | 15. Have you ever been denied life insurance (If yes, state reason and give details.) / Alguna vez le han negado aseguranza de vida? (Especifique la razon y los detalles.) | | ✓ | 21. Have you ever been discharged from military service because of physical, mental, or other reasons? (If yes, give date, reason, and type of discharge whether honorable, other than honorable, for unfitness or unsuitability.) / Le han descartado del servicio militar por otras razones fisicas o mentales? (Indique la fecha, razon, el tipo de descarte ya sea honorable, ademas de honorable, o por incompetente o inepto.) |
| | | 16. Have you had, or have you been advised to have an operations? (If yes, describe and give age at which occurred.) / Ha tenido o le han aconsejado tener alguna operacion? (Describa y de su edad cuando esto ocurrio.) | | ✓ | 22. Have you ever received, is there pending, or have you applied for pension, or compensation for existing disability? (If yes, specify what kind, granted by whom, and what amount, when, why.) |

**EXPLANATION: (#13-22 ABOVE)**
**EXPLICACION: (#13-22 ARRIBA)**

- Hx migraine, use Imitrex inhaler
- lip tremble c Haldol
- bilateral hearing loss
- broke multiple bones in (R) ft. Has 3 pins - 1989
- Depression. Is doing psychotherapy

I certify that I have reviewed the foregoing information supplied by me, and that it is true and complete to the best of my knowledge.. I authorize any of the doctors, hospitals, or chaos mentioned above to furnish the Government a complete transcript of my medical record.
Certifico que he revisado la informacion precedente dada por mi y que es veridica y completa segun mi leal saber y entender. Autorizo cualquiera de los doctores, hospitales, o clinicas arriba mencionadas proporcionarle al Gobierno la transcripcion completa de mi expediente medico.

| TYPED OR PRINTED NAME OF EXAMINEE  X DON MONACO<br>IMPRESO O ESCRITO A MAQUINA EL NOMBRE DEL EXAMINADO | SIGNATURE X<br>FIRMA   Don Monaco |
|---|---|

| DO NOT WRITE BELOW THIS LINE | NO ESCRIBA ABAJO DE ESTA LINEA |
|---|---|

**INTAKE SCREENING:**

INMATE RECEIVED FROM: COURT ___ TRANSFER ✓ P.V. ___

OTHER:

Medical staff's comments and observations: Please direct your answers to mental status, potential suicide, appearance, conduct, state or consciousness, rashes, jaundice, bruises and/or marks, sweating, body deformities, etc. Note observations in block 23 below.
If drugs have been used, note type, how long, how much, how often, how used. When were they last used: Have there been any problems since stopping the use of drugs or alcohol?

Does patient need to be seen immediately by the medical staff? YES ___ NO ✓
What arrangements have been made?

Duty status: Temporary work ___ Restricted ✓ Pending Med. clearance
General Population ✓ YES ___ NO ___
Type and extent of limitation

**23. Physician's summary and elaboration of all pertinent data** (Physician shall comment on all positive answers in items 6 through 22. Physician may develop by interview any additional medical history he deems important, and record any significant findings here.)

IVDA - Yes - Cocaine      Knee, shoulder
              Heroine       backpain, past
4kp - C+                     hv act lifter
Smoke - ∅
Mrt - See notes.
FMH- buthealued
     father - cardiac hx

- Skin - Herpes simplex
- Thyroid. swelled 1x but
              went away -
- Cardiac - hx PVC
              Calcified aortic
              valve.
  Has had c.p. c HTN
  in past.
- chronic indigestion
- Hep C⊖

Allergic - PCN - rash

| YPED OR PRINTED NAME OF PHYSICIAN OR<br>XAMINER<br>J. ZIMMER, EMT-P | DATE<br>5-31-00 | SIGNATURE<br>Zimmer EMTP | NUMBER OF<br>ATTACHED SHEETS |
|---|---|---|---|

FPI-LOM

U.S. Department of Justice
Federal Bureau Of Prisons



MEDICAL HISTORY REPORT

| (THIS INFORMATION IS FOR OFFICIAL AND MEDICALLY CONFIDENTIAL USE ONLY AND WILL NOT BE RELEASED TO UNAUTHORIZED PERSONS) |
|---|

**1. LAST NAME—FIRST NAME—MIDDLE NAME**
Monaco, Don James

**2. REGISTER NUMBER**
13314-006

**3. PURPOSE OF EXAMINATION**

**4. DATE OF EXAMINATION**

**5. EXAMINING FACILITY** U.S. PENITENTIARY
TERRE HAUTE, IN 47808

**6. STATEMENT OF EXAMINEE'S PRESENT HEALTH AND MEDICATIONS CURRENTLY USED** *(Follow by description of past history, if complaint arises)*

**7. HAVE YOU EVER** *(Please check each item)*

| YES | NO | *(Check each item)* |
|---|---|---|
| | ✓ | Lived with anyone who had tuberculosis |
| ✓ | | Coughed up blood |
| | ✓ | Bled excessively after injury or tooth extraction |
| ✓ | | Attempted suicide |
| ✓ | | Been a sleepwalker |

**8. DO YOU** *(Please check each item)*

| YES | NO | *(Check each item)* |
|---|---|---|
| | ✓ | Wear glasses or contact lenses |
| ✓ | | Have vision in both eyes |
| | ✓ | Wear a hearing aid |
| | ✓ | Stutter or stammer habitually |
| | ✓ | Wear a brace or back support |

**9. HAVE YOU EVER HAD OR HAVE YOU NOW** *(Please check at left of each item)*

| YES | NO | DON'T KNOW | *(Check each item)* | YES | NO | DON'T KNOW | *(Check each item)* | YES | NO | DON'T KNOW | *(Check each item)* |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | ✓ | Scarlet fever | ✓ | | | Adverse reaction to serum drug or medicine | | ✓ | | Epilepsy or fits |
| | ✓ | | Rheumatic fever | | | | | | ✓ | ✓ | Car, train, sea or air sickness |
| ✓ | | | Swollen or painful joints | ✓ | | | Broken bones | | ✓ | | Frequent trouble sleeping |
| ✓ | | | Frequent or severe headache | | ✓ | | Tumor, growth, cyst, cancer | ✓ | | | Depression or excessive worry |
| | ✓ | | Dizziness or fainting spells | | ✓ | | Rupture/hernia | | | | Loss of memory or amnesia |
| ✓ | ✓ | | Eye trouble | | ✓ | | Piles or rectal disease | ✓ | | | Nervous trouble of any sort |
| | | | Ear, nose, or throat trouble | | ✓ | | Frequent or painful urination | | ✓ | | Periods of unconsciousness |
| ✓ | | | Hearing loss | | ✓ | | Bed wetting since age 12 | | | | Have you ever had |
| | ✓ | | Chronic or frequent colds | | ✓ | | Kidney stone or blood in urine | | | | homosexual contact? |
| | ✓ | | Severe tooth or gum trouble | | ✓ | | Sugar or albumin in urine | | ✓ | | Been exposed to AIDS |
| | ✓ | | Sinusitis | ✓ | | | VD—Syphilis, gonorrhea, etc. | ✓ | | | Alcohol Use (Excessive) |
| | ✓ | | Hay Fever | ✓ | | | Recent gain or loss of weight | ✓ | | | Drug Use/Addiction |
| | ✓ | | Head injury | | ✓ | | Arthritis, Rheumatism, or Bursitis | ✓ | | | Marijuana |
| | ✓ | | Skin diseases | | ✓ | | Bone, joint or other deformity | ✓ | | | Cocaine |
| | ✓ | | Thyroid trouble | ✓ | | | Lameness | ✓ | | | Heroin |
| | ✓ | | Tuberculosis | | ✓ | | Loss of finger or toe | ✓ | | | L.S.D. |
| | ✓ | | Asthma | ✓ | | | Painful or "Trick" shoulder or elbow | ✓ | | | Amphetamines |
| ✓ | | | Shortness of breath | | ✓ | | Recurrent back pain | | | | Others: (Specify) |
| | ✓ | | Pain or pressure in chest | ✓ | | | "Trick" or locked knee | | | | |
| | ✓ | | Chronic cough | ✓ | | | Ear trouble | | | | Alcohol or drug |
| ✓ | | | Palpitation or pounding heart | ✓ | | | Neuritis | | ✓ | | Withdrawal Problems |
| ✓ | | | Heart trouble | | ✓ | | Paralysis (include infantile) | | | | |
| | ✓ | | High or low blood pressure | | | | | | | | |
| | | | Cramps in your legs | | | | | **10. FEMALES ONLY HAVE YOU EVER** | | | |
| ✓ | | | Frequent indigestion | | | | | | | | Been treated for a female disorder |
| ✓ | | | Stomach, liver, or intestinal trouble | | | | | | | | Had a change in menstrual pattern |
| ✓ | | | Gall bladder trouble or gallstones | | | | | | | | ARE YOU PREGNANT |
| ✓ | | | Jaundice or hepatitis | | | | | | | | SUSPECT YOU ARE PREGNANT |

**11. WHAT IS YOUR USUAL OCCUPATION?**

**12. ARE YOU** (Check one)
☑ Right handed ☐ Left handed

BP-360(60)

| CHECK EACH ITEM YES OR NO EVERY ITEM CHECKED YES MUST BE FULLY EXPLAINED IN BLANK SPACE BELOW |

| YES | NO | | YES | NO | |
|---|---|---|---|---|---|
| | ✓ | 13. Have you been refused employment or been unable to hold a job or stay in school because of: A. Sensitivity to chemicals, dust, sunlight, etc. | | ✓ | 18. Have you ever had any illness or injury other than those already noted? (If yes, specify when, where, and give details.) |
| ✓ | | B. Inability to perform certain motions. | ✓ | | 19. Have you consulted or been treated by clinics, physicians, healers, or other practitioners within the past 5 years for other than minor illnesses? (If yes, give complete address of doctor, hospital, clinic, and details.) |
| ✓ | | C. Inability to assume certain positions. | | | |
| | ✓ | D. Other medical reasons (If yes, give reasons.) | | ✓ | 20. Have you ever been rejected for military service because of physical, mental, or other reason? (If yes, give date, and reason, for rejections.) |
| ✓ | | 14. Have you ever been treated for a mental condition? (If yes, specify when, where, and give details.) | | | |
| | ✓ | 15. Have you ever been denied life insurance? (If yes, state reason and give details.) | | ✓ | 21. Have you ever been discharged from military service because of physical, mental, or other reasons? (If yes, give date, reason, and type of discharge whether honorable, other than honorable, for unfitness or unsuitability.) |
| ✓ | | 16. Have you had, or have you been advised to have, any operations? (If yes, describe and give age at which occured.) | | | |
| ✓ | | 17. Have you ever been a patient in any type of hospital? (If yes, specify when, where, why, and name of doctor and complete address of hospital.) | | ✓ | 22. Have you ever received, is there pending, or have you applied for pension, or compensation for existing disability? (If yes, specify what kind, granted by whom, and what amount, when, why.) |

EXPLANATION: (#13-22 ABOVE)
* Severed right Foot in half (compound fracture)
* Hepatitus C chronic Liver Condition
* chronic MIGRAINES

I certify that I have reviewed the foregoing information supplied by me and that it is true and complete to the best of my knowledge. I authorize any of the doctors, hospitals, or clinics mentioned above to furnish the Government a complete transcript of my medical record.

| TYPED OR PRINTED NAME OF EXAMINEE | SIGNATURE Don Monaco |
|---|---|

| INTAKE SCREENING: INMATE RECEIVED FROM: COURT _____ TRANSFER _____ P.V. _____ OTHER _____ MEDICAL STAFF'S COMMENTS AND OBSERVATIONS: PLEASE DIRECT YOUR ANSWERS TO MENTAL STATUS, POTENTIAL SUICIDE, APPEARANCE, CONDUCT, STATE OR CONSCIOUSNESS, RASHES, JAUNDICE, BRUISES AND/OR MARKS, SWEATING, BODY DEFORM- ITIES, ETC. NOTE OBSERVATIONS IN BLOCK 23 BELOW. IF DRUGS HAVE BEEN USED, NOTE TYPE, HOW LONG, HOW MUCH, HOW OFTEN, HOW USED, WHEN WERE THEY LAST USED: HAVE | THERE BEEN ANY PROBLEMS SINCE STOPPING THE USE OF DRUGS OR ALCOHOL? _____ DOES PATIENT NEED TO BE SEEN IMMEDIATELY BY THE MEDICAL STAFF  YES _____  NO _____ WHAT ARRANGEMENTS HAVE BEEN MADE? _____ DUTY STATUS: TEMPORARY WORK _____ RESTRICTED _____ GENERAL POPULATION _____ YES _____ NO _____ TYPE AND EXTENT OF LIMITATION _____ |
|---|---|

23. Physician's summary and elaboration of all pertinent data *(Physician shall comment on all positive answers in item 6 through 22. Physician may develop by interview any additional medical history he deems important, and record any significant findings here.)*

| TYPED OR PRINTED NAME OF PHYSICIAN EXAMINER  D.B. FARRIS, RN | DATE 5-24-00 | SIGNATURE | NUMBER OF ATTACHED SHEETS |
|---|---|---|---|

REVERSE

MONACO
    DONALD JAMES        13314-006
W/H/0/07-31-1958
HT/507   WT/165   HR/GY   EY/BL
CUSTODY/IN

# MEDICAL HISTORY REPORT
# REPORTE DE HISTORIA MEDICO

AND MEDICALLY CONFIDENTIAL USE ONLY
ED TO UNAUTHORIZED PERSONS)
EL USO OFICIAL Y ES MEDICAMENTE CONFIDENCIAL.
ERSONAS QUE NO ESTEN AUTORIZADAS)

**1. LAST NAME—FIRST NAME—MIDDLE NAME**
APELLIDO—PRIMER NOMBRE—NOMBRE MEDIANO

MONACO   DON   JAMES

**2. REGISTER NUMBER**
NUMERO DE REGISTRO

13314 - 006

**3. PURPOSE OF EXAMINATION**
PROPOSITO DEL EXAMEN

Intake Screening

**4. DATE OF EXAMINATION**
FECHA DEL EXAMEN

2-18-99

**5. EXAMINING FACILITY**
FACILIDAD DEL EXAMEN

MEDICAL RECORDS DEPT
FCI TERMINAL ISLAND, CA 90731

**6. STATEMENT OF EXAMINEE'S PRESENT HEALTH AND MEDICATIONS CURRENTLY USED** (Follow by description of past history, if complaint arises)
DECLARACION DEL EXAMINADO PRESENTE SU SALUD Y MEDICACIONES CORRIENTEMENTES USADAS: (Enseguida una descripcion de su historia pasada, si alguna queja se levanta)

DOB 7-31-58

**7. HAVE YOU EVER** (Please check each item)
ALGUNA VEZ USTED: (Por favor marque cada articulo)

| YES SI | NO | (Check each item) (Marque cada articulo) |
|---|---|---|
| | ✓ | Lived with anyone who had tuberculosis / Ha vivido con alguna persona que tuvo tuberculosis |
| | ✓ | Coughed up blood / Tosiendo sangre |
| ✓ | | Bled excessively after injury or tooth extraction / Sangra excesivamente despues de una herida o extracciones dentales |
| | ✓ | Attempted suicide / Ha procurado suicidarse |
| ✓ | | Been a sleepwalker / Ha sido sonambulo |

**8. DO YOU** (Please check each item)
USTED: (Por favor marque cada articulo)

| YES SI | NO | (Check each item) (Marque cada articulo) |
|---|---|---|
| | ✓ | Wear glasses or contact lenses / Usa anteojos o lentes de contacto |
| ✓ | | Have vision in both eyes / Tiene vision en los dos ojos |
| | ✓ | Wear a hearing aid / Usa un mecanismo para oir |
| | ✓ | Stutter or stammer habitually / Tartamudea o habitualmente balbucea |
| | ✓ | Wear a brace or back support / Usa un aparato ortopedico |

**9. HAVE YOU EVER HAD OR HAVE YOU NOW** (Please check at left of each item.)
USTED ALGUNA VEZ HA TENIDO O TIENE AHORA: (Por favor marque el lado izquierdo de cada articulo)

| YES SI | NO | DON'T KNOW NO SE | (Check each item) (Marque cada articulo) | YES SI | NO | DON'T KNOW NO SE | (Check each item) (Marque cada articulo) | YES SI | NO | DON'T KNOW NO SE | (Check each item) (Marque cada articulo) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | ✓ | Scarlet fever / Fiebre escarlatina | ✓ | | | Adverse reaction to serum drug or medicine PCN / Reaccion adverso con algunas drogas de sera o medicinas | | ✓ | | Epilepsy or fits / Epilepsia o ataques |
| | | ✓ | Rheumatic fever / Fiebre reumatica | | | | Car, train, sea or air sickness? / Mareos en el carro, tren, avion o mar | | ✓ | | |
| ✓ | | | Swollen or painful joints Tendonitis / Hinchazon o coynturas dolorosas | | | ✓ | Broken bones R Foot / Huesos quebrados | | | ✓ | Frequent trouble sleeping / Frequentes problemas para dormir |
| ✓ | | | Frequent or severe headaches Migraine / Frequentes o severo dolor de cabeza | | | ✓ | Tumor, growth, cyst, cancer / Tumor, verrugas, quiste, cancer | | | | Depression or excessive worry / Depresion o preocupaciones excesivas |
| | | ✓ | Dizziness or fainting spell / Mareos o desvanecimientos | | | ✓ | Rupture/hernia / Ruptura/hernia | | ✓ | | Loss of memory or amnesia / Perdida de memoria o amnesia |
| | ✓ | | Eye trouble / Problemas de los ojos | | | ✓ | Piles or rectal disease / Almorranas o enfermedad rectal | | ✓ | | Nervous trouble of any sort / Problemas nerviosos de cualquier clase |
| ✓ | | | Ear, nose, or throat trouble b Nearing / Problemas de nariz, oido o garganta | | | ✓ | Frequent or painful urination / Frequente o dolor al orinar | | ✓ | | Periods of unconsciousness / Periodos de inconsciencia |
| ✓ | | | Hearing loss Bilateral / Sordura | | | ✓ | Bed wetting since age 12 / Orinar la cama desde los 12 anos | | ✓ | | Have you ever had homosexual contact? / Ha tenido algun contacto homosexual? |
| | | ✓ | Chronic or frequent colds / Resfriados frequentes o cronicos | | | ✓ | Kidney stone or blood in urine / Calculos en el rinon o sangre en la orina | ✓ | | | Alcohol use (Excessive) / Exceso uso de alcohol |
| | | ✓ | Paralysis (include infantile) / Paralisis (incluye infantil) | | | ✓ | Sugar or albumin in urine / Azucar o albumina en la orina | | ✓ | | Drug Use/Addiction / Uso de drogas/adiccion |
| | | ✓ | Sinusitis / Sinusitis | | | ✓ | VD—Syphilis, gonorrhea, etc. / Enfermedad venerea, sifilis, gonorrea, etc. | ✓ | | | Marijuana / Marihuana |
| | | ✓ | Hay Fever / Fiebre del heno | | | ✓ | Recent gain or loss of weight / Reciente perdida o aumento de peso | ✓ | | | Cocaine / Cocaina |
| ✓ | | | Head injury / Herida en la cabeza | | | ✓ | Arthritis, Rheumatism, or Bursitis / Artritis, reumatismo o bursitis | ✓ | | | Heroin / Heroina |

(Continued on page 2)
(Sigue a la pagina 2)

| YES NO | DON'T KNOW | (Check each item) | YES NO | DON'T KNOW | (Check each item) | YES NO | DON'T KNOW | (Check each item) |
|---|---|---|---|---|---|---|---|---|
| SI NO | NO SE | (Marque cada artículo) | SI NO | NO SE | (Marque cada artículo) | SI NO | NO SE | (Marque cada artículo) |
| | ✓ | Skin diseases / Enfermedades de la piel | | ✓ | Bone, joint or other deformity / Huesos, coyuntura o otra deformidades | ✓ | | L.S.D. / L.S.D. |
| ✓ | | Thyroid trouble / Problema de la tyroide | ✓ | | Lameness / Lisiado | | | Amphetamines / Anfetaminas |
| ✓ | | Tuberculosis / Tuberculosis | | ✓ | Loss of finger or toe / Perdida de un dedo de la mano o pie | ✓ | | Frequent indigestion / Indigestion frequente |
| ✓ | | Asthma / Asma | ✓ | | Painful or "Trick" shoulder or elbow / Doloroso o deslucacion de hombro o codo | | ✓ | Others: (Specify) / Algunos otros: (Especifique) |
| ✓ | | Shortness of breath / Respiracion dificultuosa | | | Recurrent back pain / Repetido dolor de espalda | | | |
| ✓ | | Pain or pressure in chest / Dolor o presion en el pecho | ✓ | | "Trick" or locked knee / Rodillas dolorosas (R) | | ✓ | Alcohol or drug withdrawal problems / Problemas, retirada con alcohol o droga |
| ✓ | | Chronic cough / Tos cronica | ✓ | | Foot trouble / Problemas del pie (R) | | | |
| ✓ | | Palpitation or pounding heart / Palpitacion o golpes del corazon | | ✓ | Neuritis / Neuritis | | | |
| ✓ | | Heart trouble / Problemas del corazon | | | Severe tooth or gum trouble / Dolor severo de muelas o problema de encillas | | | |
| | ✓ | High or low blood pressure / Alta o baja presion de la sangre | | | | | | |
| ✓ | | Cramps in your legs / Calambres en sus piernas | | | 10. FEMALES ONLY HAVE YOU EVER: SOLAMENTE PARA MUJERES: Usted alguna vez: | | | |
| | ✓ | Been exposed to AIDS / Expuesto a "AIDS" (Sindrome de inmuno-deficiencia adquirido) | | | | | | Been treated for a female disorder / La han tratado por una enfermedad femenina |
| ✓ | | Stomach, liver, or intestinal trouble / Estomago, Higado o problemas intestinales | | | Hepatitis C | | | Had a change in menstrual pattern / Cambio en la menstruacion |
| | ✓ | Gall bladder trouble or gallstones / Problemas visiculares o calculos biliarios | | | | | | ARE YOU PREGNANT? / ESTA EMBARAZADA? |
| ✓ | | Jaundice or hepatitis / Hepatitis o icterica | | | Hep. C | | | SUSPECT YOU ARE PREGNANT? / SOSPECHA ESTAR EMBARAZADA? |

**11. WHAT IS YOUR USUAL OCCUPATION?**
USUALMENTE CUAL ES SU OCUPACION?

Self Employed Business

**12. ARE YOU (Check one)    12. ES USTED? (Marque una)**

☑ Right handed ☐ Left handed    ☐ De la mano derecha ☐ De la mano izquierda

CHECK EACH ITEM YES OR NO. EVERY ITEM CHECKED YES MUST BE FULLY EXPLAINED IN BLANK SPACE BELOW.
MARQUE CADA ARTICULO SI O NO: CADA ARTICULO MARCADO "SI" TIENE QUE TENER UNA EXPLICACION COMPLETA EN EL ESPACIO QUE ESTA EN BLANCO ABAJO.

| YES NO | | YES NO | |
|---|---|---|---|
| SI NO | | SI NO | |
| | 13. Have you been refused employment, or been unable to hold a job, or stay in school because of: / Alguna ve le han rechazado empleo o no puede sostener un empleo o estar en la escuela por: | ✓ | 18. Have you ever had any illness or injury, other than those already noted? (If yes, specify when, where, and give details.) / Alguna vez ha tenido otra enfermedad o heridas ademas de los ya anotadas? (Especifique cuando, donde, y los detalles.) |
| ✓ | A. Sensitivity to chemicals, dust, sunlight, etc. / Sensitividad a quimicas, polvo, luz solar. | ✓ | 19. Have you consulted or been treated by clinics, physicians, healers, or other practitioners within the past 5 years for other than minor illnesses? (If yes, give complete address of doctor, hospital, clinic, and details.) / Usted alguna vez ha consultado o le han tratado por clinicas, medicos, curanderos, o otros profesionales los ultimos 5 anos de otras enfermedades menores? (Indique la direccion completa del doctor, hospital, clinica y los detalles.) |
| ✓ | B. Inability to perform certain motions. / Incapacitado de hacer algun movimiento. | | |
| ✓ | C. Inability to assume certain positions. / Incapacitado de asumir ciertas posiciones. | | |
| ✓ | D. Other medical reasons (If yes, give reasons.) / Otras razones medicinales (Explique las razones.) | ✓ | 20. Have you ever been rejected for military service because of physical, mental, or other reasons? (If yes, give date and reason for rejections.) / Le han rechazado del servicio militar por razones fisicas, mentales o por otras razones? (Indique la fecha y razon por el rechazamiento.) |
| ✓ | 14. Have you ever been treated for a mental condition? (If yes, specify when, where, and give details.) / Alguna vez le han tratado por una condicion mental? (Especifique cuando, donde, y indique los detalles.) | | |
| ✓ | 15. Have you ever been denied life insurance? (If yes, state reason and give details.) / Alguna vez le han negado aseguranza de vida? (Especifique la razon y los detalles.) | ✓ | 21. Have you ever been discharged from military service because of physical, mental, or other reasons? (If yes, give date, reason, and type of discharge whether honorable, other than honorable, for unfitness or unsuitability.) / Le han descartado del servicio militar por otras razones fisicas o mentales? (Indique la fecha, razon, el tipo de descarte ya sea honorable, ademas de honorable, o por incompetente o inepto.) |
| ✓ | 16. Have you had, or have you been advised to have, any operations? (If yes, describe and give age at which occurred.) / Ha tenido o le han aconsejado tener alguna operacion? (Describa y de su edad cuando esto ocurrio.) | ✓ | 22. Have you ever received, is there pending, or have you applied for pension, or compensation for existing disability? (If yes, specify what kind, granted by whom, and what amount, when, why.) / Alguna vez ha recibido o hay pendiente, o ha aplicado por pension o compensacion por una incapacidad existente? (Especifique la clase, otorgado por cual persona, la suma, cuando y porque razon.) |
| ✓ | 17. Have you ever been a patient in any type of hospital? (If yes, specify when, where, why, and name of doctor, and complete address of hospital.) / Ha sido alguna vez paciente en cualquier tipo de hospital? (Especifique cuando, donde, porque, y el nombre del doctor y direccion completa del hospital.) | | |

# AIDS RELATED SYNDROME QUESTIONNAIRE

Inmate name: Monaco, Don   Number 1334-04  Dated 2-18-99   Interviewer ____

DIRECTIONS: This form is to be filled out on each newly admitted inmate. It is also to be used at sick call when the health care provider suspects the possibility of AIDS

ASK ALL QUESTIONS VERBATIM

During the last month, have you had any of the following problems or symptoms?
Circle answer in column "A"

| "A" | For each "YES", ask for information in column B and C. | |
| --- | --- | --- |

| PROBLEM OR SYMPTOM | HAD IN LAST MONTH | | WHEN BEGAN | HAVE NOW | |
| --- | --- | --- | --- | --- | --- |
| | NO | YES | MONTH/YEAR | NO | YES |
| 1. persistent shortness of breath for at least two weeks | NO | YES | 19__ | NO | YES |
| 2. A new or unusual kind of dry cough that lasted 2 weeks or longer | NO | YES | 19__ | NO | YES |
| 3. Thrush, candida or white patches in your mouth or throat for at least 2 weeks | NO | YES | 19__ | NO | YES |
| 4. An unintentional weight loss of at least 10 pounds unrelated to dieting | NO | YES | 19__ | NO | YES |
| 5. Diarrhea for at least 2 weeks | NO | YES | 19__ | NO | YES |
| 6. Persistent or recurring fever higher than 100 F. for at least 2 weeks | NO | YES | 19__ | NO | YES |
| 7. Tender or enlarged glands or lymph nodes(not counting your groin)for at least 2 weeks | NO | YES | 19__ | NO | YES |
| 8. Sweating at night for at least 2 weeks | NO | YES | 19__ | NO | YES |

---

INSTITUCION  FCI, TERMINAL ISLAND

## CIDA (AIDS) CUESTIONARIO

Nombre del recluso: ____   Numero ____   Fecha ____   Interviewer ____

INSTRUCCIONES: Este formulario debe completarse en todo nuevo recluso que es admitido en la institución. La también para usarse cuando el Departamento de salud que provee atención medica sospecha la posibilidad de CIDA(AIDS).

PREGUNTE TODAS LAS PREGUNTAS PALABRA POR PALABRA

En éste último mes, usted tuvo uno de los siguientes problemas o síntomas?

A. Usted tuvo alguno de estos síntomas éste último mes?
POR CADA PREGUNTA CONTESTAR "SI", PREGUNTE B Y C:
B. Cuando empezó?
C. Usted aun tiene eso?

| PROBLEMA O SINTOMA | A. TUVO EN ESTE ULTIMO MES | | B. CUANDO EMPEZO | | C. TIENE AHORA | |
| --- | --- | --- | --- | --- | --- | --- |
| | NO | SI | MES | AÑO | NO | SI |
| 1. Persistente corto de resuello por las últimas dos semanas | NO | SI | 19__ | | NO | SI |
| 2. Nueva o inusual especie de tos seca que duro por las últimas dos semanas o más | NO | SI | 19__ | | NO | SI |
| 3. Tordo, o manchas blancas en su boca o garganta por las últimas dos semanas | NO | SI | 19__ | | NO | SI |
| 4. Una pérdida de peso sin intención de por lo menos 10 pounds(sin relacionarse con una dieta) | NO | SI | 19__ | | NO | SI |
| 5. Diarrea por las últimas dos semanas | NO | SI | 19__ | | NO | SI |
| 6. Persistente o volver a presentarse fiebre alta más de 100° F. por las últimas dos semanas | NO | SI | 19__ | | NO | SI |
| 7. Dolor o engrandemiento de las glándulas o bulto(sin contar su ingle) por las últimas dos semanas | NO | SI | 19__ | | NO | SI |
| 8. Traspirar durante la noche por las últimas dos semanas | NO | SI | 19__ | | NO | SI |

**EXPLANATION: (#13-22 ABOVE)**
**EXPLICACION: (#13-22 ARRIBA)** Hospitalized in 1988 at Humana - Providence Hospitals in Anchorage Alaska For A severed right Foot - DR Horton, Dr. Bunsen, DR. Manual. I was 30 years old. In 1994 I was diagnosed with Hepititis C & was Treated at The Century Drug Clinic in Reno Nevada and I was a patient at University of Washington Mayo Clinic under DR. CARIThers chief Hepatologist.

I certify that I have reviewed the foregoing information supplied by me, and that it is true and complete to the best of my knowledge. I authorize any of the doctors, hospitals, or clinics mentioned above to furnish the Government a complete transcript of my medical record.
Certifico que he revisado la informacion precedente dada por mi y que es veridica y completa segun mi leal saber y entender. Autorizo cualquiera de los doctores, hospitales, o clinicas arriba mencionadas proporcionarle al Gobierno la transcripcion completa de mi expediente medico.

| TYPED OR PRINTED NAME OF EXAMINEE   DON MONACO | SIGNATURE  DON MONACO |
|---|---|
| IMPRESO O ESCRITO A MAQUINA EL NOMBRE DEL EXAMINADO | FIRMA |

| DO NOT WRITE BELOW THIS LINE | NO ESCRIBA ABAJO DE ESTA LINEA |
|---|---|

**INTAKE SCREENING:**

INMATE RECEIVED FROM: COURT ___ TRANSFER ✓ P.V. ___

OTHER: _____

Medical staff's comments and observations: Please direct your answers to mental status, potential suicide, appearance, conduct, state of consciousness, rashes, jaundice, bruises and/or marks, sweating, body deformities, etc. Note observations in block 23 below.

If drugs have been used, note type, how long, how much, how often, how used. When were they last used: Have there been any problems since stopping the use of drugs or alcohol?

Does patient need to be seen immediately by the medical staff? YES ___ NO ✓   Refer to sick call

What arrangements have been made? _____

Duty status: Temporary work ___ Restricted ___   Unassigned until medically clear

General Population ___ YES ✓ NO ___

Type and extent of limitation _____

23. Physician's summary and elaboration of all pertinent data (Physician shall comment on all positive answers in items 6 through 22. Physician may develop by interview any additional medical history he deems important, and record any significant findings here.)

Allergies: _Pinicillin_
Social Hx: _non-smoker ; (+)ETOH, (+) IVDA_
Chronic Illnesses: _Hepatitic C_
Surgical Hx: _Ø_
Current Medications: _Ø_

No lice

Refer to S/C + CCC

| TYPED OR PRINTED NAME OF PHYSICIAN OR EXAMINER   MARIVEL S. LAROZA, PA | DATE  2-18-99 | SIGNATURE | NUMBER OF ATTACHED SHEETS |
|---|---|---|---|

FCI, TERMINAL ISLAND


(THIS INFORMATION IS FOR OFFICIAL AND MEDICALLY CONFIDENTIAL USE ONLY
AND WILL NOT BE RELEASED TO UNAUTHORIZED PERSONS)

| 1. LAST NAME—FIRST NAME—MIDDLE NAME | 2. REGISTER NUMBER |
|---|---|
| MENACO DON JAMES | 13314 - CCC |

| 3. PURPOSE OF EXAMINATION | 4. DATE OF EXAMINATION | 5. EXAMINING FACILITY |
|---|---|---|
| INTAKE SCREENING | 1-4-9 | FDC. SEATAC HEALTH SERVICES |

6. STATEMENT OF EXAMINEE'S PRESENT HEALTH AND MEDICATIONS CURRENTLY USED *(Follow by description of past history, if complaint arises)*

IM IN GOOD HEALTH except I have some periodic heart papilitations. I ALSO have hep. C + elevated liver enzym My Blood WAS just Taken last week AgAiN bt I didn't see the results

| 7. HAVE YOU EVER *(Please check each item)* | | 8. DO YOU *(Please check each item)* | | yes |
|---|---|---|---|---|

| YES | NO | *(Check each item)* | YES | NO | *(Check each item)* |
|---|---|---|---|---|---|
| | ✓ | Lived with anyone who had tuberculosis | | ✓ | Wear glasses or contact lenses |
| | ✓ | Coughed up blood | ✓ | | Have vision in both eyes |
| | ✓ | Bled excessively after injury or tooth extraction | | ✓ | Wear a hearing aid |
| | ✓ | Attempted suicide | | ✓ | Stutter or stammer habitually |
| ✓ | | Been a sleepwalker  When I was a young Boy | | ✓ | Wear a brace or back support |

9. HAVE YOU EVER HAD OR HAVE YOU NOW *(Please check at left of each item)*

| YES | NO | DON'T KNOW | *(Check each item)* | YES | NO | DON'T KNOW | *(Check each item)* | YES | NO | DON'T KNOW | *(Check each item)* |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | ✓ | | Scarlet fever | ✓ | | | Adverse reaction to serum drug | | ✓ | | Epilepsy or fits |
| | | ✓ | Rheumatic fever | | | | or medicine Penicillan | | ✓ | | Car, train, sea or air sickness |
| ✓ | | | Swollen or painful joints sometimes | ✓ | | | Broken bones right Foot | | ✓ | | Frequent trouble sleeping |
| ✓ | | | Frequent or severe headache migrate sometimes | | ✓ | | Tumor, growth, cyst, cancer | | | ✓ | Depression or excessive worry |
| | ✓ | | Dizziness or fainting spells | | ✓ | | Rupture/hernia | | ✓ | | Loss of memory or amnesia |
| | ✓ | | Eye trouble only when I eat migraines | | ✓ | | Piles or rectal disease | | ✓ | | Nervous trouble of any sort |
| | ✓ | | Ear, nose, or throat trouble | | | ✓ | Frequent or painful urination | | ✓ | | Periods of unconsciousness |
| ✓ | | | Hearing loss certain Frequencies | ✓ | | | Bed wetting since age 12 | | ✓ | | Have you ever had |
| | ✓ | | Chronic or frequent colds | | ✓ | | Kidney stone or blood in urine | ✓ | | | homosexual contact? |
| ✓ | | | Severe tooth or gum trouble | | ✓ | | Sugar or albumin in urine | | ✓ | | Been exposed to AIDS |
| ✓ | | | Sinusitis | | treated | | VD—Syphilis, gonorrhea, etc. | ✓ | | | Alcohol Use (Excessive) |
| ✓ | | | Hay Fever | | ✓ | | Recent gain or loss of weight | ✓ | | | Drug Use/Addiction |
| ✓ | | | Head injury | | ✓ | | Arthritis, Rheumatism, or Bursitis | ✓ | | | Marijuana |
| ✓ | | | Skin diseases | | ✓ | | Bone, joint or other deformity | ✓ | | | Cocaine |
| ✓ | | | Thyroid trouble | | ✓ | | Lameness | ✓ | | | Heroin |
| ✓ | | | Tuberculosis | | ✓ | | Loss of finger or toe | ✓ | | | L.S.D. |
| | ✓ | | Asthma | ✓ | | | Painful or "Trick" shoulder or elbow | ✓ | | | Amphetamines |
| | | ✓ | Shortness of breath | | ✓ | | Recurrent back pain | ✓ | | | Others: (Specify) Mescaline |
| | ✓ | | Pain or pressure in chest | ✓ | | | "Trick" or locked knee right | | | | Mushrooms |
| | | ✓ | Chronic cough | ✓ | | | Foot trouble right | | | | Alcohol or drug |
| ✓ | ∅ meds | | Palpitation or pounding heart | | ✓ | | Neuritis | | ✓ | | Withdrawal Problems |
| | | | Heart trouble | | ✓ | | Paralysis (include infantile) | | | | |
| | ✓ | | High or low blood pressure | | | | | | | | |
| | ✓ | | Cramps in your legs | | | | | 10. FEMALES ONLY HAVE YOU EVER | | | |
| ✓ | | dreads | Frequent indigestion | | | | | | | | Been treated for a female disorder |
| ✓ | | | Stomach, liver, or intestinal trouble | | | | | | | | Had a change in menstrual pattern |
| | ✓ | | Gall bladder trouble or gallstones | | | | | | | | ARE YOU PREGNANT |
| ✓ | | | Jaundice or hepatitis C H40 B | | | | | | | | SUSPECT YOU ARE PREGNANT |

| 11. WHAT IS YOUR USUAL OCCUPATION? | 12. ARE YOU *(Check one)* |
|---|---|
| SelF Employed Bus. Technical GLASS CONSTRUCTION | ☑ Right handed ☐ Left handed |

CHECK EACH ITEM YES OR NO EVERY ITEM CHECKED YES MUST BE FULLY EXPLAINED IN BLANK SPACE BELOW

| YES | NO | | YES | NO | |
|---|---|---|---|---|---|
| | ✓ | 13. Have you been refused employment or been unable to hold a job or stay in school because of:<br>A. Sensitivity to chemicals, dust, sunlight, etc. | | | 18. Have you ever had any illness or injury other than those already noted? (If yes, specify when, where, and give details.) |
| ✓ | | B. Inability to perform certain motions. | | | 19. Have you consulted or been treated by clinics, physicians, healers, or other practitioners within the past 5 years for other than minor illnesses? (If yes, give complete address of doctor, hospital, clinic, and details.) |
| ✓ | | C. Inability to assume certain positions. | | | |
| ✓ | | D. Other medical reasons (If yes, give reasons.) | | | 20. Have you ever been rejected for military service because of physical, mental, or other reason? (If yes, give date, and reason for rejections.) |
| | ✓ | 14. Have you, ever been treated for a mental condition? (If yes, specify when, where, and give details). | | | |
| ✓ | | 15. Have you ever been denied life insurance? (If yes, state reason and give details.) | | | 21. Have you ever been discharged from military service because of physical, mental, or other reasons? (If yes, give date, reason, and type of discharge whether honorable, other than honorable, for unfitness or unsuitability.) |
| ✓ | | 16. Have you had, or have you been advised to have, any operations? (If yes, describe and give age at which occured.) | | | |
| ✓ | | 17. Have you ever been a patient in any type of hospital? (If yes, specify when, where, why, details and reason of doctor and complete address of hospital.) | | | 22. Have you received, is there pending, or have you applied for pension, or compensation for existing disability? (If yes, specify what kind, granted by whom , and what amount, when, why.) |

EXPLANATION: (#13-22 ABOVE)          (#8-#9 ?)

16) I had emergency surgery on my right foot, I was told I needed to have my wisdom teeth removed years ago but never did.

17) serviced my right foot in 88 or 89 at Humana Hospital Anchorage AK. DR. Horton Dr. Bowser Dr. moved to providence Hospital Anchorage, AK.          Mankal
Patient at University of Wash. Medical Center for Liver & Blood Testing Dr. Carithers

I certify that I have reviewed the foregoing information supplied by me and that it is true and complete to the best of my knowledge. I authorize any of the doctors, hospitals, or clinics mentioned above to furnish the Government a complete transcript of my medical record.

| TYPED OR PRINTED NAME OF EXAMINEE | SIGNATURE |
|---|---|
| DON   MONACO | Don Monaco |

| INTAKE SCREENING:          New Commit H | THERE BEEN ANY PROBLEMS SINCE STOPPING THE USE OF DRUGS OR ALCOHOL? ___ yes   in past from IVDU |
|---|---|
| INMATE RECEIVED FROM: COURT ____ TRANSFER ____ P.V. _____ | & currently |
| OTHER _____ | DOES PATIENT NEED TO BE SEEN IMMEDIATELY BY THE MEDICAL STAFF YES ____ NO ✗ |
| MEDICAL STAFF'S COMMENTS AND OBSERVATIONS: PLEASE DIRECT YOUR ANSWERS TO MENTAL·STATUS, POTENTIAL SUICIDE, APPEARANCE, CONDUCT, STATE OR CONSCIOUSNESS, RASHES, JAUNDICE, BRUISES AND/OR MARKS, SWEATING, BODY DEFORMITIES, ETC. NOTE OBSERVATIONS IN BLOCK 23 BELOW. | WHAT ARRANGEMENTS HAVE BEEN MADE? ___ NA |
| | DUTY STATUS: TEMPORARY WORK ___ RESTRICTED ____ |
| IF DRUGS HAVE BEEN USED, NOTE TYPE, HOW LONG, HOW MUCH. | GENERAL POPULATION ✗ YES ____ NO _____ |
| HOW OFTEN, HOW USED, WHEN WERE THEY LAST USED: HAVE | TYPE AND EXTENT OF LIMITATION ___ to be determined |

23. Physician's summary and elaboration of all pertinent data (Physician shall comment on all positive answers in item 6 through 22. Physician may develop by interview any additional medical history he deems important, and record any significant findings here.)

4 0 yr old white male with (hep C positive by hx) but no other current problems except occasional migraines he is advised to seek sick call 2°

QUALITY ASSURANCE
By _____
E. Spi _____
JAN 1999 RECEIVED

| TYPED OR PRINTED NAME OF PHYSICIAN OR EXAMINER<br>D. PEDERSEN<br>REGISTERED NURSE | DATE<br>1-4.99 | SIGNATURE<br>D C Pedersen   RN | NUMBER OF ATTACHED SHEETS |
|---|---|---|---|

REVERSE          FDC SEATAC

**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

(Medical staff shall complete this screening form on all arrivals to the Institution)

| Institution | Date of Arrival | Time of Arrival |
|---|---|---|
| _(illegible)_ | _1.3.2.63_ | _(illegible)_ |

| Inmate's Name | Register Number |
|---|---|
| _Monard, Donald_ | _13514 - 0?6_ |

## M E D I C A L    C L E A R A N C E

1. BP-149(60) reviewed? ☑ yes; ☐ no (Explain)


2. General Population Housing Approved? ☑ yes; ☐ no (Specify limitation or need)



3. Approved for Temporary Work Assignment? ☑ yes; ☐ no (Specify limitations or exclusions)
   _Cleared on Food Service_


4. For Holdovers:  OK for Continued Transport? ☐ yes; ☐ no (Explain)



5. Disabilities?  ☐ yes    ☐ no   (If yes, enter code(s) into MDS)
                        Code(s)


6. Remarks:


| Medical Staff Signature | Date | Time |
|---|---|---|
| _(signature)_ | _1.22.03_ | _(illegible)_ |

Medical Staff Title
   _John Espinal_ **P.A.**

Record Copy - Inmate Central File; copy - file
(This form may be replicated via WP)

Replaces BP-354(60) of APRIL 1990
and BP-S354 of AUG 1994

Printed on Recycled Paper

BP-S354.060 **INTAKE SCREENING (MEDICAL)** CDFRM
NOV 94
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

(Medical staff shall complete this screening form on all arrivals to the Institution)

| Institution | Date of Arrival | Time of Arrival |
|---|---|---|
| | 5-31-00 | 1100 |

| Inmate's Name | Register Number |
|---|---|
| MONACO, DONALD | |

13314-006                    **M E D I C A L     C L E A R A N C E**

DOB 1. BP-148 (558 reviewed? ☑ yes; ☐ no (Explain)

FCI    WASECA, MN

2. General Population Housing Approved? ☑ yes; ☐ no (Specify limitation or need)

3. Approved for Temporary Work Assignment? ☐ yes; ☑ no (Specify limitations or exclusions)   *Pending Med clearance*

4. For Holdovers:  OK for Continued Transport? ☑ yes; ☐ no (Explain)

5. Disabilities? ☐ yes  ☑ no  (If yes, enter code(s) into MDS)
                              Code(s)

6. Remarks:

| Medical Staff Signature | Date | Time |
|---|---|---|
| *Zimmer EMT-P* | 5-31-00 | 1345 |

Medical Staff Title
        J. ZIMMER, EMT-P

Record Copy - Inmate Central File; copy - file
(This form may be replicated via WP)

Replaces BP-354(60) of APRIL 1990 and BP-S354 of AUG 1994

Printed on Recycled Paper

BP-S354.060 INTAKE SCREENING (MEDICAL.) CDFRM
NOV 94
U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS



(Medical staff shall complete this screening form on all arrivals to the Institution)

| Institution | Date of Arrival | Time of Arrival |
|---|---|---|
| USP-THA | 5/24/00 | 1100 |

| Inmate's Name | Register Number |
|---|---|
| Monaco, Donald | 13314-006 |

## M E D I C A L   C L E A R A N C E

1. BP-149(60) reviewed? XX yes; ☐ no (Explain)


2. General Population Housing Approved? XX yes; ☐ no (Specify limitation or need)



3. Approved for Temporary Work Assignment? ☐ yes XX no (Specify limitations or exclusions)
   NOT UNTIL MEDICALLY CLEARED


4. For Holdovers:  OK for Continued Transport? XX yes; ☐ no (Explain)



5. Disabilities? ☐ yes  XX no  (If yes, enter code(s) into MDS)
                              Code(s)


6. Remarks:
   PPD- 2-7-00
   LICE-NONE/
   SUICIDAL THOUGHTS-NONE/        MEDICAL C/O'S-NONE/
                                  MEDICATIONS-NONE/SEE 600        ALLERGIES-NKDA/ PCN

| Medical Staff Signature | Date | Time |
|---|---|---|
|  | 5/24/00 | 1130 |

Medical Staff Title
   C. MCCOY R.N.   D. FARRIS R.N.

Record Copy - Inmate Central File; copy - file
(This form may be replicated via WP)          Replaces BP-354(60) of APRIL 1990
                                              and BP-S354 of AUG 1994

BP-S354.060 **INTAKE SCREENING (MEDICAL)** CDFRM

NOV 94

U.S. DEPARTMENT OF JUSTICE  FEDERAL BUREAU OF PRISONS

(Medical staff shall complete this screening form on all arrivals to the Institution)

| Institution | D | MONACO<br>DONALD          13314-006<br>W/M/O/07-31-1958<br>HT/507   WT/165   HR/GY   EY/BL<br>CUSTODY/IN |
|---|---|---|

Inmate's Name

## M E D I C A

1. BP-149(60) reviewed? ☑ yes; .

2. General Population Housing Approved? ☐ yes; ☐ no (Specify limitation or need)

3. Approved for Temporary Work Assignment? ☑ yes; ☐ no (Specify limitations or exclusions)

4. For Holdovers:  OK for Continued Transport? ☑ yes; ☐ no (Explain)

5. Disabilities? ☐ yes    ☑ no  (If yes, enter code(s) into MDS)
   Code(s)

6. Remarks:

| Medical Staff Signature | | Date<br>MAY 1 2 2000 | Time |
|---|---|---|---|

Medical Staff Title    Brian Cronenwett, LT.
                       Registered Nurse
                       Federal Transfer Center, OKC, OK

Record Copy - Inmate Central File; copy - file

(This form may be replicated via WP)

Replaces BP-354(60) of APRIL 1990
and BP-S354 of AUG 1994

BP-S354.060  **INTAKE SCREENING (MEDICAL)**  CDFRM
NOV 94
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

(Medical staff shall complete this screening form on all arrivals to the Institution)

| Institution | Date of Arrival 2.18-99 | Time of Arrival |
|---|---|---|

| Inmate's Name | Register Number |
|---|---|

## MEDICAL CLEARANCE

1. BP-149(60) reviewed? ☑ yes; ☐ no (Explain)



2. General Population Housing Approved? ☑ yes; ☐ no (Specify limitation or need)



3. Approved for Temporary Work Assignment? ☐ yes; ☐ no (Specify limitations or exclusions)

    *Unassigned until medically clear*

4. For Holdovers:  OK for Continued Transport? ☑ yes; ☐ no (Explain)



5. Disabilities?  ☐ yes   ☐ no  (If yes, enter code(s) into MDS)
                              Code(s)

6. Remarks: *Maybe, in cessan male, T history of [?] [?]*
   *[?] PCN*

| Medical Staff Signature  *mariga* | Date  2-18-99 | Time  1500 |
|---|---|---|

| Medical Staff Title  **MARIVEL S. LAROZA, PA** | | |

Record Copy - Inmate Central File; copy - file
(This form may be replicated via WP)

MONACO, DONALD

13314-006

DOB  07-31-1958
FCI TERMINAL ISLAND 90731

Replaces BP-354(60) of APRIL 1990 and BP-S354 of AUG 1994

Printed on Recycled Paper

BP-S354.060 **INTAKE SCREENING (MEDICAL)** CDFRM

NOV 94

U.S. DEPARTMENT OF JUSTICE        FEDERAL BUREAU OF PRISONS

(Medical staff shall complete this screening form on all arrivals to the Institution)

| Institution<br>FDC Seatac | Date of Arrival<br>1-4-99 | Time of Arrival<br>1500 |
|---|---|---|
| Inmate's Name<br>Monaco Donald | Register Number<br>13314-006 | |

### M E D I C A L    C L E A R A N C E

1. BP-149(60) reviewed? ☐ yes; ☒ no (Explain)

2. General Population Housing Approved? ☒ yes; ☐ no (Specify limitation or need)

3. Approved for Temporary Work Assignment? ☐ yes; ☒ no (Specify limitations or exclusions)
   *until cleared medically*

4. For Holdovers: OK for Continued Transport? ☒ yes; ☐ no (Explain)

5. Disabilities? ☐ yes ☒ no (If yes, enter code(s) into MDS)
   Code(s)

6. Remarks:

| Medical Staff Signature<br>D. Pedersen RN | Date<br>1-4-99 | Time<br>1300 |
|---|---|---|
| Medical Staff Title | D. PEDERSEN<br>REGISTERED NURSE<br>FDC - SEATAC | |

Record Copy - Inmate Central File; copy - file

(This form may be replicated via WP)

Replaces BP-354(60) of APRIL 1990 and BP-S354 of AUG 1994

Printed on Recycled Paper

| MEDICAL RECORD | CONSULTATION SHEET |
|---|---|

**REQUEST**

TO: Dr Wilson

FROM: *(Requesting physician or activity)*
Judy Siems Petersen, MA

DATE OF REQUEST
5/3/01

REASON FOR REQUEST *(Complaints and findings)*

Inmate considering taking medication. Please evaluate and discuss options (if any) with Mr. Monaco.

PROVISIONAL DIAGNOSIS

| DOCTOR'S SIGNATURE | APPROVED | PLACE OF CONSULTATION | ☐ ROUTINE | ☐ TODAY |
|---|---|---|---|---|
| Ekhong Hx for JAP | | ☐ BEDSIDE  ☐ ON CALL | ☐ 72 HOURS | ☐ EMERGENCY |

**CONSULTATION REPORT**

Diagnosis: Anxiety Disorder NOS-
H/O C.D.
R/O Panic Disorder.

S: Was referred by Ms. Peterson for consideration of medication. Reluctant to take Zoloft because he was given Zoloft by an "uncaring physician."
"I used medicine to 'escape from my reality.'" Specifically wants Xanax — recently took diphenhydramine ? good relief from his mild insomnia. Recently quite focused on chest pain — worried about

N.B. → heart disease ("I used to check into the hospital quite a bit" - past atypical chest pain)

O: palms sweaty — seems anxious
A: not benzodiazepine
P: Need: trial of low dose SSRI - not benzodiazepine
Schedule follow-up if changes mind about SSRI *(Continued on reverse side)*
No benzodiazepines!

SIGNATURE AND TITLE
Joseph R Wilson MD    **J.R. WILSON**
**PSYCHIATRIST**

DATE
5/15/01

| IDENTIFICATION NO. | ORGANIZATION | REGISTER NO. | WARD NO. |
|---|---|---|---|

T'S IDENTIFICATION *(For typed or written entries give Name—last, first, middle; grade; rank; rate; hospital or medical facility)*

Monaco, Donald

13314 - 006

**HEALTH SERVICES**
**FCI WASECA**

CONSULTATION SHEET
STANDARD FORM 513 (Rev. 9-77)
Prescribed by GSA/ICMR
FIRMR(41CFR) 201-45.505
513-108

5/15/01

☆ U.S. GOVERMENT PRINTING OFFICE: 1985-461-272

# PSYCHIATRIC CONSULTATION

## REQUEST

| To: Dr. Clyde Olson | From: Dr. Bruce Barton | Date of Request: 03-12-03 |
|---|---|---|

Reason for request:

Psychiatric Consultation  03-12-03

Primary Diagnosis:
## SEE BELOW

## CONSULTATION

Monaco, Don #13314-006. This is a 44-year-old (07-31-58) single male seen at the request of Dr. Bruce Barton. He is seen for a variety of problems upon transfer some 8 weeks ago from the Waseca facility.

His psychological problems consist of a gender identity problem, which descriptive and when history is taken, appears to be transvestitism; a history of personality disorder; history of adjustment reaction with depressed mood, panic and anxiety; and history of clear substance abuse with heroin and cocaine addiction.

He indicates his last usage was six years ago with incarceration, but has a long history of opiate abuse. At the present time, he has laundry list of concerns about the facility concerning inability to get soft shoes, accommodations for work place, difficulty with feeling he is victimized by the other inmates at this facility, which apparently has been an ongoing theme.

He has seen a psychiatrist in the past and has had medication trials, but prefers not to have any medications, other than perhaps alprazolam, which he thought really helped and certainly the Imitrex, which he feels he needs in spray, and not oral form. Dr. Bruce Barton's notes are read with interest, as well as the notes of Dr. Wilson from the Waseca facility.

| Diagnosis: | Axis I: | gender dysphoric disorder, anxiety disorder |
|---|---|---|
| (From | Axis II: | personality disorder with narcissistic traits |
| Waseca) | Axis III: | Hep C, migraine headaches, history of a motor vehicle accident, with multiple surgical procedures on his right foot |
| | Axis IV: | severe |
| | Axis V: | current GAF 50 |

Past medical history is otherwise unremarkable, other than as noted in present illness.

Family history - father is 65. Both he and his father had coronary artery disease. He has had a coronary artery bypass with two vessels involved. Mother has rheumatoid arthritis and apparently some valvular disease. He indicates that he has valvular disease, although this is not clearly well documented. He has asister, three years older, who suffers from depression.

Clearly, he is a highly narcissistic entitled man who appears to use a variety of ways of clouding the issues of his gender dysphoria or transvestitism, and his various medical problems.

Our Diagnosis:

Axis I: Clear personality problems and no clear or major psychiatric disorders, other than those of chemical dependency of heroin and cocaine usage, transvestitism, which is somewhat egodistonic, probably also fits the diagnosis of adjustment reaction with depressed mood.
Axis II: personality disorder with avoidant narcissistic features
Axis III: as previously documented
Axis IV: severe
Axis V: Current GAF 40

Plan is to withhold psychiatric medication. He is going to clearly be a difficult person because of his highly manipulativeness and feelings of victimization, as well as his litiginess quality.

---

PSYCHIATRIST SIGNATURE AND TITLE
CLYDE R. OLSON, M.D.

DATE 4/23/03

PATIENTS IDENTIFICATION

End Dictation Monaco, Don #13314-006

HEALTH SERVICES
FEDERAL PRISON CAMP
DULUTH, MN 55814

3/17/03

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CONSULTATION SHEET | |
|---|---|---|

**REQUEST**

TO: Dr. Wilson, Psychiatry

FROM: *(Requesting physician or activity)*

DATE OF REQUEST 9/8/00

FOR REQUEST *(Complaints and findings)*

Inmate being considered for Hepatitis C therapy with Interferon A/Ribavirin. Has history of Depression — Do you feel he would be appropriate for this therapy?

PROVISIONAL DIAGNOSIS

DOCTOR'S SIGNATURE

APPROVED

PLACE OF CONSULTATION ☐ BEDSIDE ☐ ON CALL

☒ ROUTINE 72 HOURS ☐ TODAY EMERGENCY

**CONSULTATION REPORT**

RECORD REVIEWED ☐ YES ☐ NO  PATIENT EXAMINED ☐ YES ☐ NO  TELEMEDICINE ☐ YES ☐ NO

9/27/00 Not seen - reschedule.

Diagnosis: Gender Dysphoric Disorder
History of Anxiety Disorder NOS.

Rec: Cautious consideration of Interferon if clinically indicated. Psychotherapy. No meds.
No follow-up required

SIGNATURE AND TITLE   Joseph R Wilson MD
J.R. WILSON
PSYCHIATRIST

DATE 10/17/00

HOSPITAL OR MEDICAL FACILITY

RECORDS MAINTAINED AT

DEPARTMENT/SERVICE OF PATIENT

RELATION TO SPONSOR

SPONSOR'S NAME *(Last, first, middle)*

SPONSOR'S ID NUMBER *(SSN or Other)*

PATIENT'S IDENTIFICATION   REGISTER NO.   WARD NO.

MONACO, DONALD
13314-006
DOB   07-31-1958

CONSULTATION SHEET
Medical Record

STANDARD FORM 513 (REV. 4-98)
Prescribed by GSA/ICMR FPMR (41 CFR) 101-11.203(b)(10)

HEALTH SERVICES
FCI WASECA
9/27/00

DATE:     October 17, 2000

NAME:     Monaco, Donald #13314-006

SOURCE OF INFORMATION: Interview of patient and review of medical record. Patient was interviewed in the presence of a psychology intern, with his permission.

HISTORY OF PRESENT ILLNESS: This was my first psychiatric evaluation for this 42 year-old single Caucasian man who has worked as a self employed businessman and is in prison for at least seven years for "drug related charges" including having procession of a weapon. He was arrested in 1997 and was initially released. He was then imprisoned after a relapse and overturning of his release in 1998.

I am asked to see him regarding the potential complication of depression and anxiety when he might take Interferon for Hepatitis C. His liver enzymes have been in a border line elevated state. We had a lengthily discussion of the potential for depression associated with the use of Interferon.

He reports that he had anxiety and depression when he developed Hepatitis C in the early 1990's. He was treated with Xanax. He had been given some Zoloft but discontinued it after one day. He said that he had "an adverse reaction" that resulted in hospitalization. He has also had past panic attacks with no agoraphobia.

He does not give a past history of psychiatric hospitalizations. He has not recently been on antidepressant medications and resisted an effort to have him take amitriptyline (Evail) for migraine headaches because he does not want to be "on antidepressant medications."

He relates a lot of his anxiety and dysphoria to various life circumstances. He is especially concerned about feeling like he was unjustly convicted and he has been very dissatisfied with circumstances in the prison, including were he has his bunk.

PSYCHOSOCIAL HISTORY: He was raised by his mother and father in Modesto, California. He has an Associate of Arts degree from a junior college in business. He has never been married and has no children. He has some success in his business.

PAST MEDICAL HISTORY: He previously had Hepatitis B. He now has Hepatitis C. He has chronic migraine headaches. He has an aortic valve calcification with mild aortic insufficiency. Medical record also indicates some orthopedic problems.

MEDICATIONS: He has been given hydroxyzine 25 mg at bedtime as needed for insomnia. He has sumatriptan 20 mg nasal spray for migraine headaches.

FAMILY HISTORY: His mother and sister may have had periods of treatment with antidepressant medications.

11/8/00

HABITS:   He describes himself as "multi-drug dependant" for twenty-five years. Though he indicated that he has been through treatment in 1997 (Salvation Army) and that he had a "relapse." He later suggested that he did not think that drugs should be illegal and he thought they "enhanced (his) life."

MENTAL STATUS EXAMINATION: He is alert and fully oriented. Appropriately dressed and reasonably well groomed.    He had long hair which was in a braid. He was pleasant, polite, but somewhat argumentative. He had a air of having a lot of expertise and mentioned some experts in the field of Gender Dysphoric Disorder and wanted to know if I had read their books or was familiar with their research. He later seemed to be accepting of my open admission that I am not an expert on this field.  His mood appeared to be mildly euthymic.. Affect was broad range  but appropriate to his expressed thoughts.  Thought process, form, and content were normal.   There were no perceptual disturbances.  His cognition was not grossly impaired. His intelligence appeared to be above average.  Fund of information seemed to be consistent with his level of education and two years of college. Language was intact. Immediate, recent, remote memory were intact.  Insight was fair regarding his Gender Dysphoric Disorder, though somewhat more limited regarding his charter pathology.  He expressed some gratitude for my pointing out some of his self-centeredness, and argumentativeness.  Impulse control and practical judgement were not observably impaired.  There was no suicidal or homicidal ideation .

FORMULATION:  This man has very minimal elevation of his liver enzymes and I am not sure he is really a candidate for interferon.  If he does take the interferon, he should be monitored carefully for any evidence of emergence of depression and anxiety. My opinion is that he is less likely to have anxiety and depression if he is having a treatment that is likely to help relieve his potential problem with hepatitis, than if it is denied.  I don't think that treatment with interferon is completely contraindicated, though it has been associated with depression. He is quite negative about using antidepressant medication, and that might complicate any possible emergence of depression.  He does seem satisfied that he is receiving psychotherapy from an intern in the department of Psychology at this facility.  I told him that he should have limited expectation that psychotherapy is going to result in a change in his desire to be a woman (he appeared to have a full understanding of that.)   I also told him that I was not sure that psychotherapy would have a major impact on the dysphoria that is associated with having to live as a man in prison.

DIAGNOSIS:

| | | |
|---|---|---|
| AXIS I: | Gender Dysphoric Disorder | |
| | Anxiety Disorder NOS (apparently in remission) | |
| AXIS II: | Personality Disorder NOS with narcissistic traits | |
| AXIS III: | Hepatitis C; migraine headaches | |
| AXIS IV: | Psychosocial stressors moderate to server (Legal, housing, intrapersonnel) | |
| AXIS V: | Current GAF 60, highest GAF past year unknown | |

RECOMMENDATIONS: I would proceed cautiously with prescribing interferon. He should be monitored for depression. I don't recommend medication for depression or anxiety at the present time. He may wish to pursue further psychotherapy, though I tried to provide him with reasonable low expectations that the psychotherapy is going to provide much benefit. I also talked to him to consider relying on his faith, and to try to develop a less self-centered world view so that he might have a better ability to adapt to prison life in the future. He seemed satisfied with our discussion and thanked me for my input.


Joseph R Wilson

Joseph Wilson, MD
Contract Psychiatrist

d: 10-17-2000
t: 11-07-2000 LMM

513-110

| MEDICAL RECORD | CONSULTATION SHEET |
|---|---|

## REQUEST

TO  NEUROLOGY - DR. MOLAI

FROM:(Requesting physician or activity)
(OW)

DATE OF REQUEST
2/22/00

REASON FOR REQUEST (Complaints and findings)

Flu    2 months

PROVISIONAL DIAGNOSIS

Migraine with Aura

DOCTOR'S SIGNATURE

REY T. NUDALLE, PA
FCI TERMINAL ISLAND

APPROVED

PLACE OF CONSULTATION

☐ BEDSIDE    ☐ ON CALL

☐ ROUTINE    ☐ TODAY

☐ 72 HOURS    ☐ EMERGENCY

## CONSULTATION REPORT

RECORD REVIEWED  ☐ YES ☐ NO

PATIENT EXAMINED  ☐ YES ☐ NO

S/ No reports of Migraine for past

2 mos.

He has not been taking Amitriptyline.

Has not used Imitrex.

A/- Migraine c̄ aura On remission.

D/c clinic

(Continue on reverse side)

SIGNATURE AND TITLE

DATE
4/25/00

IDENTIFICATION NO.

ORGANIZATION

MARK J DAG-MD

REGISTER NO.

WARD NO.

PATIENT'S IDENTIFICATION (For typed or written entries give: Name-last, first, middle; grade; rank; rate; hospital or medical facility)

MONACO, DONALD
13314-006
DOB  07-31-1958
FCI TERMINAL ISLAND 90731

CONSULTATION SHEET
Medical Record

STANDARD FORM 513 (REV. 8-92)
Prescribed by GSA/ICMR, FIRMR (41 CFR) 201-9.202-1

FPI - LOM

**REQUEST**

| TO: | FROM:(Requesting physician or activity) | DATE OF REQUEST |
|---|---|---|
| NEUROLOGY — DR GLUCKMAN | OPl) | 10/1/99 |

REASON FOR REQUEST (Complaints and findings)

F/u   2 months

PROVISIONAL DIAGNOSIS

HA

| DOCTOR'S SIGNATURE | APPROVED | PLACE OF CONSULTATION | | |
|---|---|---|---|---|
| REY T. LAVALLE, PA FCI TERMINAL ISLAND | | ☐ BEDSIDE  ☐ ON CALL | ☐ ROUTINE ☐ 72 HOURS | ☐ TODAY ☐ EMERGENCY |

**CONSULTATION REPORT**

RECORD REVIEWED ☐ YES ☐ NO      PATIENT EXAMINED ☐ YES ☐ NO

12/2/99 - called by
resp., re-schedule.

11/06 No show - called work supervisor. / TACY

Hx of migraine c̄ aura, presenting c̄ scintillating scotoma
followed by headache ESS. c̄ n & v.

Neuro-exam c̄ remarkable focal findings.
Fundi are benign.

A/ Migraine c̄ aura

RxC = Sumatriptan nasal spray 20 y PRN for migraine
attacks, not more than 2 times a week.
— Amitriptyline 25 y HS    F/u 2 mos

(Continue on reverse side)

| SIGNATURE AND TITLE | | DATE 2/29/00 |
|---|---|---|
| MARK J DAG, MD | | |

| IDENTIFICATION NO. | ORGANIZATION | REGISTER NO. | WARD NO. |
|---|---|---|---|
| | MARK J DAG, MD | | |

PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade; rank; rate; hospital or medical facility)

MONACO, DONALD

13314-006

DOB 07-31-1958
FCI TERMINAL ISLAND 90731

513-110

| MEDICAL RECORD | CONSULTATION SHEET |
|---|---|

REQUEST

TO: DR. GLUCKMAN   FROM:(Requesting physician or activity) (?)   DATE OF REQUEST 8-5-99

REASON FOR REQUEST (Complaints and findings)

F/U 2 mos

PROVISIONAL DIAGNOSIS

Chronic HA

DOCTOR'S SIGNATURE

FEDERICO CORNEJO, PA

APPROVED

PLACE OF CONSULTATION
- ☐ BEDSIDE  ☐ ON CALL
- ☐ ROUTINE  ☐ TODAY
- ☐ 72 HOURS  ☐ EMERGENCY

CONSULTATION REPORT

RECORD REVIEWED ☐ YES ☐ NO    PATIENT EXAMINED ☐ YES ☐ NO

F/U Doing fine
no HA since saw me
never started Elavil.

Thinks less stress moved out of B
unit (chronic care unit) to lots of psych.
now in E unit → more civilized

still uses oc² motrin + 1 follow
up for migraine
Has prn Tyl c codeine #3 (but
100m's used.

1) rely 2 months
2) continue motrin
as directed
use open for
3) cont. Tyl c code #3

MARK J DAG, MD    10/7/99

(Continue on reverse side)

SIGNATURE AND TITLE

| IDENTIFICATION NO. | ORGANIZATION | REGISTER NO. | WARD NO. |
|---|---|---|---|

PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade; rank; rate; hospital or medical facility)

MONACO, DONALD
13314-006
DOB 07-31-1958
FCI TERMINAL ISLAND 90731

CONSULTATION SHEET
Medical Record

STANDARD FORM 513 (REV. 8-92)
Prescribed by GSA/ICMR, FIRMR (41 CFR) 201-9.202-1

FPI - LOM

513-110

| MEDICAL RECORD | | CONSULTATION SHEET |

**REQUEST**

TO: Dr. Thin - Smith

FROM: (Requesting physician or activity) Pett

DATE OF REQUEST: 7/20

REASON FOR REQUEST (Complaints and findings)

① Shoulder OA ?

PROVISIONAL DIAGNOSIS

DOCTOR'S SIGNATURE: Pett

APPROVED

| PLACE OF CONSULTATION | ☐ ROUTINE | ☐ TODAY |
| ☐ BEDSIDE ☐ ON CALL | ☐ 72 HOURS | ☐ EMERGENCY |

**CONSULTATION REPORT**

RECORD REVIEWED ☐ YES ☐ NO    PATIENT EXAMINED ☐ YES ☐ NO

7-28-99 Lack TMI. Reschd. fly

cc: ① shoulder "constant pain", hurts to do ROM

PI: 7 mos. bottom, playing basketball, hyperextended overhead.
Reaggravated 2-3 mos. ago, fell onto ① shoulder.

® handed.

PH: med: ∅, surs: ® ft. repaired ∘/p laceration/compd. fx.
meds: — liver "hepatitis" (c), minor aortic valve ca⁺, T migrans

Px: 40 yo., WM, full but guarded ROM ① shoulder, VS intact.
XR: 2 V, WNL    Impress: subjective pain ① shoulder, R/o int. derangt.

Plan: MRI ① shoulder, Reeval next X.

(Continue on reverse side)

James K. Pelton, MD
Clinical Director
FCI Terminal Island

SIGNATURE AND TITLE: Richard C. Smith, M.D.

DATE: 8-6-99

IDENTIFICATION NO.    ORGANIZATION    REGISTER NO.    WARD NO.

PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade; rank; rate; hospital or medical facility)

Monaco, Don
13314 - 006

CONSULTATION SHEET
Medical Record

STANDARD FORM 513 (REV. 8-92)
Prescribed by GSA/ICMR, FIRMR (41 CFR) 201-9.202-1

FPI - LOM

| MEDICAL RECORD | | CONSULTATION SHEET |
|---|---|---|

## REQUEST

| TO: | FROM: (Requesting physician or activity) | DATE OF REQUEST |
|---|---|---|

REASON FOR REQUEST (Complaints and findings)

②

PROVISIONAL DIAGNOSIS

| DOCTOR'S SIGNATURE | APPROVED | PLACE OF CONSULTATION | ☐ ROUTINE | ☐ TODAY |
|---|---|---|---|---|
| | | ☐ BEDSIDE    ☐ ON CALL | ☐ 72 HOURS | ☐ EMERGENCY |

## CONSULTATION REPORT

RECORD REVIEWED ☐ YES ☐ NO          PATIENT EXAMINED ☐ YES ☐ NO

life clearly, whether it was drug & erotic, or my sexual thoughts
or the combination.
As a child started cross-dressing (5-6y) till 24 and even
considered partial or complete sex change. This cross-dressing
was sexually enjoyable; was afraid & intimidated by his
father because of constant fights (physical, verbal) by father
who punished us (me, my sister & my mom) this continued till
parents split up pt was 12-13 y/o, pt was 17/18 y/old
when left his father and started living independently.
substance abuse: was 14-15 started using pot
LSD only 3X
mushroom 16y
grass/hashish 2 g/mo
few times

(Continue on reverse side)

| SIGNATURE AND TITLE | DATE 4/29/99 |
|---|---|
| IDENTIFICATION NO. | ORGANIZATION | REGISTER NO. | WARD NO. |

PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade; rank; rate; hospital or medical facility)

MONACO, DONALD

13514-006

DOB 07-31-1958
FCI TERMINAL ISLAND 90731

513-110

| MEDICAL RECORD | | CONSULTATION SHEET |
|---|---|---|

## REQUEST

TO: Neurology

FROM: (Requesting physician or activity) [illegible]

DATE OF REQUEST: 7/23

REASON FOR REQUEST (Complaints and findings)

Pt c̄ Migraine Headache hx, now more frequent, atypical?

PROVISIONAL DIAGNOSIS: Chronic HA

DOCTOR'S SIGNATURE [signature]   APPROVED [signature]

PLACE OF CONSULTATION
☐ BEDSIDE   ☐ ON CALL
☐ ROUTINE   ☐ TODAY
☐ 72 HOURS   ☐ EMERGENCY

## CONSULTATION REPORT

RECORD REVIEWED ☐ YES ☐ NO     PATIENT EXAMINED ☐ YES ☐ NO

[Largely handwritten clinical notes, partially legible:]

Depression
HA esp c̄
colonized
aortic
valve

? LFTs
severed foot
in half year
ago ~ HA

Hosp LT
was in
midrange in
past 5 years

[illegible]
10m

Trazodone
fetidon

severe debilitating migraine since age 6 or 7
visual spots aura both eyes open +
goes blind over 1 hour when vision displays
goes away gets n+v. Lasts up to 24 hour
sound + light, smell hypersensitivity. at onset
gets some euphoria. no smells trigger;
foods trigger, mocha, citrus fruit; 30 mom
? triggered. Occur 1 month.
Toler midline relays visual aura faster but
c̄ fluid trigger (? LFTs) [illegible], prodrome
seal (can't take Depakote 2 2 ? LFTs)
no (Ibuprofen or Elavil). Never saw neurologist.
Saw double 2 in 24 hour period. Pain settles
behind both eyes

assess: Tension/migraine

(Continue on reverse side)

SIGNATURE AND TITLE [signature]       DATE 8/5/99

IDENTIFICATION NO.     ORGANIZATION  James K. Dalton, MD
                                     James K. Dal[ton]
                                     Clin[ic]

REGISTER NO.           WARD NO.

PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade; rank; rate; hospital or medical facility)

Monaco, Don
13314-006

Plan:
1) [illegible] Tylenol #3 × 1. if bad HA.
2) BBG.
3) Elavil 10 mg → 20 mg in 2 week
3) midrin or
   norisol/acute 600 mg prn headache
3) no 1 month supply

CONSULTATION SHEET
Medical Record

STANDARD FORM 513 (REV. 8-92)
Prescribed by GSA/ICMR, FIRMR (41 CFR) 201-9.202-1
FPI - LOM

| MEDICAL RECORD | CONSULTATION SHEET |
|---|---|

## REQUEST

TO: _Psychiatry_  
FROM: (Requesting physician or activity) _LM._  
DATE OF REQUEST: _4/9/99._

REASON FOR REQUEST (Complaints and findings)

40 Yo. male, c/o being stressed out requests to see MD for evaluation. _Recession uncertain_

_Request to talk w/ ψ_

PROVISIONAL DIAGNOSIS  _Hep. C AB (+)_  
_Anxiety disorder / adjustment disorder._

DOCTOR'S SIGNATURE  _MD R_     APPROVED _MARK J. DAG, M_

PLACE OF CONSULTATION

- [ ] BEDSIDE
- [ ] ON CALL

- [ ] ROUTINE
- [ ] 72 HOURS

- [ ] TODAY
- [ ] EMERGENCY

## CONSULTATION REPORT

RECORD REVIEWED  [ ] YES [ ] NO     PATIENT EXAMINED  [ ] YES [ ] NO

This 40 Y/O W/M was evaluated & interviewed individually. c/o nightmares, thinking about always changing my sex even though he realizes it is unusual _since confused_, "depression", turning my anger inwardly, turning my anger inward toward my father and other people who I think been responsible, feeling frustrated, having hard time to make a decision, including _did for the past 5-7 y off and on_

HPI  As a young teenager started using drugs, & was 5 y ago that I became depressed and went through so many encounters _failures_ but it was 8 y ago when I was imprisoned and not been using drugs, began to realize and see my

(Continue on reverse side)

SIGNATURE AND TITLE  DATE 9/29/99

IDENTIFICATION NO.     ORGANIZATION     REGISTER NO.     WARD NO.

PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade; rank; rate; hospital or medical facility)

MONACO, DONALD  
13314-006  
DOB  07-31-1958  
FCI TERMINAL ISLAND 90731

CONSULTATION SHEET  
Medical Record

STANDARD FORM 513 (REV. 8-92)  
Prescribed by GSA/ICMR, FIRMR (41 CFR) 201-9.202-1

FPI - LOM

# MEDICAL RECORD | CONSULTATION SHEET

## REQUEST

TO: | FROM:(Requesting physician or activity) | DATE OF REQUEST

REASON FOR REQUEST (Complaints and findings)

(3)

PROVISIONAL DIAGNOSIS

| DOCTOR'S SIGNATURE | APPROVED | PLACE OF CONSULTATION | ☐ ROUTINE | ☐ TODAY |
| | | ☐ BEDSIDE  ☐ ON CALL | ☐ 72 HOURS | ☐ EMERGENCY |

## CONSULTATION REPORT

RECORD REVIEWED ☐ YES ☐ NO    PATIENT EXAMINED ☐ YES ☐ NO

Before parental divorce, saw a psychologist through Marriage Counseling (was 10-12 y/o) about 6X

In early 80s, sought psychological help, saw a psychiatrist for 4 or 5X only psychotherapy. also was hypnotised 3X by a psychiatrist, also drug counselor for 8X

Medical Hx    Hepatitis B in mid 20s
                    "    C in early 30s c̄ subsequent liver problem

father was EtOH
Grandfather (mother side) EtOH

Ed    2y college

Job    Construction & there self employed
         Glazier by trade

(Continue on reverse side)

SIGNATURE AND TITLE

DATE
1/29/99

MARK JOHNS MD

IDENTIFICATION NO. | ORGANIZATION | REGISTER NO. | WARD NO.

PATIENT'S IDENTIFICATION (For typed or written entries give; Name—last, first, middle; grade; rank; rate; hospital or medical facility)

MONACO, DONALD

13314-006

DOB  07-31-1958
FCI TERMINAL ISLAND 9075

CONSULTATION SHEET
Medical Record

STANDARD FORM 513 (REV. 8-92)
Prescribed by GSA/ICMR, FIRMR (41 CFR) 201-9.202-1

FPI - LOM

# MEDICAL RECORD | CONSULTATION SHEET

## REQUEST

TO

FROM:(Requesting physician or activity)

DATE OF REQUEST

REASON FOR REQUEST (Complaints and findings)

PROVISIONAL DIAGNOSIS

DOCTOR'S SIGNATURE | APPROVED | PLACE OF CONSULTATION

☐ ROUTINE   ☐ TODAY
☐ BEDSIDE   ☐ ON CALL   ☐ 72 HOURS   ☐ EMERGENCY

## CONSULTATION REPORT

RECORD REVIEWED ☐ YES ☐ NO        PATIENT EXAMINED ☐ YES ☐ NO

MSE Alert, conscious, cooperative, informative, casually dressed
rather cleaned, speech was rather soft and. flow in tone, normal
in pressure, affect was appropriate to mood, mood was
dysphoric, denied S.H.I. admitted fantasizing about
sex as a female, reading books about sexual change
no disorder of thought or perception noted, nor could be elicited
well oriented in 3θ, memory was not impaired.
no gross cognitive defect noted. Judgement, fair, insight limited

Imp  AXIS I  1-Dep NOS                    referred to
            2 R/o Transvestic Fetishism    Psychologist
                                            for Psychotherapy
    AXIS II  Def                           and internal
    AXIS III Hepatitis C                   medicine for hepatitis
    AXIS IV  moderate                      C
    AXIS V   50  WNL Y NK

(Continue on reverse side)

SIGNATURE AND TITLE                                   DATE
                                                      4/29/99

IDENTIFICATION NO. | ORGANIZATION | REGISTER NO. | WARD NO.

MARK J. OC, MD

PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade; rank; rate; hospital or medical facility)

MONACO, DONALD

13314-006

DOB 07-31-1958
FCI TERMINAL ISLAND 90731

CONSULTATION SHEET
Medical Record

STANDARD FORM 513 (REV. 8-92)
Prescribed by GSA/ICMR, FIRMR (41 CFR) 201-9.202-1

FPI - LOM

513-110

| MEDICAL RECORD | CONSULTATION SHEET |

## REQUEST

TO: _Cardiology_   FROM: (Requesting physician or activity) _Feitz_   DATE OF REQUEST: _3/3/55_

REASON FOR REQUEST (Complaints and findings)

40 y/o ♂ c̄ H/O AI - Calcified Aortic Valve, well compensated

PROVISIONAL DIAGNOSIS   AI

DOCTOR'S SIGNATURE   APPROVED   PLACE OF CONSULTATION

☐ BEDSIDE   ☐ ON CALL   ☐ ROUTINE   ☐ TODAY   ☐ 72 HOURS   ☐ EMERGENCY

## CONSULTATION REPORT

RECORD REVIEWED ☑ YES ☐ NO   PATIENT EXAMINED ☑ YES ☐ NO

40 c̄ hx Cath Ao Valve c̄ Mild AI by echo 1992
Now asymptomatic

O/E   NAD   127/88
   CVS = RRR   SEM 1/6 @ diastolic

Rec: Medical follow up

(Continue on reverse side)

SIGNATURE AND TITLE _____ MD   DATE 4/28/99

IDENTIFICATION NO.   ORGANIZATION   REGISTER NO.   WARD NO.

PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade; rank; rate; hospital or medical facility)

Monaco, Donald
13314-006

MARK J. BAG, MD   CONSULTATION SHEET
Medical Record

STANDARD FORM 513 (REV. 8-92)
Prescribed by GSA/ICMR, FIRMR (41 CFR) 201-9.202-1

FPI - LOM