**BILL TO:**

CREDI CARD ORDERS A/R
CUSTO_R SERVICE CENTE
3301 LEESTOWN ROAD
LEXINGTON
KY  40583-3640

mbnald, Don

| PATIENT NAME | CUST. NUMBER | INVOICE NUMBER |
|---|---|---|
| 13314-006 LI 9 | CUST 9991 | 075101 |

| Tray No. | Date Processed | |
|---|---|---|
| 1  9444 | 02/22/01 | 02/25/01 |

| | Sphere | Cylinder | Axis | Prism | Base Curve |
|---|---|---|---|---|---|
| R. EYE | .00 | .00 | | | 6.00 |
| L. EYE | .50 | .00 | | | 6.00 |

| | Add | Width | Height | | P.D. | N.P.D. |
|---|---|---|---|---|---|---|
| R. EYE | 1.00 | 28 | 16.0 | R. EYE | 62.0 | 59.0 |
| L. EYE | 1.00 | 28 | 16.0 | L. EYE | 62.0 | 59.0 |

### FRAME DATA

Size 48.0  Depth 41.0  E.D. 48.0  D.B.L. 24.0

SKU: 032027167329
Model 74-74VF  TMPL. Length: 150  48X24

74-74VF  SMOKE

**EDGED UNCUT**

| X | | LENS ONLY | | ENCLOSED | | TO COME | SUPPLIED | X |

### CHARGES

| DESCRIPTION | PRICE |
|---|---|
| RIGHT LENS | 9.50 |
| LEFT LENS | 9.50 |
| FRAME | 12.00 |
| SAFETY | 2.00 |

### LENS DATA

| Type | | Material |
|---|---|---|
| FT-28 | | CR-39 |
| Right = 76  Left = 76 | | CLEAR |

R= SOLA
L= SOLA

**FDA CODE SEC. 3, 84, 21 CFR**

THESE LENSES ARE IMPACT RESISTANT AND IN COMPLIANCE WITH FDA TESTING PRESCRIBED IN SEC. 3, 84, 21 CFR IMPACT RESISTANT LENSES ARE NOT UNBREAKABLE OR SHATTERPROOF.

**NOTE FOLLOWING EXCEPTIONS**

(1) PLASTIC: Mfr. certifies lenses ground to specifications are impact resistant within FDA code.
(2) UNCUT GLASS lenses have not been treated or tested and must be made impact resistant before dispensing.
(3) RAISED LEDGE multifocals have been made impact resistant, but are exempted from drop ball testing.

**COMMENTS:**

J 10050093 LI 9
T-9444

Con/Norace

3-28-01

G.W.

| Sub Total | 33.00 |
|---|---|
| TAX | |
| Freight | |
| **Total Due** | 33.00 |

**FROM:**

75101
POSTMASTER
IF THIS PACKAGE IS NOT DELIVERED IN FIVE DAYS, PLEASE RETURN TO SENDER.

**SHIP TO:**

FCI WASECA HEALTH SV
1000 UNIVERSITY

WASECA
MN  56093

**REQUEST**

| | | |
|---|---|---|
| **OPTOMETRY** | FROM: *(Name, specialty or activity)* DR. GRAY | DATE OF REQUEST DECEMBER 15, 2000 |

REASON FOR REQUEST *(Complaint and findings)*

**EYE EXAM**

PROVISIONAL DIAGNOSIS

| DOCTOR'S SIGNATURE | APPROVED | PLACE OF CONSULTATION | ☐ ROUTINE ☐ TODAY |
|---|---|---|---|
| | | ☐ BEDSIDE  ☐ ON CALL | ☐ 72 HOURS ☐ EMERGENCY |

**CONSULTATION REPORT**

**SUBJECTIVE:**
FAR: B C NEAR: B C ASTHEN-HEADACHE Migraines. -Imitrex (Vaso Constrict)

Said it gives him a migraine"

FMHX: GLAU - CAT - DIAB:

| 5/ X | 5/25 2c |
|---|---|

Pupils: [ p.e.r.r.l.a. - other ]
BOM: [ full unrestricted ]

= 18/16  (Goldmann) - other ]  TIME: 12 noon

Ophthalmo. - Biomicro. - Non - Dilated [ lenses refused / not desired ]
Dilated [ .25  .5  1  2.5 - tropic. - cyclo - atrop - phenyle - Paredrine

C/D = .2/.2 - o u
excellent color

Old RX: OD
OS
ADD+

Manif. OD pl —
Ref. OS +r -
ADD+  20/ 2c
20/ 2c

ma; clear
SLt; neg

**ASSESSMENT / PLAN**
Refraction Summary & Instructions  OTHER:
Myopia - Hyperopia
Astigmatism / Presbyopia
No RX Needed
RX Prescribed : [ Full - Distance / Near ]

( Bcp px only.)

| | SPHERE | CYLINDER | AXIS | PRISM/DIR. | P.D. | | ADD | SEG HEIGHT | BIFOCAL | TRIFOCAL | SPECIAL INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | FAR | NEAR | | | | | |
| R +/- | pl | — | | | .62 | 59 | +1.00 | 16 | 25 ST (28 ST) | 7X25 ST | |
| L +/- | 5-0 | | — | | | | +1.00 | 16 | | 7X28 ST | |

| FRAME/STYLE | HOR SIZE | BRIDGE | | SADDLE | TEMPLE LENGTH - SKULL | |
|---|---|---|---|---|---|---|
| 28  29  (30) | 44  48  50  52  54 | 18  20  22 (23) 24  26 | | Keyhole | 5 1/2  (6) 6 1/4" | |
| 70 | 48 | 23 (Continued on reverse side) | | | | |

SIGNATURE AND TITLE
J. GUTFLEISCH
OPTOMETRIST

DATE 2/7/01

IDENTIFICATION NO     ORGANIZATION     REGISTER NO     WARD NO

PATIENT'S IDENTIFICATION *(For typed or written entries give: Name—last, first, middle; grade; rank; rate; hospital or medical facility)*

HEALTH SERVICES
FEDERAL CORRECTIONAL INSTITUTION
WASECA, MINNESOTA 56093

CONSULTATION SHEET
STANDARD FORM 513 (Rev. 7-77)
Prescribed by GSA/ICMR
FIRMR (CFR) 201-45.505
513-108

MONACO, DON
#13314-006

☆ U.S. GOVERNMENT PRINTING OFFICE 1988-461-777

2/7/01

| MEDICAL RECORD | CONSULTATION SHEET |
|---|---|

## REQUEST

| TO: | FROM. (Requesting physician or activity) | DATE OF REQUEST |
|---|---|---|

**REASON FOR REQUEST (Complaints and findings)**

① Migranes, Wants to send in surg asses.

AGE:

Old Rx: R.
___ yrs
L.
Add

**PROVISIONAL DIAGNOSIS**

| DOCTOR'S SIGNATURE | APPROVED | PLACE OF CONSULTATION | | |
|---|---|---|---|---|
| | | ☐ BEDSIDE ☐ ON CALL | ☐ ROUTINE ☐ 72 HOURS | ☐ TODAY ☐ EMERGENCY |

## CONSULTATION REPORT

RECORD REVIEWED ☐ YES ☐ NO     PATIENT EXAMINED ☐ YES ☐ NO

| V.A.  Without Rx | With Rx | Buying Own _____ |
|---|---|---|
| R. 20/20 | 20/ | |
| L. 20/20 | 20/ | Contract _____ |

PIESM: ∅

DO : 2RD, rim P/H
        margins ∅, mac ∅/H
        FR ⊕ vessels wnl

===========================================

Ret:  R.
      L.

Subj: R. +025 DS    = 20/20
      L. +025 DS    = 20/20

Add: CFUF = J @ Full field
                        (a)

==================================

Rx: R. +025 DS    OK to send
#1  L. +025 DS    in sunglasses

Rx: R.
#2  L.

A) Minim hyphope?
⊕ HAS
wants to send in sunglasses

| Add ___ High ___ Wide ___ | Add ___ High ___ Wide ___ |
|---|---|
| Frame ___ Size 52-22 | Frame P) No 80K Size in sunglasses |
| Temple 6 P.D. ___ /Tint ___ | Temple ___ /Tint OK P.D. send in sunglasses See P/H about HAS |

(Continue on reverse side)

| SIGNATURE AND TITLE [signature] MD | DATE 04/27/99 |
|---|---|
| IDENTIFICATION NO. 13314-006 | ORGANIZATION FCI, TERMINAL ISLAND | REGISTER NO. | WARD NO. |

PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade; rank; rate; hospital or medical facility)

Maraco, Donald



**CODE**

| | | |
|---|---|---|
| AIR UNMASKED | | |
| RIGHT ◯ —— ◯ RED | | |
| LEFT X —— X BLUE | | |
| AIR MASKED | | |
| RIGHT △ —— △ RED | | |
| LEFT ☐ —— ☐ BLUE | | |
| BONE UNMASKED | | |
| RIGHT < - - - < RED | | |
| LEFT > - - - > BLUE | | |
| BONE MASKED | | |
| RIGHT ◁ - - - ◁ RED | | |
| LEFT ▷ - - - ▷ BLUE | | |
| THRESHOLD OF DISCOMFORT | | |
| RIGHT U —— U RED | | |
| LEFT U —— U BLUE | | |
| NO RESPONSE ↓ | | |
| OTHER (Specify) | | |

**AUDIOGRAM**
(ANSI 1969 REFERENCE LEVELS)

**MASKING LEVEL IN OPPOSITE EAR**

FOR 1951 ASA LEVELS, SUBTRACT VALUES SHOWN: 9DB   15   14   10   8.5   6   11.5
                                                        10   8.5   9.5

**SPEECH AUDIOMETRY**

| EXAMINERS INITIALS | SPEECH RECEPTION THRESHOLD | | | | ITEM | DISCRIMINATION SCORE (PB MAX) | | | | PURE TONE AVERAGES | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | | 1 | 2 | 3 | 4 | | | |
| RIGHT EAR | | | | | RIGHT EAR | | | | | EAR | TWO FREQ. | THREE FREQ. |
| LEFT EAR | | | | | LIST MASKING LEVEL | | | | | RIGHT | | |
| MASKING LEVEL | | | | | LEFT EAR | | | | | LEFT | | |
| | | | | | LIST MASKING LEVEL | | | | | | | |

**REMARKS**

MONACO, DONALD

13314-006

WORK DETAIL   COL  07-31-1958
FCI TERMINAL ISLAND 90731

AUDIOMETER USED   Belton

EXAMINER   Jimmy Elevazo, PE
FCI Terminal Island

NAME          REG. NUMBER   AGE 40   INSTITUTION  FCI TERMINAL ISLAND   DATE 2/23/90

BP-365(16)

## SUICIDE PREVENTION INVENTORY

Name: Monaco, Don          Reg.# 13314-006

Age: 40          Race: WHT.

|                                  | YES | ? | NO |
|----------------------------------|-----|---|----|
| History of attempted suicides?   |     | ? |    |
| History of self-mutilations?     |     | ? |    |
| History of alcoholism?           |     | ? |    |
| Present suicidal ideas?          |     |   | ✓  |
| Present suicidal plans?          |     |   | ✓  |
| Severe agitation?                |     | ? |    |
| Sleep disturbances?              |     | ? |    |
| Lack of appetite?                |     |   | ✓  |
| Severe family problems?          |     | ? |    |
| Chronic medical problems?        |     | ? |    |

Comments:

40 y/o, caucasian male, no suicidal ideation at present.

MARIVEL S. LAROZA, PA

PHYSICIAN'S ASSISTANT

2-18-99  1600

DATE

| MEDICAL RECORD | CONSULTATION SHEET |
|---|---|

## REQUEST

TO: _Psychology_

FROM: *(Requesting physician or activity)*

DATE OF REQUEST
6-14-00

REASON FOR REQUEST *(Complaints and findings)*

Please assess for either psychotherapy or psychiatric consult

PROVISIONAL DIAGNOSIS

DOCTOR'S SIGNATURE _Mia Graying_

APPROVED

PLACE OF CONSULTATION
☐ BEDSIDE ☐ ON CALL

☐ ROUTINE ☐ TODAY
☐ 72 HOURS ☐ EMERGENCY

## CONSULTATION REPORT

RECORD REVIEWED ☐ YES ☐ NO    PATIENT EXAMINED ☐ YES ☐ NO    TELEMEDICINE ☐ YES ☐ NO

Please see attached. No diversion just in psychotherapy with student.

*(Continue on reverse side)*

SIGNATURE AND TITLE _Saul K Novak Ph_

DATE
6/15/00

HOSPITAL OR MEDICAL FACILITY

RECORDS MAINTAINED AT

DEPARTMENT/SERVICE OF PATIENT

RELATION TO SPONSOR

SPONSOR'S NAME *(Last, first, middle)*

SPONSOR'S ID NUMBER *(SSN or Other)*

PATIENT'S IDENTIFICATION *(For typed or written entries, give: Name – last, first, middle; ID no. ISSN or other; Sex; Date of Birth; Rank/Grade)*

REGISTER NO.

WARD NO.

MONACO, DONALD

13314-006

DOB    07-31-1958

CONSULTATION SHEET
Medical Record

STANDARD FORM 513 (REV. 4-98)
Prescribed by GSA/ICMR FPMR (41 CFR) 101-11.203(b)(10)

HEALTH SERVICE
FCI WASECA

_Mia Graying_
6/20/00

** LIMITED OFFICIAL USE **

## PSYCHOLOGY SERVICES INTAKE SCREENING SUMMARY

Date .......: June 2, 2000
Inmate .....: MONACO, DONALD                    Unit: UNIT B/E
Reg. No ....: 13314-006
Author .....: DAVID MOODY, PH.D.,M.B.A.
Title ......: STAFF PSYCHOLOGIST
Institution : FCI WASECA

---

TREATMENT/MENTAL HEALTH HISTORY:

Inmate MONACO reported the following:

Out-patient treatment: While at Terminal Island; opt. drug tx., see Comments
     Suicide Attempts: Unclear - see Comments
             Violence: Misdemeanor assault from bar fight; see Comments

MENTAL STATUS:

During the screening interview no mental status items were noteworthy. His
psychological stability for custody is judged to be FAVORABLE.

DRUG ABUSE HISTORY:

Inmate MONACO reports a history of substance abuse. His primary drug of
addiction/abuse is COCAINE. He is interested in drug abuse treatment.

PROGRAM/TREATMENT RECOMMENDATIONS:

Based on the interview, the following programs/treatment are recommended:

     Individual Psychotherapy
     Drug Abuse Program

Inmate MONACO reported an interest in participating in programs/treatment.

COMMENTS:

Inmate is a 41 year old white male sentenced to possession of cocaine/heroin
WITD, possession of flunitrazepam and possession of a firearm during a drug
trafficking offense. He claims to have served approximately 30 months to
date. Transferred in from FCI Terminal Island due to a reduction in level.
PRD 05-30-2007.

Inmate reports a lengthy drug dependence history which has led, directly or
indirectly, into an extensive legal history. His drugs of choice were
cocaine, heroin and alcohol. He claims that he completed a six month
residential drug treatment program run by the Salvation Army. He has
completed DEP and is unsure as to whether he is interested in further
treatment. None-the-less, it is recommended that he apply for RDAP when
eligible and participate in Living Sober class while waiting for RDAP
eligibility.

The inmate reports a conviction for minor theft at age 13, for which he·
served six months probation. He was convicted of a Class C misdemeanor

assault in Texas as a result of a fight in a bar. He was hit by a woman, who he then hit back. Her male friends then jumped in to help her and the inmate reorts having been beaten. He was then arrested and placed in jail overnight and received a fine. In 1994 in Alaska he was placed in jail overnight due to disorderly conduct.

The inmate states that he has Hepatitis C and that this is a concern of his. He was advised to discuss his medical condition with Health Services staff.

The inmate reports having overdosed on drugs numerous times, starting at age 12 at the time of his parents' divorce. He is unsure as to whether the overdosages were suicidal in nature or just accidental. He does admit to virtually constant suicidal ideation while using drugs. He denies such ideation while sober and since his incarceration.

The inmate reports gender identity problems as well as long-standing anger towards his father. Now he is reporting mild levels of depression and anxiety due to the distance he is from home (California). He claims to have received individual psychotherapy once to twice per week while at FCI Terminal Island. Apparently graduate students on placement there met with him. He would like the same sort of arrangement while at FCI Waseca. His request will be forwarded to Dr. Harowski for consideration.

Inmate denies any history of sexual abuse/assault. Violence as discussed above. No indication of mental disability noted. No MDS entry justified at this point. Treatment recommendations as discussed above.

| MEDICAL RECORD | CONSULTATION SHEET |
|---|---|

## REQUEST

TO: _PSYCHOLOGY_   FROM: (Requesting physician or activity) _OPI_   DATE OF REQUEST _4-29-97_

REASON FOR REQUEST (Complaints and findings)

For psychotherapy

PROVISIONAL DIAGNOSIS 1) Depression, NOS   2) R/O Transvestite fetishism

DOCTOR'S SIGNATURE _REDENTOR CORNEJO, PA_   APPROVED

PLACE OF CONSULTATION
☐ BEDSIDE   ☐ ON CALL

☐ ROUTINE   ☐ TODAY
☐ 72 HOURS   ☐ EMERGENCY

FCI _TERMINAL ISLAND_

RECORD REVIEWED ☐ YES ☐ NO

## CONSULTATION REPORT

PATIENT EXAMINED ☐ YES ☐ NO

Inmate will be placed
on waiting list for
therapy. He'll be
on Open House bi-weekly
+ will attend B-unit
group.

(Continue on reverse side)

| SIGNATURE AND TITLE | | | | DATE |
|---|---|---|---|---|
| IDENTIFICATION NO. | ORGANIZATION | | REGISTER NO. | WARD NO. |

PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade; rank; rate; hospital or medical facility)

MONACO, DONALD

13314-006

DOB 07-31-1958
FCI TERMINAL ISLAND 90731

CONSULTATION SHEET
Medical Record

STANDARD FORM 513 (REV. 8-92)
Prescribed by GSA/ICMR, FIRMR (41 CFR) 201-9.202

FPI - LO

**U.S. DEPARTMENT OF JUSTICE**                  **FEDERAL BUREAU OF PRISONS**

| Examination: ☑ Screening ☐ Comprehensive ☐ Periodic |
|---|

**Occlusion** Class I D side

**Oral Hygiene**
Good        Fair        Poor

**CPITN**
Did not probe

**Head & Neck/Soft Tissue**
geographic tongue

**Additional Findings**

D: 2
M: Ø
F: 9

RIGHT 1 (32) 2 31 3 30 4 29 5 28 6 27 7 26 8 25 9 24 10 23 11 22 12 21 13 20 14 19 15 18 16 (17) LEFT

---

**Treatment Completed**

RIGHT 1 32 2 31 3 30 4 29 5 28 6 27 7 26 8 25 9 24 10 23 11 22 12 21 13 20 14 19 15 18 16 17 LEFT

---

**Recommended Treatment Plan**

☐ Radiographs

☐ Dental Prophylaxis
☐ Oral Hygiene Instruction

☐ Periodontal Evaluation   O   I   II   III

☐ Oral Surgical Procedures

☐ Endodontic

☐ Restorative

☐ Prosthodontic Evaluation

**Patient Name**        **Number**        **Sex:** (M) F   **Age:**

Monaco, Don        13314-006

**Dentist Signature**        **Date**
1/8/03

## Federal Bureau of Prisons Clinical Dental Records

| Date/Time | # | Diagnosis - Treatment - Remarks |
|-----------|---|--------------------------------|
| 1/28/03 4:45 | | A+O Intake exam. UICook, POH Oral hygiene instructions given orally and written. Patient appears to understand the importance of daily dental flossing and regular tooth brushing. |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

# FEDERAL BUREAU OF PRISONS
## DENTAL/MEDICAL HEALTH HISTORY FORM

**************************************************************

1. Are you currently taking any medication?
   If so, what? _Imetrex Antibiotic on Flare-ups_
   _Aspirin daily to every other day_ — **(Yes)** No

2. Are you allergic to or have you had a reaction to any
   medication or drug? If so, what? — **(Yes)** No
   _pennicillan as a child_

3. Have you been under the care of a physician during the
   past two years? If so, why? _Migraines, some heart, liver, foot,_ — **(Yes)** No
   _psychological + herpes problems_.

4. Have you been hospitalized in the past two years? If so,
   why? _____ — Yes **(No)**

5. Do you have or have you ever had a heart murmur or
   been treated for a heart condition? _calcified Aortic Valve,_ — **(Yes)** No
   _heart palpitations + some related problems._

6. Do your ankles ever swell during the day? — Yes **(No)**
   _not normally but they have on several occasions_

7. Have you ever been treated for a tumor or growth? — **(Yes)** No
   _A few minor skin growths (one pending)_

8. Have you ever had abnormal bleeding? — Yes **(No)**

9. Have you ever had serious difficulty with any dental
   treatment? _Some major fillings + one tooth pulled +_ — **(Yes)** No
   _still missing._

Circle any of the following that you have had:

| | | |
|---|---|---|
| **(Congenital Heart Defects ?** | Heart Murmur | **(Angina)** |
| **Heart Attack or Heart Problems)** | High Blood Pressure | Stroke |
| **Rheumatic Fever ?** | Heart Pacemaker | Diabetes |
| Anemia (blood problems) | Epilepsy or Seizures _(Migraine Attacks +_ | Asthma |
| Thyroid Problems _one time_ | AIDS or HIV Infection _Temporary blindness)_ | Emphysema |
| Chronic Bronchitis | Tuberculosis (TB) | **(Hepatitis)** B + C Chronic |
| **(Psychiatric Treatment** _psychotherapy_ | Artificial Heart Valve | Arthritis |
| Artificial Joint | **(Venereal Disease (syphilis, gonorrhea))** | |

Do you have any disease, condition, or problem not listed? _See Migraine Above + I also have an_
_enlarged spleen, splenomegaly + some digestive problems_

Name: _Don Monaco_          Reg No. _13319-006_

Institution: _FPC Duluth_          Date: _1-22-03_

_RMH  1-28-03_

KURT SAVELA, DDS/CDO

HEALTH SERVICES UNIT
FEDERAL PRISON CAMP
DULUTH, MN 55814

| CLINICAL RECORD | DENTAL TREATMENT RECORD (Continuation) | |
|---|---|---|
| DATE | DIAGNOSIS – TREATMENT – REMARKS | SIGNATURE |
| ~~Feb~~ 12-6-02 | #19 DO Dispersalloy amalgam restoration. Three carpules 2% lidocaine with 1:10⁵ epi. Occlusion checked. Patient counseled about possible cold sensitivity for a few months. | S. F____ DDS CHIEF DENTAL OFFICER |

(Continued On Reverse Side)

PATIENT'S IDENTIFICATION (For typed or written entries give: Name – last, first, middle; grade; date; hospital or medical facility)

MONACO, DONALD

13314-006

DOB   07-31-1958

FCI   WASECA, MN

| REGISTER NO. | WARD NO. |
|---|---|

**DENTAL TREATMENT RECORD**
HSA-237 (6-74)

## F.C.I. WASECA
Waseca, MN 56093

| CLINICAL RECORD | DENTAL TREATMENT RECORD (Continuation) | |
|---|---|---|
| **DATE** | **DIAGNOSIS - TREATMENT - REMARKS** | **SIGNATURE** |

| | | |
|---|---|---|
| 11 2-00 | Patient was premedicated at 1045. | |
| 1200 | and was asked to be back at | |
| | 1200 for his prophylactic appointment. | |
| | He came 35 min AOE 11-2-00 45 minutes late. Prophylaxis | |
| | hand scaled. Rubber cup polish. Oral | |
| | hygiene was fair. Calculus. Deposits were | |
| | slight to moderate. Supra and | |
| | subgingival. Gingival tissue was generally | |
| | healthy with localized bleeding | |
| | Plaque control instruction given | |
| | Next yr | |
| 0930 | *A. Schroeder RDH*  A. SCHROEDER, RDH | |
| 01-10-01 | Comprehensive oral examination - see charting. | |
| | 4 BW. radiographs. All findings | |
| | discussed with patient. Next Op | S.J. PETRIE, DDS |
| 4-16-01 | #14 MO Dispersalloy amalgam restoration. | |
| | One carpule 2% lidocaine with 1:10^5 epi. | |
| | Occlusion checked. Treatment plan complete. | |
| | | S.J. PETRIE, DDS |

(Continued On Reverse Side)

PATIENT'S IDENTIFICATION (For typed or written entries give: Name – last, first, middle; grade; date; hospital or medical facility)

MONACO, DONALD

13314-006

DOB     07-31-1958

FCI    WASECA, MN

**REGISTER NO.**

**WARD NO.**

**DENTAL TREATMENT RECORD**
HSA-237 (6-74)

## DENTAL TREATMENT RECORD (Continuation)

| DATE | DIAGNOSIS – TREATMENT – REMARKS | SIGNATURE |
|------|-------------------------------|-----------|
| 12-5-02 | Sick Call | |

12-5-02

S: Tooth # 19 sensitive to sweets.

O: Deep recurrent caries. No periapical changes.

A: Reversible (?) pulpitis

P: Cementation. IPA radiograph. Patient informed of possible endodontic involvement, and the possibility of failure (tooth loss) if endodontic treatment is attempted. Appointment scheduled to excavate caries and evaluate. The patient asked whether we would place bridge # 29-31, to replace missing tooth # 30. He expressed belief that his problem with tooth # 19 is because he is forced to chew on left side, due to missing tooth. Patient education concerning etiology of caries. Tooth # 30 has been missing at least 3 years, without significant tipping or drifting of adjacent teeth. I explained to patient that replacement of tooth # 30, in my opinion, is not medically necessary, and for this reason I do not plan to fabricate bridge.

S.J. PETRIE, DDS



Examination:  ☐ Screening  ☑ Comprehensive  ☐ Periodic

RIGHT  1  2  3  4  5  6  7  8  9 10 11 12 13 14 15 16  LEFT
      32 31 30 29 28 27 26 25 24 23 22 21 20 19 18 17
      sealant

**Treatment Completed**

RIGHT  1  2  3  4  5  6  7  8  9 10 11 12 13 14 15 16  LEFT
      32 31 30 29 28 27 26 25 24 23 22 21 20 19 18 17

Patient Name        Number      Sex: / M  F    Age:

MONACO, DONALD

13314-006

DOB     07-31-1958

FCI    WASECA, MN

---

Occlusion
Class I

Oral Hygiene
Good    (Fair)    Poor

CPITN
defer

Head & Neck/Soft Tissue
Within Normal Limits

Additional Findings

D: _I_

M: _I_
   _I_

F: _II_

---

Recommended  Treatment  Plan

☑ Radiographs
4 BW    —   1-10-01

☑ Dental Prophylaxis
☑ Oral Hygiene Instruction   11-2-00

☐ Periodontal Evaluation   O   I   II   III

☐ Oral Surgical Procedures
None  at this  time

☐ Endodontic
None

☐ Restorative
# 14 MO   — 4-16-01

☐ Prosthodontic Evaluation
None

Dentist Signature          Date
                           1-10-01
S.J. PETRIE, DDS

**Examination:** ☐ Screening ☐ Comprehensive ☐ Periodic

**Occlusion** I



RIGHT | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 | LEFT
32 31 30 29 28 27 26 25 24 23 22 21 20 19 18 17

**Oral Hygiene**

(Good)   Fair   Poor

**CPITN**

| 1 | 0 | 1 |
|---|---|---|
|  | 0 | 1 |

**Head & Neck/Soft Tissue**

Within normal limits

**Additional Findings**

D: —  1 geographic
M: 1  tongue
F: II  premed

**Treatment Completed**

RIGHT | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 | LEFT
32 31 30 29 28 27 26 25 24 23 22 21 20 19 18 17

**Recommended Treatment Plan**

☐ Radiographs
    TO BE DETERMINED

☑ Dental Prophylaxis
☐ Oral Hygiene Instruction

☐ Periodontal Evaluation   0 (I) II III

☐ Oral Surgical Procedures
    TO BE DETERMINED

☐ Endodontic
    TO BE DETERMINED

☐ Restorative

    TO BE DETERMINED

Patient Name    Number    Sex: M̶ F    Age:

MONACO, DONALD

13314-006

DOB  07-31-1958

FCI  WASECA, MN

☐ Prosthodontic Evaluation
    TO BE DETERMINED

**Dentist Signature**      **Date**

A. Schroeder RDH 6-22-

A. SCHROEDER, RDH

## Federal Bureau of Prisons Clinical Dental Records

| Date/Time | # | Diagnosis - Treatment - Remarks |
|---|---|---|
| 6-22-00 1430 | | ① Cleaning Exam - See Chartings. Tell findings discussed with patient. Medical History reviewed. Patient advised to submit Cop-out to receive routine dental care.<br><br>A Schroeder RDH<br>A. SCHROEDER, RDH |
| 10-11-00 1245 | | Admin note: It was noted on chart review that a Medical Consult was not submitted for stated health issues from health history that was filled out on 6-22. Medical Consult filled out and submitted effective today.<br><br>S Hartmann, CDSA<br>S. HARTMANN<br>DENTAL ASSISTANT |
| 1100 11-2-00 | | Rx: Clindamycin 600 mg (take entire dose one hour before dental prophy appointment)<br><br>Sam S J Petrie<br>Samuel J. Petrie |
| 11-2-00 1105 | | Ord.Date MONACO, DONALD          S. PETRIE<br>11/02/00  13314-006<br>Exp.Date TAKE 4 CAPSULES BY MOUTH NOW (1<br>.11/02/00 HOUR BEFORE DENTAL APPT)<br>Rx # 3788  CLINDAMYCIN 150 MG CAP      # 4<br><br>J Platte RPh<br>J. PLATTE, RPh<br>CDR, USPHS<br>CHIEF PHARMACIST |

# FEDERAL BUREAU OF PRISONS
## DENTAL/MEDICAL HEALTH HISTORY FORM

1. Are you currently taking any medication?
   If so, what? _IMMETREX- For Migraines_   (yes) no

2. Are you allergic to or have you had a reaction
   to any medication or drug? If so, what?
   _PENNICILIAN_   (yes) no

3. Have you been under the care of a physician during
   the past two years? If so, why? _Migraines, Liver Disease_   (yes) no

4. Have you been hospitalized in the past two years?
   If so, why? _____   yes (no)

5. Do you have or have you ever had a heart murmur
   or been treated for a heart condition? _Calcified Aortic_   (yes) no
   _Valve + PVCs._

6. Do your ankles ever swell during the day? _Not right now,_   yes (no)
   _but They have in The past._

7. Have you ever been treated for a tumor or growth?   yes (no)

8. Have you ever had abnormal bleeding?   yes (no)

9. Have you ever had serious difficulty with any
   dental treatment?   yes   no

Circle any of the following that you have had:

(Congenital heart defects)          Heart murmur
(Heart attack or heart problems)    Angina                    ? Maybe
Stroke                              High Blood pressure       ? maybe
Rheumatic Fever  _maybe_ ?          Heart pacemaker
Asthma                              Epilepsy or seizures
Anemia (blood problems)            Diabetes
Thyroid problems                    AIDS or HIV infection
Chronic bronchitis                  Emphysema
Venereal disease (syphilis, gonorrhea)   Tuberculosis (TB)
Arthritis                           Psychiatric treatment  ? psychotherapy
Artificial heart valve              Artificial joint
(Hepatitis) C

Do you have any disease, condition, or problem not listed? _enlarged spleen_
_elevated liver enzymes, migraines_
WOMEN ONLY: Are you pregnant?

Name: _Don Monaco_   Reg No. _13314-006_

Institution: _FCI WASECA_   Date: _6-22-00_

HEALTH SERVICES
FEDERAL CORRECTIONAL INSTITUTION
WASECA, MINNESOTA 56093

| MEDICAL RECORD | CONSULTATION SHEET | AUTHORIZED FOR LOCAL REPRODUCTION (10)31 |

## REQUEST

| TO:<br>Dr. Mark Gray | FROM: *(Requesting physician or activity)*<br>Dr. Samual Petrie | DATE OF REQUEST<br>10-11-00 |

**REASON FOR REQUEST *(Complaints and findings)***

The patient states on the Health History that he has a history of "Congenital heart defects, Heart Attack or Heart problems, and questions Rheumatic Fever." I noted that he has been premedicatied prior to dental treatment before. Could you please review this case and give us your recommendations regarding antibiotic prophylaxis for future dental appointments? Thank You!

---

**PROVISIONAL DIAGNOSIS**

"Congenital Heart Defects, Heart Attack or Heart Problems, and questionable Rheumatic Fever"

| DOCTOR'S SIGNATURE | APPROVED | PLACE OF CONSULTATION | ☑ ROUTINE ☐ TODAY |
| | | ☐ BEDSIDE ☐ ON CALL | ☐ 72 HOURS ☐ EMERGENCY |

## CONSULTATION REPORT

| RECORD REVIEWED ☐ YES ☐ NO | PATIENT EXAMINED ☐ YES ☐ NO | TELEMEDICINE ☐ YES ☐ NO |

Hx. calcified aortic valve by
ECHO cardiogram. Would
recommend SBE prophylaxis.

*(Continue on reverse side)*

| SIGNATURE AND TITLE<br>M.A. GRAY, M.D. | | DATE<br>10-30-00 |
| HOSPITAL OR MEDICAL FACILITY | RECORDS MAINTAINED AT | DEPARTMENT/SERVICE OF PATIENT |
| RELATION TO SPONSOR | SPONSOR'S NAME *(Last, first, middle)* | SPONSOR'S ID NUMBER *(SSN or Other)* |
| PATIENT'S IDENTIFICATION  *(For typed or written entries, give: Name – last, first, middle; ID no. (SSN or other); Sex; Date of Birth; Rank/Grade)* | REGISTER NO. | WARD NO. |

MONACO, DONALD
13314-006

CONSULTATION SHEET
Medical Record

HEALTH SERVICES
FEDERAL CORRECTIONAL INSTITUTION
WASECA, MINNESOTA 56093

STANDARD FORM 513 (REV. 4-98)
Prescribed by GSA/ICMR FPMR (41 CFR) 101-11.203(b)(10)


Printed on Recycled Paper

| CLINICAL RECORD | DENTAL TREATMENT RECORD (Continuation) | |
|---|---|---|
| DATE | DIAGNOSIS · TREATMENT · REMARKS | SIGNATURE |

| DATE | DIAGNOSIS · TREATMENT · REMARKS | SIGNATURE |
|---|---|---|
| 10-27-99 (cont) | Pt. allergic to Penicillin. 600 mg Clindamycin given (4 tab. q 150 mg ea.) | C. A. BAXER, DMD, CDO FCI TERMINAL ISLAND, CA CABaxer |
| polished #19 DO Amal. | 1 hr. prior to procedure. For antibiotic prophylaxis. Polished #19 DO = greenstone + brownie pt. N.B. PRE-MED, CONT. TX PLAN. | |
| 11-23-99 0800 | Review of med. hx. Pt. given 600 mg Clindamycin (4 tabs @ 150mg ea) | |
| #7 L | + seen at 0900. R.D. isolation. | |
| #10 L | 3½ carpules (1.8cc ea) Astra 2% xylocaine | |
| #13 O | c̄ 1:100,000 epi. Removed (L) decay #7 and (L) decay #10 and (O) decay #13. Dycal placed #7 + #10. Deep #7 possble microscopic exposure no bleeding observed. Pt. advised that if symptoms occur removal + possible root canal may be indicated. Scotchbond etch #7 + #10, optibond sol. Heraulite A 3.5 dentin used. Polished c̄ enhance burs. #13 hot gluma desensitizer under dispersalloy amalgam. Checked occlusion c̄ Post op instr. given. Reviewed tx plan + recommendation for ext #17. Pt. uncertain; If he wants ext. [Continued on Reverse Side] will get back to me (cont) | C. A. [BAXER], DMD, CDO FCI [Terminal] Island CABaxer DMD |

PATIENT'S IDENTIFICATION (For typed or written entries give: Name - last, first, middle, grade, date, hospital or medical facility)

Monaco, Donald  FCI, Terminal Island

| REGISTER NO. | WARD NO. |
|---|---|
| 13714-00X | |

DENTAL TREATMENT RECORD
HRSA-237 (4/95)

19

## DENTAL TREATMENT RECORD (Continuation)

C.

| DATE | DIAGNOSIS - TREATMENT - REMARKS | SIGNATURE |
|------|--------------------------------|-----------|
| 11-23-99 (cont) | 3 PA's upper anterior taken after restorations | (A)Barse dmd |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

BP-S618.060  **CLINICAL** [DEN]TAL RECORD  CDFRM
AUG 96
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| Examination: | ☒ Screening | ☒ Comprehensive | ☐ Periodic |
|---|---|---|---|

Occlusion  Class 1

Oral Hygiene  Heavy plaque
Good    (Fair)    Poor

| CPITN | 3 | 3 | 3 |
|---|---|---|---|
| PRE-MED 10.27.?.11 | 3 | 3 | 3 |

Head & Neck/Soft Tissue   WNL

Additional Findings

D: 25

M: 1

F: 9

Pt states he doesn't smoke



**Treatment Completed**

| | RIGHT | | | | | | | | | | | | | | LEFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 32 | 31 | 30 | 29 | 28 | 27 | 26 | 25 | 24 | 23 | 22 | 21 | 20 | 19 | 18 | 17 |

**Recommended Treatment Plan**

☒ Radiographs

☒ Dental Prophylaxis
☒ Oral Hygiene Instruction

☒ Periodontal Evaluation   O   I   II  (III)

☒ Oral Surgical Procedures
#17 - EXT

☐ Endodontic

☒ Restorative
#15-O  #15-L  watch  root

☐ Prosthodontic Evaluation

| Patient Name | Number | Sex: (M)  F | Age: 40 |
|---|---|---|---|

Monaco, Donald
13314-006

DOB:
7·31·58

Dentist Signature        Date

D. Orreg  RDH
FCI Terminal Island        2-25-99
FCI, Terminal Island CA  Bernard Baxerman D (CDO -99
FCI TERMINAL ISLAND. CA

## Federal Bureau of Prisons Clinical Dental Records

| Date/Time | # | Diagnosis - Treatment - Remarks |
|---|---|---|
| 2-25-99<br>1340 | | A & O exam, notification, OHE (handout given on flossing and brushing), reviewed medical hx, nutritional education given (advised to limit sugar consumption), head, neck and soft tissue exam.      2 min. Pascal 60:60 APF & SnF2 rinse (134mg F- total), <br><br>G. Urrea, RDH<br>G. Urrea FCI Terminal Island, RDH |
| 3-5-99<br>1205 | | Received cop out.<br>Name added to waiting list.     C. A. BAXER, DMD, CDO<br>FCI TERMINAL ISLAND, CA<br>Received cop out.   CABaxer<br>Advised patient to sign up for sick call. |
| 9-13-99<br>1200 | | Received cop out.<br>Name added to waiting list.   Rochelle A. Butler, DDS<br>already       Dental Officer<br>FCI Terminal Island |
| 10-27-99<br>1230 | | comprehensve<br>A & O exam, notification, OHE (handout given on flossing and brushing), reviewed medical hx, nutritional education given (advised to limit sugar consumption),    2 min. Pascal 60:60 APF & SnF2 rinse (134mg F- total).<br>head, neck and soft tissue exam. tx plan cleaning exam<br>proph.<br>SRP   Pt. acknowledged an understandings of tx plan +<br>concept of "watch" + reccomend chan for future ext, MTZ<br>vsupport + decayed.<br>Peri: type II. Pocket depths ≤4mm. Fair oral hygeine.<br>OHE, +B, floss, stim uderts, y disclosing tabs given.<br>Proper brushing demonstrated + reviewed plaque +<br>disclosing tabs. Mild calculus mtkl mostly lower<br>anterior. SRP: Prophy with coarse Gem c hi/lo /outbed<br>labeling on polising. Tissue firm. Consult c Dr.<br>Pelten concerning hx of heart calcifications. (ABaxer)<br>(cont)<br>C. A. BAXER, DMD, CDO<br>FCI TERMINAL ISLAND, CA |

## FEDERAL BUREAU OF PRISONS
## DENTAL/MEDICAL HEALTH HISTORY FORM

1. Are you currently taking any medication?
   If so, what? *Midrin for Migraines (only sometimes)*   (yes) no

2. Are you allergic to or have you had a reaction
   to any medication or drug? If so, what?   (yes) no
   *PENNICILLIAN when I was a child*

3. Have you been under the care of a physician during
   the past two years? If so, why? *Hepititus C, Heart Valve*   (yes) no
   *Liver Conditions / Condition + papilations*

4. Have you been hospitalized in the past two years?
   If so, why? _____   yes (no)

5. Do you have or have you ever had a heart murmur
   or been treated for a heart condition?   (yes) no

6. Do your ankles ever swell during the day?   (yes) no
   *They have swelled up on me after a drinking binge*

7. Have you ever been treated for a tumor or growth?   yes (no)

8. Have you ever had abnormal bleeding?   yes (no)

9. Have you ever had serious difficulty with any
   dental treatment? *yes with cracked fillings, They had To
   pull my Tooth + its hurting the right side of my   (yes) no
   mouth while I eat.*

10. Have you ever had clicking, popping, or pain
    in your jaw joint?   yes (no)

Circle any of the following that you have had:

Congenital heart defects *CALCIFIED AORTIC*   Heart murmur
                         *VALVE*
Heart attack or (heart problems) *PAPiTATiONS*   (Angina) - *in The past but not lately*
Stroke *Paracardrilus*   High Blood pressure
Rheumatic Fever *?*   Heart pacemaker
Asthma   Epilepsy or seizures
Anemia (blood problems)   Diabetes
(Thyroid problems) *one Time my Thyroid gland swelled up*   AIDS or HIV infection
Chronic bronchitis   Emphysema
(Venereal disease) (syphilis, (gonorrhea))   Tuberculosis (TB)
Arthritis   (Psychiatric treatment) *personal counseling*
Artificial heart valve   Artificial joint *+ Drug Rehab*
(Hepatitis) B C   *+ Alcohol*

Do you currently use tobacco (cigarettes, chewing tobacco,
snuff)?   yes (no)

Do you have any disease, condition, or problem not listed?
WOMEN ONLY: Are you pregnant?

Name: *Dan Monaco*   Reg No. *13314-006*

Institution: FCI, Terminal Island   Date: *2-25-99*

513-110                                                                    NSN 7540-00-634-4127

| MEDICAL RECORD | CONSULTATION SHEET |
|---|---|

### REQUEST

TO: DR. PELTON | FROM: (Requesting physician or activity) C.A. BAXER DMD. | DATE OF REQUEST 10-27-99

REASON FOR REQUEST (Complaints and findings)

PATIENT HAS A HX OF CALCIFIED AORTIC VALUE WITH MILD
A.I. by ECHO '92.

PLEASE EVALUATE FOR PRE-MED (PROPHYLAXIS FOR BACTERIAL
ENDOCARDITIS). RECOMMENDATION WOULD BE ~~Amoxicillin~~ Clindamycin 600mg
2~~gms~~ 1 Hr PRIOR to dental procedures. as he states he is allergic
to Penicillin

PROVISIONAL DIAGNOSIS  R/o RISK FOR BACTERIA ENDOCARDITIS

| DOCTOR'S SIGNATURE | APPROVED | PLACE OF CONSULTATION | ROUTINE ☐ TODAY ☐ |
|---|---|---|---|
| | | BESIDE ☐   ON CALL ☐ | 72 HOURS ☐ EMERGENCY ☐ |

### CONSULTATION REPORT

RECORD REVIEWED ☐ YES ☐ NO       PATIENT EXAMINED ☐ YES ☐ NO

Pt c̄ Calcified Aortic Valve, mild AI - asymptomatic.

Recommend ~~Amoxicillin 2 gms~~ PO 1° ā Procedure

Clinda 300mg #II

J. Pelton 10-27-99

(Continue on reverse side)

| SIGNATURE AND TITLE | | DATE/TIME |
|---|---|---|
| IDENTIFICATION NO. | ORGANIZATION FCI, TERMINAL ISLAND | REGISTER NO. | WARD NO. |

PATIENT'S IDENTIFICATION (For typed or written entries give: Name-last, first, middle; grade; rank; rate; hospital or medical facility)

MONACO, DONALD
13314-006

CONSULTATION SHEET

Medical Record

STANDARD FORM 513 (REV. 8-92)
Prescribed by GSA/ICMR, FIRMR (41 CFR) 201-9.202-1

# FEDERAL PRISON CAMP
## DULUTH, MN

## IDLE, CONVALESCENT AND CHANGE IN WORK CLASSIFICATION STATUS

TO: ALL CONCERNED _____ UNIT: _2 0 8_ DATE: _1/27/03_

INMATE'S NAME: _Monaco   Donald_ DETAIL: _Unassigned_ REG. NO.: _13314-006_

### MEDICAL CLASSIFICATION STATUS: (Check one)

( ) IDLE: _____ THRU 12 MIDNIGHT _____, 20 _____

( ) CONVALESCENT: _____ THRU 12 MIDNIGHT _____, 20 _____

( ) RESTRICTED DUTY: _____ THRU 12 MIDNIGHT _____, 20 _____

(X) OTHER: _Please fit with low cut shoe – perhaps 9 EE_

_____ _Quie Thune M_ _____

**Physician or Physician Assistant**

IDLE STATUS - Temporary disability not to exceed three days duration. Restricted to room except for meals, religious services, sick call. No recreation activity.

CONVALESCENT STATUS - Recovery period for operation, injury, or serious illness. Full institutional privileges and limited recreational privileges, subject only to medical limitation.

RESTRICTED DUTY - Restricted from work around machinery, heights, heavy lifting, sports activites, etc., because of physical or mental handicap. List handicap, limitation and time period.

Distribution: Medical Records, Medical Records Staff, Unit Officer, Inmate, Control Center.

LVN-20-F

---

## MEDICAL REPORT OF DUTY STATUS

| NAME | | HOSPITAL REGISTRATION NO. |
|------|---|---------------------------|
| Monaco, Donald. | | 13314-006 |

| ADDRESS | |
|---------|---|
| F/5   208 | |

| INPATIENT | INCLUSIVE DATES OF TREATMENT | |
|-----------|------------------------------|---|
| | From: 2-24-03 | Through: 2-24-03 |

| OUTPATIENT | DATE | TIME ARRIVED | TIME DEPARTED |
|------------|------|--------------|---------------|
| | | A.M/P.M. | A.M/P.M. |

| DISPOSITION | Can resume usual occupation | DATE 2-25-03 | Can perform limited duties as specified under REMARKS | DATE |
|-------------|------------------------------|------|--------------------------------------------------------|------|
| | To return to clinic | DATE | To be hospitalized | DATE |
| | OTHER (Specify) | | | |

REMARKS
_Idle today_

| NAME AND LOCATION OF HOSPITAL OR CLINIC | SIGNATURE OF MEDICAL OFFICER OR MEDICAL RECORD LIBRARIAN | DATE |
|------------------------------------------|----------------------------------------------------------|------|
| _FPC DTH_ | _P. Pol_ | 2-24-03 |

WHITE-MEDICAL RECORD          YELLOW-INMATE          PINK-UNIT          GOLDENROD-WORK SUPERVISOR



# MEDICAL RESTRICTIONS
## FCI WASECA, MN

INMATE: Monaco, Don      UNIT: B

REG#: 13314-006      DETAIL: Yard II

**PLEASE BE ADVISED THAT THE ABOVE INMATE HAS BEEN:**

☒ Evaluated by medical staff: Date/Time___ 10/28/02   0710___

**MEDICAL CLASSIFICATION STATUS:**

☐ Idle: Reason_____ Until_____
                                                                    **DATE**

        ☐ Restricted to Unit        ☐ Complete Bedrest

☒ Convalescence: Restrictions___ No work___

_____ Until___ 10/31/02___
                                                               **DATE**

☐ Restricted Duty: State type of restrictions_____

_____ Until_____
                                                                **DATE**

☒ Other:___ Return to Medical if Symptoms

___ occur___

                                            ..K. BRANDT, PA-C
                                            FOR USPHS
                                            **CLINICIAN**

## DEFINITIONS AND INSTRUCTIONS

**IDLE STATUS** - Temporary disability not to exceed three days duration. Restricted to unit except for meals, religious services, sick call, and callouts. No recreation.

**COMPLETE BEDREST** - Restricted to BED except for meals, religious services, sick call, and callouts. No recreation.

**CONVALESCENT STATUS** - Recovery period for operation, injury, or serious illness. Full institutional and limited recreational privileges, subject only to medical limitation.

**RESTRICTED DUTY** - List restriction, limitation, and time period.

# MEDICAL RESTRICTIONS
## FCI WASECA, MN

INMATE: Monaco, Donald          UNIT: B

REG#: 13314 - 006          DETAIL: Yard 2

**PLEASE BE ADVISED THAT THE ABOVE INMATE HAS BEEN:**

☒ Evaluated by medical staff: Date/Time    9-29-02          1130

**MEDICAL CLASSIFICATION STATUS:**

☒ Idle: Reason_____ Until    9-30-02
                                          DATE

☐ Restricted to Unit          ☐ Complete Bedrest

☐ Convalescence: Restrictions_____

_____ Until_____
                          DATE

☐ Restricted Duty: State type of restrictions_____

_____ Until_____
                          DATE

☐ Other:_____

K Alford, RN

**DEFINITIONS AND INSTRUCTIONS**

**IDLE STATUS -** Temporary disability not to exceed three days duration. Restricted to unit except for meals, religious services, sick call, and callouts. No recreation.

**COMPLETE BEDREST -** Restricted to BED, except for meals, religious services, sick call, and callouts. No recreation.

**CONVALESCENT STATUS -** Recovery period for operation, injury, or serious illness. Full institutional and limited recreational privileges, subject only to medical limitation.

**RESTRICTED DUTY -** List restriction, limitation, and time period.

# MEDICAL RESTRICTIONS
## FCI WASECA, MN

INMATE: _Monaco, Donald_  UNIT: _B_

REG#: _13314-006_  DETAIL: _Yard 2_

PLEASE BE ADVISED THAT THE ABOVE INMATE HAS BEEN:

☒ Evaluated by medical staff: Date/Time __4-15-02__ __1500__

MEDICAL CLASSIFICATION STATUS:

☐ Idle: Reason_____Until_____
DATE

　　　☐ Restricted to Unit　　☐ Complete Bedrest

☐ Convalescence: Restrictions_____

_____Until_____
DATE

☐ Restricted Duty: State type of restrictions_____

_____Until_____
DATE

☒ Other: _1 pair "Foot Levelers" shoe inserts_
_to stay w/ inmate @ all times)_

_Zimmer EMT_

CLINICIAN
J. Zimmer
DEFINITIONS AND INSTRUCTIONS NREMT - Paramedic
FCI Waseca

**IDLE STATUS** - Temporary disability not to exceed three days duration. Restricted to unit except for meals, religious services, sick call, and callouts. No recreation.

**COMPLETE BEDREST** - Restricted to BED except for meals, religious services, sick call, and callouts. No recreation.

**CONVALESCENT STATUS** - Recovery period for operation, injury, or serious illness. Full institutional and limited recreational privileges, subject only to medical limitation.

**RESTRICTED DUTY** - List restriction, limitation, and time period.

# MEDICAL RESTRICTIONS
## FCI WASECA, MN

INMATE: _Morgan, Donald_     UNIT: _B_

REG#: _13314-006_     DETAIL: _Ljart 2_

**PLEASE BE ADVISED THAT THE ABOVE INMATE HAS BEEN:**

☒ Evaluated by medical staff: Date/Time ___4-2-02___

**MEDICAL CLASSIFICATION STATUS:**

☒ Idle: Reason _____ Until ___4-3-02___
                                                          DATE

        ☐ Restricted to Unit       ☐ Complete Bedrest

☐ Convalescence: Restrictions _____

_____ Until_____
                                               DATE

☐ Restricted Duty: State type of restrictions_____

_____ Until_____
                                               DATE

☐ Other:_____

_____

                          _K Pellerson PAC_
                           K. PETERSON, PA-C
                           CLINICIAN

## DEFINITIONS AND INSTRUCTIONS

**IDLE STATUS** - Temporary disability not to exceed three days duration. Restricted to unit except for meals, religious services, sick call, and callouts. No recreation.

**COMPLETE BEDREST** - Restricted to BED except for meals, religious services, sick call, and callouts. No recreation.

**CONVALESCENT STATUS** - Recovery period for operation, injury, or serious illness. Full institutional and limited recreational privileges, subject only to medical limitation.

**RESTRICTED DUTY** - List restriction, limitation, and time period.

# MEDICAL RESTRICTIONS
## FCI WASECA, MN

INMATE: _Monaco, Donald_  UNIT: _D_

REG#: _13314-006_  DETAIL: _Yard II_

**PLEASE BE ADVISED THAT THE ABOVE INMATE HAS BEEN:**

☒ Evaluated by medical staff: Date/Time _10/30/00  1010_

**MEDICAL CLASSIFICATION STATUS:**

☐ Idle: Reason_____ Until_____
                                                    DATE

   ☐ Restricted to Unit          ☐ Complete Bedrest

☐ Convalescence: Restrictions_____

_____ Until_____
                                                    DATE

☐ Restricted Duty: State type of restrictions_____

_____ Until_____
                                                    DATE

☒ Other:_ May now use an upper
   bunk if required._

_M.A. Gray_
**CLINICIAN**
**M.A. GRAY, M.D.**

### DEFINITIONS AND INSTRUCTIONS

**IDLE STATUS** - Temporary disability not to exceed three days duration. Restricted to unit except for meals, religious services, sick call, and callouts. No recreation.

**COMPLETE BEDREST** - Restricted to BED except for meals, religious services, sick call, and callouts. No recreation.

**CONVALESCENT STATUS** - Recovery period for operation, injury, or serious illness. Full institutional and limited recreational privileges, subject only to medical limitation.

**RESTRICTED DUTY** - List restriction, limitation, and time period.

# MEDICAL RESTRICTIONS
## FCI WASECA, MN

INMATE: _Monaco, Donald_      UNIT: _D_

REG#: _13314-006_      DETAIL: _Yard I_

**PLEASE BE ADVISED THAT THE ABOVE INMATE HAS BEEN:**

☒ Evaluated by medical staff: Date/Time _6/14/00_    _12 30_

**MEDICAL CLASSIFICATION STATUS:**

☐ Idle: Reason_____Until_____
                                                          DATE

          ☐ Restricted to Unit        ☐ Complete Bedrest

☐ Convalescence: Restrictions_____

_____Until_____
                                                          DATE

☒ Restricted Duty: State type of restrictions _Hearing restriction_

_____Until_____
                                                          DATE

☒ Other: _low bunk required, indefinite_
_Soft shoe required, indefinite._

                                      _M a Gray_
                               **CLINICIAN** M.A. GRAY, M.D.

## DEFINITIONS AND INSTRUCTIONS

**IDLE STATUS** - Temporary disability not to exceed three days duration. Restricted to unit except for meals, religious services, sick call, and callouts. No recreation.

**COMPLETE BEDREST** - Restricted to BED except for meals, religious services, sick call, and callouts. No recreation.

**CONVALESCENT STATUS** - Recovery period for operation, injury, or serious illness. Full institutional and limited recreational privileges, subject only to medical limitation.

**RESTRICTED DUTY** - List restriction, limitation, and time period.

**FCI Terminal Island**
**Health Services**

## MEDICAL REPORT OF DUTY STATUS

| NAME | | | HOSPITAL REGISTRATION NO |
|------|--|--|--------------------------|
| MONACO, DONALD | | | 13314 - 046 |

| ADDRESS | |
|---------|--|
| B | LAW LIBRARY |

| INPATIENT | INCLUSIVE DATES OF TREATMENT | | |
|-----------|------------------------------|--|--|
| | From | | Through |

| OUTPATIENT | DATE 7 - 8 - 99 | TIME ARRIVED 99 AM/PM | | TIME DEPARTED AM/PM |
|------------|------|------------|--|--------------|

| DISPOSITION | Can resume usual occupation | 7 - 9 - 99 DATE | Can perform limited duties as specified under REMARKS | DATE |
|-------------|------------------------------|-----------------|---------------------------------------------------------|------|
| | To return to clinic | DATE | To be hospitalized | DATE |
| | OTHER (Specify) | | | |

| REMARKS |
|---------|
| LMP IN J DR? |

| NAME AND LOCATION OF HOSPITAL OR CLINIC | SIGNATURE OF MEDICAL OFFICER OR MEDICAL RECORD LIBRARIAN | DATE |
|------------------------------------------|----------------------------------------------------------|------|
| FCI - TI | FLEUR PANGANIBAN TERMINAL ISLAND | 7 - 8 - 99 |

IHS-131 (1/89)                                                                 FPI-LOM

## MEDICAL REPORT OF DUTY STATUS

| NAME | MONACO, DONALD | | HOSPITAL REGISTRATION NO. |
|---|---|---|---|

| ADDRESS | 13314-006 | CMS - 13 | 13 |
|---|---|---|---|

| INPATIENT | INCLUSIVE DATES OF TREATMENT FCI from TERMINAL ISLAND 90731 | Through: | |
|---|---|---|---|

| OUTPATIENT | DATE | TIME ARRIVED 4/9/99, | TIME DEPARTED |
|---|---|---|---|
| | | A.M./P.M. | A.M./P.M. |

| | Can resume usual occupation | DATE 4/10/99 | Can perform limited duties as specified under REMARKS | DATE |
|---|---|---|---|---|
| **DISPOSITION** | To return to clinic | DATE | To be hospitalized | DATE |
| | OTHER *(Specify)* | | | |

**REMARKS**

Bed rest for the rest of the day

| NAME AND LOCATION OF HOSPITAL OR CLINIC | SIGNATURE OF MEDICAL OFFICER OR MEDICAL RECORD LIBRARIAN | DATE |
|---|---|---|
| | | 4/9/99 |

IHS-131 (1/89)

Dis: 4

---

### FCI Terminal Island
### Health Services

## MEDICAL REPORT OF DUTY STATUS

| NAME | Monaco, Don | HOSPITAL REGISTRATION NO |
|---|---|---|

| ADDRESS | 13314-006 | |
|---|---|---|

| INPATIENT | INCLUSIVE DATES OF TREATMENT From: | Through: | |
|---|---|---|---|

| OUTPATIENT | DATE | TIME ARRIVED | TIME DEPARTED |
|---|---|---|---|
| | | AM/PM | AM/PM |

| | Can resume usual occupation | DATE | Can perform limited duties as specified under REMARKS | DATE |
|---|---|---|---|---|
| **DISPOSITION** | To return to clinic | DATE | To be hospitalized | DATE |
| | OTHER *(Specify)* | | | |

**REMARKS**

① Hearing restriction — no Loud work environment

② Shoes — no steel toe boots

| NAME AND LOCATION OF HOSPITAL OR CLINIC | SIGNATURE OF MEDICAL OFFICER OR MEDICAL RECORD LIBRARIAN | DATE |
|---|---|---|
| | | 3/23/99 |

IHS-131 (1/89)

FPI-LOM

**FCI Terminal Island**
**Health Services**

<u>MEDICAL REPORT OF DUTY STATUS</u>

| NAME | Monaco, Donald | HOSPITAL REGISTRATION NO. |

| ADDRESS | 13314 - 006 |

| **INPATIENT** | INCLUSIVE DATES OF TREATMENT |
| | From | Through |

| **OUTPATIENT** | DATE | TIME ARRIVED | | TIME DEPARTED |
| | | | AM/PM | AM/PM |

| **DISPOSITION** | Can resume usual occupation | DATE | Can perform limited duties as specified under REMARKS | DATE |
| | To return to clinic | DATE | To be hospitalized | DATE |
| | OTHER (Specify) |

REMARKS

Pt may have his Orthotics sent in
if the are no objections

James K. Pelton, MD
Clinical Director
FCI Terminal Island

| NAME AND LOCATION OF HOSPITAL OR CLINIC | SIGNATURE OF MEDICAL OFFICER OR MEDICAL RECORD LIBRARIAN | DATE 3/3/59 |

IHS-131 (1/89)                                                                    FPI-LOM

---

**FCI Terminal Island**
**Health Services**

<u>MEDICAL REPORT OF DUTY STATUS</u>

| NAME | Monaco, Donald | HOSPITAL REGISTRATION NO |

| ADDRESS | 13314 -006 |

| **INPATIENT** | INCLUSIVE DATES OF TREATMENT |
| | From | Through |

| **OUTPATIENT** | DATE | TIME ARRIVED | | TIME DEPARTED |
| | | | AM/PM | AM/PM |

| **DISPOSITION** | Can resume usual occupation | DATE | Can perform limited duties as specified under REMARKS | DATE |
| | To return to clinic | DATE | To be hospitalized | DATE |
| | OTHER (Specify) |

REMARKS

Hearing Restricted - no work in high
noise area

James K. Pelton, MD
Clinical Director
FCI Terminal Island

| NAME AND LOCATION OF HOSPITAL OR CLINIC | SIGNATURE OF MEDICAL OFFICER OR MEDICAL RECORD LIBRARIAN | DATE 3/3/59 |

IHS-131 (1/89)                                                                    FPI-LOM

| 1. Institution FCI - Trumih A Island | 2. Name of Injured MONACO, DON | 3. Register Number 13314·006 |
|---|---|---|
| 4. Injured's Duty Assignment LIBRARY | 5. Housing Assignment B | 6. Date and Time of Injury 4-24-99 1200 |

| 7. Where Did Injury Happen *(Be specific as to location)* SOFTBALL | Work Related? ☐ Yes ☒ No | 8. Date and Time Reported for Treatment 4-28-99 11W |
|---|---|---|

**9. Subjective:** *(Injured's Statement as to How Injury Occurred)(Symptoms as Reported by Patient)*

S, I WAS PLAYING SOFTBALL AND I HURT MY (L)SHOULDER

with I FEH on it. "

✓ Don Monaco

*Signature of Patient*

**10. Objective:** *(Observations or Findings from Examination)*

Os 122/78 74 16 97.9°F

X-Rays Taken _____   Not Indicated ✓

X-Ray Results

(R) Shoulder good rom, No point tenderness, good active & passive motion, Cl discoloration, pms ritals, C, crepitus, Cramphy

**11. Assessment:** *(Analysis of Facts Based on Subjective and Objective Data)*

A Contusion (L) shoulder

**12. Plan:** *(Diagnostic Procedures with Results, Treatment and Recommended Follow-up)*

Pt educ on care of (L) shoulder, meds, follow-up,

Warm compress to affected area. Naprosyn 275 y T BID

x 5 days   RTC S/tr T days for follow-up in sic

RTC PRN.

**13. This Injury Required:**

☐ a. No Medical Attention

☐ b. Minor First Aid

☐ c. Hospitalization

☒ d. Other *(explain)*
  See #12
  no idly

☐ e. Medically Unassigned

☐ f. Civilian First Aid Only

☐ g. Civilian Referred to Community Physician

*Signature of Physician or Physician Assistant*

*Self Carboned Form – If ballpoint pen is used.* **PRESS HARD**

Original – Medical File
Canary – Safety
Pink – Work Supervisor *(Work related only)*
Goldenrod – Correctional Supervisor

| 1. Institution FCI-TRM | 2. Name of Injured Monaco; Donald | 3. Register Number 13314 – 006 |
|---|---|---|
| 4. Injured's Duty Assignment CMS 13 | 5. Housing Assignment B | 6. Date and Time of Injury 3-15-99  0930 |

| 7. Where Did Injury Happen (Be specific as to location) CMS office / shop | Work Related? ☒ Yes  ☐ No | 8. Date and Time Reported for Treatment 3-15-99  1145 |
|---|---|---|

**9. Subjective:** (Injured's Statement as to How Injury Occurred)(Symptoms as Reported by Patient)

"I was sitting on my chair and I bump my forehead in the electrical box."

*Don Monaco*
Signature of Patient

**10. Objective:** (Observations or Findings from Examination)

BP 110/70   PR> 70/min   RR> 16/min   X-Rays Taken _____   Not Indicated _____   X-Ray Results

(L) forehead > clean laceration 1 inch × 0.5 cm, Ø bleeding Ø swelling

**11. Assessment:** (Analysis of Facts Based on Subjective and Objective Data)

Laceration (L) forehead

**12. Plan:** (Diagnostic Procedures with Results, Treatment and Recommended Follow-up)

Cleaned c̄ Betadine solution   Tet inj – c/Kiken
Applied steri-strip   No flu inj Vin
Reported to Lieut. James   Educate: wound care

RTC PRN

**13. This Injury Required:**

☐ a. No Medical Attention

☒ b. Minor First Aid

☐ c. Hospitalization

☐ d. Other (explain)

_____

_____

☐ e. Medically Unassigned

☐ f. Civilian First Aid Only

☐ g. Civilian Referred to Community Physician

Signature of Physician or Physician Assistant

0.5 cm
laceration

Self Carboned Form – If ballpoint pen is used, **PRESS HARD**



**U.S. Department of Justice**

Federal Bureau of Prisons

**Medical Treatment Refusal**

**(Rechazo de Tratamiento Médico)**

Date _8/3/00_ (Fecha)

I, _Donald Monaco_ _13314-006_ , refuse treatment recommended by the Federal
(Name and Registration Number) (Nombre y Número de Registro) (rechaza el tratamiento recomendado por el Personal

Bureau of Prisons Medical staff for the following condition(s):

Médico del Bureau Federal de Prisiones, por las siguientes razones):

DESCRIBE IN LAYMAN'S TERMINOLOGY: (DESCRIBA EN TERMINOLOGIA COMUN Y CORRIENTE):

_Chronic hepatitis C_

The following treatment(s) was/were recommended: (El siguiente tratamiento(s) fue/fueron recomendado(s)):

_Ultrasound of liver/abdomen_

Federal Bureau of Prisons Medical staff members have carefully explained to me that the following possible consequences and/or complications may result because of my refusal to accept treatment:

(Los miembros del personal Médico del Bureau Federal de Prisiones me ha explicado cuidadosamente las posibles consecuencias o complicaciones siguientes que pueden resultar por causa de mi rechazo a aceptar tratamiento):

_Treatment of hepatitis C can not be offered without_
_this evaluation._

I understand the possible consequences and/or complications, listed above, and still refuse recommended treatment. I hereby assume all responsibility for my physical and/or mental condition, and release the Bureau of Prisons and its employees from any and all liability for respecting and following my expressed wishes and directions.

(Me doy por enterado de las posibles consecuencias o complicaciones enlistadas arriba, y aun así me rehuso al tratamiento recomendado. Por medio de la presente, asumo toda responsabilidad por mi condición física o mental, y relevo al Bureau de Prisiones y a sus empleados de cualquiera y toda responsabilidad por cause de respectar y seguir mis expresos deseos y direcciones.)

_Don Monaco_

Patient's Signature and Date (Firma del Paciente y Fecha)

_8/3/00_

Signature of Witness and Date (Firma del Testigo y Fecha)

Signature of Witness and Date (Firma del Testigo y Fecha)

Original – Inmate's Medical Record
Canary – Hospital File
Pink – To Inmate

MONACO, DONALD

13314-006

DOB 07-31-1958

FCI WASECA, MN

## EXHIBIT H

### PRE ARREST MEDICAL RECORDS

THESE ARE JUST BUT A FEW THAT ARE AND STILL SHOULD BE AVAILABLE

PETITIONER ASKS THAT THE COURT HELP HIM THROUGH THE DISCOVERY PROCESS

TO HELP HIM RETREIVE MORE OF HIS MEDICAL FILES THAT ARE BEING DENIED HIM STILL

＊ Notes were on the original court copy + prosecutor copy that outlined the contents of these medical records in relationship to my ongoing + post arrest medical problems. (see court copies).

Vha 2/6/02

**Dimond Diagnostic Services**
Gary Archer, M.D.
Cardiology
Dimond Tower, Suite 3-600
800 East Dimond Blvd.
Anchorage, Alaska 99515
(907) 349-6613

*Me*

268- 5015
pager

13314-006

Name: Don Monaco    Phone - H: 344-8832
Mobil
DOB: 7/31/58    W: 344-7155

SSN: 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    Insurance: Mut. of Omaha

Allergies: Ibuprofin -? Penicillin (As child)

HT: 5'6"    AGE: 40

| Date | 9/14/95 | 10/2 | 9/26/95 | 12/23/97 | 1/30/98 | 3/4/98 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Weight | 157 | | 119 men | 199 men | 196 3/2 | 189 4 in | | | | | | |
| Pulse | 68 | | | 72 | 62 | 64 | | | | | | |
| B/P | 104/60 | 100/80 | | 130/80 | 110/70 | 100/70 | | | | | | |
| B/P | | | | | | | | | | | | |
| Temp. | | | | | 99.6 | | | | | | | |
| Meds: | | | | ∅ | ∅ | | | | | | | |
| | ∅-∅ | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | ( | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

D.O.B.: 07/31/58
Doctor: Gary Archer
Date: 07/08/92
Anch. Diagnostic Imaging Ctr.
4003 Lake Otis, Anch., Ak 99508    563-3493

4003 Lake Otis Pa    #101
Anchorage, Alaska 99508
(907) 563-3493

Clinical History:

Exam Requested:

☐ Routine
☐ Send films with patient
☐ Phone results to this number

## 2-D AND M-MODE ECHOCARDIOGRAM WITH DOPPLER FLOW STUDIES

Radiologist Report:

Study is compared with one done on 02/14/92 which showed calcific disease of the aortic valve and mild MR.

QUALITY OF THE PRESENT STUDY: Good.

1. PERICARDIUM: There is no effusion, although there is a trivial little echo-free space that may represent a small amount of physiologic pericardial fluid.

2. LEFT VENTRICLE: It contacts briskly. At the end of diastole it is a little over 5cm, at the end of systole just over 3cm with a normal ejection fraction. The septum and posterior wall are each about a centimeter thick or a little more.

3. LEFT ATRIUM: That chamber is 4cm in the AP plane and it looks normal. The mitral leaflets move freely.

4. AORTA: The root of the aorta moves briskly. It is under 3.5cm in the AP plane. The commissure between the left and the right coronary cusps is thickened and dense but there is adequate motion of the aortic valve leaflets. Doppler interrogation shows a jet of at least mild AI. The half time on the jet of AI is 746msec which is compatible with mild AI.

The dense calcific-looking mass located at the junction between the right and left coronary cusps could be in part vegetation; however, there is no flipping around or dishrag effect that is more commonly associated with vegetation. If there is a clinical suspicion of endocarditis, however, that should be followed up.

5. RIGHT VENTRICLE: That chamber is under 2.5cm in the AP plane and it looks normal. The tricuspid valve, RA, and root of the PA are all unremarkable.

DOPPLER interrogation shows normal antegrade flow patterns. There are trivial jets of MR and TR and. mild AI.

IMPRESSION: Abnormal study.
1. Calcific-looking disease involving the aortic valve with mild AI.
2. Trivial to mild MR and TR with borderline LAE.

Compared with the study done 02/14/92, I do not see a significant change.

SHERMAN BEACHAM, M.D.
SB/jo

Harold F. Cable, M.D.

4003 Lake Otis Parkway, Suite #101                    (907) 563-3493                    Anchorage, Alaska 99508

ANCHORAGE DIAGNOSTIC IMAGING CENTER

| | |
|---|---|
| **Name:** DON MONACO | CLINICAL HISTORY: _____ Routine. |
| **D.O.B.** 7-31-58 | |
| **Doctor** ARCHER | _____ Send films with patient. |
| **Date:** 7-9-92 | |
| Anch. Diagnostic Imaging Ctr. 4003 Lake Otis, Anch., AK 99508    563-3493 | EXAM REQUESTED: _____ Phone results to this number. |
| | *CT Chest/abd* |

RADIOLOGIST REPORT:

CT LOWER CHEST AND UPPER ABDOMEN: Oral and intravenous contrast were administered. The descending aorta appears normal in caliber and course. The abdominal aorta is also entirely normal in caliber throughout its visualized length. The liver has a normal parenchymal pattern with no masses or nodules or infiltrative lesions. The spleen is large. The pancreas appears normal. The adrenal glands appear normal and the kidneys appear normal and appear to function well. No evidence of mesenteric or para-aortic lymph node enlargement.

IMPRESSION: Splenomegaly.

HAROLD F. CABLE, M.D./mh
D&T-07/09/92

HAROLD F. CABLE, M.D.

4003 Lake Otis Parkway, #101                    (907) 563-3493                    Anchorage, Alaska 99508

HAROLD F. CABLE, M.D.

4003 Lake Otis Parkway, #101                    (907) 563-3493                    Anchorage, Alaska 99508

HAROLD F. CABLE, M.D.

4003 Lake Otis Parkway, #101                    (907) 563-3493                    Anchorage, Alaska 99508

25 Feb 92

**Imp:** ① aortic stenosis (mild) c̄ partial fusion of 2 leaflets
c̄ mild outflow obstruction ? : etiology (? RHD, etc)

② mild-moderate aortic insufficiency 2° to ①

③ mild mitral regurgitation.

④ mild LAE, probably 2° to ③

⑤ chest pain, possibly 2° to { esophageal / cor. artery spasm } — no evidence of C.A.D

⑥ inappropriate sudden sinus rate changes and RARE PACs

⑦ History of chronic hepatitis B +/or C c̄ recent evidence of hepatic injury 2° to This +/or ETOH.

**Rec:** ① prophylactic antibiotics for dirty procedures

② Avoid isometric exercise (bench press, etc) — but continue active aerobic program

③ keep chest pain diary F month & RTC.

④ obtain results of U.W. + Dr Gunters hepatic evaluation

Ank

28 Feb 92: Pt. ~~discharged~~ sudden ~~dizziness~~ and 1 ~~hour~~ Den Monaco
① Ant-lat sharp
chest pain c̄ radiation down Ⓛ arm — lasted
~ 20" (dizziness) and 5" (pain) — yesterday
evening — later, friends told pt he appeared
pale + pt felt "nervous" + ~~done~~ twinges of
chest pain — went to Hummond ER. — told EKG
+ CXR were WNL. Had productive cough after (?)

PE: chest: clear

CVS: RSR. S₁, S₂ WNL x̄ S₁ split. ō Ⓜ, rubs, gallops, clicks
PMI c̄/i MCL — 5ᵀᴴ IS.

Imp: ① possible episode of coronary artery spasm
② r/o pheochromocytoma, carcinoid - doubt

Rec: ① 24 hr urine for VMA, 5HIAA
② HS-II, ANA, RA, SR, Kr ——→
③ Trial: Cardizem CD-180
④ RTC 3/4 wk

28 Feb 92:
RA = pos (1:40)
ANA = neg
SGPT = 224 (was 151 on 1/26)

4 Mar 92: ① Pt. did not take any Cardizem until about
1 hour ago — + Then noted "flutter" over heart
and then "lightening pain from chest to left arm" +
feeling clammy. (BP 100/98 ——→ 119/90 ↑)
② Had multiple episodes of dull chest pain + occ sharp
pains to Ⓛ shoulder between 2/28 and now. Also
multiple epigastric symptoms (bloating).

EKG ——→ NSR. ō ectopy.

Don Monaco

1 March 93 Pt developed same symptoms again last night — went to ER + had EKG — told was wnl — Pt. state these symptoms occurred once several months ago after exercise + maybe 2 times in the past. Pt states he also is under ↑ business stress.

Rec:
① Trial: Verelan 120 — if any symptoms — then no meds at all — RTC ÷ wk
② Vacation ASAP

/Ant

17 March 93 Pt did not take Verelan. Was asymptomatic all week until after physical exercise program developed "surging left ant chest pain" lasting ~ 1', then felt somewhat light headed for 10' —. Then asymptomatic until this am when strained to urinate + noted onset of ① ant chest pain, lasting ~ 2', then saw spots + noted fast P.R. and felt every 4th, 5th heart beat was weak.

PE: chest: clear                    EKG → NSR
AS: RSR. s̄ edgy                    6 led c̄ + p̄ valsalvas → NSR

Rec: ① Pt remains very fearful. Wants OTT and careful recordings after to R/o rhythm disturbance

| DATE | NOTES |
|---|---|

**12/23/97** (S) Patient return to long absence. Has been under stress. Has been having palpitation during the last 2 weeks when he tells a brief truth on shopper heat. Will feel SOB on gas briefly when this occurs. When exercising on stationary bike. No chest pain developed. Sharp + best pain which resolves when he stopped. Woke up with cold neck pain and legs shower. Low - sharp and which lasts ~ 5 minutes. Papers has by of DM6 and EtOH abuse but none x 11 months. No Hx of heart disease. B, C with persistently elevated LFTs. Never had liver biopsy.

(O) Heart: RRS₁, S₂ 33s₄ no I/VI Sen LUS

**P-2 12/15/17**
Lungs: CTA

(1/01-204
HDL -2)
LDL -150
SGOT 86
SGPT 175

BO: Exam average non-tense

Abd: NSA, WNL

(A) 1/ palpitation
2/ Hepatitis B, C - Chronic
3/ Elevated LFTs 2° to #2

(P) 1/ Event monitor
2/ Consider referral to Dr Salvabon
3/ FU month

— problems

**1/30/98** (S) Doing well — fewer palpitations — Has stand
aerobic exercise and improves diet.
Docs not yet want referral to GI Specialist
for liver biopsy — wants to follow serial
LFTs — is interested in trying milk thistle.

(O) Exam Unremarkable

Event monitor — one paso showing ST elevation
during "heart palpitations" o/w well

(A) 1/ palpitations
2/ Chronic Hepatitis B, C    4/ Hypercholesterolemia
3/ Elevated LFTs 2° to #2   5/ will review Exit

Name: DON MUNACO    SS#    DOB:

| DATE | NOTES |
|---|---|
| 12/1/98 | believes chest non itu E m bichitum |
| | has have DVC's — ray of ST elevate |
| | is not significant — report to ... |
| | ... |
| 2/2/92 | ⊙ D.W.6 well — only have pto. hashw. |
| | has stalks milk kindle. was n |
| | recheck LFTS. |
| | ⊗ request letter to his MVAB counsellor being |
| | would like to return out at the construction |
| | held into office type work |
| | |
| L·95-1/41 | ⊙ heart RV sinuses Sr base DVI Sem cus |
| also B5Ab⊕ | |
| b. As ⊖ | lungs: con |
| HPC ⊕ | MJO: effin amps nonhush |
| to C pno pln ⊕ | P-1 (10/1/92) TNT protein. D6 61130/iv 4.0 |
| | ABT - 66  ALT 131 |
| | Chol - 206, WL -143, HDL - 35 |
| | |
| | ⊛ 1/ bilhovil heraron C |
| | 2/ Elevatg protein & glisulin |
| | 3/ hypercholestarlov. + |
| | |
| | Ⓟ 1 Again discusse referral to 1) specialist |
| | for liver biopsy — what doctors |
| | 2/ P-1 |
| | 3/ F/U Thoul |

# OUTPATIENT REGISTRATION

| ACCOUNT NUMBER | REGISTRATION DATE/TIME | STATION/ROOM | SERVICE | MEDICAL RECORD NUMBER |
|---|---|---|---|---|
| 51219558 | 11/17/1991 00:24 | | EMERGENCY | 207180 |

| ADMITTING DIAGNOSIS | | VALUABLES | PRIOR MILITARY | ANS ELIG | MEDICARE | MEDICAI |
|---|---|---|---|---|---|---|
| BLURRED VISION/HA | OPN | | NO | NO | NO | NO |

| ADMITTING PHYSICIAN NUMBER & NAME | ADMITTING PHYSICIAN ADDRESS | | ADM PHYS PHONE |
|---|---|---|---|
| 001941 CAREY MD, EVA M | PO BOX 196604 ERANCHORAGE AK 99519 | | 261-3111 |

| ATTENDING PHYSICIAN NUMBER & NAME | ATTENDING PHYSICIAN ADDRESS | ATT PHYS PHONE |
|---|---|---|
| 001941 CAREY MD, EVA M | ANCHORAGE AK 99519 | |

| ADM SOURCE | | DATE OF SERVICE | PT TYPE | FIN CLASS | INS 1 | INS 2 | ADM BY |
|---|---|---|---|---|---|---|---|
| | | | E | 6 | C19 | | WHS |

| PATIENT NAME | PATIENT MAILING ADDRESS | PATIENT PHONE |
|---|---|---|
| MONACO, DONALD, J | 2900 BONIFACE 625 ANCHORAGE AK 99504 | 907-563-766 |

| DATE OF BIRTH | AGE | SEX | M/S | RACE | RELIGION | SOC SECURITY NO. | | OCCUPATION |
|---|---|---|---|---|---|---|---|---|
| 07/31/58 | 33Y | M | S | C | CAX | 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 | NO | SELF-EMP |

| PATIENT EMPLOYER | HOW LONG | EMPLOYER ADDRESS | EMPLOYER PHONE |
|---|---|---|---|
| DONCO ENTERPRISE | 4Y | SAME AS RESIDENCE | |

| RELATIVE NAME | REL | RELATIVE ADDRESS | RELATIVE PHONE |
|---|---|---|---|
| MONACO, DONALD F | N | 501 STEWART RD MEDESTO CA 95350 | 209-578-091 |

| OCCUPATION | RELATIVE EMPLOYER | HOW LONG | EMPLOYER ADDRESS | EMPLOYER PHONE |
|---|---|---|---|---|
| | | | | |

| EMERGENCY CONTACT | REL | EMERGENCY ADDRESS | EMERGENCY PHONE |
|---|---|---|---|
| BUDD, ROBIN | D | . ANCHORAGE AK XXXXX | 907-344-883 |

| RELATIVE COMMENTS |
|---|
| PT ESCORTED IN BY FRIEND VIA PRI VEH |

| GUARANTOR NAME | REL | GUARANTOR MAILING ADDRESS | GUARANTOR PHONE |
|---|---|---|---|
| MONACO, DONALD, J | P | 2900 BONIFACE 625 ANCHORAGE AK 99504 | 907-563-766 |

| OCCUPATION | GUARANTOR EMPLOYER | HOW LONG | EMPLOYER ADDRESS | EMPLOYER PHONE |
|---|---|---|---|---|
| SELF-EMP | DONCO ENTERPRISE | 4Y | | |

| GUARANTOR SOC SEC NO. | GUARANTOR STREET ADDRESS | GUARANTOR COMMENTS |
|---|---|---|
| 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 | 700 W 58TH UNIT G ANCHORAGE AK 99508 | |

| INSURANCE COMPANY PRIMARY | INSURANCE ADDRESS | TREAT AUTH |
|---|---|---|
| C19\MUTUAL OF OMAHA/ | MUT OF OMAHA PLAZA OMAHA NE 68175 | |

| OCC CODE | OCC DATE | OCC TIME | SUBSCRIBER NAME | REL | DATE OF BIRTH | SUBSCRIBER NO. | GROUP NO. |
|---|---|---|---|---|---|---|---|
| 6 | 11/16/91 | 00:0 | MONACO, DONALD, J | P | 07/31/58 | 554153829 | . |

| SUBSCRIBER EMPLOYER | EMP STATUS | HOW LONG | EMPLOYER ADDRESS | EMPLOYER PHONE |
|---|---|---|---|---|
| DONCO ENTERPRISE | 1 | 4Y | | |

| SUPERVISOR IF WC | INSURANCE PRIMARY COMMENTS |
|---|---|
| | COPY OF INS CARDS IN FILE/ IF MORE INS INFO IS |

NEEDED CONTACT DOUG SCHAEFFER AT 349-2229 THROUGH MUTUAL OF OMAHA...111791 CAL

RACE: CAUCASIA     RELIGION: CATHOLIC-NO PARISH

| INSURANCE COMPANY SECONDARY | INSURANCE ADDRESS | TREAT AUTH |
|---|---|---|
| . | | |

| SUBSCRIBER NAME | REL | DATE OF BIRTH | SUBSCRIBER NO. | GROUP NO. |
|---|---|---|---|---|
| , | | / | | |

| SUBSCRIBER EMPLOYER | EMP STATUS | HOW LONG | EMPLOYER ADDRESS | EMPLOYER PHONE |
|---|---|---|---|---|
| | | | | |

| INSURANCE SECONDARY COMMENTS |
|---|
| |

| INSURANCE COMPANY TERTIARY | INSURANCE ADDRESS | TREAT AUTH |
|---|---|---|
| | | |

| SUBSCRIBER NAME | REL | DATE OF BIRTH | SUBSCRIBER NUMBER | GROUP NUMBER |
|---|---|---|---|---|
| | | | | |

| SUBSCRIBER EMPLOYER | EMP STATUS | HOW LONG | EMPLOYER ADDRESS | EMPLOYER PHONE |
|---|---|---|---|---|
| . | | | | |

| INSURANCE TERTIARY COMMENTS |
|---|
| |

MEDICAL RECORDS

**PROVIDENCE HOSPITAL**
3200 PROVIDENCE DR.
P.O. BOX 196604
ANCHORAGE, AK 99519-6604

| ACCOUNT NUMBER | DATE/TIME IN |
|---|---|
| 51219558 | 11/17/1991 00:24 |

| PATIENT NAME | DATE OF BIRTH | AGE | SEX | MODE OF ARRIVAL | ACCOMPANIED BY | MED. REC. NO. |
|---|---|---|---|---|---|---|
| MONACO, DONALD, J | 07/31/58 | 33Y | M | WI | FR | 00000020718( |

| PRIVATE PHYSICIAN | CATEGORY | ON-CALL PHYSICIAN | CATEGORY | EMERGENCY PHYSICIAN |
|---|---|---|---|---|
| HOVERSTEN DO, GREGORY B | B | HOVERSTEN DO, GREGO B | | CAREY MD, EVA M |

| CHIEF COMPLAINT | PRIORITY | | | | | TREATMENT NURSE |
|---|---|---|---|---|---|---|
| BLURRED VISION/HA | I | ☐ PMO BEEPED _____ (Times) | ☐ PMO COMING | TREATMENT RM. TIME | | |
| | | ☐ PMD REQUEST EDMD  ☐ PATIENT REQUESTED ERMD | | | | |

TRIAGE NOTES:
S: SAHOPPING TONIGHT READING LABELS,
SUDDEN ONSET BLURRED VISION, INCREASED
BULSE RATE, INCREASE NUMBNESS OF THE
HAND AFTER BREATHING
O: ANXIOUS, HA NOW-VISION CLEARED
HX OF MIGRAINES AND ANXIETY

**VITAL SIGNS** | **NURSES NOTES**
0115 - feels much better,
will go to his mom PM
or will return here
for further symp
M Sutherland RN

| TIME | BP | P R |
|---|---|---|
| | | |

CONTINUES ON NURSE NOTES ☐ YES ☐

TRIAGE NURSE SIGNATURE  M H Sutherland, RN

MEDICATIONS
NONE

| BP | TEMP | PULSE | RESP | DATE OF LAST TETANUS | ALLERGIES |
|---|---|---|---|---|---|
| 128/91 | 97.4 | 69 | 18 | | PCN |

**PHYSICIAN EVALUATION**

| TIME | PHYSICIAN ORDERS | M.D. TIME |
|---|---|---|
| | ☐ Diphtheria Tetanus Adult 0.5cc Im | |
| | Mfg. _____ Lot No. _____ | |
| | ☐ OLD CHART | |
| | ☐ CBC | |
| | ☐ ER PANEL | |
| | | |
| | ☐ NURSE CALLBACK: _____ (DATE) | |

**MEDICATION THERAPY**

| TIME | MEDICATION | DOSE |
|---|---|---|
| | | |
| | | |
| | | |

M.D. _____ DATE _____ TIME _____

**DISCHARGE DISPOSITION** | **CONDITION ON DISCHARGE**

☐ DISCHARGE  ☐ EXPIRED  ☐ AMA  ☐ TRANSPORTED TO: _____  ☐ IMPROVED  ☐ SATISFACTORY
☐ ADMITTED Time _____  ☐ LEFT BEING SEEN  ☐ AS ABOVE  ☐ WORK RELEASE _____ DAYS

731-030 (REV 1/91)  ☑ DISCHARGED (Class _____ 0001 ___ )  CHARGED   MEDICAL RECORDS   **ED CLINICAL WORKSHEET**

# OUTPATIENT REGISTRATION

PRUDENCE HOSPITAL
ANCHORAGE, ALASKA

| ACCOUNT NUMBER | REGISTRATION DATE/TIME | STATION/ROOM | SERVICE | MEDICAL RECORD NUMBER |
|---|---|---|---|---|
| 51220317 | 11/17/1991 16:22 | | EMERGENCY | 207180 |

| ADMITTING DIAGNOSIS | | VALUABLES | PRIOR MILITARY | ANS ELIG | MEDICARE | MEDICAID |
|---|---|---|---|---|---|---|
| DIZZINESS/INC. HEART RAT | OPN | | NO | NO | NO | NO |

| ADMITTING PHYSICIAN NUMBER & NAME | ADMITTING PHYSICIAN ADDRESS | ADM PHYS PHONE |
|---|---|---|
| 004796 MERCHANT MD, CLI | PO BOX 6604 - E.R. ANCHORAGE AK 99502 | 261-3111 |

| ATTENDING PHYSICIAN NUMBER & NAME | ATTENDING PHYSICIAN ADDRESS | ATT PHYS PHONE |
|---|---|---|
| 004796 MERCHANT MD, CLI | PO BOX 6604 - E.R. ANCHORAGE AK 99502 | 261-3111 |

| ADM SOURCE | | | DATE OF SERVICE | PT TYPE | FIN CLASS | INS 1 | INS 2 | ADM BY |
|---|---|---|---|---|---|---|---|---|
| | | | | E | 6 | C19 | | BS |

| PATIENT NAME | PATIENT MAILING ADDRESS | PATIENT PHONE |
|---|---|---|
| MONACO, DONALD, J | 700 W 58TH  ANCHORAGE AK 99508 | 907-563-766 |

| DATE OF BIRTH | AGE | SEX | M/S | RACE | RELIGION | SOC SECURITY NO. | | OCCUPATION |
|---|---|---|---|---|---|---|---|---|
| 07/31/58 | 33Y | M | S | C | CAX | 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 | NO | GROUNDS MAINTE |

| PATIENT EMPLOYER | HOW LONG | EMPLOYER ADDRESS | EMPLOYER PHONE |
|---|---|---|---|
| SELF | | | |

| RELATIVE NAME | REL | RELATIVE ADDRESS | RELATIVE PHONE |
|---|---|---|---|
| BUDD, ROBIN | D | 10037 THIMBLE BERR ANCHORAGE AK 99515 | 907-344-883 |

| OCCUPATION | RELATIVE EMPLOYER | HOW LONG | EMPLOYER ADDRESS | EMPLOYER PHONE |
|---|---|---|---|---|
| SELF | | | | |

| EMERGENCY CONTACT | REL | EMERGENCY ADDRESS | EMERGENCY PHONE |
|---|---|---|---|
| | | | |

| RELATIVE COMMENTS |
|---|
| TO ER VIA PRIV VEH. |

| GUARANTOR NAME | REL | GUARANTOR MAILING ADDRESS | GUARANTOR PHONE |
|---|---|---|---|
| MONACO, DONALD, J | P | 700 W 58TH  ANCHORAGE AK 99508 | 907-563-766 |

| OCCUPATION | GUARANTOR EMPLOYER | HOW LONG | EMPLOYER ADDRESS | EMPLOYER PHONE |
|---|---|---|---|---|
| GROUNDS MAINTEN SELF | | | | |

| GUARANTOR SOC SEC NO. | GUARANTOR STREET ADDRESS | GUARANTOR COMMENTS |
|---|---|---|
| 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 | 700 W 58TH  ANCHORAGE AK 99508 | |

| INSURANCE COMPANY PRIMARY | INSURANCE ADDRESS | TREAT AUTH |
|---|---|---|
| C19\MUTUAL OF OMAHA/ | MUT OF OMAHA PLAZA OMAHA NE 68175 | |

| OCC CODE | OCC DATE | OCC TIME | SUBSCRIBER NAME | REL | DATE OF BIRTH | SUBSCRIBER NO. | GROUP NO. |
|---|---|---|---|---|---|---|---|
| 6 | 11/16/91 | 00::0 | MONACO, DONALD, J | P | 07/31/58 | 554153829 | 307384582 |

| SUBSCRIBER EMPLOYER | EMP STATUS | HOW LONG | EMPLOYER ADDRESS | EMPLOYER PHONE |
|---|---|---|---|---|
| SELF | 4 | | | |

| SUPERVISOR IF WC | INSURANCE PRIMARY COMMENTS |
|---|---|
| | COPY OF INS CARD IN FILE..CPL 111791 |

RACE: CAUCASIA    RELIGION: CATHOLIC-NO PARISH

| INSURANCE COMPANY SECONDARY | INSURANCE ADDRESS | TREAT AUTH |
|---|---|---|
| | | |

| SUBSCRIBER NAME | REL | DATE OF BIRTH | SUBSCRIBER NO. | GROUP NO. |
|---|---|---|---|---|
| | | | | |

| SUBSCRIBER EMPLOYER | EMP STATUS | HOW LONG | EMPLOYER ADDRESS | EMPLOYER PHONE |
|---|---|---|---|---|
| | | | | |

| INSURANCE SECONDARY COMMENTS |
|---|
| |

| INSURANCE COMPANY TERTIARY | INSURANCE ADDRESS | TREAT AUTH |
|---|---|---|
| | | |

| SUBSCRIBER NAME | REL | DATE OF BIRTH | SUBSCRIBER NUMBER | GROUP NUMBER |
|---|---|---|---|---|
| | | | | |

| SUBSCRIBER EMPLOYER | EMP STATUS | HOW LONG | EMPLOYER ADDRESS | EMPLOYER PHONE |
|---|---|---|---|---|
| | | | | |

| INSURANCE TERTIARY COMMENTS |
|---|
| |



**PROVIDENCE HOSPITAL**
3200 PROVIDENCE DR.
P.O. BOX 196604
ANCHORAGE, AK 99519-6604

| ACCOUNT NUMBER | DATE/TIME IN |
|---|---|
| 220317 | 11/17/1991 16:22 |

| PATIENT NAME | DATE OF BIRTH | AGE | SEX | MODE OF ARRIVAL | ACCOMPANIED BY | MED. REC. NO. |
|---|---|---|---|---|---|---|
| NACO, DONALD, J | 07/31/58 | 33Y | M | WI | FR | 000000207180 |

| PRIVATE PHYSICIAN | CATEGORY | ON-CALL PHYSICIAN | CATEGORY | EMERGENCY PHYSICIAN |
|---|---|---|---|---|
| VERSTEN DO, GREGORY B | B | HOVERSTEN DO, GREGO B | | MERCHANT MD, CLI |

| CHIEF COMPLAINT | PRIORITY | | TREATMENT NURSE |
|---|---|---|---|
| ZZINESS/INC. HEART RATE | I | □ PMO BEEPED (Times) □ PMO COMING □ PMO REQUEST EDMO □ PATIENT REQUESTED EMO | TREATMENT RM TIME |

**SEE NOTES:**
RETURNS TO ER TODAY, LWBS THIS AM
1 AM. C/O EPISODES OF BLURRED
SION, DIZZINESS, RAPID HEART RATE,
D DISCOMFORT, TINGLING OF HANDS.
AMBULATORY MALE, NAD. AO X3.

denies use of etoh
or street drugs

**VITAL SIGNS:**

**NURSES NOTES**
1645: Monitor NSR
Sitting —
1730: Resting easy.
aware awaiting
lab results — clearing
Pt off Monitor per Dr.Merch
moved to Rm 4-3. Report
to Dr. Bein ... CONTINUES ON NURSE NOTES □ YES □

| TIME | BP | P R |
|---|---|---|
| | | |

GE NURSE SIGNATURE  B Simmons Rn

| TEMP | PULSE | RESP | DATE OF LAST TETANUS | ALLERGIES |
|---|---|---|---|---|
| 96.9 | 65 | 16 | | NKA |
| 5/72 | | | | |

**PHYSICIAN EVALUATION**

| PHYSICIAN ORDERS | M.D. TIME |
|---|---|
| □ Diphtheria Tetanus Adult 0.5cc Im  Mfg.     Lot No. | 16 50 |
| □ OLD CHART | |
| ☒ CBC | |
| ☒ ER PANEL | |

M.D. TIME 16 50

c/ Dizzy Spells for few a
c/ episodic flushing of dizzy & som
+ gasping for breath
some nausea
rapid & tingling — i being scared
Hx of Hyperventilation — works outside well cut
walks a lot lately
no problem EW/o
only slept 3 hour — wakes up
lot of Gag, not feeling
no Hx of ... a HA i being fully
Hx of "cluster migraine"
O- patient Edo's ... of very nervous
neg supple. alert oriented
no Tremor i voice
chest clear bilat     carreg ...
Abd soft non tender
A) Anxiety, Hx of migraine " woke

M.D. _____ DATE 11/17/91 TIME 1730

| NURSE CALLBACK: (DATE) | |
|---|---|

**MEDICATION PREP**

| MEDICATION | DOSE |
|---|---|
| | |
| | |

**DISCHARGE DISPOSITION**
☒ DISCHARGE □ EXPIRED □ AMA □ TRANSPORTED TO:
□ ADMITTED Time □ LEFT BEING SEEN

**CONDITION ON DISCHARGE**
□ IMPROVED □ SATISFACTORY
□ AS ABOVE □ WORK RELEASE ____ DAYS

30 (REV. 1/91) ☒ DISCHARGED (Class ____) □ CHARGED

**MEDICAL RECORDS**     **ED CLINICAL WORKSHEET**

# OUTPATIENT REGISTRATION

| ACCOUNT NUMBER | REGISTRATION DATE/TIME | STATION/ROOM | SERVICE | MEDICAL RECORD NUMBER |
|---|---|---|---|---|
| 51222321 | 11/19/1991 14:38 | | EMERGENCY | 207180 |

| ADMITTING DIAGNOSIS | | VALUABLES | PRIOR MILITARY. | ANS ELIG. | MEDICARE | MEDICAID |
|---|---|---|---|---|---|---|
| NOT FEELING WELL | | OPN | NO | NO | NO | NO |

| ADMITTING PHYSICIAN NUMBER & NAME | ADMITTING PHYSICIAN ADDRESS | ADM PHYS PHONE |
|---|---|---|
| | | 261-3111 |

| ATTENDING PHYSICIAN NUMBER & NAME | ATTENDING PHYSICIAN ADDRESS | ATT PHYS PHONE |
|---|---|---|
| 002824 INGRAHAM MD, DAV | PO BOX 6604 - E.R. ANCHORAGE AK 99519 | 261-3111 |

| ADM SOURCE | DATE OF SERVICE | PT TYPE | FIN CLASS | INS 1 | INS 2 | ADM BY |
|---|---|---|---|---|---|---|
| | | E | 6 | C19 | | JBB |

| PATIENT NAME | PATIENT MAILING ADDRESS | PATIENT PHONE |
|---|---|---|
| MONACO, DONALD J | 700 W 58TH ANCHORAGE AK 99508 | 907-563-7669 |

| DATE OF BIRTH | AGE | SEX | M/S | RACE | RELIGION | SOC SECURITY NO. | | OCCUPATION |
|---|---|---|---|---|---|---|---|---|
| 07/31/58 | 33Y | M | S | C | CAX | 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 | NO | GROUNDS MAINTEN |

| PATIENT EMPLOYER | HOW LONG | EMPLOYER ADDRESS | EMPLOYER PHONE |
|---|---|---|---|
| SELF | | | |

| RELATIVE NAME | REL | RELATIVE ADDRESS | RELATIVE PHONE |
|---|---|---|---|
| BUDD, ROBIN | D | 10037 THIMBLE BERR ANCHORAGE AK 99515 | 907-344-8832 |

| OCCUPATION | RELATIVE EMPLOYER | HOW LONG | EMPLOYER ADDRESS | EMPLOYER PHONE |
|---|---|---|---|---|
| SELF | | | | |

| EMERGENCY CONTACT | REL | EMERGENCY ADDRESS | EMERGENCY PHONE |
|---|---|---|---|
| | | | |

| RELATIVE COMMENTS |
|---|
| TO ER VIA PRIV VEH. |

| GUARANTOR NAME | REL | GUARANTOR MAILING ADDRESS | GUARANTOR PHONE |
|---|---|---|---|
| MONACO, DONALD, J | P | 700 W 58TH ANCHORAGE AK 99508 | 907-563-7669 |

| OCCUPATION | GUARANTOR EMPLOYER | HOW LONG | EMPLOYER ADDRESS | EMPLOYER PHONE |
|---|---|---|---|---|
| GROUNDS MAINTEN | SELF | | | |

| GUARANTOR SOC SEC NO. | GUARANTOR STREET ADDRESS | GUARANTOR COMMENTS |
|---|---|---|
| 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 | 700 W 58TH ANCHORAGE AK 99508 | |

| INSURANCE COMPANY PRIMARY | INSURANCE ADDRESS | TREAT AUTH |
|---|---|---|
| C19\MUTUAL OF OMAHA/ | MUT OF OMAHA PLAZA OMAHA NE 68175 | |

| OCC CODE | OCC DATE | OCC TIME | SUBSCRIBER NAME | REL | DATE OF BIRTH | SUBSCRIBER NO. | GROUP NO. |
|---|---|---|---|---|---|---|---|
| | : | | MONACO, DONALD, J | P | 07/31/58 | 554153829 | Q07384582 |

| SUBSCRIBER EMPLOYER | EMP STATUS | HOW LONG | EMPLOYER ADDRESS | EMPLOYER PHONE |
|---|---|---|---|---|
| SELF | 4 | | | |

| SUPERVISOR VIEW | INSURANCE PRIMARY COMMENTS |
|---|---|
| | COPY OF INS CARD IN FILE..CPL 111791 |

RACE: CAUCASIA     RELIGION: CATHOLIC-NO PARISH

| INSURANCE COMPANY SECONDARY | INSURANCE ADDRESS | TREAT AUTH |
|---|---|---|
| | | |

| SUBSCRIBER NAME | REL | DATE OF BIRTH | SUBSCRIBER NO. | GROUP NO. |
|---|---|---|---|---|
| | | | | |

| SUBSCRIBER EMPLOYER | EMP STATUS | HOW LONG | EMPLOYER ADDRESS | EMPLOYER PHONE |
|---|---|---|---|---|
| | | | | |

| INSURANCE SECONDARY COMMENTS |
|---|
| |

| INSURANCE COMPANY TERTIARY | INSURANCE ADDRESS | TREAT AUTH |
|---|---|---|
| | | |

| SUBSCRIBER NAME | REL | DATE OF BIRTH | SUBSCRIBER NUMBER | GROUP NUMBER |
|---|---|---|---|---|
| | | | | |

| SUBSCRIBER EMPLOYER | EMP STATUS | HOW LONG | EMPLOYER ADDRESS | EMPLOYER PHONE |
|---|---|---|---|---|
| | | | | |

| INSURANCE TERTIARY COMMENTS |
|---|
| |



**PROVIDENCE HOSPITAL**
3200 PROVIDENCE DR.
P.O. BOX 196604
ANCHORAGE, AK 99519-6604

| ⟨ACCO⟩UNT NUMBER | DATE/TIME IN |
|---|---|
| .222321 | 11/19/1991 14:38 |

| ⟨PATI⟩ENT NAME | DATE OF BIRTH | AGE | SEX | MODE OF ARRIVAL | ACCOMPANIED BY | MED. REC. NO. |
|---|---|---|---|---|---|---|
| ⟨MO⟩NACO, DONALD J | 07/31/58 | 33Y | M | WI | SL | 000000207180 |

| ⟨PRIV⟩ATE PHYSICIAN | CATEGORY | ON-CALL PHYSICIAN | CATEGORY | EMERGENCY PHYSICIAN |
|---|---|---|---|---|
| ⟨HO⟩VERSTEN DO, GREGORY B | B | HOVERSTEN DO, GREGO | B | INGRAHAM MD, DAV |

| ⟨CHIEF⟩ COMPLAINT | PRIORITY | ☐ PMD BEEPED | ☐ PMD COMING | TREATMENT RM TIME | TREATMENT NURSE |
|---|---|---|---|---|---|
| ⟨NO⟩T FEELING WELL *Return visit* | I | ☐ PMD REQUEST EDMD (Times) ☐ PATIENT REQUESTED ERMD | | | |

**⟨TRIA⟩GE NOTES:**
THIRD VISIT TO ER IN 3 DAYS.
⟨TR⟩EATED HERE FOR STRESS, ANXIETY.
⟨NO⟩W C/O MIGRAINES X 3 DAYS, DIZZYNESS,
⟨NA⟩USEA, NOT FEELING WELL, SWEATING,
⟨FEEL⟩ING PALE.
NAD:
Also concerned re possible
heart attack. c/o dull chest
pain

⟨TRIA⟩GE NURSE SIGNATURE

**⟨MEDI⟩CATIONS**
⟨N⟩ONE

**VITAL SIGNS**

| TIME | BP | P R |
|---|---|---|
| 1610 | | |

**NURSES NOTES**
Discharged ambulatory c̄ f/u instruction to come back 11/21 @ 3:30 for CT. (signed) Johnson

CONTINUES ON NURSE NOTES ☐ YES ☐ ⟨NO⟩

| TEMP | PULSE | RESP | DATE OF LAST TETANUS | ALLERGIES |
|---|---|---|---|---|
| ⟨1⟩2-82  98.3 | 70 | N | | PCN? |

**PHYSICIAN EVALUATION**

| ⟨TIM⟩E | PHYSICIAN ORDERS | M.D. TIME |
|---|---|---|
| | ☐ Diphtheria Tetanus Adult 0.5cc Im   Mfg. ___ Lot No. ___ | 1519 |
| | ☐ OLD CHART | |
| | ☐ CBC | |
| | ☐ ER PANEL | |
| | ⊠ EKG – his pain | |
| | Sched out pt CT c̄ | 210 |
| | contrast. Results | 3:30 |
| | to Dr. Hoversten | THUR |
| | ☐ NURSE CALLBACK: (DATE) | |

A: Recurrent HA, nausea
Interim // chest pain

C̄: F/U c̄ Dr Hoversten
Wait on CT

*(ORIGINAL watermark)*

(signed) Ingraham —M.D. 11/19/91 DATE ___ TIME ___

| ⟨CODE⟩ | MEDICATION | DOSE |
|---|---|---|
| | | , |
| | | , |
| | | , |

**DISCHARGE DISPOSITION**
⊠ DISCHARGE ☐ EXPIRED , ☐ AMA ☐ TRANSPORTED TO: ___
☐ ADMITTED Time ___ ☐ LEFT ↓ BEING SEEN

**CONDITION ON DISCHARGE**
☐ IMPROVED ☐ SATISFACTORY
⊠ AS ABOVE ☐ WORK RELEASE ___ DAYS

30 (REV 1/91) ⊠ DISCHARGED (Class ___ ⌐ CHARGED  **MEDICAL RECORDS**   **ED CLINICAL WORKSHEET**

Saint Mary's Regional Medical Center
ATTN: Accounting and Old Records Dept.
235 West 6th Ave.
Reno, Nevada 89520

Dear Accounting and Old Records Department,

Hello, my name is Don Monaco and I believe that I was an emergency patient
at your hospital by way of ambulance back in the early or mid 1990s. My
date of birth is 7-31-58 and my Social Security number is 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. I'm
not sure of the exact date, but I was brought in because of a suspected heart
attack that turned out to be a panic-anxiety attack because of adverse reactions
to medicine received earlier in the day from the Century Clinic in Reno.

Can you please research this information and send me copies of any and
all records, documents, treatments, doctors' notes, billing statements and
tangible items related to this emergency visit? Can you also provide me
with the names, titles, addresses, and telephone numbers of anyone and everyone
who has knowledgeable information as an expert on this subject?

Can you please respond within two working weeks from the reception of
this letter?

Thank you.

Dated: _4 - 9 - 02_ ___/

Respectfully submitted by:

*Donald James Monaco*

Donald James Monaco
13314-006, Unit-B
P.O. Box 1500, F.C.I.
Waseca, MN 56093

CC:  DM/MF

**RECEIVED**

APR 1 1 2002

CHARTONE



SAINT MARY'S REGIONAL MEDICAL CENTER
235 W. SIXTH ST. RENO, NV. 89520-0108
TELEPHONE: (702)323-2041

## EMERGENCY

DISCHARGE DATE:

FINAL DIAGNOSIS:

---

UNIT NO: 52-70-24                                                FC:P
ACCOUNT NO:0003506431

                                                    | EXPECTED ADM DT:
PT NAME:MONACO,DONALD J                             |
ADDRESS:2900 BONIFACE PK 625                         | RELIG:
CITY,ST,ZIP:ANCHORAGE        AK 99504               | BTH:CA
PHONE:(907)563-7669    SOC SEC NO: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       | PT EMP:;DONCO ENT
COUNTY:            RESIDENT SINCE:                   | OCCU:SELF EMP
DOB:07/31/58 AGE:33Y     RACE:1      SEX:M           | ADDRESS:
M/S:SINGLE         PRE CLERK:      CLERK:ME          | ANCHORAGE        AK 99504
                                                    | EMP PHONE:(907)563-7669
REG DATE: 01/24/92 REG TIME:05:10    SERVICE:ERM    | ID NO:554153829  EMP STATUS:4
                              PT TYPE:EMR            | EMP SINCE:
                              PT CLASS:              |

REG DIAG:ETD                                         | LANGUAGE:ENGLISH

REG PHYS:  CACIOPPO  D.O.,(702)789-3188 CODE:7410   |
REF PHYS:  NO LOCAL,MD              CODE:99691       |
                                                    | VALUABLES:
                                                    | DISPO:
ACCIDENT TYPE:                  DATE:                | ARRIVED PER:REMSA
ACCIDENT TIME:      PLACE:                           |

***********************************************|*******************************

GUAR REL:SELF                                        | GUAR EMP:;DONCO ENT
NAME:MONACO,DONALD J                                 | OCCU:SELF EMP
ADDRESS:2900 BONIFACE PK 625                         | ADDRESS:
CITY,ST,ZIP:ANCHORAGE        AK 99504               | ANCHORAGE        AK 99504
PHONE:(907)563-7669    RESIDENT SINCE:              | EMP PHONE:(907)563-7669
DOB:        AGE:    SOC SEC NO: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          | EMP STATUS:4  SINCE:

RELATIVE ONE REL:NLC
NAME:C,C
ADDRESS:PEPPERMILLPEPPERMILL
CITY,ST,ZIP: RM M-62       NV 89502
PHONE:          SOC SEC NO:

INS ONE:9800-COMMERCIAL INSURANC REL:               | GROUP NAME:PRIVATE
NAME:MONACO,DONALD J                                 | GROUP NO:007 384582
INS EMP:;DONCO ENT                                   | EMP STATUS:4 ID NO:554153829
ADDRESS:                                             | CERT/POL NO:F15 328981
CITY,ST,ZIP:OMAHA          NE                        | CLAIM/CASE NO:
COMMENT:MUTUAL OF OMAHA (2 POLICIES)                 | EMP PHONE:(907)563-7669

---

UN TM:52-70-24  REG DT:01/24/92 ACCTN:0003506431 MONACO,DONALD J.

| DRUG ALLERGIES | SMOKER | ARRIVED | TRIAGE | IN ROOM | IN MD BOX | SEEN |
|---|---|---|---|---|---|---|
| PENICILLIN | YES ☐ NO ☒ | 0570 | 0570 | 0570 | 0520 | 05.40 |

TREATMENTS:
Pulse ox 100% on RM
Sat 100%
0740 - Pt. left ambulatory c̄ assistance
no pain. A+O x 3. — S. Klein RN

CHIEF COMPLAINT:
Near syncope episode per paramedic
Incident occurred ~ ½ Hr. in car also c/o
chest pain.                           T 99 ↑        R.N.

☐ SEE PT'S NOTES

CURRENT MEDICATIONS: Hepatitis B + C

LAST TETANUS: N/A

| ON ARRIVAL | | | |
|---|---|---|---|
| 0510 0-1 20/84 | 96.7 R.O. | 84 | 16 |
| TIME  2  11/90 | — | 92 | — |

| LAW ENFORCEMENT | | EMPLOYER | | AMBULANCE | | TIME | |
|---|---|---|---|---|---|---|---|
| PHYSICIAN NLMC | CALLED | CALLED | RESPONDED | ARRIVED | ON CALL PHYSICIAN | CALLED | CALLED | RESPONDED | ARRIVED |
| CONSULT I | CALLED | CALLED | RESPONDED | ARRIVED | CONSULT II | CALLED | CALLED | RESPONDED | ARRIVED |

S) This 33 yo w M c/o lightheadedness
(Orthostat) feeling for several wks.
off + on but most recently
10 ½° NA dizzy HA N+V+D
PMH Chronic recurrent Hep B+C
KO 0 Here to see Holistic clinic

O) S WED + pale
HEENT - PERL, EOMI, dd
no icterus, Neck supple
RRR s̄ GR
cta -wheezing
Abd soft BS⊕ ⊙ s
Neuro - DTR + grossly M - XII intact
MSS ⊕⊙ x3
Ext Good ⊙ cyanosis

nurse 0630 stable - HR & O s̄
nurse 0700 CXR ⊙ - discussed orthos
hypotension. recovery - stable

IMPRESSION: Acute ⊕⊙ orthostatic hypotension
401.9 SA

DISPOSITION: ☐ HOME ☒ IMPROVED
TIME 0740    CONDITION ☐ OTHER    ACUITY 3    UNIT COORDINATOR KByrnes

DOCTOR'S SIGNATURE
DISCHARGE NURSE'S SIGNATURE: S. Klein RN.

MONACO, DONALD J
PT#0003506431    ERM 52-70-24
AD#01/24/92    FC:P    33Y M
PH#(907)563-7669    DOB:07/31/58
CHART

| Patient No. | | P.T | Admit Date | Admit Time | | FC | Age | Date of Birth | Sex | Marital Status | RC | Source | Physician No. | Physician Name | | Pre. No. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4186566 | | | 3-10-92 | 1649 | | | 33 | 7-31-58 | M | S | 1 | N | 70023 | Ripley | | |

| Patient Name and Address | Social Security No. | | Patient's Employer | | Medical Records No. |
|---|---|---|---|---|---|
| Monaco, Donald J JR. 2900 Boniface 99504 | 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 $8,625 Phone 563-7669 | | Self 16037 Thimbleberry 99515 | | Snow Remova 344-883 |

| Guarantor Name and Address | Relation | Guarantor Employer | Phone |
|---|---|---|---|
| S/A | | S/A | |

| Carrier No. | Name | Insured | Birth Mo/Day | Relation | Effective Date | Group No. | Cert. No. | Policy HIB | Benefit Code | T |
|---|---|---|---|---|---|---|---|---|---|---|
| 3300 | mut of omaha | S/A | | S/A | | 196391-91 m | 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 | | | |

| Nature of Accident | On Job | Where | Date | Time |
|---|---|---|---|---|
| | | | | |

| Chief Complaint | Next of Kin | Relation |
|---|---|---|
| Chest Pain / Dizziness | Budd Robin 16037 Thimbleberry 99515 344-883 | GF |

| Pre Certification No. | Allergies | NKA | LMP | Last Tetanus | TIME | TEMP | PULSE | RESP | B/P |
|---|---|---|---|---|---|---|---|---|---|
| | PCN | | N/A | | ON ADMIT 1475 | 71 | 20 | 1307 |

MODE OF ARR.
- ☒ Walk
- ☐ Carried
- ☐ Ambulance
- ☐ Police
- ☐ Rescue Squad
- ☐ W/C
- ☐ Stretcher

L.O.C.
- ☒ Alert
- ☐ Lethargic
- ☐ Unresponsive
- ☐ Disoriented
- ☐ Shock

VALUABLES
- ☒ Patient
- ☐ Family/Friend
- ☐ Med. Examiner
- ☐ Safe
- ☐ Env. No.

NOTIFIED
- ☐ Police
- ☐ Family/Friend
- ☐ Med. Examiner
- ☐ Animal Ctrl.
- ☐ Clergy
- ☐ Family Serv.
- Time Called:

DISCH. COND.
- ☐ Improved
- ☐ Critical
- ☐ Unchanged
- ☐ Expired

EXIT VIA
- ☒ Walk
- ☐ Carried
- ☐ W/C
- ☐ Stretcher
- ☐ Ambulance

ACCOM. BY
- ☐ Self
- ☐ Family/Friend
- ☐ Police
- ☐ Other

DISPOSITION
- ☐ Home
- ☐ Other Facility
- ☐ AMA
- ☐ Expired
- ☐ DOA in ED
- ☐ ADMIT
- ☐ Exp. Na
- ☐ DISCHARGE

**Nurse Assessment - Time:** 2300 c/o dizzy... tachia... people in mall... syncope — A pressure on chest c̄ a min pain... pl. EKG/EKG report nid - Sherry Rn

Signature: _____

**Physician Assessment - Time:**
EKG = NSR c̄ J-point elev/early repol ant - borderline

home rest when feelings come on try to breath slow & relax f/up Dr. Bruce, Arche

| Private Physician | Notified ☐ Home ☐ Off. ☐ Serv. | Response |
|---|---|---|

| Medical Hx | | |
|---|---|---|
| worked up recently for similar problems... heart problems | ☐ Diabetic ☐ COPD ☐ Heart D ☐ Hypertens ☐ Seizure Disorder |

Current Meds: —

| TIME | ORDERS | |
|---|---|---|
| | ☐ CBC | |
| | ☐ U/A | |
| | ☐ ABG | |
| 2375 | ☒ EKG | |
| 2375 | ☒ SMA24 | +cPK |
| | ☐ Preg | |
| | ☐ O₂ 49% | |
| | ☒ Monitor SR tectr |
| | ☐ CXR | |

| MEDICATION/DOSE/TREATMENT/I.V. | ROUTE/SITE | SIGNATURE | RESPONSE |
|---|---|---|---|
| DISCUSSED RELAXATION TECHNIQUES | | P.T.N | |

| Diagnosis | Code | Physician Signature |
|---|---|---|
| - anxiety attack - ↑ LFTs | 300.00 744.8 | |
| | | Nurse Signature |