## HUMANA HOSPITAL-ALASKA

**NAME:**  MONACO, DONALD
**ER#:**  4186564
**ROBERT RIPLEY, M.D.**

### EMERGENCY ROOM NOTE

**DATE:**  03/10/92, 10:44 p.m.

**HISTORY:**  Mr. Monaco is a 33-year-old male who comes in with multiple complaints.  The patient states that he was on his way home from skiing at Alyeska this evening when he had an episode where he got dizzy and his fingers were tingling.  The patient states that he had ringing in his ears and that he was "hearing double."  The patient states that he also had a sharp chest pain that lasted for several minutes which radiated down into his abdomen and up into his neck.  The patient denies exertional component to this chest pain.  He is a nonsmoker and denies a family history of cardiac disease.  The patient denies a history of hypertension or diabetes.  The patient denies diaphoresis, nausea or vomiting.  The patient has had several episodes of this chest pain in the past, none related to exertion.  He has been worked up by Dr. Archer and was told that he might have coronary artery vasospasm.  He was started on Cardizem, but states that it gave him headaches and made him throw up, so he discontinued it.  The patient is also being worked up by Dr. Bundtzen for elevated liver enzymes, and he has been told that he has hepatitis B.  He currently takes no medications and is allergic to penicillin.

**PHYSICAL EXAMINATION:**  Temperature 97.5, pulse 71, respiratory rate 20, blood pressure 150/98.  Examination reveals a nervous but otherwise pleasant, uncomfortable young man, breathing easily, lying on a stretcher.  Head is normocephalic, atraumatic.  Pupils are equal and reactive to light.  Extraocular motions are intact.  Sclerae are anicteric.  Conjunctivae are uninflamed.  Nose and throat are clear.  Neck is supple without nodes or thyromegaly.  There is no jugular venous distention.  Breath sounds are clear and equal bilaterally without wheezes or crackles.  Heart sounds are regular without murmur or gallop.  The abdomen is soft and nontender with normal bowel sounds.  No hepatosplenomegaly or peritoneal signs.  The ribs and sternum are nontender to palpation.

**LABORATORY AND X-RAY DATA:**  An electrocardiogram was performed which showed normal sinus rhythm with some J-point elevation or early repolarization of the anterior leads.  Otherwise the axis is normal.  The intervals are normal.  This is a borderline EKG.  Laboratory data reveal a normal chem-24 with the exception of an SGOT of 68, SGPT 161.  CPK is 154.

**ASSESSMENT:**
1) Anxiety attack.
2) Elevated liver function tests.
**CONTINUED...**

**NAME:** MONACO, DONALD
**ER#:** 4186564
**ROBERT RIPLEY, M.D.**
**EMERGENCY ROOM NOTE**
**PAGE 2**

**PLAN:** The patient will go home and rest, and he was instructed in how to relax and take slow breaths when he felt these anxiety feelings coming on. He will follow up on his liver enzymes with Dr. Bundtzen and his chest pain with Dr. Archer.

**ROBERT RIPLEY, M.D.**
**RR:**kkt
**RECORD #**9678
**D:** 03/10/92
**T:** 03/16/92
**cc:** Dr. Robert Ripley
      Dr. Robert Bundtzen
      Dr. Gary Archer

**Providence Hospital**
Anchorage, Alaska

## BILLING ADMITTING / REGISTRATION INFORMATION

| PATIENT NAME | MEDICAL RECORD NO. | ACCOUNT NUMBER | DATE OF SERVICE |
|---|---|---|---|
| MONACO, DONALD J JR | 207180 | 51506558 | 07/15/92 |

| MAILING ADDRESS | DATE OF BIRTH | AGE | SEX | M/S | STATION ROOM BED | HOSPITAL SERVICE |
|---|---|---|---|---|---|---|
| 2900 BONIFACE 625 | 07/31/1958 | 33Y | M | S | | ERG TYPE:E |

| | ADMITTING PHYSICIAN NUMBER & NAME | ADMITTING PHYSICIAN PHONE |
|---|---|---|
| ANCHORAGE, AK  99504 | 003376 HANLEY MD   JOHN R   02 | 261-3111 |

| ATTENDING PHYSICIAN NUMBER & NAME | ATTENDING PHYSICIAN PHONE |
|---|---|
| 003376 HANLEY MD   JOHN R   02 | 261-3111 |

| HOME PHONE | WORK PHONE | REFERRAL SOURCE | REFERRING PHYSICIAN | NEWBORN BIRTH WEIGHT |
|---|---|---|---|---|
| 907-344-8832 | 907-563-7669 | H | 000000 | |

| SOCIAL SECURITY NO. | OCCUPATION | PATIENT EMPLOYER | RACE | RELIGION |
|---|---|---|---|---|
| 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 | SELF EMPLOYED | DONCO ENTERPRISES | CAUCASIAN | CATHOLIC |

| PRIOR MILITARY | BRANCH OF SERVICE | MILITARY I.D. CARD BEGIN/END DATE | USE VA | ANS ELIG | ACC CODE | ACCIDENT DATE | ADMISSION SOURCE |
|---|---|---|---|---|---|---|---|
| NO | | — | | NO | 6 | 07/15/92 | EMERGENCY |

| WHERE SERVICE WITHIN 72 HOURS | INFO. SOURCE | PREV ADM | PRE OR ADM BY | REVISED BY | ADMITTING/REGISTRATION DATE TIME |
|---|---|---|---|---|---|
| PHYSICIAN'S OFFICE | IN-PERSON | YES | BS | CE | 07/15/1992 19:56 |

| ADMITTING DIAGNOSIS/SYMPTOMS |
|---|
| DIZZINESS/SOB/ARM NUMB |

| GUARANTOR NAME | SEX | GUARANTOR ADDRESS |
|---|---|---|
| MONACO, DONALD J JR | M | 2900 BONIFACE 625 ; ANCHORAGE, AK  99504 |

| GUARANTOR EMPLOYER | GUARANTOR HOME PHONE | GUARANTOR WORK PHONE | SOCIAL SECURITY NUMBER |
|---|---|---|---|
| DONCO ENTERPRISES | 907-344-8832 | 907-563-7669 | 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 |

| PRIMARY INSURANCE CODE & NAME | INSURANCE ADDRESS |
|---|---|
| S01 SELF PAY | , |

| TREATMENT AUTHORIZATION | SUBSCRIBER NUMBER | GROUP NUMBER | EMPLOYMENT STATUS | SUBSCRIBER WORK PHONE |
|---|---|---|---|---|
| | | | SELF-EMPLO | 907-563-7669 |

| SUBSCRIBER NAME | REL | SEX | DATE OF BIRTH | SUBSCRIBER'S EMPLOYER |
|---|---|---|---|---|
| MONACO, DONALD J JR | P | M | 07/31/1958 | DONCO ENTERPRISES |

| COMMENTS |
|---|
| NO INS CARD AVAIL/FRIEND TO BRING TO OFFICE/CE 7-15 |

| SECONDARY INSURANCE CODE & NAME | INSURANCE ADDRESS |
|---|---|
| | |

| TREATMENT AUTHORIZATION | SUBSCRIBER NUMBER | GROUP NUMBER | EMPLOYMENT STATUS | SUBSCRIBER WORK PHONE |
|---|---|---|---|---|
| | | | | |

| SUBSCRIBER NAME | REL | SEX | DATE OF BIRTH | SUBSCRIBER'S EMPLOYER |
|---|---|---|---|---|
| | | | | |

| COMMENTS |
|---|
| |

| TERTIARY INSURANCE CODE & NAME | INSURANCE ADDRESS |
|---|---|
| | |

| TREATMENT AUTHORIZATION | SUBSCRIBER NUMBER | GROUP NUMBER | EMPLOYMENT STATUS | SUBSCRIBER'S WORK PHONE |
|---|---|---|---|---|
| | | | | |

| SUBSCRIBER NAME | REL | SEX | DATE OF BIRTH | SUBSCRIBER'S EMPLOYER |
|---|---|---|---|---|
| | | | | |

| COMMENTS |
|---|
| |

| EMERGENCY | PUBLICITY: OPN | PRINTED ON: 07/16/92 02:46 |
|---|---|---|

ER: BUDD, ROBIN 907-344-8832 907-563-7669 VIA PRI VEH FROM HOME

| OUNT NUMBER | DATE/TIME IN |
|---|---|
| 00051506558 | 07/15/1992 19:56 |

| ENT NAME | | DATE OF BIRTH | AGE | SEX | MODE OF ARRIVAL | ACCOMPANIED BY | MED. REC. NO. |
|---|---|---|---|---|---|---|---|
| ONACO, DONALD J  JR | | 07/31/1958 | 33Y | M | WI | FR | 207180 |

| ATE PHYSICIAN | | CATEGORY | ON-CALL PHYSICIAN | | CATEGORY | EMERGENCY PHYSICIAN | |
|---|---|---|---|---|---|---|---|
| RCHER | X | X | ARCHER | | X | HANLEY MD   JOHN | X |

| F COMPLAINT | PRIORITY | |
|---|---|---|
| IZZINESS/SOB/ARM NUMB | I | ☐ PMO BEEPED _____ (Times)  ☐ PMD COMING  TREATMENT RM. TIME  2001  TREATMENT NURSE (Print) |
| | | ☐ PMD REQUEST EDMD  ☐ PATIENT REQUESTED ERMD |

GE NOTES:
: STATES WHILE MOVING SPRINKLER TO-
IGHT BECAME DIZZY, HAD NUMBNESS IN
EFT ARM, GASPED FOR BREATH.  HAS HAD
HEST PAIN OFF AND ON FOR LAST COUPLE
AYS.  CAME TO ER LAST NIGHT WITH
/O CP - LEFT WITHOUT BEING SIGNED IN.
X OF HEPATITIS C, CALCIFIED AORTIC
ALVE. DENIES PAIN UPON ADMISSION.

**VITAL SIGNS.**

| TIME | BP | P / R |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

NURSES NOTES
2058 Rx given for Xanax
home care follow up in —
tructions discussed did
amb — still water in

GE NURSE SIGNATURE: B Simonsen RN
PRINT NAME: B Simonsen RN

CONTINUES ON NURSE NOTES ☐ YES ☐ N

ICATIONS
ONE

| | TEMP | PULSE | RESP | LAST TETANUS | ALLERGIES |
|---|---|---|---|---|---|
| 27/70 | 99.1 | 67 | 12 | | PENICILLIN?? |

**PHYSICIAN EVALUATION**

| IE | PHYSICIAN ORDERS | M.D. TIME |
|---|---|---|
| | ☐ Diphtheria Tetanus Adult 0.5cc Im  Mfg. _____ Lot No. _____ | |
| | ☐ OLD CHART | |
| | ☐ CBC | |
| | ☐ C-17 Panel O | |
| | EKG #1 | |
| | | |

LCO( hepat
) anxiet

ORIGINAL

| | ☐ NURSE CALLBACK: _____ (DATE) | |
|---|---|---|

**MEDICATION PREPACKS**

| IE | MEDICATION | DOSE |
|---|---|---|
| | | |
| | | |
| | | |

M.D. _____ DATE _____ TIME _____

| DISCHARGE DISPOSITION | CONDITION ON DISCHARGE |
|---|---|
| ☑ DISCHARGE  ☐ EXPIRED  ☐ AMA  ☐ TRANSPORTED TO:  ☐ LEFT BEING SEEN | ☐ IMPROVED  ☑ SATISFACTORY  ☐ AS ABOVE  ☐ WORK RELEASE _____ DAYS |
| ☐ ADMITTED Time | |

00 (REV. 1/91) ☐ DISCHARGED (Class _____   2   ☑ CHARGED

**MEDICAL RECORDS**

**ED CLINICAL WORKSHEET**



**SISTERS OF**
**PROVIDENCE**
SERVING IN THE WEST SINCE 1856

**DATE OF VISIT:** 7/15/92

**SUBJECTIVE:**
The patient is a 33-year-old male who presents to the Emergency Room with a history of multiple somatic complaints including dizziness, intermittent numbness on left side including arm and leg. The patient said that he had a number of episodes of chest pain and was unable to get a full breath of air. The patient has been evaluated extensively recently for similar symptoms including CT scan of the chest and abdomen, EKG, echocardiogram. The patient states that he has been diagnosed periodically with pericarditis and also has a history of hepatitis C with elevated liver function tests which is gradually resolving. The patient also states that he has been told that he has a partially calcified aortic valve by echocardiogram. The patient is unclear and presents at this time for further evaluation.

**OBJECTIVE:**
Temperature 99, pulse 70, blood pressure 127/70. In general, this is a very anxious appearing young male, healthy appearing. HEENT is normal. Neck is supple. Chest is clear to auscultation. Cardiac: regular rate and rhythm. Abdomen is soft. Neurologic: cranial nerves were intact. Motor, sensory and coordination intact.

**LABORATORY STUDIES:**
EKG reveals sinus rhythm without acute changes.

**IMPRESSION:**
1. Anxiety.
2. History of hepatitis C.

**PLAN:**
The patient was referred by request to Dr. Shannon and Dr. Sonneborn for further evaluation.

John R. Hanley, M.D.

cc: David Sonneborn, M.D.
    Charles Shannon, M.D.

JRH/198/7388
D: 07/15/92
T: 07/16/92

**Emergency Room Report**

**NAME:** MONACO, DONALD

**MR NO.:** 20-71-80

**PHYSICIAN:** John R. Hanley, M.D.          07/15/92      **PAGE 1**

# OUTPATIENT REGISTRATION

| ACCOUNT NUMBER | REGISTRATION DATE/TIME | STATION/ROOM | SERVICE | MEDICAL RECORD NUMBER |
|---|---|---|---|---|
| 51343952 | 02/27/1992 20:14 | | EMERGENCY | 207180 |

| ADMITTING DIAGNOSIS | VALUABLES | PRIOR MILITARY | INS ELIG | MEDICARE | MEDICAID |
|---|---|---|---|---|---|
| 20 SECS OF CHEST PAIN | OPN | NO | NO | NO | NO |

| ADMITTING PHYSICIAN NUMBER & NAME | ADMITTING PHYSICIAN ADDRESS | ADM PHYS PHONE |
|---|---|---|
| 003376 HANLEY MD JOHN | PO BOX 196604 ERANCHORAGE AK 99519 | 261-3111 |

| ATTENDING PHYSICIAN NUMBER & NAME | ATTENDING PHYSICIAN ADDRESS | ATT PHYS PHONE |
|---|---|---|
| 003376 HANLEY MD JOHN | PO BOX 196604-EDANCHORAGE AK 99519 | 261-3111 |

| ADM SOURCE | DATE OF SERVICE | PT TYPE | FIN CLASS | INS 1 | INS 2 | ADM BY |
|---|---|---|---|---|---|---|
| | | E | 6 | L11 | | IW |

| PATIENT NAME | PATIENT MAILING ADDRESS | PATIENT PHONE |
|---|---|---|
| MONACO, DONALD J JR | 2900 BONIFACE 625 ANCHORAGE AK 99504 | 907-344-883? |

| DATE OF BIRTH | AGE | SEX | M/S | RACE | RELIGION | SOC SECURITY NO | | OCCUPATION |
|---|---|---|---|---|---|---|---|---|
| 07/31/58 | 33Y | M | S | C | CAX | 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 | NO | GROUNDS MAINTEI |

| PATIENT EMPLOYER | HOW LONG | EMPLOYER ADDRESS | EMPLOYER PHONE |
|---|---|---|---|
| SELF | | | 907-563-766? |

| RELATIVE NAME | REL | RELATIVE ADDRESS | RELATIVE PHONE |
|---|---|---|---|
| BUDD, ROBIN | D | 10037 THIMBLE BERR ANCHORAGE AK 99515 | 907-344-883? |

| OCCUPATION | RELATIVE EMPLOYER | HOW LONG | EMPLOYER ADDRESS | EMPLOYER PHONE |
|---|---|---|---|---|
| SELF | | | | |

| EMERGENCY CONTACT | REL | EMERGENCY ADDRESS | EMERGENCY PHONE |
|---|---|---|---|
| MONACO, DONALD SR | N | MODESTO CA | 209-578-0911 |

| RELATIVE COMMENTS |
|---|
| PT TO ER ALONE, PR VEHPT HAS MOBILE PHONE 244-7155 |

| GUARANTOR NAME | REL | GUARANTOR MAILING ADDRESS | GUARANTOR PHONE |
|---|---|---|---|
| MONACO, DONALD J JR | P | 2900 BONIFACE 625 ANCHORAGE AK 99504 | 907-344-8832 |

| OCCUPATION | GUARANTOR EMPLOYER | HOW LONG | EMPLOYER ADDRESS | EMPLOYER PHONE |
|---|---|---|---|---|
| GROUNDS MAINTEN | MSELF | | | 907-563-7669 |

| GUARANTOR SOC SEC NO | GUARANTOR STREET ADDRESS | GUARANTOR COMMENTS |
|---|---|---|
| 554-15-382 | 7700 W 58TH ANCHORAGE AK 99508 | |

| INSURANCE COMPANY PRIMARY | INSURANCE ADDRESS | TREAT AUTH |
|---|---|---|
| L11\MUTUAL OMAHA | OMAHA NE | |

| OCC CODE | OCC DATE | OCC TIME | SUBSCRIBER NAME | REL | DATE OF BIRTH | SUBSCRIBER NO | GROUP NO |
|---|---|---|---|---|---|---|---|
| 6 | 02/27/92 | 00::0 | MONACO, DONALD J JR | P | 07/31/58 | 554153829 | 190391-91M CM7 |

| SUBSCRIBER EMPLOYER | EMP STATUS | HOW LONG | EMPLOYER ADDRESS | EMPLOYER PHONE |
|---|---|---|---|---|
| SELF | 1 | | | 907-563-7669 |

| SUPERVISOR IF WC | INSURANCE PRIMARY COMMENTS |
|---|---|
| | COPY OF PT MUTUAL OF OMAHA INS CARD IN FILE |

REZ 02-27-92

RACE: CAUCASIA     RELIGION: CATHOLIC-NO PARISH

| INSURANCE COMPANY SECONDARY | INSURANCE ADDRESS | TREAT AUTH |
|---|---|---|
| | | |

| SUBSCRIBER NAME | REL | DATE OF BIRTH | SUBSCRIBER NO | GROUP NO |
|---|---|---|---|---|
| , | | / | | |

| SUBSCRIBER EMPLOYER | EMP STATUS | HOW LONG | EMPLOYER ADDRESS | EMPLOYER PHONE |
|---|---|---|---|---|
| | | | | |

| INSURANCE SECONDARY COMMENTS |
|---|
| |

| INSURANCE COMPANY TERTIARY | INSURANCE ADDRESS | TREAT AUTH |
|---|---|---|
| | | |

| SUBSCRIBER NAME | REL | DATE OF BIRTH | SUBSCRIBER NUMBER | GROUP NUMBER |
|---|---|---|---|---|
| | | | | |

| SUBSCRIBER EMPLOYER | EMP STATUS | HOW LONG | EMPLOYER ADDRESS | EMPLOYER PHONE |
|---|---|---|---|---|
| | | | | |

| INSURANCE TERTIARY COMMENTS |
|---|
| |

PROVIDENCE HOSPITAL
3200 PROVIDENCE DR
P.O. BOX 19660-
ANCHORAGE, AK 99519-660-

| JUNT NUMBER | DATE/TIME IN |
|---|---|
| 343952 | 02/27/1992 20:14 |

| NT NAME | DATE OF BIRTH | AGE | SEX | MODE OF ARRIVAL | ACCOMPANIED BY | MED. REC. NO. |
|---|---|---|---|---|---|---|
| NACO, DONALD J JR | 07/31/58 | 33Y | M | WI | SL | 0000002071 8 |

| ATE PHYSICIAN | CATEGORY | ON-CALL PHYSICIAN | | CATEGORY | EMERGENCY PHYSICIAN |
|---|---|---|---|---|---|
| CHER/BUNDTZEN | X | ARCHER/BUNDTZEN | X | | HANLEY MD JOHN |

| F COMPLAINT | PRIORITY | ☐ PMD BEEPED _____ (Times) | ☐ PMD COMING | TREATMENT RM. TIME | TREATMENT NURSE |
|---|---|---|---|---|---|
| SECS OF CHEST PAIN | I | ☐ PMD REQUEST EDMD   ☐ PATIENT REQUESTED ERMD | | 2019 | 16 |

SE NOTES:

I GET THESE SPELLS FOR THE PAST 2
NTHS
NO PAIN NOW JUST DIZZINESS. HX OF
SSIBLE HEART PROBLEMS (LEAKY VALVES
D CALCIFIED AORTA) TONITE CONCERNED
TH CHEST PAIN EPISODE. COLOR GOOD.
OF ALSO ESOPHAGITIS .

**VITAL SIGNS** **NURSES NOTES**

| TIME | BP | P R | |
|---|---|---|---|
| | | 2019 | EKG drw. |
| | | 2030 | Hanley dr |
| | | 2150 | |

GE NURSE SIGNATURE

CONTINUES ON NURSE NOTES ☐ YES ☐

CATIONS

PCID

| '0/8/ | TEMP 98.6 | PULSE 80 | RESP 20 | DATE OF LAST TETANUS N/A | ALLERGIES MOTRIN, PCN |
|---|---|---|---|---|---|

**PHYSICIAN EVALUATION**

| IE | PHYSICIAN ORDERS | M.D. TIME |
|---|---|---|
| | ☐ Diphtheria Tetanus Adult 0.5cc Im  Mfg. _____ Lot No. _____ | |
| | ☒ OLD CHART Called | |
| | ☐ CBC | |
| | ☐ ER PANEL | |
| | EKG | |
| | #3 | |

chest
cardiac

ORIGINAL

☐ NURSE CALLBACK: _____ (DATE)

| E | MEDICATION | DOSE |
|---|---|---|
| | | |
| | | |
| | | |

M.D. _____ DATE _____ TIME _____

**DISCHARGE DISPOSITION**

☒ DISCHARGE  ☐ EXPIRED  ☐ AMA  ☐ TRANSPORTED TO:
☐ ADMITTED Time  ☐ LEFT B BEING SEEN

**CONDITION ON DISCHARGE**

☐ IMPROVED  ☒ SATISFACTORY
☐ AS ABOVE  ☐ WORK RELEASE ____ DAYS

20 (REV. 1/91) DISCHARGED (Class _____  CHARGED

MEDICAL RECORDS

ED CLINICAL WORKSHEET



**DATE OF VISIT:** 2/27/92

**SUBJECTIVE:**

The patient is a 33-year-old male who presents to the Emergency Room with history of an episode of sharp chest discomfort this evening and lightheadedness. The patient states he has had episodic discomfort for the past two months. The patient reportedly has undergone extensive work-up including echocardiogram and treadmill studies. He states that he has been told that he has a possible leaky mitral valve. The patient was concerned because of his episode this evening and states that he is pain free at this time and would like to be evaluated. The patient is a nonsmoker, denies any family history of heart disease.

**PHYSICAL EXAMINATION:**

Temperature 98.6, pulse 80, blood pressure 120/80. In general a very anxious young male. HEENT: normal. The neck is supple. Chest: clear to auscultation without rales or wheezes. Cardiac exam: regular rate and rhythm without murmurs, rubs or extra sounds. Abdomen soft.

**LABORATORY DATA:**

EKG reveals sinus rhythm with no acute changes, unchanged from previous cardiograms. Chest x-ray negative.

**IMPRESSION:**

Chest pain, doubt cardiac in nature.

**PLAN:**

The patient is reassured and he is to follow-up with Dr. Archer tomorrow as scheduled.

John R. Hanley, M.D.

cc: Gary Archer, M.D.

---

JRH/154/5213
D: 02/28/92
T: 02/28/92

**Emergency Room Report**

NAME: MONACO, DONALD J. JR

MR NO.: 20-71-80

PHYSICIAN: John R. Hanley, M.D.

02/27/92     PAGE 1

**Providence Hospital**
Anchorage, Alaska

## BILLING ADMITTING / REGISTRATION INFORMATION

| PATIENT NAME | | | MEDICAL RECORD NO. | ACCOUNT NUMBER | DATE OF SERVICE | |
|---|---|---|---|---|---|---|
| MONACO, DONALD J JR | | | 207180 | 51610392 | 10/07/92 | |

| MAILING ADDRESS | DATE OF BIRTH | AGE | SEX | M/S | STATION ROOM BED | HOSPITAL SERVICE |
|---|---|---|---|---|---|---|
| 2900 BONIFACE 625 | 07/31/1958 | 34Y | M | S | | ERG TYPE:E |

| | ADMITTING PHYSICIAN NUMBER & NAME | ADMITTING PHYSICIAN PHONE |
|---|---|---|
| ANCHORAGE, AK 99504 | 001941 CAREY MD, EVA M | 261-3111 |

| ATTENDING PHYSICIAN NUMBER & NAME | ATTENDING PHYSICIAN PHONE |
|---|---|
| 001941 CAREY MD, EVA M | 261-3111 |

| HOME PHONE | WORK PHONE | REFERRAL SOURCE | REFERRING PHYSICIAN | | NEWBORN BIRTH WEIGHT |
|---|---|---|---|---|---|
| 907-344-8832 | 907-563-7669 | | 000000 | | |

| SOCIAL SECURITY NO. | OCCUPATION | PATIENT EMPLOYER | RACE | RELIGION |
|---|---|---|---|---|
| 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 | SELF EMPLOYED | DONCO ENTERPRISES | CAUCASIAN | CATHOLIC |

| PRIOR MILITARY | BRANCH OF SERVICE | MILITARY I.D. CARD BEGIN/END DATE | USE VA | ANS ELIG | ACC CODE | ACCIDENT DATE | ADMISSION SOURCE |
|---|---|---|---|---|---|---|---|
| NO | | | | NO | 6 | 10/07/92 | EMERGENCY |

| WHERE SERVICE WITHIN 72 HOURS | INFO. SOURCE | PREV ADM | PRE OR ADM BY | REVISED BY | ADMITTING/REGISTRATION DATE TIME |
|---|---|---|---|---|---|
| | IN-PERSON | YES | RB | CPL | 10/07/1992 17:53 |

| ADMITTING DIAGNOSIS/SYMPTOMS | | |
|---|---|---|
| SOB H/A NAUSEA WEAK | | SMOKE: N ADVDIR: N |

| GUARANTOR NAME | SEX | GUARANTOR ADDRESS |
|---|---|---|
| MONACO, DONALD J JR | M | 2900 BONIFACE 625 ; ANCHORAGE, AK 99504 |

| GUARANTOR EMPLOYER | GUARANTOR HOME PHONE | GUARANTOR WORK PHONE | SOCIAL SECURITY NUMBER |
|---|---|---|---|
| DONCO ENTERPRISES | 907-344-8832 | 907-563-7669 | 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 |

| PRIMARY INSURANCE CODE & NAME | INSURANCE ADDRESS | | |
|---|---|---|---|
| C19 MUT. OF OMAHA/OMAHA NE | MUT OF OMAHA PLAZA OMAHA, NE 68175 | | |

| TREATMENT AUTHORIZATION | SUBSCRIBER NUMBER | GROUP NUMBER | EMPLOYMENT STATUS | SUBSCRIBER WORK PHONE |
|---|---|---|---|---|
| | 554153829 | 190391-91M | SELF-EMPLO | 907-563-7669 |

| SUBSCRIBER NAME | REL | SEX | DATE OF BIRTH | SUBSCRIBER'S EMPLOYER |
|---|---|---|---|---|
| MONACO, DONALD J JR | P | M | 07/31/1958 | DONCO ENTERPRISES |

| COMMENTS |
|---|
| COPY OF INS CARD IN FILE. |

| SECONDARY INSURANCE CODE & NAME | INSURANCE ADDRESS | | |
|---|---|---|---|
| | | | |

| TREATMENT AUTHORIZATION | SUBSCRIBER NUMBER | GROUP NUMBER | EMPLOYMENT STATUS | SUBSCRIBER WORK PHONE |
|---|---|---|---|---|
| | | | | |

| SUBSCRIBER NAME | REL | SEX | DATE OF BIRTH | SUBSCRIBER'S EMPLOYER |
|---|---|---|---|---|
| | | | | |

| COMMENTS |
|---|
| |

| TERTIARY INSURANCE CODE & NAME | INSURANCE ADDRESS | | |
|---|---|---|---|
| | | | |

| TREATMENT AUTHORIZATION | SUBSCRIBER NUMBER | GROUP NUMBER | EMPLOYMENT STATUS | SUBSCRIBER'S WORK PHONE |
|---|---|---|---|---|
| | | | | |

| SUBSCRIBER NAME | REL | SEX | DATE OF BIRTH | SUBSCRIBER'S EMPLOYER |
|---|---|---|---|---|
| | | | | |

| COMMENTS |
|---|
| |

| EMERGENCY | PUBLICITY: OPN | PRINTED ON: 10/07/92 22:08 |
|---|---|---|

ER: BUDD, ROBIN 907-344-8832 907-563-7669 VIA PRI VEH FROM HOME REL: D



**SISTERS OF
PROVIDENCE**
SERVING IN THE WEST SINCE 1856

**DATE OF VISIT:** 10/7/92

**CHIEF COMPLAINT:**
 Headache.

**HISTORY:**
 34-year-old male with history of migraine headaches who
complained of a headache which began about two hours ago. It was
preceded by his vision "going out" on him in right eye and then pain
came on which was located in the right head. He stated that pain was
nonthrobbing, without radiation. He had no further visual disturbance.
He has had no neck pain, stiffness, fever or chills. He complains of
nausea but no vomiting. He has had no diarrhea. The patient has a
history of migraine headaches and states that this pain feels similar to
the headaches that he has had before. He has suffered from migraine
since age 17. These had decreased in frequency up until the last year.
He has had two to three per month. He states that this is among the
worst that he has had. This does feel similar to the headaches that he
has had before. .

 The patient also has a history of hepatitis C as well as
elevation of his liver enzymes for quite some .time, about six years. He
states that this may possibly be due to alcoholic cirrhosis as he
formerly was a heavy drinker. He has cut down on his alcohol but one
month ago, had a binge of alcohol and he was felt to have developed a
pancreatitis after this. He also has a history of aortic stenosis and
follows with a cardiologist for this.

**OBJECTIVE:**
 On examination, this is an alert and awake white male who was
in no acute distress and is afebrile. Blood pressure is 142/90. Pupils
were equal, round, reactive to light. Extraocular movements were fully
intact. He has no photophobia. Fundi are benign. Neck was supple with
full range of motion, no adenopathy. Oropharynx is moist. TMs were
clear. Lungs were clear to auscultation. Heart: regular rate and
rhythm, no murmurs, gallops or rubs. Chest wall is nontender. Abdomen:
bowel sounds are present, soft, flat, nontender, nondistended, no
masses, guarding or rebound. He has no hepatosplenomegaly. Extremities
are without cyanosis, clubbing or edema. Pulses intact. Neurologic:
cranial nerves were intact. No motor or sensory deficit. DTRs were 2+
and equal, no ataxia on gait.

 The patient was given an injection of Demerol and Phenergan.
Within one half hour, he noted complete relief of his headache. He had
no further nausea.

---

GRB/198/9801
D: 10/07/92
T: 10/08/92                              **Emergency Room Report**

NAME:  MONACO, DONALD

MR NO.: 20-71-80

PHYSICIAN: Gregg R. Bruns, M.D.          10/07/92      PAGE 1



**SISTERS OF PROVIDENCE**
SERVING IN THE WEST SINCE 1856

DIAGNOSIS:

Typical migraine headache.

PLAN:

The patient was instructed to go home and rest and avoid alcohol, caffeine and tobacco and will follow up with his physician.

_____
Gregg R. Bruns, M.D.

GRB/198/9801
D:   10/07/92
T:   10/08/92

**Emergency Room Report**

NAME:   MONACO, DONALD

MR NO.:   20-71-80

PHYSICIAN:   Gregg R. Bruns, M.D.          10/07/92          PAGE 2

EMERGENCY NOTES
UNIVERSITY OF WASHINGTON MEDICAL CENTER · SEATTLE, WA
HARBORVIEW MEDICAL CENTER · EMERGENCY · 223-3074
UW MEDICAL CENTER · EMERGENCY · 548-4000
WHITE · MEDICAL RECORDS
CANARY · EMER. DEPT. FILE
PINK · EMER. DEPT.
UH 0076 REV JAN 92

| TIME IN | DATE | ROOM NO. | R.N. INITIALS | TRANSPORTED BY: | | VALUABLES CHECKED |
|---|---|---|---|---|---|---|
| 0440 | 12/14/92 | | | ACCOMPANIED BY: | | ☐ |

| TIME OUT | BP | TEMP. | PULSE | RESP. | ALLERGIES | CURRENT MEDS. |
|---|---|---|---|---|---|---|
| 1330 | 124/60 | 36.3 | 68 | 8µP | ? PCN. | ∅ |

**PRESENT COMPLAINT**

Intermittent C.P. since 1500 12/13

Pt seen @ HMC @ 1500 12/13
Pt seen @ HMC Riverton @ 1900 12/13
Pmh. Hep C

SIGNATURE/R.N.

☐ URGENT CARE SERVICE

**HISTORY / PHYSICAL FINDINGS**

CHART REQUESTED AT:

PERSONAL PHYSICIAN:

**PHYSICIANS ORDERS**

☐ X-RAY  TIME

TₐM 1-2cm unilarge
3rd T T I, L V---

12 lead EKG
No sig ∆ from
1-12-92

☐ LAB  TIME

☐ DIPTH.-TET.

☐ TETANUS TOXOID / LOT#

☐ MEDICATIONS

Cardiology
Consult:
Dr. Greg Jones

☒ COMPUTER DISCHARGE INSTRUCTIONS
☐ DISCHARGE MEDICATIONS
NAPROXEN 550 mg PO BID-TID
x 3 d.

☐ FOLLOW-UP CLINIC?
ER - PRN
WHEN 12-14-97

Pt c̄ Atypical CP since 3 pm yesterday.
Pt followed by cardiologist - Dr Archer - in Alaska for H/o Atypical CP. Has H/o mild pericarditis 5-6mo ago, ⊕ ETT 5-6mo ago, c̄ Echo which repeatedly showed a calcified Ao valve. ∅ H/o cath.
Today while at the kingdome, Has several 10 second bursts of dull C P radiating to jaw/arms. ⊕ n/v H/o diaph/⊖ SOB. These bursts continued intermittently for 1° & Pt was taken to HMC where full labs/EKG were obtained. Admission was contemplated but declined against c̄ discussion c̄ Dr Lee in cardiology. Pt dc'd on Nifedipine. Once he returned home, He again experienced his fleeting CP arm went to Highline Hospital where full w/u was again pursued. Admission was suggested but pt refused. Urine tox screen was also done which was pending.

1° prior to presenting to ER, Pt awoke c̄ dull CP lasting 5 sec associated c̄ n/diaph/SOB. Resolved spontaneously, but Pt Felt it was important to have pain re-evaluated.
⊖ orthopnea ⊖ and ⊖ edema. H/o palpitations
⊖ F/S/C/S/n/v/abd P/BRB/melena.
Cardiac Risk: ⊕ MI ⊖ HTN ⊖ DM ⊖ Tob ⊖ cocaine (+/- ) CHOL - 200.

Pt comfortable, smiling, happy to be eval.
VS ↑
Neck ∅ JVD chest CTA
Cor NL S1, S2, ∅ @
Abd bs ⊕ soft NT/ND S/HSM Rectal ⊕
Ext BK L/E - multiple scars & skin graft
to R foot /old
Neuro A&O x3 CN II-XII S/grossly intact

OLD RECORDS REVIEWED.
CARDIOLOGY CONSULTED. Cardiology
to review records c̄ Pt prior to
leaving.
A/o Atypical CP - Doubt ASD. Doubt Pericarditis in absence of
Rub & evolving EKG's. However, will attempt NSAID trial c̄ Naproxen
x 2-3d.

**DIAGNOSIS:** (1) Chest pain, etiology undetermined
(2) H/o Hep. C hepatitis.

PL (1) Migraines
(2) H/o Pancreatitis
(3) ⊕ ETOH  2° ETOH
(3) R foot surg 6yr.
2° motorcycle
(4) Cardiac (above)
ALL PCN - ✓rash
meds vitamins

FH M CHOL ↑ (200s)
F CHOL ↑ (370)
SH Tob - occ.
ETOH - Blye clot
2mo ago
IVDA - H/o cocaine
7 yr ago.

CONDITION OF DISCH./TRANS. ☒ SATISFACTORY ☐ SERIOUS ☐ CRITICAL

I HEREBY ACKNOWLEDGE I HAVE RECEIVED INSTRUCTIONS FOR FOLLOW UP CARE CONCERNING THIS VISIT

PT. NO.

PATIENT (OR LEGAL) SIGNATURE

PHYSICIAN SIGNATURE/DATE  DATE 12/14/92

UWP NUMBER

NAME        ☒ 7 78 07 35
            MONACO, DONALD JAMES JR
            31 JUL 1958        M
D.O.B.
PHONE                      AGE 34

UNIVEF. TY OF WASHiNGTON MEDICAL ᴊᴇNTER
........................EMERGENCY MEDICINE SERVICE DISCHARGE INSTRUCTIONS.................
MONACO, DONALD JAMES JR 7 78 07 35, 12/14/92 07:48, 554153829
2900 BONIFACE PKWY #625 ANCHORAGE AK99504

Your EMERGENCY PHYSICIAN(s): DR. JONG 0791
Your RESIDENT PHYSICIAN: DR. DANIEL MARKOWITZ

............................................................... EVALUATION ...................................................................

Evaluation in the emergency department included triage, a screening exam by
the nurse, and a history and physical by DR. JONG 0791
Cardiology consultation was obtained to assist in your care.
The following tests were also performed:
EKG/MONITORING: EKG MONITORING and 12 LEAD EKG. .
An EKG and/or EKG monitoring were performed. EKG's are read by the emerg-
ency physician and are reviewed by a cardiologist. If there are any discrep-
ancies, we will contact you and/or your referral physician.
Based on this evaluation, the following diagnoses have been made. Remember
that these are preliminary diagnoses and follow up with your referral
physician may be necessary.

................................................................ DIAGNOSIS-1 ...................................................................

NON-SPECIFIC CHEST PAIN .... 786.50

*Non-specific chest pain means that the cause of the chest pain is not clear.
Causes of this condition include injury/inflammation of the ribs, muscles or
other chest wall structures, inflammation of the pleura, esophageal problems
and other conditions. Although heart disease is considered to be very
unlikely,
it has not been completely ruled out.
INSTRUCTIONS
*If medications were prescribed, take them as instructed. Follow up with
your referral physician is important. If the pain is increasing in severity or
duration, there is associated sweating or shortness of breath, the pain radi-
ates to the neck, jaw or arms or there is rapid or irregular heartbeat, call
the medics at 911 or the emergency department immediately.

................................................................ DIAGNOSIS-2 ...................................................................

POSSIBLE CHEST WALL PAIN .... 786.50/786.52

*Your chest pain is caused by an injury to or inflammation of the ribs,
muscles, joints or ligaments in your chest wall. We believe that your pain is
NOT due to HEART DISEASE.
INSTRUCTIONS:
*Rest and avoid activities that exacerbate your pain. Take medications as
prescribed or needed. If the pain is increasing or there are any problems,
call your referral physician or the emergency department.

................................................TAKE HOME MEDICATIONS.........................................................

NAPROXEN

**ALASKA REGIONAL HOSPITAL**
**ANCHORAGE, AK 99504**

| Patient No | P | T | Admit Date | Admit Time | FC | Age | Date of Birth | Sex | Marital Status | RC | Smoke | Physician No. | Physician Name | | Pre. N |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 24228391-1 | E | | 11/20/93 | 03:19PM | I | 035 | 7/21/58 | M | S | | N | 70018 | REECLAFF, RICHARD | | |

| Patient Name and Address | Social Security No. | Patient's Employer | | | Medical Records No. |
|---|---|---|---|---|---|
| MONACO, DON J | 554153829 | DON CO INTERPRISES INC | | | 0000029696 |
| 2900 BONIFACE PKWY #625 | Phone | GENERAL DEL | | | 9072222222 |
| ANCHORAGE          AK 99504 | 9073448832 | ANCHORAGE          AK 99504 | | | OWNER |

| Guarantor Name and Address | Relation | Guarantor Employer | | | Phone |
|---|---|---|---|---|---|
| MONACO, DON J | SAME/PATIENT | DON CO INTERPRISES INC | | | 9072222222 |
| 2900 BONIFACE PKWY #625 | 554153829 | GENERAL DEL | | | |
| ANCHORAGE          AK 99504 | 9073448832 | ANCHORAGE          AK 99504 | | | OWNER |

| Carrier No | Name | Insured | | Birth Mo./Day | Relation | Effective Date | Group No. | Cert. No | Policy HIB | Benefits Code |
|---|---|---|---|---|---|---|---|---|---|---|
| 31300 | MUT OF OMAH | MONACO, DON J | | 0721 | SA | | 190391-91M | | | |

| Nature of Accident | | On Job | Where | Date | Time |
|---|---|---|---|---|---|
| | | | | / / | |

| Chief Complaint | | Next of Kin | Relation |
|---|---|---|---|
| BLURRY VISION L EYE, HEADACHE | | BUDD, ROBIN | OT |

| Comments | Registered by | | |
|---|---|---|---|
| | TLK | GENERAL DEL | |
| | | ANCHORAGE          AK 99504 | 9073222222 |

| Re Certification No. | Allergies | LMP | Last Tetanus | TIME | TEMP | PULSE | RESP | B/P |
|---|---|---|---|---|---|---|---|---|
| | PCN | | | ON ADMIT | 1 /3 | /05 | /8 | 135/71 |

MODE OF ARR.
- X Walk
- Carried
- Ambulance
- Police
- Rescue Squad
- W/C
- Stretcher

L.O.C.
- X Alert
- Lethargic
- Unresponsive
- Disoriented
- Shock

VALUABLES
- Patient
- Family/Friend
- Med. Examiner
- Safe
- Envl No.

NOTIFIED
- Police
- Family/Friend
- Med. Examiner
- Animal Ctrl.
- Clergy
- Family Serv.

DISCH. COND.
- Improved
- Critical
- X Unchanged
- Expired

EXIT VIA
- X Walk
- Carried
- W/C
- Stretcher
- Ambulance

ACCOM. BY
- X Self
- Family/Friend
- Police
- Other

DISPOSITION
- Home
- Other Facility
- AMA
- Expired
- DOA ___ in ED
- ADMIT

Nurse Assessment - Time: pt c̄ hx of migraine (?) Several "migraine" in florida. c̄ blurry since today L/N c̄ vision ↓ c̄s. not his usual headache. O: drops & akin wrd. no obvious distress. R exam by MD.

Physician Assessment - Time: Dictated

Current Meds: Vi X ENC natural infectins

HEPATITIS C

Medical Hx: migraine
- Diabetic
- COPD
- Heart D
- Hyperte
- Seizure
- Disorder

| | TIME | ORDERS | RESPONSE |
|---|---|---|---|
| | | ☐ CBC | |
| | | ☐ U/A | |
| | | ☐ ABG | |
| | | ☐ EKG | |
| | | ☐ SMA | |
| | | ☐ Preg | |
| | | ☐ O₂ | |
| | | ☐ Monitor | |
| | | ☐ CXR | |

| MEDICATION/DOSE/TREATMENT/I.V. | ROUTE/SITE | SIGNATURE | RESPONSE |
|---|---|---|---|
| Kept VRx pinhole | | | |
| VA- 20/25 OS | | | |
| 20/20 OD | c̄ pinhole | | |

Diagnosis: 1. H/A of migraine cephalgia
2. Visual acuity change

Code: 3630

Physician Signature: [signature]
Nurse Signature: [signature]

**BOOKING #** 0005300496

**NAME:** MERCADO, Douglas | **Sex:** M / F **Race:** H **Age:** 31 **DOB:** 12/1/68

**DATE & TIME BOOKED:** 3 29 00

| | | INTAKE | |
|---|---|:---:|:---:|
| | | Y | N |

**1. Does the prisoner appear to be mentally retarded, exhibiting hearing or speech problems, under the influence of drugs or alcohol, disoriented, confused, or have impaired level of consciousness, or injured in any way? Did you apply or attempt any type of restraint (other than handcuffs)?**

*Arresting Officer Signature and Badge #

**2. HEALTH HISTORY:** Do you have any of the following problems?
☐Heart Trouble ☐Hernia ☐STD Chl. ☐Tuberculosis ☐Stomach Problems
☐Deformities ☐Seizures/DT's ☐Asthma ☐Diabetes ☐High Blood Pressure
☐Back Injuries ☐Hepatitis ☑HIV/AIDS ☐DENT Problems ☐Kidney Problems
☐Dental Problems ☐Allergies: Pₗₗ ✓HA (illicit virus

**3. Are you taking or do you need to take any prescribed medications (including psychiatric)?** ☐ MSH Crix | | ✓ |
Type/Dose:

**4. Have you ever been treated for tuberculosis?** | | | ✓ |

**5. Have you had a cough for more than three weeks with any of the following: fever, weight loss, fatigue, night sweats?** | | | ✓ |

**6. Have you recently been in contact with someone who has tuberculosis?** | | | ✓ |

**7. Have you had a head injury/traffic accident/fight in the past 72 hours?** | | | ✓ |

**8. Last Drink:** How much do you drink? | | | ✓ |

**9. Dp you use street drugs such as heroin, cocaine, methamphetamine, or anything else?** | | | ✓ |
Last use:

**10. Do you have any rashes, cuts, boils, abscesses, lice, or crabs?** How much? | | | ✓ |

**11. Do you have any artificial limbs, braces, dentures, hearing aid, contact lenses, or eyeglasses?** | | | ✓ |

**12. Have you ever tried to harm yourself?** | | | ✓ |

**13. Are you thinking of harming yourself now?** | | | ✓ |

**14. Do you have any problems with mood swings, depression, or hearing voices?** | | ✓ | |

**15. Are you currently receiving psychiatric treatment?** | | | ✓ |

**16. Have you been a patient in a mental hospital within the past 5 years?** | | | ✓ |

**17. Have you ever been treated at a Regional Center or diagnosed with developmental problems?** | | | ✓ |

**18. Do you have any other medical problems or injuries?** | | | ✓ |

**19. Are there any signs of alcohol/drug intoxication and/or withdrawal?**
☐Tremors ☐Slurred Speech ☐Gooseflesh ☐Poor Coordination ☐Lethargy | | ✓ | |

**20. Are there any obvious respiratory problems?** ☐Dyspnea ☐Wheezing ☐Tachypnea | | | ✓ |

**FEMALES ONLY**

**21. Are /ou pregnant?** | | | |

**22. Are /ou taking birth control pills?** Due date: | | | |

**23. Have you given birth to a child in the past year?** | | | |

**DISPOSITION** (Check all that apply):
☐Emergency Room ☐General Population ☐Delay ☐Refer to Mental Health ☐Refer to CD Nurse
☐Sick Call ☐Medical Housing ☐Suicide Watch/Safety Cell ☐Refer to Patient Ed. Nurse

**DISPOSITION/CONCERNS:**
☐Requires Immediate medical follow-up
☐Refer to Mental Health for follow-up ☐Refer to Dental

**Last PPD Date:** 2/1/00 **Results:** ☒ | **LAST PPD:** 2/7/00

**Last CXR Date:** **Results:** | **Date Given:** 2/7/00 **By:** USM

**Comments:** (1) Sinustuption 200mg – Nasal split | **Date Read:** **By:** USM
30 mg | **Results:** ☒
| **CXR:**

**Vital Signs:** **B/P** **Temp:** 20mg **Resp:** **Pulse:**

**Nurse's Signature:** B Munda Emp. #: W3W

**Inmate's Signature:** X Dan Morales

**Nurse's Signature** Jullen **Date:** 3-1-00

GHRC P.S.#1046

BOOKING # _____

NAME: _____

| DATE & TIME BOOKED: | Sex: M F | Race: | Age: | DOB: | Federal # |
|---|---|---|---|---|---|

Sex: M F   Race: _____   Age: _____   DOB: _____   Federal # _____

**DATE & TIME BOOKED:**

1. Does the prisoner appear to be mentally retarded, exhibiting hearing or speech problems, under the influence of drugs or alcohol, disoriented, confused or have impaired level of consciousness, or injured in any way? Did you apply or attempt any type of restraint (other than handcuffs)?

2. **HEALTH HISTORY:** Do you have any of the following problems?
   - Heart Trouble
   - Deformities
   - Back Injuries
   - Dental Problems
   - Hernia
   - Seizures/DT's
   - Hepatitis
   - Allergies:
   - STD
   - Asthma
   - HIV/AIDS
   - Tuberculosis
   - Diabetes
   - ENT Problems
   - Stomach Problems
   - High Blood Pressure
   - Kidney Problems

3. Are you taking or do you need to take any prescribed medications (including psychiatric)?
   Type/Dose:

4. Have you ever been treated for tuberculosis?

5. Have you had a cough for more than three weeks with any of the following: fever, weight loss, fatigue, night sweats?

6. Have you recently been in contact with someone who has tuberculosis?

7. Have you had a head injury/traffic accident/fight in the past 72 hours?

8. Last Drink: _____   How much do you drink?

9. Do you use any street drugs such as heroin, cocaine, methamphetamine, or anything else?
   How much? _____   Last use:

10. Do you have any rashes, cuts, boils, abscesses, lice, or crabs?

11. Do you have any artificial limbs, braces, dentures, hearing aid, contact lenses or eyeglasses?

12. Have you ever tried to harm yourself?

13. Are you thinking of harming yourself now?

14. Do you have any problems with mood swings, depression, or hearing voices?

15. Are you currently receiving psychiatric treatment?

16. Have you been a patient in a mental hospital within the past 5 years?

17. Have you ever been treated at a Regional Center or diagnosed with developmental problems?

18. Do you have any other medical problems or injuries?

19. Are there any signs of alcohol/drug intoxication and/or withdrawal?
    - Tremors
    - Slurred Speech
    - Gooseflesh
    - Poor Coordination
    - Lethargy

20. Are there any obvious respiratory problems?
    - Dyspnea
    - Wheezing
    - Tachypnea

**FEMALES ONLY**

21. Are you taking birth control pills?

22. Are you pregnant?   Due date: _____

Have you given birth to a child in the past year?

| | | | INTAKE | | |
|---|---|---|---|---|---|
| | | | Y | N | |

**DISPOSITION** (Check all that apply):
- Emergency Room
- Sick Call
- General Population
- Medical Housing
- Delay
- Suicide Watch/Safety Cell
- Refer to Mental Health
- Refer to Patient Ed. Nurse
- Refer to CD Nurse

Last PPD Date: _____   Results: _____

Last CXR Date: _____   Results: _____

Comments: _____

Vital Signs:   B/P _____   Temp: _____   Resp: _____   Pulse: _____

Nurse's Signature: _____   Emp #: _____

Inmate's Signature: _____

forms/medical5/rectrans.doc

Rev. 05-29-98

**DISCHARGE SUMMARY**

| MEDICATIONS | DOSAGE/FREQUENCY | START DATE | STOP DATE |
|---|---|---|---|

**DISPOSITION/CONCERNS:**

- Requires immediate medical follow-up
- Refer to Mental Health for follow-up
- Refer to Dental

**LAST PPD:**

Date Given: _____   By: _____

Date Read: _____   By: _____

Result: _____

**CXR:** _____   Date: _____

Nurse's Signature: _____   Date: _____



**Dimond Diagnostic Services**
Gary Archer, M.D.
Cardiology
Dimond Tower, Suite 3 600
800 East Dimond Blvd.
Anchorage, Alaska 99515
(907) 349-6613

13314-006

$\partial \int 3|34|99$

268-5015.
pmpen

Name __Don Monaco__     Phone - H __344-8832__ Mobil

DOB __7/3//58__     W __244-7155__

SSN __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__     Insurance __Mut. of Omaha__

Allergies __Ibuprofen -? Penicillin (As child)__

HT: __5 7"__     AGE: __40__

| Date | 7/14/95 | 10/2/95 | 9/26/95 | 5/30/96 | 12/23/97 | 1/30/98 | 3/2/98 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | med | new 42v | | | | | | | | |
| Weight | 157 | | | | 199 | 196 3/189 | | | | | | | | |
| Pulse | 68 | | | | 72 | 62 | 64 | | | | | | | |
| B/P | 104/60 | 100/80 | | | 130/80 | 110/70 | 106/70 | | | | | | | |
| B/P | | | | | | | | | | | | | | |
| Temp. | | | | | | 98.6 | | | | | | | | |
| Meds: | | | | | ⊖ | | ⊖ | | | | | | | |
| | ⊖ | ⊖ | | | | | | | | | | | | |

Don Monaco

3 Aug 92 - Pt. phones — states wisdom teeth are infected &
painful & began having some swollen nodes in neck
today. Had similar occurance a ○g couple mos. ago.
Wonders if we could give him some antibiotics.
Advised to see dentist ASAP for appropriate treatment
of this dental prob. However, to avoid further prob.
prior to seeing dentist will give:
   1.) Erythromycin 250 mg. q̄id X ? days (due to
     allergy to Pen.)
Also advised to contact us for antibiotic pre-med
prior to dental procedure.
               V.O. Dr. Archer /K Barnum, RN

OCPL: Pt was relatively asymptomatic for 2 mos, Then
noted onset of ① vent + now ② sup ant. chest
pain during last 2 wks — exc exacerbated if does not
obtain sufficient rest. Has returned to episodic ETOH

PE: Chest: clear
   CVS: RSR. S₁ S₂ wnl. gr ⊤/⊽⊤ holosyst, slightly
     serrating c̄ LLSB → apex. ⊙ gallops
   (?) rubs, clicks.

EKG ——→ NSR. slight further increase in ST elevation
       (as seen in July 7)

Imp: ① New murmur — ? related to present aortic stenosis
     R/O SBE (doubt)

Rec: ① HS-II, SR, AFP, Blood cultures X 3
   ② GTT, 2 D echo 10/6 10/2 call for
     Rich
                  Ans

Do. Monaco

9 July p.m. → felt bloated, indigested, esp if sat up c̄ epigastric pain.
Radiating to (L) chest + down (L) arm - then into (R) leg -
lasted 10-15 sec each

10 July → " " " " " "

11 July → (R) ant. medial sharp pain, pressure for 45" c̄ warm sweat
later pain in (L) epigastrium for ~ 2" - severe

12 July → occ (L) + (R) wrist + (L) shoulder twinges of pain
otherwise asymptomatic until did some yard work
+ noted some queasiness

13 July → felt "good". x̄ noted some ant neck tightness
+ occ twinges in wrist, shoulder. A p.m. noted
episode of nausea, "clammy sweat" - no pain.

14 July → awoke c̄ "warm clammy sweat", epigastric bloating - lasted
~ 1 hour — then asymptomatic.

Serial lab Tests

| | 4 MAR | 26 Jun | 30 Jun | 6 July | 7 July |
|---|---|---|---|---|---|
| SGOT | 84 | 72 | 82 | 55 | 48 |
| SGPT | 252 | 160 | 179 | 141 | 120 |
| Amylase | 45 | 64 | | 43 | 40 |
| Lipase | 71 | * 200 | 99 | 88 | 63 |
| Sed Rate | (was 7) | | 18 | | 15 |

EKG → further ↓ in ST deviation to June 92 level.

Imp: ① c/o episodic obstruction at sphincter of Oddi to explain
recent and recurrent L FT abnormalities. Prob. 2° to Hepatic C

Rec: ① Dr. Buchanan consult 7/2x - take records ② RTC 1/2

Dr. Monaco

July 9?:

↓ — Pt. tolerating Lodine + states chest discomfort has
also had several episodes of "crushing" substernal.

<u>2D ECHO</u> → mild pulmonary effusion. LA = 40
LV₍DD₎ = 51    septum = 10    post wall = 12
calcification of ___
___ AI,    ___ MR,    ___ TR

July <u>EKG</u> → continued but slight decrease in ST elevation,
esp. Std I and AVL.

Imp: ① as 7 July 9?
② probable additional episodes of coronary artery spasm.

Rec: ① cont Lodine 300mg q8h + tease out ___
② RTC 10 July

7 July 9?:    Pt. called last evening + complained of ↑↑ LUQ pain, as
well as chest pain.    Rx: CT Scan of Abd., UMA, SMAA

<u>CT Scan lower thorax + upper abd</u> → moderate splenomegaly
<u>EKG</u> → el + ST elevation

note: Pt. now states he had felt well until ~ 1 June
*    when, for 1st Time in 7 mos, had ↑ light of ↑↑ etc.
and symptoms started less than ⅓ wk later.

Lipase → 200 → 99 → 88 → 63 !!!

Imp: several lipases suggest recent pancreatitis plus mod. splenomegaly
suggest recent infection or other toxic injury to liver
c̄ persistent hepatitis injury may be etiology. LUQ pain

Don D'Amico

30 June 92: Pt calls — states indocin — stopped ant lower chest ggreen LUQ pain but caused nausea. Has DC'd c̄ 3 days. Feels well now x̄ for some "lower" back pain. The elevated lipase is of concern

Rec: lipase, SR, HS-II + CBC

6 July 92: Pt calls + states he is developing episodic symptoms ("like 7 months ago") + notes feeling "tired + sluggish" 2 hrs p̄ meals, feels "more congested", etc

    repeat lipase ——→ 99 (was 204)

      HS-II ——→ WNL x̄ SGOT = 82 (was 72)  SGPT = 179 (was 160)

      SR ——→ 18 (was 7)

Rec: 5 hr GTT, +S-II, lipase, amylase

7 July 92: Developed © ant chest pain c̄ radiation to ant neck And © arm last night — recurrent — but each episode lasts only ~ 2 sec. Went to sleep — but when awoke this am. noted dull ant chest but ceased p̄ awoke Then felt congested + clammy + nauseated — Then © arm Added. No fever.

PE: Chest: clear

    CVS: RSR, $S_1 S_2$ WNL. Ø rubs, clicks,

          EKG ——→ ↑ ST elevation

Imp: ① Probable pleuropericarditis — r/o pancreatitis (doubt?)

Rec: ① HS-II, SR, lipase, amylase, coxsackie B titers
    ② 2D echo + RTC  7/8  ③ Iodine 300mg gtt

Dor. Monaco

21 Apr 92: 2 last month had ~ 5 episodes of chest discomfort — sent in Cardiocare strip each time ⟶ All WNL and without ST/T Δ's.

Pt not taking any meds.

EKG ⟶ WNL (early repolarization)

Rec: ① Ⓣ current Rx c̄ prophylactic antibiotics.

/Agr

26 June 92: ~ 3 days ago noted dull ache left lower ant and ant-lat chest (~ 6-8th rib area), esp in evening, then last night recurred c̄ ↑ intensity (constant pressure) — took a friend's Axid + had some relief. Today has sharp pain c̄ movement

PE: chest clear. Tender (mild) to pressure over Ⓛ ant 6th–9th ribs
CVS: RSR. S₁ S₂ WNL. Ⓣ rubs heard.
Abd: no epigastric tenderness. Spleen not palpitated.

EKG ⟶ NSR c̄ definite increase in Biplanar / ST elevation.

CBC ⟶ WBC = 6,200 (41% lymph)    amylase 1,750 → 200 → 64
HS-I ⟶                            CXR ⟶ WNL

Imp: ① Possible pleuropericarditis

Rec: ① Trial: Indocin 50 mg t.i.d × 5 da
② RTC 30 June

/Agr

Don Monaco

<u>1 MAR 92</u>: Pt developed same symptoms again last
night — went to ER + had EKG — told was
well — Pt state these symptoms occurred once
several months ago after exercise + maybe
2 times in the past. Pt states he also
is under ↑ business stress.

<u>Rec:</u>
① Trial: Verelan 120 — if any symptoms —
Then no meds at all — RTC ± UK
② Vacation ASAP

/Anil/

<u>7 MAR 92</u>: Pt <u>did not take</u> Verelan. Was asymptomatic
all week until after physical exercise program
developed "surging left ant chest pain" lasting ~
1', then felt somewhat light headed for 10' —
Then asymptomatic until this pm when
strained to urinate + noted onset of ⊕ ant
chest pain, lasting ~ 2', then saw spots + noted
fast P.R. and felt; every 4th, 5th heart beat was
weak.

<u>PE:</u> chest clear                    EKG → NSR
<u>CVS:</u> RSR, ō edema    6 led c̄ + p̄ valsalvas → NSR

<u>Rec:</u> ① Pt remains very fearful. Wants OTT and
careful recordings after to R/o rhythm disturbance
post exercise

De Monaco

Pt called + stated did not start Condition until Ynew — Then That evening noted while working-out on Rowing Machine That PR would not exceed 60/min. Comes to office to exercise on Treadmill + have PR acceleration observed.

Modified GTT:

resting —> NSR at 67/min

Start at Stage II —> $\bar{p}\,1' = 104$  $\bar{p}\,2' = 104$

Stage III —> $\bar{p}\,1' = 107$  $\bar{p}\,2' = 115$  $\bar{p}\,3' = 121$

Stage IV —> $\bar{p}\,1' = 150$  $\bar{p}\,2' = 158$

Post exercise : $\bar{p}\,1' = 115$  $\bar{p}\,2' = 101$  $\bar{p}\,3' = 88$

$\bar{p}\,4' = 78$  $\bar{p}\,5' = 77$  $\bar{p}\,6' = 75$

Imp: Completely normal sinus rate acceleration with exercise and normal deceleration p exercise

Rec: ① cont Condition
② resume physical exercise program

Amd

CHART '92: (Con't)

Pt water-skis frequently c̄ Two friends — who were **NOT** found to have stool positive for giardia but were Rx'd c̄ Flagyl + symptoms stopped and regained weight. Pt also developed similar symptoms late August ( where he was also in Costa Rica + Mexico and inadvertently drank some H₂O) Lost from normal wt of 180 to current 160 + has had T episodes of diarrhea as well as the epigastric bloating.

Imp: ① Symptoms immediately post - Cardizon That do not appear related to possible side effects of Cardizon CD (no postural BP drops, no EKG abnormalities, etc)

② R/O giardia infestation

③ positive R.A. factor of unknown significance

④ progressive SGPT elevation since 16 Jan '92

Rec: ① stool x 3 for giardia — consider Flagyl

② HS-II, RA, amylase, lipase

③ cont Cardizon CD-180 — call for any symptoms

④ RTC 10 days

⑤ obtain SHIAA, VMA results        /AvL

⑥ obtain U.W. Jan '92 work-up by Dr Corithen and send to Dr McMahon

Dr. Monaco

28 Feb 92: Pt. ~~developed~~ sudden dizziness and then ① Ant-lat sharp
chest pain c̄ radiation down Ⓛ arm — lasted
~ 20" (dizziness) and 5" (pain) — yesterday
evening — later, friends told Pt he appeared
pale + Pt felt "nervous" + ~~some~~ twinges of
chest pain — went to Humana ER. — told EKG
+ CXR were WNL. Had productive cough after (?)

PE: Chest: clear

CVS: RSR. S₁S₂ WNL x̄ S₁ split. ō ⓒ, rubs, gallops, clicks
PMI c̄/s̄ MCL — 5ᵀʰ i/s.

Imp: ① possible episode of coronary artery spasm
② r/o pheochromocytoma, ~~carcinoid~~ — doubt

Rec: ① 24 hr urine for VMA, 5HIAA
② AS-II, ANA, RA, SR Kr ⟶
③ Trial: ~~Cardizem~~ CD-180
④ RTC 3/4 Kr

28 Feb 92:
RA = pos (1:40)
ANA = neg
SGPT = 224 (was 151 on 1/26,

/AMA

7 Mar 92: ① Pt. did not take any Cardizem until about
1 hour ago — + then noted "flutters" over heart
and then "lightening pain from chest to left arm" +
feeling clammy. (BP 100/96 ⟶ 119/90 ↑)
② Had multiple episodes of dull chest pain + occ sharp
pains to Ⓛ shoulder between 2/28 and now. Also
multiple epigastric symptoms (bloating).

EKG ⟶ NSR. ō ectopy.

(con't)

/AMA

5 Feb 92:

__Imp__: ① aortic stenosis (mild) c̄ partial fusion of 2 leaflets
c̄ mild outflow obstruction of ? etiology (?RHD, etc)

② mild-moderate aortic insufficiency 2° to ①

③ mild mitral regurgitation.

④ mild LAE, probably 2° to ③

⑤ chest pain, possibly 2° to {esophageal / cor. artery spasm} — No evidence of C.A.D

⑥ inappropriate sudden sinus rate changes and RARE PACs

⑦ History of chronic hepatitis B +/or C c̄ recent evidence of hepatic injury 2° to this +/or ETOH.


Rec: ① prophylactic antibiotics for dirty procedures

② Avoid isometric exercise (bench press, etc) — but continue active aerobic program.

③ keep chest pain diary × month & RTC.

④ obtain results of U.W. & Dr Gunter's hepatic evaluation

Name: DON MUNACO     SS#     DOB:

| DATE | NOTES |
|---|---|
| 10/1/98 | *(illegible handwritten note)* |
| 3/2/98 | *(illegible handwritten note)* |

*(remainder of page consists of illegible handwritten clinical notes and a signature)*

| DATE | NOTES |
|---|---|

**12/23/97** (S) PAT IGT RTURN TO LONG ABSENCE. HAS BEEN UNDER STRESS. HAS BEEN HAVING PALPITATIONS DURING THE PAST 2 WEEKS WHEN HE FILLS A BRIEF THUSLE OR SKIPPED BEAT WILL FEEL SOB OR GAP BRIEFLY WHEN THIS OCCURS. WHEN EXERCISING OR SMOKING THIS FREQUENTLY DEVELOPED SHARP CHEST PAIN WHICH RESOLVES WHEN HE STOPS. WAKE UP WITH LEFT NECK PAIN AND LESS SHOULDER PAIN - SHARP AND WHICH LASTS ~ 5 MINUTES. PAPERS HAS HX OF MVP AND EJCTN FRCT BUT NONE X 11 MONTHS. HX HX OF HEPATITI B, C WITH PERSISTENTLY ELEVATED LFT's. NEVER HAD LIVER BIOPSY.

(O) HEART: RMSS $S_1 S_2 S_3 S_4 $ V   LESSP I/VI SEM LSB

**P-2 DB0/D**  LUNGS: CTA
**(401-204)**
**HDL-32**  BO: EXM AVERAGE UNIVERSE
**LDL-150**
**SGOT 86**  EXT: NSR, UNC
**SGPT 175**

(D) 1/ PALPITATION
2/ HEPATITI B,C - CHRONIC
3/ ELEVATED LFT's 2.0 to #2

P: 1/ EVENT MONITOR
2/ CONSIDER REFERRAL TO DR SAMPSON
3/ FU 1 MONTH

**10/98** (S) DOING WELL - FEWER PALPITATIONS - HAS STARTED AEROBIC EXERCISE AND IMPROVED DIET.
**?/?** DOES NOT YET WANT REFERRAL TO GI SPECIALIST
FOR LIVER BIOPSY - WANTS TO FOLLOW SERIAL
LFT's - IS INTERESTED IN TRYING MILK THISTLE.

(O) EXM DERIVES

EVENT MONITOR - ONE P/Q SHOWING ST ELEVATION DURING "HEART PALPITATIONS" O/W UNC

(A) 1/ PALPITATION    4/ HYPERCHOLESTEROLEMIA
3/ CHRONIC HEPATITIS B,C
3/ ELEVATED LFTS 2° to #2

P: 1/ P-1    (3) MILK THISTLE   (5) WILL REVIEW EVENT MONITOR & EKOH/Hx

**LabCorp**
Laboratory Corporation of America

08450-2 DIMOND DIAGNOSTICS
DIMOND TOWER #3
800 EAST DIMOND BLVD.
ANCHORAGE, AK 99515
SWIRCENSKI

DATE REPORTED: 04-MAR-98
MONACO,
DON,
DATE COLLECTED: 03-MAR-98
10:26 AM
FASTING: YES  ACC# 3229250-2

DATE REPORTED: 04-MAR-98
MONACO,
DON,
DATE COLLECTED: 03-MAR-98
10:26 AM   DOB: 03-JUL-58
ACC# 3229250-2   AGE: 39
SEX: M

| test | result | units | range | test | result | units | range |
|------|--------|-------|-------|------|--------|-------|-------|
| GLUCOSE | 100 | MG/DL | 65-115 | | | | |
| BUN | 21 | MG/DL | 5-225 | | | | |
| CREATININE | 1.1 | MG/DL | 0.6-1.5 | | | | |
| BUN/CREAT | 19.1 | RATIO | | | | | |
| SODIUM | 139 | MEQ/L | 135-147 | | | | |
| POTASSIUM | 5.0 | MEQ/L | 3.5-5.3 | | | | |
| CHLORIDE | 101 | MEQ/L | 96-109 | | | | |
| | | | | | | | |
| TOTAL PROTEIN | 8.3 | G/DL | 6.0-8.5 | | | | |
| ALBUMIN | 4.4 | G/DL | 3.5-5.5 | | | | |
| GLOBULIN | 3.9 | G/DL | 2.0-3.9 | | | | |
| A/G RATIO | 1.1 | RATIO | 1.0-2.4 | | | | |
| CALCIUM | 9.8 | MG/DL | 8.5-10.8 | | | | |
| PHOSPHORUS | 4.1 | MG/DL | 2.5-4.5 | | | | |
| SGOT(AST) | 75 HI | U/L | 1-40 | | | | |
| SGPT(ALT) | 123 HI | U/L | 0-45 | | | | |
| ALK PHOS | 59 | U/L | 25-140 | | | | |
| LDH | 164 | U/L | 1-240 | | | | |
| TOTAL BILI | 0.9 | MG/DL | 0.1-1.2 | | | | |
| GGTP | 24 | U/L | 1-85 | | | | |
| URIC ACID | 5.7 | MG/DL | 3.5-9.0 | | | | |
| CHOLESTEROL | 195 | MG/DL | 130-200 | | | | |
| TRIGLYCERIDES | 143 | MG/DL | 30-150 | | | | |
| HDL CHOLESTEROL | 36 | MG/DL | 30-75 | | | | |
| LDL CHOL. CALC | 130 | MG/DL | 60-130 | | | | |
| CHOL/HDL RISK | 5.4 | RATIO | | | | | |
| | | | | | | | |
| FERRITIN | 98 | NG/ML | 22-322 | | | | |

LDL CHOL. CALC
LDL CALCULATED

STS ORDERED: ACP,FERRITIN,HDL,  BLOOD DRAW.

1 FINAL: MONACO,DON 3229250-2/L27811365-0        COL.DT: 03-MAR-98  REC.DT: 04-MAR-98

**abCorp**™
Laboratory Corporation of America

DATE REPORTED
22-JAN-98
MONACO,
DON,
DATE COLLECTED
21-JAN-98
10:15 AM

08450-2 DIMOND DIAGNOSTICS
DIMOND TOWER #3
800 EAST DIMOND BLVD.
ANCHORAGE, AK 99515
SWIRCENSKI

DATE REPORTED
22-JAN-98
MONACO,
DON,
DATE COLLECTED
21-JAN-98          DOB: 31-JUL-58
10:15 AM          AGE: 39
ACC# 3155424-8    SEX: M

FASTING: YES ACC# 3155424-8

| test | result | units | range | | test | result | units | range |
|------|--------|-------|-------|---|------|--------|-------|-------|
| GLUCOSE | 90 | MG/DL | 65-115 | | | | | |
| BUN | 22 | MG/DL | 5-25 | | | | | |
| CREATININE | 1.1 | MG/DL | 0.6-1.5 | | | | | |
| BUN/CREAT | 20.0 | RATIO | | | | | | |
| SODIUM | 141 | MEQ/L | 135-147 | | | | | |
| POTASSIUM | 5.0 | MEQ/L | 3.5-5.3 | | | | | |
| CHLORIDE | 105 | MEQ/L | 96-109 | | | | | |
| | | | | | | | | |
| TOTAL PROTEIN | 8.6 HI | G/DL | 6.0-8.5 | | | | | |
| ALBUMIN | 4.6 | G/DL | 3.5-5.5 | | | | | |
| GLOBULIN | 4.0 HI | G/DL | 2.0-3.9 | | | | | |
| A/G RATIO | 1.2 | RATIO | 1.0-2.4 | | | | | |
| CALCIUM | 9.6 | MG/DL | 8.5-10.8 | | | | | |
| PHOSPHORUS | 4.2 | MG/DL | 2.5-4.5 | | | | | |
| SGOT(AST) | 66 HI | U/L | 1-40 | | | | | |
| SGPT(ALT) | 131 HI | U/L | 0-45 | | | | | |
| ALK PHOS | 55 | U/L | 25-140 | | | | | |
| LDH | 162 | U/L | 1-240 | | | | | |
| TOTAL BILI | 1.0 | MG/DL | 0.1-1.2 | | | | | |
| GGTP | 24 | U/L | 1-85 | | | | | |
| URIC ACID | 6.5 | MG/DL | 3.5-9.0 | | | | | |
| CHOLESTEROL | 206 HI | MG/DL | 130-200 | | | | | |
| TRIGLYCERIDES | 139 | MG/DL | 30-150 | | | | | |
| HDL CHOLESTEROL | 35 | MG/DL | 30-75 | | | | | |
| LDL CHOL. CALC | 143 HI | MG/DL | 60-130 | | | | | |
| CHOL/HDL RISK | 5.9 | RATIO | | | | | | |
| | | | | | | | | |
| FERRITIN | 127 | NG/ML | 22-322 | | | | | |

LDL CHOL. CALC
LDL CALCULATED

TESTS ORDERED: ACP, FERRITIN, HDL,  BLOOD DRAW.

| ...E REPORTED | ...DIAMOND TOWE #3 | TEST REQUES... NONFAS.. | DATE REPORTED 09-JUL-92 | CLIENT # 08450-2 |
| ?-JUL-92 | 800 EAST DIAM... B LIPASE, | BLOOD DRAW, AMYLASE, | ONACO, | |
| ONACO, | ANCHORAGE, AK ...31 M. PNEUMONIAE (IgG), | JON | |
| ON | 375-55342.001 | HEALTH SURVEY II. | | |
| ...TE RECEIVED | | | DATE RECEIVED 06-JUL-92 | AGE NI SEX M |
| ...-JUL-92 | | | | |
| :CESSION NO. 73010-5 | REMARKS | | ACCESSION NO. 3173010-5 | PHYSICIAN GARY ARCHER, M |

| RESULTS | TEST/NORMALS | | RESULTS | TEST/NORMALS |
|---|---|---|---|---|
| 77 | GLUCOSE 65 - 110 mg/dl | | 5.8 | WBC X 10³ 4.8 - 10.8 |
| 17... | BUN 10 - 26 mg/dl | | 5.39 | RBC X 10⁶ M4.37-4.77, F4.00-5.12 |
| 1.2 | CREATININE 0.7 - 1.4 mg/dl | | 16.5 | HBG g/dl M13-17, F11.5-15.5 |
| 14.2 | BUN/CREATININE 7 - 18 | | 47.8 | HCT% M39-49, F 34-44 |
| 138 | SODIUM 135 - 152 mEq/l | | 92 | MCV μ³ 81 - 101 |
| 5.0 HI | POTASSIUM 3.2 - 5.0 mEq/l | | 30.6 | MCH μμg 28 - 34 |
| 100 | CHLORIDES 96 - 106 mEq/l | | 33.1 | MCHC% 32 - 36 |
| 30 | CO₂ 24 - 34 mEq/l | | 225 | PLATELETS 140 - 450 X 10³ |
| 7.8 | TOTAL PROTEIN 6.0 - 8.5 g/dl | | 10.9 | RDW 10 - 13 |
| 4.7 | ALBUMIN 3.5 - 5.5 g/dl | | 54 | NEUTROPHILS 41 - 72% |
| 3.1 | GLOBULIN 2.0 - 3.5 g/dl | | 33 | LYMPH 22 - 42% |
| 1.5 | A/G RATIO 1.0 - 2.0 | | 10 HI | MONO 0 - 9% |
| 8.2 | CALCIUM 8.5 - 10.5 mg/dl | | 3 | EOSIN 0 - 5% |
| 4.3 | PHOSPHORUS 2.5 - 4.5 mg/dl | | 0 | BASO 0 - 1% |
| 55 HI | SGOT 0 - 40 U/L | | | SED. RATE M0-10, F 0-20, mm/H |
| 141 HI | SGPT 0 - 45 U/L | | | DIGOXIN 0.5 - 2.2 hg/ml |
| 66 | ALK. PHOS. <17 YRS. 80-490/>17 YRS. 30-130 U/L | | | DILANTIN 10 - 20 mcg/ml |
| 139 | LDH 100 - 225 U/L | | | BLOOD TYPE |
| 0.6 | TOTAL BILI 0.2 - 1.2 mg/dl | | | RH FACTOR |
| 20 HI | GGT 0 - 65 U/L | | | ANTIBODY SCREEN NEGATIVE |
| 8.2 HI | URIC ACID M2.5-8.0, F1.7-7.0 mg/d | | | RPR SEROLOGY . NR |
| 176 | CHOLESTEROL SEE REVERSE | | | RUBELLA SCREEN 1.9 |
| 155 HI | TRIGLYCERIDES 35 - 150 mg/dl | | | MONO SCREEN NEGATIVE |
| 30 | HDL CHOLESTEROL 30 - 75 mg/dl | | | RHEUMATOID FACTOR NEGATIVE |
| 115 | LDL CHOLESTEROL 60 - 130 mg/dl | | | SPEC. GRAVITY 1.005 - 1.035 |
| 5.9 | RISK RATIO SEE REVERSE | | | COLOR |
| | TOTAL IRON F40-180, M70-180 mcg/dl | | | APPEARANCE CLEAR |
| | TOTAL IRON BNDNG CAP. 175 - 400 mcg/dl | | | PH 4.5 - 7.5 |
| | % SAT 25 - 40% | | | PROTEIN NEGATIVE |
| 218 | FERRITIN | | | GLUCOSE NEGATIVE |
| | T-4 4.5 - 12.5 mcg/dl | | | KETONES NEGATIVE |
| | T-3 UPTAKE 0.8 - 1.2 | | | OCCULT BLOOD NEGATIVE |
| | FTI 4.5 - 12.5 | | | BILIRUBIN NEGATIVE |
| | T3 (RIA) 50 - 170 ng/dl | | | UROBILINOGEN 0.0 - 1.0 mg/dl |
| | TSH 0.4 - 6.0 MIU/ml | | | LEUKOCYTE ESTERASE NEGATIVE |
| | GLYCO HEMOGLOBIN 4 - 6.8% | | | NITRITE NEGATIVE |

MMENTS/OTHER TEST RESULTS

HEW #46-1022 / MEDICARE # 50-8026 / C.A.P. # 98109-00

:YLASE:

| RESULT NAME | RESULT | UNITS | NORMALS |
|---|---|---|---|
| AMYLASE | 43 | U/L | 31-123 |
| PASE: | | | |
| LIPASE | 88 | U/L | 10-140 |
| PNEUMONIAE (IgG): | | | |
| MYCOPLASMA AB (IGG) | 2.01 / | EIA INDEX | NEGATIVE <0.80 |

| INDEX | INTERPRETATION |
|---|---|
| <0.80 | NEGATIVE |
| 0.80-0.99 | EQUIVOCAL |
| 1.00-2.39 | LOW POSITIVE |
| 2.40-4.34 | MID POSITIVE |
| >4.34 | HIGH POSITIVE |

1 FINAL REPORT. MONACO, DON 3173010-5/L 28493682-9 C DATE. 06-JUL-92

NATIONAL HEALTH LABORATORIES, INC. 21903 68ᵀᴴ AVE. SOUTH, KENT, WA 98032 (206) 395-4000 WA 1-800-562-4956 OUTSIDE WA 1-800-426-8033

VERTICAL LAB REPORT

| ATE REPORTED | GARY ARCHER, M.D. | TEST REQUESTED | DATE REPORTED | CLIENT # |
| 7-JUN-92 | DIAMOND TOWE | LIPASE, | 7-JUN-92 | 08450-2 |
| NACO, | 800 EAST DIAMO B | HEALTH SURVEY I, | MONACO, | |
| NALD | ANCHORAGE, AK 9951 | AMYLASE, CBC, | DONALD | |
| ATE RECEIVED | 375-55330.001 | BLOOD DRAW. | DATE RECEIVED | AGE SEX |
| 5-JUN-92 | | | 26-JUN-92 | N1 M |

| CCESSION NO. | REMARKS | | ACCESSION NO. | PHYSICIAN |
| 09733-3 | /073158 | | 7209733-3 | GARY ARCHER, M |

| RESULTS | TEST/NORMALS | | RESULTS | TEST/NORMALS |
|---|---|---|---|---|
| 89 | GLUCOSE 65 - 110 mg/dl | | 6.2 | WBC X 10³ 4.8 - 10.8 |
| 12 | BUN 10 - 26 mg/dl | | 5.22 | RBC X 10⁶ M4.37-5.77, F4.00-5.12 |
| 1.1 | CREATININE 0.7 - 1.4 mg/dl | | 16.1 | HBG g/dl M13-17, F11.5-15.5 |
| 10.9 | BUN/CREATININE 7 - 18 | | 48.4 | HCT% M39-49, F 34-44 |
| 141 | SODIUM 135 - 152 mEq/l | | 93 | MCV μ³ 81 - 101 |
| 4.6 | POTASSIUM 3.2 - 5.0 mEq/l | | 30.7 | MCH μμg 28 - 34 |
| 102 | CHLORIDES 96 - 106 mEq/l | | 33.3 | MCHC% 32 - 36 |
| 29 | CO₂ 24 - 34 mEq/l | | 224 | PLATELETS 140 - 450 X 10³ |
| 7.6 | TOTAL PROTEIN 6.0 - 8.5 g/dl | | | RDW 10 - 13 |
| 4.6 | ALBUMIN 3.5 - 5.5 g/dl | | 55 | NEUTROPHILS 41 - 72% |
| 3.0 | GLOBULIN 2.0 - 3.5 g/dl | | 41 | LYMPH 22 - 42% |
| 1.5 | A/G RATIO 1.0 - 2.0 | | 0 | MONO 0 - 9% |
| 9.9 | CALCIUM 8.5 - 10.5 mg/dl | | 4 | EOSIN 0 - 5% |
| 4.3 | PHOSPHORUS 2.5 - 4.5 mg/dl | | 0 | BASO 0 - 1% |
| 72 HI | SGOT 0 - 40 U/L | | | SED. RATE M0-10, F 0-20, mm/1ʰ |
| 160 HI | SGPT 0 - 45 U/L | | | DIGOXIN 0.5 - 2.2 ng/ml |
| 73 | ALK. PHOS. <17 YRS. 80-490 >17 YRS. 30-130 U/L | | | DILANTIN 10 - 20 mcg/ml |
| 136 | LDH 100 - 225 U/L | | | BLOOD TYPE |
| 0.7 | TOTAL BILI 0.2 - 1.2 mg/dl | | | RH FACTOR |
| 24 | GGT 0 - 65 U/L | | | ANTIBODY SCREEN NEGATIVE |
| 7.0 | URIC ACID M2.5-8.0, F1.7-7.0 mg/dl | | | RPR SEROLOGY NR |
| 217 | CHOLESTEROL SEE REVERSE | | | RUBELLA SCREEN |
| 133 | TRIGLYCERIDES 35 - 150 mg/dl | | | MONO SCREEN NEGATIVE |
| 44 | HDL CHOLESTEROL M00-75, F40-90 mg/dl | | | RHEUMATOID FACTOR NEGATIVE |
| 146 HI | LDL CHOLESTEROL 60 - 130 mg/dl | | | SPEC. GRAVITY 1.005 - 1.035 |
| 4.9 | RISK RATIO SEE REVERSE | | | COLOR |
| | TOTAL IRON F-40-180, M-70-180 mcg/d | | | APPEARANCE CLEAR |
| | TOTAL IRON BINDING CAP. 175-400 mcg/d | | | PH 4.5 - 7.5 |
| | % SAT 25 - 40% | | | PROTEIN NEGATIVE |
| 280 | FERRITIN F<4-9.32 ng/ml M<4-10.380 ng/ml | | | GLUCOSE NEGATIVE |
| | T-4 4.5 - 12.5 mcg/dl | | | KETONES NEGATIVE |
| | T-3 UPTAKE 0.8 - 1.2 | | | OCCULT BLOOD NEGATIVE |
| | FTI 4.5 - 12.5 | | | BILIRUBIN NEGATIVE |
| | T3 (RIA) 50 - 170 ng/dl | | | UROBILINOGEN 0 - 1 mg/dl |
| | TSH 0.4 - 6.0 MIU/ml | | | LEUKOCYTE ESTERASE |
| | GLYCO HEMOGLOBIN 4 - 6.8% | | | NITRITE NEGATIVE |

OMMENTS/OTHER TEST RESULTS

HEW # 46-1022/MEDICARE # 50-8026/C.A.P. # 98109-00

LIPASE:

| RESULT NAME | RESULT | UNITS | NORMALS |
|---|---|---|---|
| LIPASE | 200 HI | U/L | 10-140 |

RESULTS CONFIRMED BY REPEAT.

AMYLASE:

| AMYLASE | 64/ | U/L | 0-95 |

TEST PERFORMED AT NHL, ANCHORAGE ALASKA

CALLED TO MARY BETH 11:30A/KAB

Doctor: Gary Archer
Date: 07/08/92
Anch. Diagnostic Imaging Ctr.
4003 Lake Otis, Anch., Ak 99508    563-3493

400_ _ ke Otis Pa   ay #101
Anchorage, Alaska 995   1
(907) 563-3493

Clinical History:

☐ Routine
☐ Send films with patient

Exam Requested:

☐ Phone results to this number

## 2-D AND M-MODE ECHOCARDIOGRAM WITH DOPPLER FLOW STUDIES

Radiologist Report:

Study is compared with one done on 02/14/92 which showed calcific disease of the aortic valve and mild MR.

QUALITY OF THE PRESENT STUDY: Good.

1. PERICARDIUM: There is no effusion, although there is a trivial little echo-free space that may represent a small amount of physiologic pericardial fluid.

2. LEFT VENTRICLE: It contacts briskly. At the end of diastole it is a little over 5cm, at the end of systole just over 3cm with a normal ejection fraction. The septum and posterior wall are each about a centimeter thick or a little more.

3. LEFT ATRIUM: That chamber is 4cm in the AP plane and it looks normal. The mitral leaflets move freely.

4. AORTA: The root of the aorta moves briskly. It is under 3.5cm in the AP plane. The commissure between the left and the right coronary cusps is thickened and dense but there is adequate motion of the aortic valve leaflets. Doppler interrogation shows a jet of at least mild Al. The half time on the jet of Al is 746msec which is compatible with mild Al.

The dense calcific-looking mass located at the junction between the right and left coronary cusps could be in part vegetation; however, there is no flipping around or dishrag effect that is more commonly associated with vegetation. If there is a clinical suspicion of endocarditis, however, that should be followed up.

5. RIGHT VENTRICLE: That chamber is under 2.5cm in the AP plane and it looks normal. The tricuspid valve, RA, and root of the PA are all unremarkable.

DOPPLER interrogation shows normal antegrade flow patterns. There are trivial jets of MR and TR and mild Al.

IMPRESSION: Abnormal study.
1. Calcific-looking disease involving the aortic valve with mild Al.
2. Trivial to mild MR and TR with borderline LAE.

Compared with the study done 02/14/92, I do not see a significant change.

SHERMAN BEACHAM, M.D.
SB/jo

Name: DON MONACO
D.O.B. 7-31-58
Doctor ARCHER
Date: 7-9-92
Anch. Diagnostic Imaging Ctr.
003 Lake Otis, Anch., AK 99508        563-3493

**ANCHORAGE DIAGNOSTIC IMAGING CENTER**

CLINICAL HISTORY: _____ Routine.

_____ Send films with patient.

EXAM REQUESTED: _____ Phone results to this number.

*CT Chest/abd*

RADIOLOGIST REPORT:

CT LOWER CHEST AND UPPER ABDOMEN:  Oral and intravenous contrast were administered.  The descending aorta appears normal in caliber and course.  The abdominal aorta is also entirely normal in caliber throughout its visualized length.  The liver has a normal parenchymal pattern with no masses or nodules or infiltrative lesions.  The spleen is large.  The pancreas appears normal.  The adrenal glands appear normal and the kidneys appear normal and appear to function well.  No evidence of mesenteric or para-aortic lymph node enlargement.

IMPRESSION:  Splenomegaly.

HAROLD F. CABLE, M.D./mh
D&T-07/09/92

HAROLD F. CABLE, M.D.

003 Lake Otis Parkway, #101                    (907) 563-3493                    Anchorage, Alaska 99508

HAROLD F. CABLE, M.D.

3 Lake Otis Parkway, #101                    (907) 563-3493                    Anchorage, Alaska 99508

HAROLD F. CABLE, M.D.

1 Lake Otis Parkway, #101                    (907) 563-3493                    Anchorage, Alaska 99508

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) DR BARTON - Medical | DATE: 6 - 15 - 03 |
|---|---|
| FROM: Don Monaco | REGISTER NO.: 13314-006 |
| WORK ASSIGNMENT: Chapel | UNIT: 208 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary. Your failure to be specific may result in no action being
taken. If necessary, you will be interviewed in order to successfully respond to your
request.)

I respectfully request an evaluation for treatment
of my hepatitis 'C' liver disease. My liver has
been acting up more frequently over the past sever-
al months since I arrived here at F.P.C. Du-
luth. I've been offered treatment several times at
Waseca F.C.I and Terminal Island F.C.I
prior to my arrival here. Now might be the right time
for treatment.

Thanks in advance & please respond in writing.

CC: AM/MF                (Do not write below this line)    Don Monaco

DISPOSITION:

Watch the call-out for an appointment
and we'll discuss the possibility
of Hepatitis treatment.

| Signature Staff Member | Date 7/21/03 |
|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)        This form replaces BP-148.070 dated Oct 86
                                            and BP-S148.070 APR 94

Printed on Recycled Paper

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE

**FEDERAL BUREAU OF PRISONS**

| TO: (Name and Title of Staff Member) DR Barton - Medical Director | DATE: 11-17-03 |
|---|---|
| FROM: Don Monaco | F .. NO.: 13314-006 |
| WORK ASSIGNMENT: Chapel | UNIT: 208 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

I respectfully request a prostrate specific Antigen Blood Test to check up on my prostrate gland (PSA Test). I've been having some serious problems and pain associated with my prostrate, genitals, rectum and herpes flare ups. I'm not sure exactly why I am experiencing this pain and these flare-ups, but I think that my Hepatitis C liver Disease and liver flare-ups are in some way intricately tied in with each other during these frequent ATTACKS. I think it would be a good idea to do a complete Chemistry Panel on my blood which includes a PSA Test. Thanks in Advance And please respond in writing.

CC: DM/MF

Don Monaco

(Do not write below this line)

DISPOSITION:

Report to sick call to be evaluated

| Signature Staff Member | Date 7/24/03 |
|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 96
and BP-S148.070 APR 94

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE

FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) DR. BARTON - Medical Doctor | DATE: 6-6-03 |
| FROM: DON MONACO | REGISTER NO.: 13314-006 |
| WORK ASSIGNMENT: Chapel | UNIT: 208 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary. Your failure to be specific may result in no action being
taken. If necessary, you will be interviewed in order to successfully respond to your
request.)

I respectfully request a professional biopsy
from a skin specialist about the abnormal growth on
the left side of my head. I'm worried that this
abnormality could be cancerous since this type of
skin cancer runs in my family. Both you and
P.A. Espinal have incorrectly turned me down on
my reasonable request for a specialist. This growth
seems to be growing very slowly over the years.
Thanks in advance and please grant my request with
your response in writing.

CC: DM/MF

Don Monaco

(Do not write below this line)

DISPOSITION:

Report to sick-call for re-evaluation
if you want this looked
at again.

| Signature Staff Member | Date 6/13/03 |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEE 98
U.S. DEPARTMENT OF JUSTICE                          FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) <br> WARdEN STINE - Duluth F.P.G. | DATE: 3-5-03 |
|---|---|
| FROM: DON MONACO | REGISTER NO.: 13314-006 |
| WORK ASSIGNMENT: Recycle | UNIT: 208 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary. Your failure to be specific may result in no action being
taken. If necessary, you will be interviewed in order to successfully respond to your
request.) Dear Warden Stine, I'm sorry that I have to come to you with this very unfortunate
matter, but I'm left with no other choice at this point. I'm also sorry to say that my Consti-
tutional Rights have been clearly violated by several prison medical and other staff members
here. Please read the following formal complaints very carefully. Since I believe that there
may be some type of abusive retaliation going on against me in this and other matters, I ask
that you can please keep these complaints and this information under strict confidentiality.

A copy of each complaint has also been forwarded to Captain Raitt asking for SIS officer Crea-
gan or another neutral officer to formally investigate these violations. Administrative Rem-
edy Policy Statement 1330.13 states that investigations into certain matters should be conduct-
ed by neutrally detached correctional officers who are not involved with the incident. I have
also forwarded copies of these complaints to the United States District Court in Duluth
as an adendum to my pending 2241 injunctive relief action against the F.B.O.P. for the improp-
er treatment of my serious chronic migraines and other serious chronic medical issues. A copy
has also been sent to the Minnesota Medical Board, Dr. Barton and Dr. Glenn. My family mem-
bers and a Civil Rights attorney have also been given copies. More detailed information is
also available upon your request if needed. I apreciate your honest + impartial h-lp on these issues.
I'm also in fear of my safety + wellbeing under Supervisor Wessberg + other problems in recycling.

Thanks in advance and please contact me as soon as you can. I hope that we can informally
resolve all of these issues before we both unnecessarily waste each others valuable time and
2 taxpayers valuable money.                        Sincerely,
                    (Do not write below this line)         Don Monaco

DISPOSITION:

Please see attached response dated April 22, 2003.

| Signature Staff Member | Date |
|---|---|
| D. C. Stine, Warden | April 22, 2003 |
| Record Copy - File; Copy - Inmate <br> (This form may be replicated via WP) | This form replaces BP-148.070 dated Oct 86 <br> and BP-S148.070 APR 94 |

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS

| TO:(Name and Title of Staff Member) Warden Stine - Duluth F.P.C. | DATE: 3-5-03 |
|---|---|
| FROM: Don Monaco | REGISTER NO.: 13314-006 |
| WORK ASSIGNMENT: Recycle | UNIT: 208 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary. Your failure to be specific may result in no action being
taken. If necessary, you will be interviewed in order to successfully respond to your
request.)

Petitioner, Donald James Monaco respectfully comes forth in the following matter under
~~the protection of the 1st Amendment Right to the freedom of speech and the right to~~
redress grievances against Government officials under the United States and similar
Minnesota State Constitutions. *Petitioner also comes forth under BOP Administrative Policy statement 1330.1.*

At approximately 3:10 PM on 2-24-03, I started to have one of my classic/chronic well-
~~documented migraine headache episodes prior to and during the time I was speaking with~~
the Duluth Education Supervisor, Mr. Miller. As I left Miller's office, I asked him to
please notify the medical department about the onset of my migraine and my vision problem
~~(temporary blindness). My chronic migraines are and have been recommended as an urgent~~
care situation by Health Department Administrator, R. DeFrance, and all other federal
~~prison medical departments. At approximately 3:15 PM, I notified P.A. Polzin in medical,~~
that I was reporting as recommended pertaining to the onset of my migraine and partial
blindness as urgent care.

At approximately 3:20 PM, P. Polzin called me into an office and started asking me
questions and examining my condition. At one point during the visit, P.A. Polzin asked
~~me what I usually take for the condition and if I took my prescribed Imitrex. I told him~~
that I took the Imitrex 10 minutes ago and that I ran out of the prescribed Aspirin. I
CC: DM / MF                    (Do not write below this line)    ( See Attached page ) - - - - -

DISPOSITION:

Please see attached response dated April 22, 2003.

| Signature Staff Member D. L. Stine, Warden | Date April 22, 2003 |
|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)          This form replaces BP-148.070 dated Oct 86
                                             and BP-S148.070 APR 94


Printed on Recycled Paper

also tried to explain to him that I have been in litigation with the F.B.O.P. on the improper denial of strong ___ .in medication for my chronic ___ raines and that I request a stronger Tylenol-Codeine pain medication for this particular migraine.

At this point, P.A. Polzin incorrectly proceeded to raise his voice in an abusive and threatening manner by yelling: "Are you threatening me!". P.A. Polzin then rambled on in a very loud and threatening voice that he had a lot to do right now which included the preparation of the pill line, etc. I told him that I was not threatening him and that I had a right to a stronger pain medication previously prescribed by visiting prison neurologist and B.O.P. Doctors. Then Polzin finally calmed himself down and told me that he would get me a refill of Aspirin to hold me over until I could speak to Dr. Barton or others for a chronic care evaluation. Polzin then told me to wait in the pill line for Aspirin he didn't have.

P.A. Polzin also called the Kitchen Supervisor Chevront and told him about my migraine headache and apparently Chevront told Polzin to have me report back to the Kitchen for the 4:00 PM count. I immediately objected to Polzin that it wasn't such a good idea to force me all the way back to the Kitchen for work when I was still partially blinded from the temporary visual impairment during the vascular onset of the migraine. P.A. Polzin then got upset with me and tried to tell me that I wasn't having visual problems because he had just examined me (this is not true, Polzin knew for a fact that I was having visual problems and temporary blindness). Polzin was obviously trying to downplay the seriousness of my migraine condition which was nothing short of deliberate indifference to my serious medical needs, and for Polzin to unnecessarily yell at me and force me back to work in an unprofessional and demeaning fashion when I was seriously ill and in need of immediate medical attention, monitoring and rest, is clearly in violation of Bureau Policy and the Code of Federal Regulations under Employee Conduct and Medical Care Procedures. P.A. Polzin's unprofessional and unethical behavior used towards me at this time was totally uncalled for in my time of serious medical need. P.A. Polzin's incorrect actions violated my Civil Rights and were cruel and unusual based on community standards and the 8th Amendment of the United States and similar Minnesota State Constitutions. As shown in Weaver v. Clark, 45 F.3d 1253 (8th Cir. 1995), prison official violates 8th Amendment by being deliberately indifferent either to the prisoner's existing serious medical needs or to conditions posing substantial risk of serious future harm.

In conclusion, I ask that the Duluth F.P.C. Medical Department immediately place safeguards into effect concerning medical and other staff member mistreatment of my chronic migraine headache conditions and the improper denial of stronger pain medication. I also request that similar safeguards be placed into effect concerning my other chronic medical conditions of a serious nature. This formal complaint against P.A. Polzin and the Duluth Medical Department and Camp should be formally investigated for abuse and neglect in compliance with state and federal laws and the B.O.P. Administrative Remedy Program Statement investigative procedure pursuant to P.S. 1330.13. I also ask that P.A. Polzin be sanctioned and/or reprimanded for his unprofessional violative behavior and request that I should never be placed in front of this neglective and abusive man again in a one-on-one situation due to the fact that I am in fear of my life, safety, and well-being if forced to deal with him on my own. "People are sent to prison as punishment, not for punishment", quoting Battle v. Anderson, 447 F. Supp. 516 and Wolfish v. Levi, 439 F. Supp. 114 (S.D.N.Y. 1977), and as also shown in Procunier v. Martinez, 416 U.S. 396 (1974), A prisoner is not stripped of Constitutional Rights (protections) at the prison gate, but, rather he retains all the Rights an ordinary citizen except those expressly, or by necessary implication taken from him by the law.

All statements were made truthfully to the best of my knowledge and ability under the penalty of perjury in compliance with Title 28 U.S.C. §1746 and Title 18 U.S.C. §1621.

Dated: 3-5-03

Respectfully submitted by:

Donald James Monaco #13314-006
F.P.C. Duluth, MN  55814

CC: DM/MF

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE

**FEDERAL BUREAU OF PRISONS**

| TO: (Name and Title of Staff Member) Warden Stine - Duluth F.P.C. | DATE: 3-5-03 |
|---|---|
| FROM: Don Menaco | REGISTER NO.: 13314-006 |
| WORK ASSIGNMENT: Recycle | UNIT: 208 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

This can be construed as a formal complaint under my 1ST Amendment procedural and B.O.P. Policy Right to administratively redress grievances against the Government, the B.O.P. and it's officials. _United States Constitution + Administrative Remedy Policy Statement 1330.13._

At approximately 7 AM on Thursday 2-27-03, I went to urgent care at the Duluth F.P.C. Medical Clinic for an ongoing migraine headache that started after my awakening on Thursday morning. I was told by the Health Administrative Director, R. DeFrance, upon my arrival at this institution on approximately 1-23-03, that my migraine attacks would be considered as an urgent care status because of the temporary blindness associated with this painful and well documented chronic condition. P.A. Espinal refused to see me at this urgent time period on Thursday morning and told me to report back to work. I was incorrectly forced to walk all the way across the compound to my assigned work position in a temporary blind medical condition. I carefully found my way over to my new work supervisor, Mr. Wessberg and I told him that I was sick, had a migraine headache and that I was told by P.A. Espinal to have him call medical about my condition (I was incorrectly forced back to work partially blinded several days prior by P.A. Polzin during a well documented migraine attack on 2-24-03). Ordering a chronically ill prisoner back to an assigned work position when they are temporarily blinded sits well outside of community standards and is enough to shock the conscience of any civilized and progressing society.

After I was told to report back to P.A. Espinal at the renewed telephone request...

cc: DM/MF                    (Do not write below this line)          _(see Attached pages)_.

DISPOSITION:

Please see attached response dated April 22, 2003.

| Signature Staff Member
D.L. Stine, Warden | Date
April 22, 2003 |
|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94


Printed on Recycled Paper

from Supervisor Wessberg, I was forced to walk all the way back across the compound once
again and I was finally examined by P.A. Espinal. I told Espinal that I took my
prescribed Imitrex nasal spray and was out of both the Imitrex and the prescribed
Aspirin. I was asked how much pain I was in by Espinal on a scale of 1 to 10, and I
explained that my pain was at a level 8 which was excruciating like a continuous kick in
the privates. I asked Espinal if he and the Duluth F.P.C. Medical Department was going
to honor my request for stronger pain medication like previously prescribed by other
private and B.O.P. professionals, but Espinal said that it was up to Dr. Barton and that
Dr. Barton was in training and wouldn't be able to see me until next week. (I haven't
seen the doctor in six weeks since my arrival here on 1-22-03 and Dr. Barton has not
responded to any of my written inmate medical requests.)

Before leaving the medical department building, I asked Espinal if he was going to grant
me a lay-in pass for the day which has always been honored, routine, and logical in every
single prison, private or emergency medical facility in my entire life throughout the
entire nation when confronted with one of my serious chronic migraine attacks. P.A.
Espinal incorrectly refused to grant me a lay-in pass so I could sleep off the migraine
and recouperate through much needed rest at this time. I was incorrectly forced back to
work under dangerous conditions that are extremely unhealthy and toxic to my chronic
medical conditions. I believe the periodic unhealthy carbon monoxide and other garbage
fumes at my newly assigned work position were partially responsible for setting off this
2nd migraine attack in a period of 4 days (I was recently reassigned to the recycling and
garbage facility without any prior knowledge or my personal input. Case Manager Witte
reassigned me because I was never correctly cleared through medical in my first assigned
servitude position in food service. I should have never been assigned to food service in
the first place because I have chronic Hepatitis C liver disease which is well documented
in my medical file. Also note that 4 days prior to this migraine attack, I was correctly
given a one day lay-in pass by P.A. Polzin for the similar migraine attack on 2-24-03.
Why did P.A. Espinal incorrectly discriminate against me on this second attack? I feel
as though some type of sadistic retaliation is already being incorrectly used against me
at this institution which seems to be quite common in my past 6 year prison experience
when I've had to file complaints).

Further, as I was walking out of the medical department on the way back to my newly
assigned work position under great stress, anxiety, and suffering, I saw Supervisor
Wessburg at his vehicle and told him that Espinal was incorrectly forcing me back to work
against my will because he refused to grant me a lay-in pass and that I was very ill and
needed rest (After one of my classic chronic migraine attacks, I have intense pain,
suffering, and nausea for a period of 1 day up until a week on some occasions that
require immediate medical attention and a strong pain shot or pills with immediate bed
rest. Well documented Demerol injections were always normally prescribed by private and
emergency room doctors prior to my incarceration, and Tylenol-Codeine were prescribed by
prison neurologists and medical doctors in the past. Proper treatment and pain
medication have not been properly provided to me by Waseca F.C.I. or Duluth F.P.C. for
approximately 4 years now through a dozen excruciating migraine episodes).

I told Supervisor Wessburg that I needed to speak with the Health Service Administrator,
R. DeFrance, because I disagreed with Espinal's decision and I had a right to seek
another opinion and ask for an override. Otherwise, I told him that I wanted to speak
with the Captain about this insane decision to send me back to work. I told Wessburg
that I was too sick to work right now and that I needed to rest. Wessburg then
approached R. DeFrance in his office and spoke with him behind closed doors for several
minutes. I also saw P.A. Espinal and he asked me what I was still doing in the medical
department. I told him that Wessberg was speaking with DeFrance about the fact that he
was forcing me back to work when I was ill and in need of treatment and rest. Then I saw
Espinal go into Defrance's office and wait a few minutes later.

I was then called into DeFrance's office in front of DeFrance and Wessberg, and I was
told by DeFrance that Espinal had made a clinical decision to send me back to work and
that he would not override Espinal's decision. DeFrance also asked me what my pain level
was and I told him about a level 8 and excruciating like a continuous kick in the balls.

over...

Then Wessberg told me that had no choice but to honor 3 prisons policy and that I had a free choice to report back to work or not. The truth is that I had no choice except to report back to work extremely ill against my will, or to be subjected to a write up and locked down in solitary confinement for 24 hours a day in a maximum security prison cell for refusing to report back to work. Wessberg also stated that thousands of prisoners over the past 20 years have also had to follow this well established policy here at this prison and other U.S. prisons for many, many years before those 20. I told them that their policy here was subject to challenge in a United States Courthouse and through Bureau procedure. I also told them that their policy was cruel. I also told them that I wanted to speak with Dr. Barton and they said he was in training and not available.

I was then forced to return and work under Mr. Wessberg which was against my will. After DeFrance refilled my prescription for Aspirin and Imitrex, I told DeFrance that I was returning to my assigned work position under protest and that my Constitutional Rights were being violated. I also told him that their tactics were cruel and unusual under the 8th Amendment and that Espinal, DeFrance and the F.P.C. Duluth Medical Department were responsible for my health and well being. I also told Wessberg that I was only back to work under protest and that I feel as if my Constitutional Rights were being violated. I was then given specific work projects for approximately 8:30 AM until 3:25 PM that day. I vomited throughout the morning because of the pain and nausea associated with my chronic condition.

In conclusion, this uncalled for incident was completely avoidable from the very start and throughout by Espinal, DeFrance, and Wessberg. These prison officials were deliberately indifferent to my serious medical needs and incorrectly forced me to work beyond my physical and mental capacity while I was seriously ill. Temporary blindness and excruciating pain and nausea put my life, safety and well-being into serious jeopardy. These last 2 migraine attacks and improper medical care have unnecessarily caused me great pain, suffering, anxiety, and depression. I ask that this formal complaint be well documented and officially entered into the record. I also ask that the complaint be formally investigated for ongoing medical neglect and abuse on this compound. I also ask that I be placed in a medically restricted job position that can meet my chronic medical needs in a safe and toxic free environment. This pitiful and neglectful situation needs to be corrected immediately and certain safeguards need to be properly put into place to insure that this type of avoidable incident never happens again. And finally, Espinal, DeFrance, and Wessberg and the F.P.C. Medical Department under Dr. Barton need to be sanctioned, repremanded and corrected for their cruel and unusual tactics and medical neglect which is in violation of the United States Constitution as shown in Weaver v. Clark, 45 F.3d 1253 (8th Cir. 1995). Prison officials violate 8th Amendment by being deliberately indifferent either to prisoner's existing serious medical needs or to conditions posing substantial risk of serious future harm.

Please respond in writing within 3 days as shown under the serious medical issue response time in Administrative Policy Statement 1330.13 and the A & O Handbook. Also make note that my medical issues are not the only ones at this prison camp. Many others have also been verbally abused and medically neglected at this camp. This is a minimum security prison camp, not a sadistic torture chamber or abusive hate factory.

Dated: 3-5-03

Respectfully and truthfully submitted to the best of my knowledge under the penalty of perjury pursuant to Title 28 U.S.C. §1746 and Title 18 U.S.C. §1621.

Donald James Monaco #13314-006
Unit #208
F.P.C. Duluth
Post Office Box 1000
CC: DM/MF                                               Duluth, MN 55814

Inmate Request to Staff Response
Monaco, Donald
Reg. No. 13314-006
April 22, 2003

This is in response to the multiple Inmate Request(s) to Staff, dated March 5, 2003, regarding your allegations of inappropriate medical attention for migraine headaches on February 24 and 27, 2003, and that your constitutional rights were being violated.

On February 24, 2003, you were evaluated in Health Services at 3:15 p.m. for treatment of a migraine. You claimed to Medical staff that you did not have a headache at the moment, and that you had used your prescribed Imitrex spray approximately 10 minutes prior to this evaluation. The examination performed revealed normal blood pressure, no loss of visual field, and intact neurological function. You were given an idle for the remainder of the day and instructed to use Aspirin as needed for any further symptoms. You indicated you had Aspirin in your room and did not want plain Tylenol due to your liver disease. However, you insisted on having Tylenol with Codeine prescribed. You further stated that you were in litigation over the lack of this medication being used at another institution. You were dismissed from the examination room and instructed to present to your work assignment for the 4:00 p.m. census and to give your foreman the medical idle to release you from the remainder of your work day.

On February 27, 2003, you presented to Health Services at 7:00 a.m. for treatment, without prior authorization from a staff member, as was instructed to you during the A&O orientation process. Mr. Espinal, the Duty Physician's Assistant, appropriately informed you to report to your supervisor and seek an appointment through the proper procedures. Based on a request from your supervisor, an appointment was made for you for 8:00 a.m. During the evaluation, you indicated you had a severe headache in the early morning hours, but that it went away after using your prescribed Imitrex spray. Examination revealed a normal blood pressure, intact neurological function, and no signs of visual disturbances. You then claimed to have pain at a level of 8 on a scale of 1 to 10, which was inconsistent with your earlier statement that the headache had gone away, and the findings from the medical evaluation. Your Imitrex spray and Aspirin prescriptions were renewed and you were instructed to return to your work assignment.

Thereafter, you approached Mr. Wessberg indicating you did not feel you should be working due to your medical condition. Mr. Wessberg consulted with Mr. DeFrance and Mr. Espinal. You were instructed to return to work based on the clinical decision that you were able to work. You continued to argue with Mr. DeFrance

and Mr. Wessberg over your disagreement with this decision. Mr. DeFrance then dispensed and explained to you the renewed medications. At that time, you stated you would return to work, but that you felt it to be in violation of your constitutional rights. You did not state to Mr. DeFrance that you felt "their tactics and policy were cruel and unusual under the Eighth Amendment....." as indicated in your Inmate Request to Staff Member. In your request, you mention that you vomited throughout the morning due to pain and nausea associated with the migraine. No vomiting was reported by you to your work supervisor and you were not observed to be making frequent trips to the restroom.

Based on the above information, I find that you have received appropriate care and treatment from Medical staff at FPC Duluth. I also find that you have failed to follow procedures regarding access to health care. You have received, and continue to receive, appropriate care and treatment that is within the community standard of care.

I trust this information has addressed your concern. Please contact R. DeFrance, Health Services Administrator, who is best positioned to respond to any further questions or concerns you may have regarding Health Services.


B. L. Stine, Warden

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE                           FEDERAL BUREAU OF PRISONS

| TO:(Name and Title of Staff Member) Ddyth FP4 | DATE: |
|---|---|
| Dr. BARTON - Chief Med Doctor | 3-5-03 |

| FROM: DON MONACO | REGISTER NO.: 13314-006 |
|---|---|

| WORK ASSIGNMENT: Recycle | UNIT: 208 |
|---|---|

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary. Your failure to be specific may result in no action being
taken. If necessary, you will be interviewed in order to successfully respond to your
request.)

I respectfully come forth on the following Attached issue
+ disagree with your position on this issue. I need A
written explanation why you want issue this permit
for soft shoe. My feet hurt in these institutional shoes +
my orthodics will not fit          Thanks Again
+ I'm suffering.
                                                    Don Monaco

(Do not write below this line)

DISPOSITION: I examined your feet, orthotic inserts
and work shoes during your exam
with me on 3/6/03. I found the
of orthotics to fit your work shoes
and those work shoes to be
appropriate for work. If for some
reason the shoes do not fit, go to the
Laundry for a larger size.

| Signature Staff Member | Date 3/11/03 |
|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)          This form replaces BP-148.070 dated Oct 86
                                              and BP-S148.070 APR 94

Printed on Recycled Paper

Dear Dr. Barton,

Once again, I respectfully request that you honor my previous soft-shoe permit & custom fitted orthodics + specially ordered tennis shoes that were transferred from Waseca F.C.I on 1-23-02. Both shoes that have been issued to me here so far hurt my feet. I also have not been able to wear the pair of custom made orthodics that Dr. Gray ordered for me at Waseca unless it has been in the specially ordered tennis - shoe that were also approved through the Waseca F.C. I. Medical Director Jorgenson. I have already addressed these issues in my last 2 cop-outs that you have failed to respond to in writing. I haven't seen you in 6 weeks since my arrival here at this institution concerning serious medical issues of a chronic nature that are being purposely neglected in an abusive mannor by your medical staff + other staff members. Local Duluth Prison Policy in a recent memorandum stated that custom shoes + orthodics were allowed to be transferred into this institution. Why are you not allowing me to wear my medically prescribed orthodics + specially ordered tennis shoes that were transferred from Waseca because of my well documented foot problem?

Conclusion: Please grant the soft-shoe permit I require throughout the day so that my foot condition does not worsen. I have been in pain wearing the mandatory issued steel toed shoes that are incorrectly being forced upon me for my newly assigned position in the unhealthy garbage facility. Lack of the proper special ordered tennis shoe + custom orthodic is starting to aggravate my foot condition + negatively affect my ankles, knees and hip joints. Otherwise, I request to see a qualified outside pediatrist and chiropractor for my worsening condition. Please respond in writing within the 3 day
cc: DM/MF
-1-

emergency medical rule & shown in the Administrative Remedy Procedure under the F.B.O.P. Policy Statement 1330.13.

Dated: 3-5-03

Truthfully + respectfully submitted to the best of my knowledge under the penalty of perjury. Title 28 U.S.C. § 1746.

Donald James Monaco

Donald James Monaco
13314-006, Unit - 208
P.O. Box 1000, F.P.C.
Duluth, MN 55814

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE

FEDERAL BUREAU OF PRISONS

TO:(Name and Title of Staff Member) Duluth FPC
Dr. Barton - Chief Med. Doctor

DATE: 3-5-03

FROM: DON MONACO

REGISTER NO.: 13314-006

WORK ASSIGNMENT: Recycle

UNIT: 208

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

Please see the attached request + formal com-
plaints. I request that you keep this information con-
fidential to the serious nature of these unresolved issues.
Copies have been forwarded to several other executive + investiga-
tive staff members as well as the U.S. District Court + Min.
nesota Medical Board as well as my family members + civil Rights lawyer.

Please provide a written response + grant my request. Other
issues are incorrectly starting to arrize out lof these retalitory +
Abusive tactics. My health safety + wellbeing are starting
to suffer because of this mistreatment.

CC: DM/MF          (Do not write below this line) Don Monaco

DISPOSITION: I have talked to Mr. Wessberg and
I personally visited your work site.
Mr. Wessberg assures me that your
work site is safe. I would agree
with his assessment from my
inspection.
The medical staff does Not assign work

Signature Staff Member

Date 3/11/03

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

Barton· Chief Medical Doctor  ✱  F.C.I. 4th F.P.C. Minnesota

Dear Dr. Barton:

From: Don Monaco, 13314-006, Unit-208
Date: 3-5-03

I respectfully come forth and ask that you please inter-
vene in my immediate behalf on my newly assigned work po-
sition that is making me sick. When I arrived at this in-
stitution on 1-22-03, & before I was medically cleared through
you or the medical department, I was immediately placed and
forced to work in a food service position with my chronic hep-
atitis C liver disease which was in direct violation of city,
state & federal health code standards. When I notified my unit
team of this immediate problem, I was suddenly yanked out of
food service & incorrectly placed in another extremely unhealthy
position at the garbage recycling center without my knowledge
or will. The first day on the new job in recycling made me very
sick to my stomach with nausea & headache due to the constant
obnoxious smell of garbage, toxic carbon monoxide and other noxious fumes
present in the building each day. I suffered a serious migraine
attack the very next morning after suffering loss of appetite,
headache & nausea after this first day on the job. I believe
that the toxic environment in the recycling building was partially responsi-
ble for my second serious migraine within 4 days of my first at this in-
stitution. These two migraines took place on 2-23 & 2-27 of 2003. I was also in-
correctly sent back to work partially blinded on each occasion. (Please
see my two pending formal complaints attached). In conclusion, since
my case manager Witte incorrectly assigned me to both work positions without
considering any of my well documented serious chronic medical issues, and
since both Witte & unit team manager Peterson refuse to reassign me to a more
reasonable & healthy work position in light of these problems — I ask that you
place me in a medically restricted & more reasonable work position to meet my med-
ical needs. I've been sick & nauseated every day with headache in the newly assign-
ed garbage dump position. I've also continuously notified supervisor Wessberg of this poten-

-1-

...ially hazzardous & aggravating conditions to no avail. I've even tried to get a new job everywhere on the compound, ut Supervisor Wessberg told me that I've been labeled as "notorious." Case Manager Wittke incorrectly placed me in food service initially with hepatitis C liver & blood disease, and then he incorrectly placed me in another un- healthy environment at the garbage dump. I'm sure he can place me in an orderly, recreation, chapel or other medically limited job position. I believe that the actions & tactics that are in- correctly being used against me are retalitory, sadistic & abusive.

Please grant my request & put me on a utility or other medically restricted job position to fit my medical needs.

Thanks in advance & please respond in writing within 3 days due to the serious medical nature of my complaint as shown in the BOP Administrative Policy 1330.13.

Dated: 3-5-03

* Please keep confidential. I fear retaliation & I'm getting sick because of it.

Respectfully & Truthfully Submitted under the penalty of perjury. Title 28 U.S.C. § 1746.

Donald James Monaco

Donald James Monaco
13314-006, Unit-208
P.O. Box 1000, F.P.C.
Duluth, MN 55814

CC:DM/MF

-2-

FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) Dr. Barton – Chief Medical Doctor Duluth | DATE: 3-5-03 |
|---|---|
| FROM: Don Monaco | REGISTER NO.: 13314-006 |
| WORK ASSIGNMENT: Recycle | UNIT: 208 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

Petitioner, Donald James Monaco respectfully comes forth in the following matter under the protection of the 1st Amendment Right to the freedom of speech and the right to redress grievances against Government officials under the United States and similar Minnesota State Constitutions. Petitioner also comes forth under BOP Administrative Policy statement 1330.13.

At approximately 3:10 PM on 2-24-03, I started to have one of my classic/chronic well-documented migraine headache episodes prior to and during the time I was speaking with the Duluth Education Supervisor, Mr. Miller. As I left Miller's office, I asked him to please notify the medical department about the onset of my migraine and my vision problem (temporary blindness). My chronic migraines are and have been recommended as an urgent care situation by Health Department Administrator, R. DeFrance, and all other federal prison medical departments. At approximately 3:15 PM, I notified P.A. Polzin in medical, that I was reporting as recommended pertaining to the onset of my migraine and partial blindness as urgent care.

At approximately 3:20 PM, P. Polzin called me into an office and started asking me questions and examining my condition. At one point during the visit, P.A. Polzin asked me what I usually take for the condition and if I took my prescribed Imitrex. I told him that I took the Imitrex 10 minutes ago and that I ran out of the prescribed Aspirin. I

CC: DM / MF          (Do not write below this line)          (see Attached page)

DISPOSITION: I have reviewed your medical record and find your medical treatment to be appropriate

| Signature Staff Member | Date 3/11/03 |
|---|---|

Record Copy – File; Copy – Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94


Printed on Recycled Paper

tried to explain to h⁻ 'hat I have been in litigatic⁻ 'ith the F.B.O.P. on the proper denial of stronger⟨ ⟩ᵦ ⟨⟩a medication for my chronic n⟨ ⟩ ⟨⟩ines and that I request a stronger Tylenol-Codeine pain medication for this particular migraine.

At this point, P.A. Polzin incorrectly proceeded to raise his voice in an abusive and threatening manner by yelling: "Are you threatening me!". P.A. Polzin then rambled on in a very loud and threatening voice that he had a lot to do right now which included the preparation of the pill line, etc. I told him that I was not threatening him and that I had a right to a stronger pain medication previously prescribed by visiting prison neurologist and B.O.P. Doctors. Then Polzin finally calmed himself down and told me that he would get me a refill of Aspirin to hold me over until I could speak to Dr. Barton or others for a chronic care evaluation. Polzin then told me to wait in the pill line for Aspirin he didn't have.

P.A. Polzin also called the Kitchen Supervisor Chevront and told him about my migraine headache and apparently Chevront told Polzin to have me report back to the Kitchen for the 4:00 PM count. I immediately objected to Polzin that it wasn't such a good idea to force me all the way back to the Kitchen for work when I was still partially blinded from the temporary visual impairment during the vascular onset of the migraine. P.A. Polzin then got upset with me and tried to tell me that I wasn't having visual problems because he had just examined me (this is not true, Polzin knew for a fact that I was having visual problems and temporary blindness). Polzin was obviously trying to downplay the seriousness of my migraine condition which was nothing short of deliberate indifference to my serious medical needs, and for Polzin to unnecessarily yell at me and force me back to work in an unprofessional and demeaning fashion when I was seriously ill and in need of immediate medical attention, monitoring and rest, is clearly in violation of Bureau Policy and the Code of Federal Regulations under Employee Conduct and Medical Care Procedures. P.A. Polzin's unprofessional and unethical behavior used towards me at this time was totally uncalled for in my time of serious medical need. P.A. Polzin's incorrect actions violated my Civil Rights and were cruel and unusual based on community standards and the 8th Amendment of the United States and similar Minnesota State Constitutions. As shown in Weaver v. Clark, 45 F.3d 1253 (8th Cir. 1995), prison official violates 8th Amendment by being deliberately indifferent either to the prisoner's existing serious medical needs or to conditions posing substantial risk of serious future harm.

In conclusion, I ask that the Duluth F.P.C. Medical Department immediately place safeguards into effect concerning medical and other staff member mistreatment of my chronic migraine headache conditions and the improper denial of stronger pain medication. I also request that similar safeguards be placed into effect concerning my other chronic medical conditions of a serious nature. This formal complaint against P.A. Polzin and the Duluth Medical Department and Camp should be formally investigated for abuse and neglect in compliance with state and federal laws and the B.O.P. Administrative Remedy Program Statement investigative procedure pursuant to P.S. 1330.13. I also ask that P.A. Polzin be sanctioned and/or reprimanded for his unprofessional violative behavior and request that I should never be placed in front of this neglective and abusive man again in a one-on-one situation due to the fact that I am in fear of my life, safety, and well-being if forced to deal with him on my own. "People are sent to prison as punishment, not for punishment", quoting Battle v. Anderson, 447 F. Supp. 516 and Wolfish v. Levi, 439 F. Supp. 114 (S.D.N.Y. 1977), and as also shown in Procunier v. Martinez, 416 U.S. 396 (1974), A prisoner is not stripped of Constitutional Rights (protections) at the prison gate, but, rather he retains all the Rights an ordinary citizen except those expressly, or by necessary implication taken from him by the law.

All statements were made truthfully to the best of my knowledge and ability under the penalty of perjury in compliance with Title 28 U.S.C. §1746 and Title 18 U.S.C. §1621.

Dated: 3-5-03

Respectfully submitted by:

Donald James Monaco #13314-006
F.P.C. Duluth, MN 55814

CC: DM/MF

| TO:(Name and Title of Staff Member) Dr. Barton - Chief Medical Doctor Duluth | DATE: 3-5-03 |
|---|---|
| FROM: Don McNACC | REGISTER NO.: 13314-006 |
| WORK ASSIGNMENT: Recycle | UNIT: 208 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

This can be construed as a formal complaint under my 1ST Amendment procedural and B.O.P. Policy Right to administratively redress grievances against the Government, the B.O.P. and it's officials. _United States Constitution + Administrative Remedy Policy Statement 1330.13._

At approximately 7 AM on Thursday 2-27-03, I went to urgent care at the Duluth F.P.C. Medical Clinic for an ongoing migraine headache that started after my awakening on Thursday morning. I was told by the Health Administrative Director, R. DeFrance, upon my arrival at this institution on approximately 1-23-03, that my migraine attacks would be considered as an urgent care status because of the temporary blindness associated with this painful and well documented chronic condition. P.A. Espinal refused to see me at this urgent time period on Thursday morning and told me to report back to work. I was incorrectly forced to walk all the way across the compound to my assigned work position in a temporary blind medical condition. I carefully found my way over to my new work supervisor, Mr. Wessberg and I told him that I was sick, had a migraine headache and that I was told by P.A. Espinal to have him call medical about my condition (I was incorrectly forced back to work partially blinded several days prior by P.A. Poizin during a well documented migraine attack on 2-24-03). Ordering a chronically ill prisoner back to an assigned work position when they are temporarily blinded sits well outside of community standards and is enough to shock the conscience of any civilized and progressing society.

After I was told to report back to P.A. Espinal at the renewed telephone request...

cc: DM/MF

(Do not write below this line) _(see Attached pages)..._

DISPOSITION:

I have reviewed your medical record and find your medical treatment to be appropriate.

| Signature Staff Member | Date 3/11/03 |
|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

Printed on Recycled Paper