ATTACHMENT B

PLAINTIFF'S COMMISSARY SALES RECORDS

SALES INVOICE --L.O.U.---
DULUTH FPC
MAIN
ACCOUNT No.13314006          DTH3003
MONACO, DONALD
10/23/03 Time 17:54:28     TX ID 356865
                           Receipt# 112

BEGINNING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $49.73

| QTY | DESCRIPTION | PRICE |
|---|---|---|
| 1 | AAA DURACELL | $2.20 |
| 1 | CANNED HAM 8OZ. | $2.25 |
| 1 | GOLD MENTHOL PKS | $2.00 |
| 1 | HOT @ SPICY SAUSAGE | $1.55 |
| 2 | JOZEV MACKERAL #89738 | $2.10 |
| 1 | MARSHMEL CRISPY BARS | $1.55 |
| 4 | ROAST BEEF | $7.60 |
| 1 | SHREDDED WHEAT | $3.00 |
| 2 | SPLIT BREAD | $2.80 |
| 1 | VANILLA I.C. | $1.75 |
| 2 | VEGETABLE LUNCH | $1.10 |
| | # ITEMS SOLD: 17 | |
| | CHARGE 13314006 | $27.90 |

ENDING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $21.83

Signature

```
SALES INVOICE   ---L.O.U.---
DULUTH FPC
MAIN
ACCOUNT No.13314006         DTH3002
MONACO, DONALD
09/23/03 Time 19:02:16      TX ID 346066
                            Receipt# 161
```

**BEGINNING BALANCES:**
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $98.23

| QTY | DESCRIPTION | PRICE |
|---|---|---|
| 3 | CHICKEN VIENNA SAUSAGE | $3.15 |
| 2 | CLUB CRACKERS | $1.80 |
| 1 | COCOA BUTTER STICKS | $1.30 |
| 1 | COPY CARDS | $6.50 |
| 1 | DIET PEPSI - 12 PACK | $3.45 |
| 2 | GLAZED CAKE DONUT | $1.00 |
| 3 | GOLD FULL FLVR PKS | $6.00 |
| 1 | GOYA MARIA CRACKERS | $1.00 |
| 1 | GRAHAM CRACKERS | $1.05 |
| 2 | HOT CHILI CON QUESO | $3.20 |
| 1 | KEEFE PEANUT BUTTER | $2.20 |
| 1 | LARGE KIPPERS | $1.40 |
| 1 | M&M PEANUTS | $2.75 |
| 1 | MT. DEW - 12 PACK | $3.45 |
| 1 | PLAIN DELI TOSTADOS | $1.75 |
| 1 | RED MT DEW | $3.45 |
| 1 | RIPPLE CHIPS | $1.75 |
| 3 | ROAST BEEF | $5.70 |
| 1 | SNACK CRACKERS | $2.25 |
| 1 | SUNFLOWER KERNALS | $2.15 |
| | # ITEMS SOLD: 29 | |
| | CHARGE 13314006 | $55.30 |

**ENDING BALANCES:**
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $42.93

Signature

SALES INVOICE  ---L.O.U.---
DULUTH FPC
MAIN
ACCOUNT No.13314006           DTH3000
MONACO, DONALD
09/16/03 Time 18:47:56        TX ID 343654
                              Receipt# 154

**BEGINNING BALANCES:**
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $145.03

| QTY | DESCRIPTION | PRICE |
|---|---|---|
| 1 | AAA DURACELL | $2.20 |
| 1 | AIM TOOTHPASTE | $1.90 |
| 1 | AJAX DISHWASHING SOA | $1.65 |
| 1 | ALMOND GRANOLA BARS | $1.70 |
| 1 | B.H. SALTINES | $1.10 |
| 1 | BEAR HONEY | $3.00 |
| 4 | BEEF SOUP | $1.00 |
| 2 | CORN ON THE COB POPCORN | $1.10 |
| 1 | GOLD FULL FLVR PKS | $2.00 |
| 1 | HOT CHILI CON QUESO | $1.60 |
| 2 | JOZEV MACKERAL #89738 | $2.10 |
| 2 | M&M PEANUTS | $5.50 |
| 3 | MARUCHAN CHILI SOUP | $0.75 |
| 1 | RED MT DEW | $3.45 |
| 1 | RIPPLE CHIPS | $1.75 |
| 2 | ROAST BEEF | $3.80 |
| 1 | SNICKERS | $2.95 |
| 1 | TONE SOAP | $0.95 |
| 1 | VEGETABLE LUNCH | $0.55 |
| 1 | VITAMIN C | $2.60 |
| 1 | VITAMIN E 400 | $5.15 |
| | # ITEMS SOLD: 30 | |
| | CHARGE 13314006 | $46.80 |

**ENDING BALANCES:**
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $98.23

Signature

SALES INVOICE ---L.O.U.---
DULUTH FPC
MAIN
ACCOUNT No.13314006    DTH3000
MONACO, DONALD
09/09/03 Time 18:48:57    TX ID 339665
Receipt# 145

BEGINNING BALANCES:
Available Balance Is N/A
Spending Limit Balance Is N/A
Account Balance is $192.45

| QTY | DESCRIPTION | PRICE |
|---|---|---|
| .100 | $.01 STAMPS | $1.00 |
| .25 | $.05 STAMPS | $1.25 |
| 2 | AAA DURACELL | $4.40 |
| 1 | ALLERGY TABLETS | $1.50 |
| 2 | B.H. SALTINES | $2.20 |
| 2 | BEEF SOUP | $0.50 |
| 1 | CHOC CHP GRANOLA BAR | $1.70 |
| 3 | CLASP ENVELOPS | $2.70 |
| 3 | GOLD FULL FLVR PKS | $6.00 |
| 1 | HERSHEY'S CHOC SYRUP | $2.75 |
| 1 | HOT CHILI CON QUESO | $1.60 |
| 6 | MARUCHAN CHILI SOUP | $1.50 |
| 1 | MUGG CREAM SODA | $3.45 |
| 1 | O.F. PINK LEMONADE | $1.80 |
| 1 | PLAIN DELI TOSTADOS | $1.75 |
| 2 | POWDERED MINI DONUTS | $1.00 |
| 13 | ROAST BEEF | $24.70 |
| 2 | TONE SOAP | $1.90 |
| 1 | TUMS E-X #2 | $2.05 |
| 2 | VEGETABLE LUNCH | $1.10 |
| 1 | ZEBRA CAKES | $1.05 |
| | # ITEMS SOLD: 171 | |
| | CHARGE 13314006 | $65.90 |

ENDING BALANCES:
Available Balance Is N/A
Spending Limit Balance Is N/A
Account Balance Is $126.55

Signature

SALES INVOICE  ---L.O.U.---
DULUTH FPC
MAIN
ACCOUNT No.13314006        DTH3000
MONACO, DONALD
09/02/03 Time 18:50:21     TX ID 337090
                           Receipt# 127

**BEGINNING BALANCES:**
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $220.90

| QTY | DESCRIPTION | PRICE |
|---|---|---|
| 2 | AAA DURACELL | $4.40 |
| 4 | BEEF SOUP | $1.00 |
| 1 | COLGATE PLUS TOOTHBRUSHES | $1.55 |
| 1 | COPY CARDS | $6.50 |
| 1 | CREAMER CANISTER | $1.15 |
| 1 | FLOUR TORTILLAS | $1.30 |
| 1 | GOLD FULL FLVR PKS | $2.00 |
| 1 | HOT CHILI CON QUESO | $1.60 |
| 2 | JOZEV MACKERAL #89738 | $2.10 |
| 3 | MARUCHAN CHILI SOUP | $0.75 |
| 2 | POWDERED MINI DONUTS | $1.00 |
| 1 | REFRIED BEANSW/JALAP | $1.30 |
| 2 | ROAST BEEF | $3.80 |

# ITEMS SOLD: 22
CHARGE 13314006            $28.45

**ENDING BALANCES:**
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $192.45

Signature

SALES INVOICE ---L.O.U.---
DULUTH FPC
MAIN
ACCOUNT No.13314006     DTH3000
MONACO, DONALD
08/05/03 Time 18:12:13  TX ID 326722
                        Receipt# 109

BEGINNING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $240.31

| QTY | DESCRIPTION | PRICE |
|---|---|---|
| 1 | AAA DURACELL | $2.20 |
| 1 | AIM TARTAR CONTROL | $1.90 |
| 3 | BLACK & MILD CIGARS | $6.60 |
| 1 | CHEESE BITS | $1.65 |
| 1 | COLGATE WHITENING TP | $2.40 |
| 1 | COPY CARDS | $6.50 |
| 1 | DAILY FORMULA #4710 | $4.30 |
| 1 | FOLGERS COFFEE | $5.25 |
| 1 | FRENCH ONION RIPPLE CHIPS | $2.45 |
| 2 | GLAZED MINI DONUTS | $1.00 |
| 5 | GOLD MENTHOL PKS | $10.00 |
| 1 | JALAPENO CHEESE SPREAD | $1.80 |
| 1 | KEEFE TEA BAGS #416 | $1.65 |
| 2 | LIGHT TUNA | $2.20 |
| 1 | LITE CREAM MOISTURIZ | $2.10 |
| 1 | M&M PEANUTS | $2.75 |
| 4 | MARUCHAN-PICANTE CKN | $2.20 |
| 8 | ROAST BEEF | $15.20 |
| 1 | SUAVE ALOE VERA | $2.10 |
| 1 | SUNFLOWER KERNALS | $2.15 |
| 2 | TONE SOAP | $1.90 |
| 1 | TOP WHEAT BREAD | $1.40 |

# ITEMS SOLD: 41
    CHARGE 13314006    $79.70

```
SALES INVOICE    ---L.O.U.---
DULUTH FPC
MAIN
ACCOUNT No.13314006          DTH3001
MONACO, DONALD
06/03/03 Time 19:05:42       TX ID 304113
                             Receipt# 65
```

BEGINNING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $60.18

| QTY | DESCRIPTION | PRICE |
|---|---|---|
| .10 | $.37 STAMPS | $3.70 |
| 1 | AAA BATTERY | $2.20 |
| 1 | BANANAS | $1.35 |
| 5 | BRAE BURN APPLES | $2.25 |
| 2 | CHOC CAKE DONUT | $1.00 |
| 1 | DEVIL SQUARES | $1.15 |
| 2 | FLOUR TORTILLAS | $2.60 |
| 6 | GOLD MENTHOL PKS | $12.00 |
| 1 | HAIR TIES | $1.00 |
| 1 | LEGAL PADS | $1.05 |
| 1 | MARUCHAN CHILI SOUP | $0.25 |
| 3 | MARUCHAN-PICANTE CKN | $1.65 |
| 1 | MOUNTAIN DEW | $1.75 |
| 3 | ROAST BEEF | $5.70 |
| 1 | STAR CRUNCH | $1.15 |
| | # ITEMS SOLD: 39 | |
| | CHARGE 13314006 | $38.80 |

ENDING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $21.38

Signature

SALES INVOICE ---L.O.U.---
DULUTH FPC
MAIN
ACCOUNT No.13314006 DTH3001
MONACO, DONALD
05/27/03 Time 18:59:35 TX ID 302116
Receipt# 119

BEGINNING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $85.93

| QTY | DESCRIPTION | PRICE |
|---|---|---|
| 1 | CHUNK WHITE CHICKEN | $3.90 |
| 1 | GOLD MENTHOL PKS | $2.00 |
| 1 | JOZEV LITE TUNA | $2.35 |
| 3 | MARUCHAN PICANTE BEE | $1.65 |
| 1 | MT DEW CODE RED | $1.75 |
| 5 | ORANGES | $2.50 |
| 3 | ROAST BEEF | $5.70 |
| 1 | ULTIMATE SPEED STICK | $2.90 |
| | # ITEMS SOLD: 16 | |
| | CHARGE 13314006 | $22.75 |

ENDING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $63.18

Signature