# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

Janelle Roker,

**NOTICE OF APPEARANCE**

                Plaintiff,      Case No:    0:06-cv-531-ADM/JSM

v.

Prairie Grove Farms, LLC,
and Blackjack Pork, LLC,

                Defendants.

Pursuant to Rule 83.7(b) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorney hereby notifies the Court and counsel that Dale Allen Hansen shall appear as counsel of record for the plaintiff Janelle Roker in this case.

Dated:  February 16, 2006                 s/ Dale Allen Hansen
                                            Dale Allen Hansen
                                            MN Atty Reg. No. 217840
                                            Attorney for plaintiff Janelle Roker
                                            Erickson, Zierke, Kuderer & Madsen, P.A.
                                            114 West Second Street
                                            Fairmont, MN 56031
                                            Telephone: 507-238-4711
                                            Fax: 507-238-4790