# UNITED STATES DISTRICT COURT

_____ DISTRICT OF MINNESOTA _____ MINNESOTA _____

United States of America

**NOTICE**

V.

Edward G. Robinson          CASE       06-95 JRT/FLN

TYPE OF CASE:

☐ **CIVIL**   ☒ **CRIMINAL**

☒ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| U. S. Courthouse, 300 So. 4th Street<br>Minneapolis, Mn 55415 | Courtroom9W |
| | DATE AND TIME<br>**March 29, 2006 at 9:00 a.m.** |

TYPE OF PROCEEDING

ARRAIGNMENT

☐ **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| 9W US Courthouse, 300 So. 4th St., Minneapolis | | |

Franklin L. Noel
United States Magistrate Judge

March 24, 2006                    s/ Cathy Orlando, Judicial Assistant
DATE                              (BY) DEPUTY CLERK


TO:   Andrew R. Winter
      Assistant U. S. Attorney

      Jordan S. Kushner, Esq.