UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| JEFFREY EVANS, Derivatively On Behalf of NAVARRE CORPORATION,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>ERIC H. PAULSON, JAMES G. GILBERTSON, BRIAN M.T. BURKE, CARY L. DEACON, KEITH A. BENSON, CHARLES E. CHENEY, TIMOTHY R. GENTZ, TOM F. WEYL, DICKINSON G. WILTZ, JAMES G. SIPPL, MICHAEL L. SNOW AND ALFRED TEO,<br><br>　　　　　　　　Defendants,<br><br>NAVARRE CORPORATION, a Minnesota corporation,<br><br>　　　　　　　　Nominal Defendant. | Civil Action No. CV 05-1818 JMR/FLN |
| JOAN M. BREWSTER, Derivatively On Behalf of NAVARRE CORPORATION,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>ERIC H. PAULSON, JAMES G. GILBERTSON, BRIAN M.T. BURKE, CARY L. DEACON, KEITH A. BENSON, CHARLES E. CHENEY, TIMOTHY R. GENTZ, TOM F. WEYL, DICKINSON G. WILTZ, JAMES G. SIPPL, MICHAEL L. SNOW AND ALFRED TEO,<br><br>　　　　　　　　Defendants,<br><br>NAVARRE CORPORATION, a Minnesota corporation,<br><br>　　　　　　　　Nominal Defendant. | Civil Action No. CV 05-2044 JMR/FLN |

[Caption continued on next page]

| | |
|---|---|
| WILLIAM BLOCK, Derivatively On Behalf of NAVARRE CORPORATION,<br><br>                      Plaintiff,<br><br>    vs.<br><br>ERIC H. PAULSON, JAMES G. GILBERTSON, BRIAN M.T. BURKE, CARY L. DEACON, KEITH A. BENSON, CHARLES E. CHENEY, TIMOTHY R. GENTZ, TOM F. WEYL, DICKINSON G. WILTZ, JAMES G. SIPPL, MICHAEL L. SNOW AND ALFRED TEO,<br><br>                      Defendants,<br><br>NAVARRE CORPORATION, a Minnesota corporation,<br><br>                 Nominal Defendant. | Civil Action No. CV 05-2067 JMR/FLN |

## MOTION TO COMPEL

Plaintiffs, pursuant to Fed. R. Civ. P. 37(a)(2)(B), move this Court for an Order compelling Defendants to respond to discovery requests as required by the Federal Rules of Civil Procedure. As requested by the Court, counsel for the parties met and conferred following the status conference with the court on March 23, 2006, and have conferred by telephone subsequently, but have been unable to reach agreement on the issues presented. Defendants were served discovery requests following this Court's Order granting Plaintiffs permission to serve discovery regarding the Special Litigation Committee's report. To date, Defendants have objected to all of Plaintiffs' discovery requests and produced only a minute amount of the discovery requested, partially responding to request for production numbers 3 and 10.

Respectfully Submitted,
THE SPENCE LAW FIRM

   /s/  Russell M. Spence, Jr.
RUSSELL M. SPENCE, JR.
Reg. No. 241052
700 Lumber Exchange Building
10 South Fifth Street
Minneapolis, MN 55402
Telephone: 612/375-1555
Facsimile: 612/375-1511
[Proposed] Liaison Counsel for Plaintiffs and
Counsel for Plaintiffs Evans, Brewster and Block

PROVOST UMPHREY LAW FIRM, LLP
JOE KENDALL
WILLIE BRISCOE
3232 McKinney Ave., Suite 700
Dallas, TX 75204
Telephone: 214/744-3000
Facsimile: 214/744-3015
[Proposed] Co-Lead Counsel for Plaintiffs and
Counsel for Plaintiff Evans

BARRETT JOHNSTON & PARSLEY
GEORGE E. BARRETT
DOUGLAS S. JOHNSTON, JR.
TIMOTHY L. MILES
217 Second Avenue North
Nashville, TN 37201
Telephone: 615/244-2202
Facsimile: 615/252-3798
[Proposed] Co-Lead Counsel for Plaintiffs and
Counsel for Plaintiffs Brewster and Block

ROBBINS UMEDA & FINK, LLP
BRIAN J. ROBBINS
JEFFREY P. FINK
610 West Ash Street, Suite 1800
San Diego, CA 92101
Telephone: 619/525-3990
Facsimile: 619/525-3991
Counsel for Plaintiff Evans

BRANSTETTER, KILGORE, STRANCH &
JENNINGS
JAMES G. STRANCH, III
J. GERARD STRANCH, IV
227 Second Avenue North
Nashville, TN 37201
Telephone: 615/254-8801
Facsimile: 615/255-5419
Counsel for Plaintiff Block