# FLYNN|GASKINS|BENNETT LLP

| | | 333 SOUTH 7TH STREET, SUITE 2900, MINNEAPOLIS, MN 55402 | | |
|---|---|---|---|---|
| GEORGE W. FLYNN | WILLIAM J. TIPPING | TEL 612.333.9500 FAX 612.333.9579 TOLL 866.397.4497 | PATRICK R. MARTIN | ANDREA KIEHL |
| STEVE GASKINS | THOMAS KLOSOWSKI | WWW.FLYNNGASKINS.COM | JOHN J. LARAVUSO | RYAN O. VETTLESON |
| ROBERT BENNETT | BRADLEY J. AYERS | | ERIC W. HAGEMAN | ROBERT W. VACCARO |
| BARBARA JEAN D'AQUILA | HAL A. SHILLINGSTAD | | JEFFRY SCHMIDT | ANDREW J. NOEL |
| JEANNINE L. LEE | SCOTT M. RUSERT | | SONIA MILLER-VAN OORT | DANIEL N. SACCO |
| TIMOTHY R. SCHUPP | JENNIFER F. ROSEMARK | | JONATHAN A. STRAUSS | DANIEL B. STRUNK |
| STEVEN E. RAU | CYNTHIA A. BREMER | | LORI D. SEMKE | KELLY A. MOFFITT |
| | | | WENDY M. CANADAY | OLIVER E. NELSON III |

July 5, 2006

Magistrate Judge Jeanne J. Graham
United States District Court
District of Minnesota
180 East 5th Street
St.Paul, MN 55101

      Re:    Chicago Avenue Partners vs. Broan-Nutone, L.L.C.
              Case No. 05-cv-1898
              Our File No. 54-17004

Dear Magistrate Judge Graham:

In accordance with your instructions for the telephone conference tomorrow, July 6, 2006 at 1:00 p.m., I attach the following for your review:

- a) Plaintiff Chicago Avenue Partner's Interrogatories and Request for Production of Documents, and Defendant Broan-Nutone's Answers;
- b) Plaintiff's letters in objection to Broan-Nutone's Answers, which sets forth Plaintiff's position; and
- c) Defendant Broan-Nutone's responses to Plaintiff's objections.

It is my understanding that both counsel for Defendant and myself should call in at 612-664-5140. Thank you for hearing these issues by telephone conference.

Sincerely,

Andrea D. Kiehl

cc:    William A. LeMire
         Sam Rufer