## Andrea Kiehl

**From:** William A. LeMire [wlemire@foleymansfield.com]
**Sent:** Wednesday, June 28, 2006 3:05 PM
**To:** Andrea Kiehl
**Subject:** Broan

**A telephone conf. is fine.**

**Regarding your letter, check your expert report. Choudek says that components were consumed in the fire but fan has characteristics consistent with 663/688. Hardly an identification. But lets talk to Magistrate Graham, that would be fine. How about tomorrow or Friday. Also, feel free to call me 612-216-0016.**

-Bill


William A. LeMire
Attorney

250 Marquette Avenue
Suite 1200
Minneapolis, MN 55401
Phone: 612-216-0016
Fax: 612-338-8690
wlemire@foleymansfield.com

## FOLEY & MANSFIELD

www.foleymansfield.com

... Los Angeles · Miami · **Minneapolis** · New York · St. Louis · San Francisco

Confidential Information: This message contains confidential information and may be subject to protection by the laws or terms of applicable confidentiality agreements, and is intended only for the message recipient(s). If you are not the intended recipient you are hereby notified that any dissemination, distribution, or copying of this e-mail is strictly prohibited. If you are not the intended recipient indicated in this message (or responsible for delivery of the message to such person), notify wlemire@foleymansfield.com immediately and delete this e-mail from your system. Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under the Internal Revenue Code of 1986, as amended.

E-mail transmissions cannot be guaranteed to be safe, secure, or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender and Foley & Mansfield, PLLP therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required please request a hard-copy version.