UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Extrusion, Inc.,

    Plaintiff,

vs.                                       NOTICE OF STATUS CONFERENCE

Jaidan Industries, Inc., et al.,

    Defendants.                   Civ. No. 05-2408 (DWF/RLE)

* * * * * * * * * * * * * * * * *

On May 16, 2006, C.J. Schoenwetter, counsel for Defendant Jaidan Industries, Inc., filed a letter [Docket No. 11] advising the Court that this case had settled, and the appropriate documents would be filed shortly. It is now over 90 days and no documents have been submitted closing this case. A Status Conference in the above-entitled matter is scheduled for **Tuesday, September 12, 2006, at 9:30 a.m.**, before Chief Magistrate Judge Raymond L. Erickson. This Status Conference may be conducted by telephone and counsel for the Defendant is to make the necessary arrangements.

                                              BY THE COURT:

                                              *s/Raymond L. Erickson*

DATED: August 24, 2006                   Raymond L. Erickson
                                              CHIEF U.S. MAGISTRATE JUDGE