UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Associated Commercial Finance, Inc., a Wisconsin corporation, successor by merger to BNC Financial Corporation,<br><br>Plaintiff,<br><br>v.<br><br>Brady, Martz & Associates, P.C., a North Dakota corporation,<br><br>Defendant. | CIVIL NO. 04-05111 (PJS/JJG)<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on September 19, 2006, I caused the following documents:

> **Defendant Amended Notice of Motion and Motion for Summary Judgment**
>
> **Brady, Martz & Associates, P.C.'s Memorandum of Law in Support of Motion for Summary Judgment**
>
> **Affidavit of Philip J. Young in Support of Brady, Martz & Associates, P.C.'s Motion for Summary Judgment**
>
> **Affidavit of Peter Hoistad in Support of Brady, Martz & Associates, P.C.'s Motion for Summary Judgment**
>
> **LR 7.1(c) Word Count Compliance Certificate**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

| | |
|---|---|
| Julia A. Doherty | jdoherty@fwhlaw.com |
| Richard G. Jensen | rjensen@fwhlaw.com, carolynl@fwhlaw.com |
| Paul L. Ratelle | pratelle@fwhlaw.com, shoffman@fwhlaw.com |
| Thomas J. Shroyer | shroyert@moss-barnett.com, weinstockd@moss-barnett.com |
| Philip J. Young | youngp@moss-barnett.com, murphyb@moss-barnett.com |

919831v1

I further certify that I caused a copy of the foregoing documents and notice of electronic filing to be delivered via messenger, to the following:

> Paul J. Ratelle
> Richard G. Jensen
> Fabyanske, Westra & Hart, P.A.
> 800 LaSalle Avenue, Suite 1900
> Minneapolis, MN 55402

I further certify that I caused a copy of the foregoing documents and notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants: N/A

I further certify that I caused the proposed order to be filed with the court via e-mail to the following judge who is hearing the motion:

> Honorable Patrick J. Schiltz    schiltz_chambers@mnd.uscourts.gov

and I certify that I caused a copy of the proposed order to be delivered via messenger, to the following:

> Paul J. Ratelle
> Richard G. Jensen
> Fabyanske, Westra & Hart, P.A.
> 800 LaSalle Avenue, Suite 1900
> Minneapolis, MN 55402

|  |  |
|---|---|
|  | MOSS & BARNETT<br>A Professional Association |
| Dated: September 19, 2006. | By /s/ Philip J. Young<br>   Thomas J. Shroyer (#100638)<br>   Philip J. Young (#283368)<br>Attorneys for Defendant<br>4800 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN 55402-4129<br>Telephone: (612) 347-0300 |