# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| In Re: GUIDANT CORP. IMPLANTABLE | ) | MDL No. 05-1708(DWF/AJB) |
| | ) | |
| DEFRIBRILLATOR PRODUCTS LIABILITY | ) | |
| LITIGATION | ) | |

## **NOTICE OF APPEARANCE**

Pursuant to the Court's pretrial order, individual counsel for Plaintiff Eric Shadowen hereby files a notice of appearance in this action. Counsel's information is as follows:

>James C. Puszczewicz
>GRAY & WHITE
>1200 PNC Plaza
>500 W. Jefferson St.
>Louisville, KY 40202
>502-585-2060
>502-581-1933 (FAX)
>
>s/ James C. Puszczewicz_____
>Counsel for Plaintiff Eric Shadowen