# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CRIMINAL MOTION HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA, | **AMENDED COURT MINUTES** |
| Plaintiff, | BEFORE: Jeanne J. Graham |
| v. | U.S. Magistrate Judge |
| Andrew Sonny Jones, | |
| Defendant. | |

| | |
|---|---|
| Case No: | 06-279 (DWF/JJG) |
| Date: | October 12, 2006 |
| Court Reporter: | Lorilee Fink |
| Time Commenced: | 3:05 p.m. |
| Time Concluded: | 4:55 p.m. |
| Time in Court: | 1 Hour & 50 Minutes |

**APPEARANCES:**

Plaintiff: Richard A. Newberry, Jr., Assistant U.S. Attorney
Defendant(s): Katherian D. Roe, Federal Defender, for Andrew Sonny Jones  ☒ FPD  ☐ CJA  ☐ Retained

Criminal pretrial motions hearings. Motions taken under advisement. Order to issue; report and recommendation to issue. On or before October 16, 2006, the Government is ordered to produce the report of John Overland, of the Minneapolis Police Department, regarding his interview of Sandy Xiong on August 9, 2006. Defendant shall lodge objections to this production, if any, on or before October 17, 2006.

Deft(s) addtl briefs due:  October 19, 2006   Govt's addl briefs due: October 25, 2006

Motions taken under advisement as of:  October 12, 2006

☒ ORDER TO BE ISSUED   ☐ NO ORDER TO BE ISSUED   ☒ R&R TO BE ISSUED   ☐ NO R&R TO BE ISSUED

☐ Exhibits retained by the Court   ☐ Exhibits returned to counsel   ☐ Bond continued   ☐ Remanded into custody of USM

s/Scott Moriarity
Signature of Law Clerk for Magistrate Judge Jeanne J. Graham