# CERTIFICATE OF SERVICE

**Melissa Todd v. Canadian Pacific Railway Company,** *et al.*
**Court File No. 04-3305**

      I hereby certify that on November 21, 2006, I caused Canadian Pacific Railway Company's Memorandum in Response to Motion to Stay and Affidavit of Kevin M. Decker to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to

    George G. Eck
    Dorsey & Whitney
    Suite 1500
    50 South Sixth Street
    Minneapolis, MN 55402-1498

    Collin P. Dobrovolny
    Bryan L. Van Grinsven
    McGee, Hankla, Backes & Dobrovolny, P.C.
    15 2nd Avenue SW – Wells Fargo Bank Center
    P.O. Box 998
    Minot, North Dakota 58702

Dated: November 21, 2006

                                    s/ Timothy R. Thornton
                                    Timothy R. Thornton (#109630)
                                    Briggs and Morgan, P.A.
                                    2200 IDS Center
                                    80 South Eighth Street
                                    Minneapolis, MN 55402
                                    612-977-8400