UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| BUDACH IMPLEMENT, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Court File No. 05-2202 DWF/SRN ) |
| CNH AMERICA LLC, f/k/a CASE CORPORATION, | ) ) ) |
| Defendant. | ) ) ) |

## CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2006, I caused the following documents:

*Plaintiff's Memorandum of Law in Opposition to Defendant's Motion for Entry of a Protective Order, LR7.1 Word Count Compliance Certificate and Affidavit of Clarence J. Kuhn, Esq.*

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Raphael T Wallander    rtwallander@riderlaw.com, ramerrill@riderlaw.com

Dated:  November 22, 2006          DADY & GARNER, P.A.


By:    /s/ Clarence J. Kuhn
       Ronald K. Gardner (#246797)
       Clarence J. Kuhn (#0337407)
4000 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
PH:    612-359-9000
FX:    612-359-3507

ATTORNEYS FOR PLAINTIFF