# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

# CRIMINAL JURY TRIAL

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br>v.<br><br>Cameron J. Lewis,    (1)<br>J. Tyron Lewis,      (2)<br>        Defendants. | **COURT MINUTES**<br>Case Number: 04cr403<br><br>Date: November 27, 2006<br>Court Reporter: Maria Weinbeck<br>Tape Number:<br>Time Commenced: 8:40 a.m.<br>Time Concluded: 4:50 p.m.<br>Time in Court: 4 Hours & 30 mins. |

Trial before Joan N. Ericksen, United States Judge, at Minneapolis, Minnesota.

APPEARANCES:

   Plaintiff:    Robert M. Lewis/W. Anders Folk, Assistant U.S. Attorney
   Defendant(s):    Richard Kyle, Jr./Dulce J. Foster for Cameron J. Lewis   ☐ FPD   ☐ CJA   ☐ Retained
                 Jon M. Hopeman/Marnie E. Polhamus for J. Tyron Lewis   ☐ FPD   ☐ CJA   ☐ Retained

   Interpreter / Language: /

PROCEEDINGS:

- ☐ **Jury Selection.**
- ☐ **JURY Trial - Began.**
- ☐ **JURY Trial - Ended**
- ☐ Jury impaneled (File list of jurors).
- ☐ Opening statements.
- ☒ **JURY Trial Held.**
- ☐ Trial continued to .
- ☒ Plaintiff's witnesses:    Dale Holt
- ☒ Defendant's witnesses: Steven Hall for defendant Cameron J. Lewis; Ryan Anderson and Shay Lewis for defendant, J. Tyron Lewis
- ☒ Plaintiff rests.    ☒ Defendants rest. No rebuttal
- ☐ Closing arguments.
- ☒ Instruction conference.
- ☐ Jury received case at.
- ☐ Jury resumed deliberations on.
- ☐ Jury returned at without verdict. IT IS ORDERED: to separate and to return and resume deliberations on.

- 9  Verdict Rec'd at:
    - 9  Guilty as to Count(s).
    - 9  Not Guilty as to Count(s).

- 9  Court's Ruling:
    - 9  Guilty as to Count(s).
    - 9  Not Guilty as to Count(s).

IT IS ORDERED:

- 9  Oral motion for judgment of acquittal is .
- 9  Clerk to file verdict.
- 9  Written order forthcoming regarding Court's ruling.
- 9  Presentence Investigation and Report requested.
- 9  **~Util-Set/Reset Hearings - Sentencing is scheduled for .**
- 9  Defendant remanded to the custody of the U.S. Marshal.
- 9  Present bond continued.

CLERK'S USE ONLY:

- 9  Number of trial days with evidence - .
- 9  Exhibits returned to counsel or parties.

    s/Sheri L. Frette
Signature of Calendar Clerk