UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,            Criminal No. 06-359(3) JNE/AJB

    Plaintiff,

v.                                            <u>NOTICE OF CANCELLATION</u>

DOMINGO TAJONAR GUZMAN,

    Defendant.

The Court has been notified that the Defendant and the Government have withdrawn their pretrial motions, therefore you are hereby given notice that the criminal motions hearing scheduled to be held on December 19, 2006, at 1:30 p.m., in Courtroom 15E of the U.S. Federal Courts Building, 300 South Fourth Street, Minneapolis, MN, before the undersigned Magistrate Judge has been **canceled.**

Dated: December 18, 2006

                                         <u>    s/ Arthur J. Boylan              </u>
                                         ARTHUR J. BOYLAN
                                         United States Magistrate Judge