UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 06-310(04)(ADM/JJG)

RECEIVED 07 JAN 11 PM 2:58
CLERK U.S. DIST. COURT
MINNEAPOLIS, MN

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **INFORMATION** |
| Plaintiff, ) | |
| ) | (8 U.S.C. § 1325(a)(1)) |
| v. ) | |
| ) | |
| NORBERTO VELAZQUEZ-CABELLERO, ) | |
| ) | |
| Defendant. ) | |

THE UNITED STATES ATTORNEY CHARGES THAT:

## COUNT 1
### (Illegal Entry by Alien)

In or about August 2006, in the State and District of Minnesota and elsewhere, the defendant,

NORBERTO VELAZQUEZ-CABELLERO,

who was then and there an alien, did knowingly and unlawfully enter the United States from Mexico at a place other than designated by immigration officials of the United States for the entrance of immigrants into the United States, in violation of Title 8, United States Code, Section 1325(a)(1).

Dated: January 11, 2007

Respectfully submitted,

RACHEL K. PAULOSE
United States Attorney

*[signature]*

BY: ANDREW R. WINTER
Assistant U.S. Attorney
Attorney ID No. 0232531

SCANNED
JAN 12 2007
U.S. DISTRICT COURT ST. PAUL