# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CRIMINAL MOTION HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA, | **COURT MINUTES** |
| Plaintiff, | BEFORE: Jeanne J. Graham |
| v. | U.S. Magistrate Judge |
| JERRY RICARDO STRAUB, | |
| Defendant. | |

| | |
|---|---|
| Case No: | 07-74 (RHK/JJG) |
| Date: | May 1, 2007 |
| Court Reporter: | Lorilee Fink |
| Time Commenced: | 1:35 p.m. |
| Time Concluded: | 1:50 p.m. |
| Time in Court: | 15 Minutes |

**APPEARANCES:**

Plaintiff: LeeAnn Bell, Assistant U.S. Attorney
Defendant: Lyonel Norris, Assistant Federal Defender ☒ FPD ☐ CJA ☐ Retained

Hearing on pretrial criminal motions. Order to issue; no report and recommendation to issue.

Motions taken under advisement as of: May 1, 2007

☒ ORDER TO BE ISSUED  ☐ NO ORDER TO BE ISSUED  ☐ R&R TO BE ISSUED  ☒ NO R&R TO BE ISSUED

☐ Exhibits retained by the Court  ☐ Exhibits returned to counsel  ☐ Bond continued  ☐ Remanded into custody of USM

                                                                  s/Scott Moriarity
Signature of Law Clerk for Magistrate Judge Jeanne J. Graham