## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

_____

IN RE MEDTRONIC, INC.                            MDL No. 05-1726 (JMR/AJB)
IMPLANTABLE DEFIBRILLATORS
PRODUCTS LIABILITY LITIGATION

_____

This document pertains to:                           Civil Action File No. 06-cv-04115

JACK HJLETNESS

        Plaintiff,

  -against-                                        **APPLICATION TO WITHDRAWAL**
                                                **AS COUNSEL OF RECORD**

MEDTRONIC, INC.,

        Defendant,

_____

Pursuant to Rule 83.7(b) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorney hereby requests the Court and counsel that Rodney K. Castille, currently listed as counsel of record for Jack Hjeltness wishes to withdrawal as counsel for Jack Hjeltness in this case for the following reason(s):

Rodney K. Castille is no longer with the firm, Reich and Binstock, LLP and is no longer involved in any aspect of the case.

<u>Dated: May 18, 2007</u>                                       **s/ Rodney K. Castille**
                                                          Rodney K. Castille, Esq.,
                                                          Tex. Bar #03984300

**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

_____

| | |
|---|---|
| IN RE MEDTRONIC, INC.<br>IMPLANTABLE DEFIBRILLATORS<br>PRODUCTS LIABILITY LITIGATION | MDL No. 05-1726 (JMR/AJB) |

_____

This pleading relates to:         Civil Action File No. 06-cv-04115

JACK HJELTNESS

       Plaintiff,

    -against-         **CERTIFICATE OF SERVICE**

MEDTRONIC, INC.,

       Defendant,

_____


I hereby certify that on this 18th day of May 2007, I caused the following documents:

    Application to Withdrawal as Counsel of Record

to be filed electronically with the Clerk of the Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:


- **Thomas R Anapol**
  tanapol@anapolschwartz.com
- **Mark R Anfinson**
  mranfinson@lawyersofminnesota.com
  mranfinson@aol.com;smshaftman@lawyersofminnesota.com
- **Richard J Arsenault**
  rarsenault@nbalawfirm.com
- **Ben Barnow**
  b.barnow@barnowlaw.com
- **Daniel E Becnel, Jr**
  dbecnel@becnellaw.com schristina@becnellaw.com

- **Barbara P Berens**
  bberens@kellyandberens.com nmccormick@kellyandberens.com
- **Jimmy W Bilbo**
  jwbilbo@bellsouth.net
- **Garrett D Blanchfield, Jr**
  g.blanchfield@rwblawfirm.com k.schulte@rwblawfirm.com
- **Edward F Blizzard**
  eblizzard@blizzardlaw.com
- **Thomas J Brandi**
  tjb@brandilaw.com
- **Mitchell M Breit**
  mbreit@whatleydrake.com tsherer@milbergweiss.com
- **Jay B Bryan**
  bryanj@gtlaw.com
- **G Kevin Buchanan**
  courtfilings@texjur.com
- **Virginia Buchanan**
  vbuchanan@levinlaw.com
- **Mark E Burton, Jr**
  mburton@hershlaw.com
- **Cynthia B Chapman**
  fdl@caddellchapman.com csf@caddellchapman.com
- **Lori G Cohen**
  cohenl@gtlaw.com mazziottit@gtlaw.com;bryanj@gtlaw.com
- **Jon C Conlin**
  jconlin@cwcd.com cbailey@cwcd.com
- **Thomas J Conlin**
  tom@conlinlawfirm.com
- **Elizabeth Ashley Cranford**
  acranford@whatleydrake.com ecf@whatleydrake.com;jrobinson@whatleydrake.com
- **Joseph M Crosby**
  jcrosby@crosby-law.com rramsey@crosby-law.com
- **Steven D Davis**
  sdavis@simmonscooper.com mwilson@simmonscooper.com
- **Robert A Davitch**
  sidkoffpincus5@verizon.net
- **A J De Bartolomeo**
  ajd@girardgibbs.com dcg@girardgibbs.com;cme@girardgibbs.com;zml@girardgibbs.com
- **Debra DeCarli**
  ddecarli@lskg-law.com lgornick@lskg-law.com;jkenney@lskg-law.com;astavrakaras@lskg-law.com;luske@lskg-law.com;ohite@lskg-law.com
- **Annesley H DeGaris**
  adegaris@cwcd.com cbailey@cwcd.com;jsisson@cwcd.com
- **Brian J Devine**
  bdevine@seegersalvas.com

- **Nicholas J Drakulich**
  jenndrak@sbcglobal.net
- **Larry D Drury**
  ldrurylaw@aol.com
- **Neal A Eisenbraun**
  rattler@earthlink.net
- **J Rice Ferrelle, Jr**
  rferrelle@murphyandersonlaw.com
- **Yvonne M Flaherty**
  flaheym@locklaw.com bgilles@locklaw.com;tsartmann@locklaw.com
- **David L Friend**
  dfriend@hkllp.com
  pbradshaw@hkllp.com;photze@hkllp.com;kcannon@hkllp.com;rrunkle@hkllp.com
- **Laura A Gianni**
  lag@giannipetoyan.com jsr@giannipetoyan.com
- **Ronald S Goldser**
  rsg@zimmreed.com tmo@zimmreed.com;arh@zimmreed.com
- **Peter E Goss**
  peg@petersonlawfirm.com
- **Daniel E Gustafson**
  dgustafson@gustafsongluek.com rhoule@gustafsongluek.com
- **Paul R Hannah**
  phannah@kellyandberens.com wweberg@kellyandberens.com
- **Lance A Harke**
  lharke@harkeclasby.com
- **Kathryn S Harrington**
  kathrynh@hollis-wright.com cindyo@hollis-wright.com;blairk@hollis-wright.com
- **Sharon Harris**
  s.harris@barnowlaw.com
- **Brian K Herrington**
  brian@f-hlaw.com rita@f-hlaw.com
- **David P Hersh**
  dhersh@burgsimpson.com mdavis@burgsimpson.com;bgeorge@burgsimpson.com
- **Barry Hill**
  bhill@hwlaw.us
- **H Forest Horne**
  hfh@m-j.com ljs@m-j.com
- **Dylan Hughes**
  dsh@girardgibbs.com smq@girardgibbs.com
- **Celene Harrell Humphries**
  celeneh@swopelaw.com teamleaders@swopelaw.com
- **Robert F Hunt**
  hunt@huntlawfirm.net
- **Stephen J Immelt**
  sjimmelt@hhlaw.com

- **Russell A Ingebritson**
  russinge47@aol.com karicasper30@aol.com
- **Charles H Johnson**
  johnsonbarbara5@aol.com mhua@mnlawcenter.com
- **Michael K Johnson**
  mkjohnson@goldenberglaw.com
- **Jamie R Kendall**
  jkendall@price-law.com eamos@price-law.com
- **Kyle E Lakin**
  klakin@lopez-hodes.com
- **Kimberly R Lambert**
  klambert@levinlaw.com bblisard@levinlaw.com;rharris@levinlaw.com
- **S Michael Lear**
  mlear@duiohio.com
- **Aaron M Levine**
  aaronlevinelaw@aol.com slewis@aaronlevinelaw.com
- **Donald M Lewis**
  dlewis@halleland.com JMarquardt@halleland.com
- **D Andrew List**
  alist@cpaslaw.com
- **Richard A Lockridge**
  lockrra@locklaw.com emmonrm@locklaw.com
- **Michael A. London**
  mlondon@douglasandlondon.com
- **Alissa J Magenheim**
  ajm@oal-law.com
- **Brian J Malloy**
  bjm@brandilaw.com
- **Joseph H Mattingly, III**
  jhmlaw@alltel.net
- **George E McLaughlin**
  gmclaughlin@mhmlawfirm.com elarson@mhmlawfirm.com
- **Ted G Meadows**
  ted.meadows@beasleyallen.com
  amy.brown@beasleyallen.com;melissa.prickett@beasleyallen.com;jessica.sanford@beasleyallen.com;katie.tucker@beasleyallen.com;gwyn.harris@beasleyallen.com
- **Joseph H Meltzer**
  jmeltzer@sbtklaw.com kmarrone@sbtklaw.com;tziegler@sbtklaw.com
- **Tobias L Millrood**
  tmillrood@sbtklaw.com kdieter@sbtklaw.com
- **Niels P Murphy**
  nmurphy@murphyandersonlaw.com
  bblair@murphyandersonlaw.com;jolson@murphyandersonlaw.com;rferrelle@murphyandersonlaw.com
- **J Scott Nabers**
  snabers@blizzardlaw.com

- **Dianne M Nast**
  dnast@rodanast.com
- **Howard L Nations**
  charles@howardnations.com
  lezzlie@howardnations.com;andrea@howardnations.com;lori@howardnations.com
- **Amber M Nesbitt**
  amn@wtwlaw.us
- **Neil D Overholtz**
  noverholtz@awkolaw.com
  ablankenship@awkolaw.com;jwitkin@awkolaw.com;mprendergast@awkolaw.com;pbarr@awkolaw.com
- **James C Peterson**
  jcpeterson@hpcbd.com
- **David L Phillips**
  david@dplawyer.com kyle@dplawyer.com
- **Carlos A Prietto, III**
  cprietto@rcrlaw.net ctakanabe@rcrlaw.net;kschaeffer@rcrlaw.net;cbregman@rcrlaw.net
- **Steven D Resnick**
  sresnick@sbtklaw.com
- **William N Riley**
  wriley@price-law.com eamos@price-law.com
- **Thomas A Schultz**
  tschultz@lopez-hodes.com
- **Christopher A Seeger**
  cseeger@seegerweiss.com
- **Kenneth M Seeger**
  kseeger@seegersalvas.com
- **Robert K Shelquist**
  rshelquist@locklaw.com bgilles@locklaw.com;tsartmann@locklaw.com
- **Hunter J Shkolnik**
  hshkolnik@rheingoldlaw.com dbush@rheingoldlaw.com,cpettit@rheingoldlaw.com
- **Bernard W Smalley**
  bsmalley@anapolschwartz.com
- **Thomas M Sobol**
  tom@hbsslaw.com lauren@hbsslaw.com;saray@hbsslaw.com
- **John F Thomas**
  jthomas@mcgrathnorth.com tsteponik@mcgrathnorth.com
- **Teresa C Toriseva**
  tct@wtwlaw.us ncw@wtwlaw.us;ecf@wtwlaw.us;pam@wtwlaw.us
- **Tracy J Van Steenburgh**
  tvan@halleland.com LClark@halleland.com
- **John P Wagner**
  jwagner@simmonscooper.com
- **Edward A Wallace**
  eaw@wtwlaw.us ecf@wtwlaw.us

- **Jason C Webster**
  jwebster@thematthewslawfirm.com agoff@thematthewslawfirm.com
- **Kenneth A Wexler**
  kaw@wtwlaw.us
- **Holly M Wheeler**
  hwheeler@blizzardlaw.com
- **Kent G Whittemore**
  kwhittemore@wherejusticematters.com dsherman@wherejusticematters.com
- **Jeremy R Wilson**
  jwilson@corealaw.com
- **Charles S Zimmerman**
  csz@zimmreed.com
- **Gary A Zucker**
  contact@zuckerballen.com
- **Larry W Zukerman**
  lwz@duiohio.com
- **Debra Brewer Hayes**
  dhayes@dhayeslaw.com

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

    Jeffery N Luthi
    Room G-255 N Lobby
    Clerk of the Panel
    Thurgood Marshall Federal Judiciary Bldg
    One Columbus Circle NE
    Washington, DC 20002-8004


Dated: May 18, 2007                                      **s/ Debra Brewer Hayes**
                                                            Debra Brewer Hayes