**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**


**CERTIFICATE OF SERVICE**

I hereby certify that on June 19, 2007, I caused the following documents:

1.  Affidavit of Ryan T. Shannon

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Florence I Brammer
National Labor Relations Board
330 2nd Ave S Ste 790
Mpls, MN 55401
Telephone:  612-348-1774
Fax: 612-348-1785
florence.brammer@nlrb.gov


I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

*None.*




Dated:  June 19, 2007.                              **s/ Gregory J. Griffiths**