| | |
|---|---|
| STATE OF MINNESOTA | DISTRICT COURT |
| COUNTY OF DAKOTA | FIRST JUDICIAL DISTRICT |

| | |
|---|---|
| Lydia Policher Lacsamana, | Case Type: Contract |
| | Court File No. 19-cx-07-10491 |
| Plaintiff, | |
| v. | **DEFENDANT'S NOTICE OF FILING** |
| | **NOTICE OF REMOVAL WITH** |
| Liberty Life Assurance Company of Boston, | **FEDERAL COURT** |
| Defendant. | |

TO: COURT ADMINISTRATOR, MINNESOTA DISTRICT COURT, DAKOTA COUNTY, 1560 HIGHWAY 55, HASTINGS, MINNESOTA 55033.

PLEASE TAKE NOTICE that on this date, Defendant Liberty Life Assurance Company of Boston, pursuant to 28 U.S.C. § 1446, filed Notice with the United States District Court for the District of Minnesota, hereby removing the case styled <u>Lydia Policher Lacsamana v. Liberty Life Assurance Company of Boston</u> from the Dakota County District Court. A copy of the Notice of Removal is attached hereto as "Exhibit A."

Dated: September 19, 2007         JACKSON LEWIS LLP

*s/ V. John Ella*
V. John Ella (#249282)
150 Fifth Street Towers, Suite 1450
150 South Fifth Street
Minneapolis, MN 55402
(612) 341-8131

ATTORNEYS FOR DEFENDANT