# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

US SALT, INC.,

Plaintiff,

v.

BROKEN ARROW, INC., John Does 1-10, Jane Does 1-10, XYZ Corporation, ABC Partnership, and John Does 1-10, and Jane Does 1-10, whose true names are unknown to Plaintiff,

Defendants.

Case No. 0:07 CV 01988 (RHK-JSM)

**CERTIFICATE OF SERVICE**

---

I hereby certify that on September 27, 2007, I electronically filed the following documents:

- **Defendant Broken Arrow Inc.'s Notice of Motion for Summary Judgment**

with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following document:

- Evon M. Spangler
  evon_spangler@qwest.net

- Perry M. de Stefano
  perry.destefano@smrls.org

- Daniel N. Sacco
  dsacco@lindquist.com

- Wallace G. Hilke
  whilke@lindquist.com

Date:  September 27, 2007

By:  /s/ Wallace G. Hilke
    Wallace H. Hilke (#175857)
    Amy R. Mason (#0347760)
    4200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone:  (612) 371-3211

Attorneys for Defendant Broken Arrow, Inc.

2

Doc# 2441052\1