UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

John O. Murrin III and DeVonna K. Murrin, husband and wife,

Plaintiffs,

v.

Jason E. Fischer, et al.,

Defendants.

Civil File No. 0:07-CV-1295 (PJS/RLE)

Exhibit Index

| Exhibit | Description | Page |
|---|---|---|
| 1 | 1031 Tax Deferred Exchange Agreement | 1-8 |
| 2 | Avidigm's Letter dated 6/25/04 | 9-11 |
| 3 | Avidigm's Letter dated 7/1/04 | 12-13 |
| 4 | Settlement Statement | 14-17 |
| 5 | Option Agreement dated 7/6/04 | 18-28 |
| 6 | Settlement Statement | 29-32 |
| 7 | Promissory Note | 33-38 |
| 8 | Option Agreement dated 7/30/04 | 39-49 |
| 9 | Exchange Agreement dated 10/11/05 | 50-60 |
| 10 | Settlement Statement | 61-64 |
| 11 | Settlement Statement | 65-67 |
| 12 | Option Agreement dated 11/4/05 | 68-76 |
| 13 | Promissory Note | 77-78 |
| 14 | Deed of Trust | 79-82 |

15     Mortgage dated 5/19/06.................................................................. 83-87

16     Sheriff's Certificate of Sale ........................................................ 88-91

17     Current Estimate of Value............................................................ 92-96

fb.us.2322088.01