Tim Gordon
Sheriff of Becker County

By: _____
    Deputy Sheriff

STATE OF MINNESOTA   }
                     } ss
COUNTY OF BECKER     }

The foregoing instrument was acknowledged before me this  5th  day of July, 2007, by  Sidney J. Canham , the Deputy Sheriff of Becker County, Minnesota.



Notary Public

THIS FORECLOSURE RECORD CONSISTS OF THE FOLLOWING ATTACHED DOCUMENTS (CHECK AS APPROPRIATE):

| | | | |
|---|---|---|---|
| x | Notice of Mortgage Foreclosure Sale | __ | Affidavit as to Federal Tax Lien(s) (if applicable) |
| x | Affidavit of Publication | | |
| __ | Homestead Designation Notice (if applicable) | __ | Affidavit as to State Tax Lien(s) (if applicable) |
| x | Affidavit(s) of Service or Vacancy | __ | Affidavit Regarding Military Service |
| x | Affidavit of Costs and Disbursements | x | Affidavit of Mailing Notice of Sale |
| | | __ | Other: _____ |

THIS INSTRUMENT WAS DRAFTED BY:
ANASTASI & ASSOCIATES, P.A.
14985 60th Street North
Stillwater, MN 55082
(651) 439-2951
NCJ

Tax Statements for the real property described in this instrument should be sent to:

U.S. Federal Credit Union
1400 Riverwood Drive
Burnsville, MN 55337

**This is the signature and notary page to that certain Sheriff's Certificate of Sale and Foreclosure Record dated July 5, 2007.**

3

Exhibit 17



Randy Ryan
Owner/Broker
GRI, CRS, ABR

Tuesday, September 25, 2007

Chuck Senn
2145 Country Square
Richfield, WI 53076

Dear Chuck:

I appreciate the opportunity to present my opinion of value for your land, see attached Exhibit 1 for legal discription. The real estate market is changing every day. I have put together this comparative market analysis to give you the most up-to-date information available about what is happening in today's market.

It is my opinion, the anticipated value of the 11 lots of bare land is in the range of **$ 49,900.00 to $59,000.00** each lot.

We assume no responsibility for matters legal in nature, nor do we render any opinion as to the title, which is assumed marketable. We are not required to give testimony or appear in court because of having rendered this opinion as to MARKET VALUE.

Information, estimates, and opinions furnished to us and contained in this report were obtained from sources considered reliable and believed to be correct. However, no responsibility for accuracy will be assumed on our behalf.

Thank you again for allowing me this opportunity to provide you with your personalized Comparative Market Analysis. I welcome this opportunity to work as your real estate professional. I encourage you to contact me should you have any questions or require any additional information.

Sincerely,

Randy Ryan
Enclosures



**RE/MAX** Preferred Realty
770 North Business Hwy. 71
Willmar, Minnesota 56201
Office: (320)231-1221, Fax: 231-2550
Mobile: (320) 894-2831
Email: rpryan@remax.net
Web Site: www.WillmarAreaHomes.com
Each Office Independently Owned and Operated

# Exhibit 1

The Northeast Quarter (NE ¼) of Section 20, Township 121, Range 33, except that parcel described as follows: That part of the North Half of the Northeast Quarter (N ½ of NE ¼) of Section 20, Township 121 North, Range 22 West of the Fifth Principal Meridian described as follows:
Commencing at the Northeast corner of said Section 20; thence on an assumed bearing of South 89 degrees 26 minutes 48 seconds West, along the North line of said Section 20, a distance of 605.72 feet to the point of beginning of the land to described: thence continuing on a bearing of South 89 degrees 26 minutes 48 seconds West, along the North line of said Section 20, a distance of 738.00 feet; thence on bearing of South 0 degrees 59 minutes 19 seconds West a distance of 649.50 feet; thence on a bearing of North 89 degrees 26 minutes 48 seconds East a distance of 738.00 feet; thence on a bearing of North 0 degrees 59 minutes 19 seconds East a distance of 649.50 feet to the point of beginning.
ALSO EXCEPTING
That part of the E ½ of the NE ¼ of Section 20, Township 121, Range 33, described as follows: Beginning at the Northeast corner of Section 20; thence on a geodetic bearing of N 89 degrees 49 minutes 00 seconds W, along the North line of said Section 20, a distance of 605.72 feet; thence on a bearing of S 1 degree 43 minutes 31 seconds W a distance of 649.50 feet; thence on a bearing of N 89 degrees 49 minutes 00 seconds W a distance of 78.60 feet; thence on a bearing of S 2 degrees 03 minutes 16 seconds W a distance of 1981.36 feet to the South line of the NE ¼ of said Section 20; thence on a bearing of S 89 degrees 10 minutes 54 seconds E, along the south line of the NE ¼ of said Section 20, a distance of 680.39 feet to the Southeast corner of the NE ¼ of said Section 20; thence on a bearing N 2 degrees 03 minutes 16 seconds E, along the East line of NE ¼ of said Section 20; a distance of 2638.51 feet to the point of beginning, according to the plat thereof on file and of record in Kandiyohi County, State of Minnesota.
(abstract property)

