UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| In re: Mirapex Products Liability Litigation | MDL: 07-1836 JMR/FLN |
| This Document Relates to: | Civil No. 07-cv-3289-JMR-FLN |
| | Civil No. 07-cv-3290-JMR-FLN |
| JAMES CRUCE, et al. | Civil No. 07-cv-3260-JMR-FLN |
| BERNARD FELBER, et al. | Civil No. 07-cv-3261-JMR-FLN |
| ANNE GIBSON, et al. | Civil No. 07-cv-3264-JMR-FLN |
| IDUS GIBSON, et al. | Civil No. 07-cv-3262-JMR-FLN |
| JANET KESSLER, et al. | Civil No. 07-cv-3263-JMR-FLN |
| STEVE RUSSO, et al. | Civil No. 07-cv-3287-JMR-FLN |
| JENNA SEMER | Civil No. 07-cv-3288-JMR-FLN |
| CHRISTINE JAEGER, et al. | Civil No. 07-cv-3284-JMR-FLN |
| STANLEY PLUMMER, et al. | Civil No. 07-cv-3286-JMR-FLN |
| JUDITH SMITH, et al. | Civil No. 07-cv-3285-JMR-FLN |
| KEVIN SPANGLER | Civil No. 07-cv-3147-JMR-FLN |
| SALLY SUTTON | Civil No. 07-cv-3102-JMR-FLN |
| RONALD J. ANKIEWICZ, et al. | Civil No. 07-cv-3168-JMR-FLN |
| DONNA F. BISCHE, et al. | Civil No. 07-cv-3100-JMR-FLN |
| KENNETH BRADSHAW | Civil No. 07-cv-3149-JMR-FLN |
| STEVEN M. BRAUN, et al. | Civil No. 07-cv-3150-JMR-FLN |
| DEBORAH L. BRINKLEY | Civil No. 07-cv-3148-JMR-FLN |
| LETICIA N. BUENASEDA, et al. | Civil No. 07-cv-3128-JMR-FLN |
| KIMBERLY DAVIS, et al. | Civil No. 07-cv-3125-JMR-FLN |
| DARREN J. FRISINA | Civil No. 07-cv-3167-JMR-FLN |
| JOYCE A. GILLAM, et al. | Civil No. 07-cv-3144-JMR-FLN |
| RONALD W. GRUBIDT | Civil No. 07-cv-3095-JMR-FLN |
| KATHLEEN T. HYTER, et al. | Civil No. 07-cv-3129-JMR-FLN |
| JACK JENNINGS | Civil No. 07-cv-3094-JMR-FLN |
| VICKI L. JIMINEZ | Civil No. 07-cv-3096-JMR-FLN |
| PHILIP D. KLEVAN, et al. | Civil No. 07-cv-3098-JMR-FLN |
| JAMES L. KONEN | Civil No. 07-cv-3097-JMR-FLN |
| EDWARD J. LAZEVNICK | Civil No. 07-cv-3151-JMR-FLN |
| HOWARD B. LUCARELL | Civil No. 07-cv-3124-JMR-FLN |
| MARTIN J. MANSFIELD, JR. | Civil No. 07-cv-3103-JMR-FLN |
| DEBRA A. MARTIN, et al. | Civil No. 07-cv-3126-JMR-FLN |
| JOSEPH MODAFFERI, et al. | Civil No. 07-cv-3101-JMR-FLN |
| LOUIS D. MODICA, et al. | Civil No. 07-cv-3143-JMR-FLN |
| KARENE H. PALMER, et al. | Civil No. 07-cv-3131-JMR-FLN |
| RUSSELL J. PATTERSON, et al. | Civil No. 07-cv-3143-JMR-FLN |
| SANDRA A. READE | Civil No. 07-cv-3131-JMR-FLN |
| PATRICIA ROBERTS | Civil No. 07-cv-3166-JMR-FLN |
| MICHAEL G. SHAFER | Civil No. 07-cv-3093-JMR-FLN |
| KATHLEEN A. STAPLES | Civil No. 07-cv-3146-JMR-FLN |
| CYNTHIA L. STILL, et al. | Civil No. 07-cv-3145-JMR-FLN |
| GROVER A. SUMMEY | Civil No. 07-cv-3099-JMR-FLN |
| CINDY VICKERS | Civil No. 07-cv-3127-JMR-FLN |
| RAFFI ABKARIAN, et al. | Civil No. 07-cv-2964-JMR-FLN |
| SHELLIE AUGER, et al. | Civil No. 07-cv-3068-JMR-FLN |
| SANDRA AUGUSTINE, et al. | Civil No. 07-cv-3064-JMR-FLN |

| | |
|---|---|
| KIM BORRELLO, et al. | Civil No. 07-cv-2970-JMR-FLN |
| SONNY BRADFORD | Civil No. 07-cv-2974-JMR-FLN |
| RUDOLPH CHAVEL, et al. | Civil No. 07-cv-3062-JMR-FLN |
| WALTER COATES | Civil No. 07-cv-3105-JMR-FLN |
| LAURA DAVIS, et al. | Civil No. 07-cv-2968-JMR-FLN |
| HARRA BATINA DEBAUD, et al. | Civil No. 07-cv-3063-JMR-FLN |
| JUDITH EMERSON, et al. | Civil No. 07-cv-3183-JMR-FLN |
| GARY ENDRES, et al. | Civil No. 07-cv-3061-JMR-FLN |
| CHARLES ENGLEKA, et al. | Civil No. 07-cv-2971-JMR-FLN |
| COLLEEN FLAGG | Civil No. 07-cv-3066-JMR-FLN |
| ROBERT GILBERT, et al. | Civil No. 07-cv-2973JMR-FLN |
| LINDA GLASCOW, et al. | Civil No. 07-cv-3106JMR-FLN |
| JULIANNE GRAY, et al. | Civil No. 07-cv-3107-JMR-FLN |
| MARVIN HOEPPNER, et al. | Civil No. 07-cv-3057-JMR-FLN |
| RICHARD JONES, et al. | Civil No. 07-cv-3118-JMR-FLN |
| TROY JONES, et al. | Civil No. 07-cv-2967-JMR-FLN |
| PEGGY KARLSON, et al. | Civil No. 07-cv-2972-JMR-FLN |
| MARTIN KENNEDY, et al. | Civil No. 07-cv-3060-JMR-FLN |
| CAROLYN KROLCZYK, et al. | Civil No. 07-cv-2975-JMR-FLN |
| DEBRA KURZAWINSKI, et al. | Civil No. 07-cv-3055-JMR-FLN |
| ARVA MANJARRES | Civil No. 07-cv-3108-JMR-FLN |
| ROBERT MERRIT, et al. | Civil No. 07-cv-3109-JMR-FLN |
| CHARLES MILLS, et al. | Civil No. 07-cv-3111-JMR-FLN |
| CHARLOTTE ORRANTIA | Civil No. 07-cv-3110-JMR-FLN |
| GLADYS PAOLELLA, et al. | Civil No. 07-cv-3114-JMR-FLN |
| ROBERT PATRICK | Civil No. 07-cv-3067-JMR-FLN |
| PAUL RANDLES, et al. | Civil No. 07-cv-3065-JMR-FLN |
| JANET RISI, et al. | Civil No. 07-cv-3058-JMR-FLN |
| PEGGIE SANDERS, et al. | Civil No. 07-cv-2969-JMR-FLN |
| NALIN SHAH, et al. | Civil No. 07-cv-2966-JMR-FLN |
| SAMMY SIMON, et al. | Civil No. 07-cv-2965-JMR-FLN |
| LEIGHTON STECKEL, et al. | Civil No. 07-cv-3104-JMR-FLN |
| BRANDON TAPSCOTT, et al. | Civil No. 07-cv-3152-JMR-FLN |
| SANDRA TRAHAN | Civil No. 07-cv-3113-JMR-FLN |
| SANDRA VEVERKA, et al. | Civil No. 07-cv-3059-JMR-FLN |
| MARVIN WEAVER | Civil No. 07-cv-3115-JMR-FLN |
| JEROME WELCH | Civil No. 07-cv-3056-JMR-FLN |
| MARY WILLIAMS, et al. | Civil No. 07-cv-3116-JMR-FLN |
| ALAN WITTE | Civil No. 07-cv-3117-JMR-FLN |
| JAMES BALDWIN | Civil No. 07-cv-3256-JMR-FLN |
| ZAROUHIE BEDROSSIAN, et al. | Civil No. 07-cv-3257-JMR-FLN |
| NENITA MACABUHAY, et al. | Civil No. 07-cv-3258-JMR-FLN |
| DONALD VERSLIUS, et al. | Civil No. 07-cv-3259-JMR-FLN |
| DAVID C. BELINSKY | Civil No. 07-cv-2956-JMR-FLN |
| MARY L. BURNETT | Civil No. 07-cv-2955-JMR-FLN |
| NANCY G. DURFFEE, et al. | Civil No. 07-cv-3025-JMR-FLN |
| JACK F. ENGLISH, et al. | Civil No. 07-cv-3026-JMR-FLN |
| MARY J. HILL, et al. | Civil No. 07-cv-3039-JMR-FLN |
| CAROL R. HOFFMAN | Civil No. 07-cv-2953-JMR-FLN |
| MICHAEL B. HOOLE, et al. | Civil No. 07-cv-3027-JMR-FLN |
| ROBERT L. JOHNSON, et al. | Civil No. 07-cv-2957-JMR-FLN |
| KARYN G. LINK | Civil No. 07-cv-2949-JMR-FLN |
| SANDRA K. LOSH, et al. | Civil No. 07-cv-2942-JMR-FLN |
| JOHN P. MAJOR, et al. | Civil No. 07-cv-3033-JMR-FLN |

| | |
|---|---|
| TRACY A. POLK | Civil No. 07-cv-2950-JMR-FLN |
| CAROL J. REGALADO | Civil No. 07-cv-2951-JMR-FLN |
| DIANA C. RODRIGUEZ, et al. | Civil No. 07-cv-3034-JMR-FLN |
| MARTHA A. SCHROPP, et al. | Civil No. 07-cv-3035-JMR-FLN |
| VICKI P. WADSWORTH | Civil No. 07-cv-2952-JMR-FLN |
| NANCY E. WILLHITE, et al. | Civil No. 07-cv-3023-JMR-FLN |
| LAVERNE SIMMONS | Civil No. 07-cv-3267-JMR-FLN |
| JESUS G. BARRIDO, et al. | Civil No. 07-cv-3546-JMR-FLN |
| GEORGE L. DOWNING, et al. | Civil No. 07-cv-3544-JMR-FLN |
| ALAN P. HAHN, et al. | Civil No. 07-cv-3547-JMR-FLN |
| ROBERT M. HAUSS, et al. | Civil No. 07-cv-3543-JMR-FLN |
| RICHARD E. STURM, et al. | Civil No. 07-cv-3545-JMR-FLN |
| JOSEPH NARDACCI | Civil No. 07-cv-2474-JMR-FLN |
| PHYLLIS PENTIMA | Civil No. 07-cv-2475-JMR-FLN |
| RONALD PHILLIPS | Civil No. 07-cv-2476-JMR-FLN |
| JOHN BURBRIDGE | Civil No. 07-cv-3654-JMR-FLN |
| MELINDA BRAKEN-HOF, et al. | Civil No. 07-cv-3655-JMR-FLN |
| RONALD GERARD | Civil No. 07-cv-3656-JMR-FLN |
| JOAN MAILE | Civil No. 07-cv-3651-JMR-FLN |
| ROBERT BROWN, et al. | Civil No. 07-cv-3699-JMR-FLN |

Plaintiffs,

v.

BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.; PFIZER INC.; PHARMACIA CORPORATION; PHARMACIA & UPJOHN COMPANY LLC,

**CERTIFICATE OF SERVICE**

I hereby certify that on September 27, 2007, I caused the following document::

**DEFENDANTS' JOINT REPLY IN SUPPORT OF MOTIONS TO DISMISS CLAIMS SOUNDING IN FRAUD AND LR 7.1(C) WORD COUNT COMPLIANCE CERTIFICATE REGARDING DEFENDANTS' JOINT REPLY IN SUPPORT OF MOTIONS TO DISMISS CLAIMS SOUNDING IN FRAUD**

**EXHIBIT INDEX AND EXHIBITS**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

- **Dana A Blanton**
  dblanton@reedsmith.com
- **Steven J Boranian**
  sboranian@reedsmith.com
- **Michael K Brown**
  mkbrown@reedsmith.com

- **Lawrence H Cooke , II**
  lhcooke@venable.com,LSimpson@venable.com
- **Steven J Ellison**
  sellison@faegre.com,sschreiner@faegre.com,ryandad@aol.com,mlokken@faegre.com
- **Charles J Falletta**
  cfalletta@sillscummis.com
- **Stuart M Feinblatt**
  sfeinblatt@sillscummis.com
- **Yvonne M Flaherty**
  flaheym@locklaw.com,tsartmann@locklaw.com,bgilles@locklaw.com
- **James C Fraser**
  jcfraser@venable.com,vygunn@venable.com
- **Andrew Gendron**
  agendron@venable.com,esoderberg@venable.com,rpappas@venable.com
- **Peter J Goss**
  pgoss@faegre.com,tpowell@faegre.com
- **James E Gray**
  jegray@venable.com
- **Jennifer Ewers Hurley**
  jhurley@sillscummis.com
- **Mark D R Maneche**
  mdmaneche@venable.com,mwilmoth@venable.com
- **Matthew T McLaughlin**
  mtmclaughlin@venable.com,amh04@venable.com
- **Bruce R Parker**
  brparker@venable.com,AZC01@venable.com
- **Philip A Pfaffly**
  ppfaffly@chestnutcambronne.com,cdawson@chestnutcambronne.com,btoder@chestnutcambronne.com,sshetty@chestnutcambronne.com
- **Joseph M Price**
  jprice@faegre.com,sschreiner@faegre.com,wjohnson@faegre.com,mknoer@faegre.com,mlokken@faegre.com
- **Beth S Rose**
  brose@sillscummis.com
- **Mildred Segura**
  msegura@reedsmith.com
- **Robert K Shelquist**
  rshelquist@locklaw.com,tsartmann@locklaw.com,bgilles@locklaw.com
- **Arthur Sherman**
  asherman@shermanonlaw.com
- **Scott A Smith**
  SSmith@halleland.com,CWochnick@halleland.com

- **Tara D Sutton**
  tdsutton@rkmc.com
- **Barry J Thompson**
  bjthompson@reedsmith.com
- **Craig A Thompson**
  cathompson@venable.com,dmv01@venable.com
- **William J Tinsley , Jr**
  wtinsley@sillscummis.com
- **Tracy J Van Steenburgh**
  tvan@halleland.com,tmatykiewicz@halleland.com,csuccio@halleland.com

**Manual Notice List**

The following is the list of attorneys who were notified by U.S. Mail, postage prepaid:

**Jeffery N Luthi**
Room G-255 N Lobby
Clerk of the Panel
Thurgood Marshall Federal Judiciary Bldg
One Columbus Circle NE
Washington, DC 20002-8004

DATED: September 27, 2007 	 FAEGRE & BENSON LLP

By  s/ Joseph Price
    Joseph Price, #88201
    Peter J. Goss, #267910
    Steven J. Ellison, #0387538
    2200 Wells Fargo Center
    90 South Seventh Street
    Minneapolis, MN 55402-4501
    (612) 766-8617
    jprice@faegre.com

*Attorneys for Defendants Pfizer Inc., Pharmacia Corporation, and Pharmacia and Upjohn Company LLC*

*fb.us.2322801.01*