UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

WIMCO, LLC,

        Plaintiff,

v.          Civil No. 06-CV-3565 (PJS/RLE)

Lange Industries, Inc.,

        Defendant.

ORDER FOR REASSIGNMENT
OF RELATED CASES

---

Hawkeye-Security Insurance Company,

        Plaintiff,

v.          Civil No. 07-CV-4307 (RHK/JSM)

WIMCO, LLC, et al.,

        Defendants.

---

      Case No. 06-CV-3565 (PJS/RLE) having been assigned to Judge Patrick J. Schiltz and Case No. 07-CV-4307 (RHK/JSM) having later been assigned to Judge Richard H. Kyle, said matters being related cases,

      IT IS HEREBY ORDERED that Case No. 07-CV-4307 (RHK/JSM) be assigned to Judge Patrick J. Schiltz, nunc pro tunc, by use of a card on the Master List of the automated case assignment system, and the Clerk of Court is directed to void and reuse a card on the same list pursuant to this Court's Assignment of Cases Order filed June 29, 2006.

      IT IS FINALLY ORDERED that a copy of this order shall be filed in each of the above respective files.

Dated: October 23, 2007                        s/Patrick J. Schiltz
                                                          Patrick J. Schiltz
                                                          United States District Judge

Dated: October 24, 2007                        s/ Richard H. Kyle
                                                          Richard H. Kyle
                                                          United States District Judge