UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

_____

| | |
|---|---|
| B. Ann Young, | File No. 07-CV-2312 RHK/JSM |
| Plaintiff, | |
| v. | **NOTICE OF HEARING FOR SUMMARY JUDGMENT** |
| Hartford Life & Accident Insurance Company and Thrivent Financial for Lutherans Home Office Employees' Short Term Disability Plan, | |
| Defendants. | |

_____

TO: Defendant Hartford Life & Accident Insurance Company and its attorneys, Eric C. Tostrud and David W. Asp, LOCKRIDGE GRINDAL NAUEN PLLP, 100 Washington Avenue South, Suite 2200, Minneapolis, Minnesota 55401 and Defendant Thrivent Financial for Lutherans Home Office Employees' Short Term Disability Plan and its attorneys, Timothy E. Branson and Andrew Holly, DORSEY & WHITNEY LLP, 50 South Sixth Street, Suite 1500, Minneapolis, MN 55402:

**PLEASE TAKE NOTICE**, that at 8:00 a.m. on Friday, January 25, 2008, in Courtroom 1, United States Courthouse, 180 East 5th Street, Saint Paul, Minnesota, Plaintiff will move the Court, by the Honorable Richard H. Kyle, United States Judge, for an order granting summary judgment to Plaintiff on all counts of her Complaint.

**MANSFIELD, TANICK & COHEN, P.A.**

Date: November 16, 2007     By: s/Stephen H. Parsons
                            Denise Y. Tataryn (179127)
                            Stephen H. Parsons (84219)
                            1700 U.S. Bank Plaza South
                            220 South Sixth Street
                            Minneapolis MN  55402-4511
                            612/339-4295
                            **ATTORNEYS FOR PLAINTIFF
                            B. ANN YOUNG**

465476