Margaret M. Rousseau, et. al., Plaintiff(s)
vs.
Wyeth, Inc., et. al., Defendant(s)

Service of Process by

## APS International, Ltd.
## 1-800-328-7171



APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 086431-0001

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Solvay North America, Corporation Service Company as
registered agent
Court Case No. 07cv4559

**BROOKS LAW FIRM**
Ms. Renee Brinkley
313 West York Street
Savannah, GA 31412

State of: __TEXAS__ ) ss.
County of: __TRAVIS__ )

| | |
|---|---|
| Name of Server: | __JERRY MELBER__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action; |
| Date/Time of Service: | that on the __26th__ day of __NOVEMBER__, 20 __07__, at __10:40__ o'clock __A__ M |
| Place of Service: | at __701 Brazos Street, Ste 1050__, in __Austin, IX 78701__ |
| Documents Served: | the undersigned served the documents described as: **Summons and Complaint** |
| Service of Process on: | A true and correct copy of the aforesaid document(s) was served on: **Solvay North America, Corporation Service Company as registered agent** |
| Person Served, and Method of Service: | By delivering them into the hands of an officer or managing agent whose name and title is: __VERONICA CORDELL__ |
| Description of Person Receiving Documents: | The person receiving documents is described as follows: Sex __F__ ; Skin Color _____ ; Hair Color _____ ; Facial Hair _____ Approx. Age _____ ; Approx. Height _____ ; Approx. Weight _____ |
| | ☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service |
| Signature of Server: | Undersigned declares under penalty of perjury that the foregoing is true and correct. *Jerry Miller* Signature of Server | Subscribed and sworn to before me this __26th__ day of __NOVEMBER__ 2007 _____ Notary Public _____ (Commission Expires) |

**APS International, Ltd.**

DANA L. McMICHAEL
Notary Public, State of Texas
My Commission Expires
April 23, 2008