# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

# FIRST APPEARANCE

| | |
|---|---|
| UNITED STATES OF AMERICA, | COURTROOM MINUTES - CRIMINAL |
| Plaintiff, | BEFORE: Jeanne J. Graham |
| | U.S. Magistrate Judge |
| v. | Case No: CR 07-419 DWF/AJB |
| | Date: March 13, 2008 |
| Xiro Naovalath (06), | Court Reporter: None |
| | Tape Number: #197 2876-3395 |
| Defendant. | #199 1-264 |
| | Time Commenced: 11:15 a.m. |
| | Time Concluded: 11:20 a.m. |
| | Time in Court: 5 Minutes |

APPEARANCES:

Plaintiff: Chris Wilton, Assistant U.S. Attorney
Defendant: Kassius Benson
☐ FPD  ☐ CJA  ☒ Retained  ☐ To be appointed

Interpreter / Language: None / English

Date Charges Filed: March 10, 2008   Offense: Conspiracy to Distribute MDMA

☒ Charges read into record  ☐ Waived Reading of Charges  ☒ Advised of Rights

on  ☒ Indictment  ☐ Information  ☐ Complaint   Violation of ☐ Pre-trial Release ☐ Supervised Release

**Bond set in the amount of $25,000 with conditions, see Order Setting Conditions of Release.**

Next appearance date is April 14, 2008 at 9:00 a.m. before U.S. Magistrate Judge Arthur J. Boylan for:
☐ detention hrg  ☐ preliminary hrg  ☐ arraignment  ☐ removal hrg  ☒ Criminal motions

☒ Defendant also arraigned at this hearing, see separate arraignment minutes.

Additional Information:

                                                                              s/Joan Flood
                                                                              Criminal Duty Clerk