# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| ECOLOGIC ANALYTICS, LLC f/k/a WIRELESS APPLICATIONS & CONSULTING SERVICES, LLC, a Delaware company<br><br>Plaintiff,<br><br>v.<br><br>VENKATESH RAMACHANDRAN, a Resident of India; KANIKA RADHAKRISHNAN, a Resident of India; and EVERGREEN VALLEY LAW GROUP P.C., a California Company<br><br>Defendants | CASE NO. 08CV658 ADM/AJB<br><br><br><br>**NOTICE OF UNCONTESTED MOTION FOR LEAVE TO FILE THIRD PARTY COMPLAINT BY DEFENDANT VENKATESH RAMACHANDRAN** |

TO: PLAINTIFF AND ITS ATTORNEYS, David D Axtell and Scott G Harris, and Leonard Street and Deinard, PA, 150 S 5th Street, Suite 2300, Minneapolis, MN 55402, and to

DESIGNATED THIRD PARTY DEFENDANT Craig Mataczynski and his attorneys David D Axtell and Scott G Harris, and Leonard Street and Deinard, PA, 150 S 5th Street, Suite 2300, Minneapolis, MN 55402, and to

DESIGNATED THIRD PARTY DEFENDANT Schwegman Lundberg Woessner, P.A. and its attorneys Christopher R Smith, Mark R Privratsky, and David L Sasseville and Lindquist & Vennum PLLP, 80 S 8th Street, Suite 4200, Minneapolis, MN 55402

TAKE NOTICE THAT at such time as the Honorable Arthur J. Boylan, Magistrate Judge of District Court, may order, Defendant Venkatesh Ramachandran will move for leave to file a third Party Complaint against Craig

382557-1                                    1

Mataczynski and against Schwegman Lundberg Woessner, P.A., as more fully set out in the accompanying Memorandum in Support of Uncontested Motion.

DATED: June 10, 2008        LOCKRIDGE GRINDAL NAUEN PLLP

By: s/ Christopher K. Sandberg
 Christopher K. Sandberg (MN 95485)
100 Washington Ave So, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
cksandberg@locklaw.com

and

George Frost (Admitted Pro Hac Vice)
Alexander Volchegursky (Admitted Pro Hac Vice)
2930 Magnolia Street
Berkeley, CA 94705
Telephone: (415) 247-6000
Facsimile: (415) 247-6001
geofrost@comcast.net
alex_volchegursky@yahoo.com