IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

**In re: MIRAPEX PRODUCTS LIABILITY LITIGATION**  MDL No. 07-1836 (JMR/FLN)

**This Document Relates To:**

| | |
|---|---|
| Barbara Goldman, et al. v. Boehringer Ingelheim, et al. | Case No.: 06-CV-4784 (JMR/FLN) |
| John Allen v. Boehringer Ingelheim, et al. | Case No.: 07-CV-2684 (JMR/FLN) |
| Jerome Welch v. Boehringer Ingelheim, et al. | Case No.: 07-CV-3056 (JMR/FLN) |
| Janet Risi, et al. v. Boehringer Ingelheim, et al. | Case No.: 07-CV-3058 (JMR/FLN) |
| Anne Gibson, et al. v. Boehringer Ingelheim, et al. | Case No.: 07-CV-3260 (JMR/FLN)<br>Case No.: 07-CV-3261 (JMR/FLN) |
| Ronald Reeves, et al. v. Boehringer Ingelheim, et al. | Case No.: 07-CV-4313 (JMR/FLN) |
| Tammy Rothwell v. Boehringer Ingelheim, et al. | Case No.: 08-CV-5016 (JMR/FLN) |
| Anthony Scelta v. Boehringer Ingelheim, et al. | Case No.: 08-CV-5067 (JMR/FLN) |
| Wilma K. Hicks v. Boehringer Ingelheim, et al. | Case No.: 08-CV-5316 (JMR/FLN) |
| Martin Klein v. Boehringer Ingelheim, et al. | Case No.: 08-CV-5499 (JMR/FLN) |
| Robyn Wilhoit, et al. v. Boehringer Ingelheim, et al. | Case No.: 08-CV-5755 (JMR/FLN) |
| Thomas Brunick, et al. v. Boehringer Ingelheim, et al. | Case No.: 08-CV-6388 (JMR/FLN) |
| Katharine Johnson, et al. v. Boehringer Ingelheim, et al. | Case No.: 08-CV-6439 (JMR/FLN) |
| Lou Reina v. Boehringer Ingelheim, et al. | Case No.: 08-CV-6440 (JMR/FLN) |

**DEFENDANTS' NOTICE OF NON-RECEIPT OF PLAINTIFF FACT SHEETS**

Defendants Boehringer Ingelheim Pharmaceuticals, Inc., Pfizer Inc., Pharmacia Corporation and Pharmacia & Upjohn Company LLC hereby notify the Court that the plaintiffs listed below failed to serve completed Fact Sheets by February 6, 2009 in compliance with the Court's order issued during the January 28, 2009 telephonic status conference.

| | **Plaintiff** | **Case Number** |
|---|---|---|
| 1. | John Allen | 07-CV-2684 |
| 2. | Thomas Brunick, et al. | 08-CV-6388 |
| 3. | Paul Gibson, et al. | 07-CV-3261 |
| 4. | Anne Gibson, et al. | 07-CV-3260 |
| 5. | Barbara Goldman, et al. | 06-CV-4784 |
| 6. | Wilma Hicks | 08-CV-5316 |
| 7. | Katharine Johnson, et al. | 08-CV-6439 |

| 8. | Martin Klein[1] | 08-CV-5499 |
| 9. | Ronald Reeves, et al. | 07-CV-4313 |
| 10. | Lou Reina | 08-CV-6440 |
| 11. | Janet Risi, et al. | 07-CV-3058 |
| 12. | Tammy Rothwell | 08-CV-5016 |
| 13. | Anthony Scelta[2] | 08-CV-5067 |
| 14. | Jerome Welch | 07-CV-3056 |
| 15. | Robyn Wilhoit, et al. | 08-CV-5755 |

Dated: February 10, 2009          FAEGRE & BENSON LLP

By: s/Joseph M. Price
   Joseph M. Price, #88201
   2200 Wells Fargo Center
   90 South Seventh Street
   Minneapolis, MN 55402-3905
   (612) 766-7000

REED SMITH LLP

By: s/Michael K. Brown
   Michael K. Brown, CSBN #104252
   Barry J. Thompson, CSBN #150349
   Mildred Segura CSBN #210850
   355 South Grand Avenue
   Los Angeles, CA 90071
   (213) 457-8000
   *Attorney for Defendants,*
   *Pfizer, Inc., Pharmacia Corporation, and*
   *Pharmacia & Upjohn Company LLC*

Dated: February 10, 2009          HALLELAND LEWIS NILAN & JOHNSON, PA

By: s/Tracy J. Van Steenburgh
   Tracy J. Van Steenburgh, Reg. No. 141173
   U.S. Bank Plaza South, Suite 600

---

[1] Counsel for Mr. Klein contacted Defendants' counsel on February 3, 2009 and advised that Mr. Klein filed for bankruptcy and they were in the process of being retained by the bankruptcy trustee and therefore would not be able to provide Mr. Klein's Fact Sheet until early the week of February 9, 2009. On February 6, 2009, Mr. Klein's counsel filed an unexecuted Fact Sheet.

[2] Mr. Scelta has informally provided some financial and medical information but has not provided a completed Fact Sheet.

220 South Sixth Street
Minneapolis, Minnesota 55402-4501
(612) 338-1838

VENABLE LLP

By: s/James E. Gray
James E. Gray
Bruce R. Parker
750 East Pratt Street
Baltimore, Maryland 21202
(410) 244-7400
*Attorney for Defendant Boehringer Ingelheim Pharmaceuticals, Inc.*

US_ACTIVE-101132346