UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
_____

| | |
|---|---|
| Clear Channel Outdoor, Inc. a Delaware corporation,<br><br>    Plaintiff,<br><br>v.<br><br>The City of Saint Paul,<br><br>    Defendant. | US District Court Judge Donovan W. Frank<br>Magistrate Judge Arthur J. Boylan<br>Civil File No. 06-CV-3304 |

_____

**CERTIFICATE OF SERVICE**
_____

    I hereby certify that on April 10, 2009, I caused the following documents:

1. Plaintiff's Supplemental Memorandum of Law in Support of its Motion for Partial Summary Judgment;
2. Word Count Certificate;

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to Lawrence J. Hayes, Jr. and James F.X. Jerskey.


| | |
|---|---|
| Dated: April 10, 2009 | s/ Brenda L. Darkow<br>**BERNICK, LIFSON, GREENESTEIN, GREENE & LISZT, P.A.**<br>Suite 1200, The Colonnade<br>5500 Wayzata Boulevard<br>Minneapolis, MN 55416-1270<br>763-546-1200<br>763-546-1003 (fax) |